# PhotographicTimeline of Police Storming
# Ms. Batiste's Lawn

## Baton Rouge, July 10, 2016

# Law enforcement gathers opposite protesters.



# Protesters comply with police orders to clear the streets.



# Police advance on Plaintiffs Raae And Sami, who have complied with police orders to clear the streets and sidewalks



# Law enforcement continues to advance.



# Police surround the protesters on three sides



# Officers advance from the three sides



# Officers advance from the three sides



# Officers advance from the three sides



# Officers:
## "Where You Are Standing Is Not Good Enough"




# Officers Advance



# Officers Advance



# Officers advance to grab Raae and Sami



# Officers advance to Grab Raae and Sami



# Officers advance to Grab Raae and Sami



# Raae is pulled away from Sami



# Officers seize Raae and Sami



# Officers seize Raae



# Officers continue



# Officers storm Ms. Batiste's Porch



# Officers push Blair to the ground



# Officers seize Blair



# Officers remove Blair



# Protesters say "this is private property!"




# Officers chase down remaining protesters

