| | | |
|---|---|---|
| ☒ State of Louisiana | No._____, Sec._____ | |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court | |
| | ☐ : Baton Rouge City Court | |
| **VERSUS** | : Parish of East Baton Rouge | |
| | : State of Louisiana | |

Raae Pollard
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No. 70320-16
EBR3690054

| Pollard Raae | W | F | 06-18-1990 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address: 1473 N. Villere New Orleans, LA

Charge(s): Simple Obstruction of a ~~Highway of Commerce~~ Public Passage, Resistin An Officer

Statute/City Code Number: LRS 14:~~97~~, 14:108, 14:100.1
Social Security Number: _____

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant: T. Walker P10177

Sworn to and subscribed before me this 10 day of July, 2016.

Notary Public

BRPD08

☒ State of Louisiana  No. _____, Sec. _____
☐ City of Baton Rouge
☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

**VERSUS**

Samantha Nichols
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No. 70320-16
EBR3690047

Defendant's Name: Samantha Nichols
Race: W
Sex: F
Date of Birth: 8-3-91

Address: _____
Social Security Number: _____

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer
Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____ Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

_____ #1775
Ex. Officio Notary Public #34420

BRPD08

☒ State of Louisiana
☐ City of Baton Rouge

No. _____, Sec. _____

☒ 19th Judicial District Court
☐ Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

**VERSUS**

Tammy Cheney
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No. 70320-16
EBR3690027

| | | | |
|---|---|---|---|
| Defendant's Name: Tammy Cheney | Race: W | Sex: F | Date of Birth: 12-05-74 |

Address: 148 Blackberry Lane Warrenton N Carolina

Social Security Number: _____

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer Passage

Statute/City Code Number: LRS 14:97, 14:108
14:100.1

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

R. Simoneaux
Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

#136262

Notary Public

BRPD08

No. _____, Sec. _____

☒ State of Louisiana        ☒ : 19th Judicial District Court
☐ City of Baton Rouge       ☐ : Baton Rouge City Court
                              : Parish of East Baton Rouge
**VERSUS**                    : State of Louisiana

Cheney, Alexus
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

16-70320
BRPD File No.

EBR3690026

Cheney, Alexus | W | F | 9/13/98
Defendant's Name | Race | Sex | Date of Birth

148 Blackberry Ln Warrenton NC
Address | Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer | LRS 14:97, 14:108
Charge(s) | Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

R. Simoneaux
Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

_____ 136762
Notary Public

BRPD08

☒ State of Louisiana  
☐ City of Baton Rouge

No. _____, Sec. _____  
☒ 19th Judicial District Court  
☐ Baton Rouge City Court  
☐ Parish of East Baton Rouge  
☐ State of Louisiana

**VERSUS**

Blair Brown  
(Name of Defendant)

## Affidavit of Probable Cause

EBR3690021

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70320-26  
BRPD File No.

| | | | |
|---|---|---|---|
| Blair Brown | B/K | F | 10-31-93 |
| **Defendant's Name** | **Race** | **Sex** | **Date of Birth** |

1445 Maryland Ave Washington, DC  
**Address**                                              **Social Security Number**

Simple Obstruction of a Highway of Commerce, Resistin An Officer       LRS 14:97, 14:108  
**Charge(s)**                                                          **Statute/City Code Number**

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway / 525 East Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____  
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

Sgt. _____ #1725  
Ex-Officio Notary Public #134420

BRPD08

| ☒ State of Louisiana | No. _____, Sec. _____ |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court |
| | ☐ : Baton Rouge City Court |
| | : Parish of East Baton Rouge |
| | : State of Louisiana |

**VERSUS**

Karen Savage
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No. 70320-16
EBR3690057

| Karen Savage | White | Female | 12/31/65 |
| Defendant's Name | Race | Sex | Date of Birth |

Address: 165 E 118 St, New York, New York, 10035

Social Security Number: [redacted]

Charge(s): Simple Obstruction of a ~~Highway of Commerce~~ Public Passage, Resistin An Officer

Statute/City Code Number: LRS 14:~~97~~ 100.1, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at ~~9000 Airline Highway~~ 500 East Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant: Thomas

Sworn to and subscribed before me this 10 day of July, 2016.

Sgt. _____ #1775
Notary Public

No. _____, Sec. _____

☒ State of Louisiana
☐ City of Baton Rouge

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

**VERSUS**

FOYTLIN, CHERRI
(Name of Defendant)

EBR3689636

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

| | BRPD File No. | |
|---|---|---|
| FOYTLIN, CHERRI | W    F | 9/30/72 |
| Defendant's Name | Race   Sex | Date of Birth |

916 E. Butler Rayne, LA 70578
Address                                     Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer    LRS 14:97, 14:108
Charge(s)                                                            Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant

Sworn to and subscribed before me this ___10___ day of ___July___, 20_16_.

_____
Notary Public

BRPD08

☒ State of Louisiana
☐ City of Baton Rouge

No. _____, Sec. _____

☒ 19th Judicial District Court
☐ Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

**VERSUS**

Alisha Rae Feldman
(Name of Defendant)

## Affidavit of Probable Cause

EBR3690031

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70356-16
BRPD File No.

Alisha Rae Feldman | W | F | 5-30-80
Defendant's Name | Race | Sex | Date of Birth

2027 Marais St. New Orleans LA 70116
Address | Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer | LRS 14:97, 14:108
Charge(s) | Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____ P1057
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

_____ #7775
Ex-Officio Notary Public
134420

BRPD08

☒ State of Louisiana
☐ City of Baton Rouge

No. _____, Sec. _____

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
☐ : Parish of East Baton Rouge
☐ : State of Louisiana

**VERSUS**

Caitlin M Gaffney
(Name of Defendant)

## Affidavit of Probable Cause

EBR3690034

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

7032016
BRPD File No.

Caitlin M Gaffney | W | F | 3/26/89
Defendant's Name | Race | Sex | Date of Birth

103 Sixth St
Address

Simple Obstruction of a Highway of Commerce, Resistin An Officer
Charge(s)

Social Security Number

LRS 14:97, 14:108
Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at ~~9000 Airline Highway~~ 560 8251 Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____ Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

_____ Notary Public

BRPD08

No. _____, Sec. _____

☒ State of Louisiana
☐ City of Baton Rouge

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
  : Parish of East Baton Rouge
  : State of Louisiana

**VERSUS**

Leah Hope Fishbein
(Name of Defendant)

EBR3690033

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70351-16
BRPD File No.

| Defendant's Name | Race | Sex | Date of Birth |
|---|---|---|---|
| Leah Hope Fishbein | W | F | 11-2-85 |

Address: 2027 Marais St. New Orleans LA 70116

Social Security Number: [redacted]

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer

Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway [300 East City]. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____ P1057
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

_____ #1725
Notary Public 134420

BRPD08

☒ State of Louisiana  
☐ City of Baton Rouge  

: No. _____, Sec. _____  
☒ : 19th Judicial District Court  
☐ : Baton Rouge City Court  
: Parish of East Baton Rouge  
: State of Louisiana  

**VERSUS**

Daniel Liebeskind

### Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

BRPD File Number(s) 70320-16

**Defendant's Name**  
Race W  Sex M  Date of Birth 06-4-86  
909 Rittiner Dr.  
Address  
Social Security Number  

**Charge(s):** Obstruction of a public passage/Resisting an officer  
**Statute Number / City Code Number:** 14:100.1/14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 07-10-16, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of 500 E. Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.

During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690043

Off. A. Bell P10508  
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

Notary Public  
# 92254

☒ State of Louisiana
☐ City of Baton Rouge

No. _____, Sec. _____
☒ 19th Judicial District Court
☐ Baton Rouge City Court
  Parish of East Baton Rouge
  State of Louisiana

**VERSUS**

AKEEM OMAR MUHAMMAD

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

BRPD File Number(s) 70320-16

Defendant's Name: AKEEM OMAR MUHAMMAD
Race: B    Sex: M    Date of Birth: 4/3/92
Address: 1242 MARYLAND AVE NE BSMT WASHINGTON, DC
Social Security Number: [redacted]

Charge(s): Obstruction of a public passage/Resisting an officer
Statute Number / City Code Number: 14:100.1/14:108

---

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10 JULY 2016, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of 9600 ~~Airline Hwy~~ 500 EAST BLVD. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.

During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690046

Sworn to and subscribed before me this 10 day of July, 2016.

Affiant

Notary Public    136762

|  |  |
|---|---|
| ☒ State of Louisiana<br>☐ City of Baton Rouge | : No. _____, Sec. ____<br>☒ : 19th Judicial District Court<br>☐ : Baton Rouge City Court<br>: Parish of East Baton Rouge<br>: State of Louisiana |

VERSUS

<u>CASTANON, ANTONIO</u>

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

<u>CASTANON, ANTONIO</u>   BRPD File Number(s) <u>16-70320</u>
**Defendant's Name**

Race <u>W</u>   Sex <u>M</u>   Date of Birth <u>9/27/89</u>
<u>500 GLEISON TRAIL, NEWNAN, GA</u>                          _____
**Address**                                                  **Social Security Number**

<u>Obstruction of a public passage/Resisting an officer</u>   <u>14:100.1/14:108</u>
**Charge(s)**                                                 **Statute Number / City Code Number**

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this <u>10th July</u>, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of <u>500 E. BLVD</u>. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.

During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690025

FILED
2016 JUL 12 PM 3:10
EAST BATON ROUGE PARISH
_____
DEPUTY CLERK OF COURT

_____ 10178
Affiant

Sworn to and subscribed before me this ___ day of _____, 2016.

_____ #92254
Notary Public