(http://www.theadvertiser.com/story/news/local/louisiana/2016/07/09/relationship-between-baton-rouge-police-community-strained/86850988/)

## Protesters arrested Friday in Baton Rouge

- Kennyth Bell, black, male, Baton Rouge area, obstruction of highway; resisting an officer
- Larry Bilton, Baton Rouge area, obstruction of highway
- Terrell Booker, black, male, Baton Rouge area, obstruction of highway; possession of marijuana
- Doremus Carter, black, male, Baton Rouge area, obstruction of highway
- Aerilya Clark, Baton Rouge area, aggravated assault; resisting an officer
- Deandriane Cormouche, Baton Rouge area, obstruction of highway
- Cedric Coston, black, male, Baton Rouge area, obstruction of highway
- Nancy Davis, black, female, Baton Rouge area, obstruction of highway; resisting an officer
- Tevin Dundy, black, male, Baton Rouge area, obstruction of highway; resisting an officer
- Darrell Early, black, male, Baton Rouge area, obstruction of highway
- Kemi Gilmore, black, female, Baton Rouge area, obstruction of highway; resisting an officer
- Christian Henslee, white, male, Baton Rouge area, obstruction of highway; resisting an officer; illegal carrying of a weapon
- Everette Johnson, black, male, Baton Rouge area, obstruction of highway
- Kiara Jones, black, female, Baton Rouge area, obstruction of highway
- Elcide Jones, black, male, Baton Rouge area, obstruction of highway
- Keosha Jones, Baton Rouge area, obstruction of highway
- Alayna Joyner, white, female, Baton Rouge area, resisting an officer; obstruction of highway; battery of an officer
- Derrick Mullens, black, male, Baton Rouge area, Inciting to riot
- Bosley Oneal, black, male, Baton Rouge area, obstruction of highway
- Daphne Patterson, white, female, Baton Rouge area, obstruction of highway
- Darius Scharnett, black, male, Baton Rouge area, obstruction of highway
- Paige Scott, black, female, Baton Rouge area, obstruction of highway
- Bassam Shalabi, Other, Male, Baton Rouge area, obstruction of highway
- James Simmons, white, male, Baton Rouge area, interfering
- Johnathen Smith, black, male, Baton Rouge area, inciting to riot
- Jeremy Spurlock, black, male, Baton Rouge area, obstruction of highway
- Christian Whitmore, black, male, Baton Rouge area, obstruction of highway
- Trikee Williams, black, male, Baton Rouge area, impeding roadway; resisting an officer
- Tylon Wilson, black, male, Baton Rouge area, inciting to riot
- Dylan Yesso, white, male, Baton Rouge area, obstruction of highway

ACLU: Baton Rouge police 'picking a fight' (http://www.theadvertiser.com/story/news/2016/07/11/aclu-baton-rouge-police-picking-fight/86953748/)

## Protesters arrested Saturday in Baton Rouge

- Matthew Banks, black, male, Baton Rouge, obstruction of highway
- Michael Banks, black, male, Baton Rouge, obstruction of highway
- Joshua Banks, black, male, Houston, Texas; obstruction of highway; inciting a riot
- Ariel Bates, black, female, Baton Rouge, obstruction of highway
- Dale Batiste, black, male, Sorrento, obstruction of highway
- Carvell Batiste, black, male, Sorrento, obstruction of road
- Sean Benjamin, black, male, New Orleans, obstruction of highway
- Devin Bessye, black, male, Baton Rouge, obstruction of road
- Daronshel Blackman, black, male, Mansura, obstruction of highway
- Keona Boyd, Baton Rouge, obstruction of highway
- Donald Browder, black, male, Greensburg, Virginia; obstruction of highway
- Charna Brown, black, female, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Orinto Brown, black, male, Baton Rouge, obstruction of road
- Christopher Brown, Baton Rouge, obstruction of highway
- Samuel Brushun, black, male, Humble, Texas; obstruction of highway; inciting a riot
- Tyler Butler, black, male, Baton Rouge, obstruction of road

- Marvis Cain, black, male, Baton Rouge, impeding roadway; public intoxication; open container
- Devon Carpenter, black, male, Patterson, obstruction of highway
- Justin Cassidy, white, male, Durant, Oklahoma; obstruction of highway
- Charles Causey, black, male, Baton Rouge, obstruction of highway
- William Chaffold, black, male, Franklin, obstruction of highway
- Kiley Clifton, black, male, Baker, obstruction of highway
- Larry Coleman, Baton Rouge, obstruction of road
- Andrew Cox, black, male, Maringouin, obstruction of highway
- Charlie Douglas, black, male, Baton Rouge, obstruction of road
- Kolby, Dummons, black, male, Baton Rouge, obstruction of highway
- Michael Dunn, black, male, Baton Rouge, obstruction of highway
- Javier Dunn, black, male, Baton Rouge, obstruction of highway; resisting an officer
- Brandon Erp, white, male, Baton Rouge, obstruction of highway
- Ieshia Evans, black, female, Dunmore, Pennsylvania; obstruction of highway
- Monisha Freeman, black, female, Baton Rouge, obstruction of highway
- Danny Hamilton, white, male, Slidell, obstruction of highway
- Walisha, Hamlin, black, female, Baton Rouge, obstruction of highway
- Kendrick Henderson, Houston, Texas; obstruction of highway
- Zachary Hill, black, male, Baton Rouge, obstruction of highway
- Bone Hollie-Riesing, Baton Rouge, inciting a riot
- Chris Hollins, black, female, Baton Rouge, obstruction of highway
- Yakeista Hughes, black, female, Baton Rouge, obstruction of highway
- Eddie Hughes, black, male, Gonzales, obstruction of highway
- Lauren Hull, white, female, Baton Rouge, obstruction of highway
- Thomas Hutcherson, black, male, Baton Rouge, obstruction of highway
- Laquechia Jackson, black, female, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Ain Johnson black, female, Masassas Park, Virginia; obstruction of highway
- Marcus Johnson, black, male, Baton Rouge, obstruction of highway
- Decorey Johnson, black, male, Baton Rouge, obstruction of highway
- Brandon Johnson, black, male, Manggag, Virginia; obstruction of highway
- Marcus Johnson, Bastrop, obstruction of highway
- Jonathan Jones, black, male, Baton Rouge, obstruction of highway
- Ryan Kailath, black, male, New Orleans, obstruction of highway
- Kendell King, black, male, Baker, obstruction of highway
- Kendall Knighten, black, male, Baton Rouge, obstruction of highway
- Gloria Larvis, white, female, San Francisco, California; obstruction of highway
- Reginald Leblanc, black, male, Baton Rouge, obstruction of road
- Frank Lee, black, male, Denham Springs, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Jamal Lee, Baker, obstruction of highway
- Kira Marrero, black, female, New Orleans, obstruction of road
- Harold Maze, black, male, Baton Rouge, obstruction of highway
- John McCauley, white, male, homeless obstruction of highway
- Deray McKesson, black, male, Baton Rouge, obstruction of a highway
- Matthew Nicholas, black, male, Baton Rouge, obstruction of highway
- Jordan Nuerenberg, black, female, Denham Springs, obstruction of highway
- Lawrence Portier, black, male, Baton Rouge, obstruction of highway
- Jessica Provenzano, white, female, Slidell, obstruction of road; possession of marijuana
- Erica Raby, black, female, Baton Rouge, obstruction of highway
- Miguel Ramos, black, male, Baton Rouge, obstruction of road
- Keeya Rawls, black, female, Jackson, Mississippi; obstruction of highway
- Aurthur Reed, black, male, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Darrin Reed, black, male, Dallas, Texas; obstruction of roadway
- Kevin Rivers, black, male, Baton Rouge, obstruction of highway
- Latieisha Robinson, Baton Rouge, obstruction of highway
- Rufus Rusk, black, male, Houston, Texas; obstruction of highway
- Leticia Saddler, black, female, Houston, Texas; obstruction of highway
- Danielle Scott, black, female, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Christopher Slaughter, white, male, Metairie, obstruction of highway

- Khatara Smith, black, female, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Nikole Smith, black, female, Baton Rouge, inciting a riot
- Chelsey Smith, black, female, Baton Rouge, obstruction of highway
- John Smith, black, male, Baton Rouge, obstruction of highway; resisting an officcer
- Bryce Smith, black, male, Baton Rouge, obstruction of road
- John Smith, black, male, Baton Rouge, obstruction of road
- Krystal Sonia, black, female, Houston, Texas; obstruction of highway
- Michael Stanfield, black, male, Shreveport, possession of firearm in BREC Park; possession of a firearm with controlled dangerous substance
- Lee Stranahan, white, male, Dallas, Texas; obstruction of highway
- Kendell Tate, black, male, Baker, obstruction of highway; resisting an officer
- Deon Tennart, black, male, Baton Rouge, obstruction of highway
- Leroy Tennart, black, male, Baton Rouge, obstruction of highway
- Terrance Thomas, black, male, Baton Rouge, obstruction of highway
- Lorenzo Thompson, black, male, Dallas, Texas; obstruction of road
- Albernequa Walker, black, female, Baton Rouge, obstruction of highway
- Steven Watkins, white, male, Brandon, Mississippi; obstruction of highway
- Nefertiti Williams, black, female, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Kiandra Williams, black, female, homeless, obstruction of highway
- Derek Williams, black, male, Baton Rouge, disturbing the peace; three counts of contributing to the delinquency of a juvenile
- Timothy Williams, black, male, Baton Rouge, obstruction of highway
- Jason Williams, black, male, Baton Rouge, obstruction of road
- Maitreya Williams, black, male, Houston, Texas; obstruction of highway
- Charles Winborne, black, male, Baton Rouge, obstruction of highway
- Tyler Wooderss, black, male, Baton Rouge, obstruction of highway
- Adam Wright, black, male, Baton Rouge, obstruction of road
- Felix Wyrie, black, male, Baton Rouge, obstruction of highway

Community mourns Alton Sterling at vigil (http://www.theadvertiser.com/story/news/local/louisiana/2016/07/06/community-mourns-alton-sterling-vigil/86775050/)

## Protesters arrested Sunday in Baton Rouge

- Darryl Allen, 24, black, male, Baton Rouge, obstruction of highway
- Courtney Barnes, 17, black, female, Baton Rouge, obstruction of highway
- Telly Benoit, 22, black, male, Plaquemine, obstruction of highway
- Zoe Boekbinder, 31, white, female, New Orleans, obstruction of highway
- Blair Brown, 22, black, female, Washington, D.C.; obstruction of highway
- Julien Burns, 27, white, female, New Orleans, obstruction of highway
- James Campbell, 21, black, male, Baton Rouge, obstruction of highway
- Maira Carrera, 26, black, female, New Orleans, obstruction of highway
- Antonio Castanon, 26, white, male, Newran, Georgia; obstruction of highway
- Alexus Cheney, 17, white, female, Warrenton, North Carolina; obstruction of highway
- Tamy Cheney, 41, white, female, Warrenton, North Carolina; obstruction of highway
- Alayana Desselle, 21, white, female, Moreauville, obstruction of highway
- McKenzie Drexler, 22, black, female, New Ulm, Minnesota; obstruction of highway
- Taylor Ely, 22, white, female, New Orleans, obstruction of highway
- Alisha Feldman, 36, white, female, New Orleans, obstruction of highway
- Jenna Finkle, 24, white, female, New Orleans, obstruction of highway
- Leah Fishbein, 30, white, female, New Orleans, obstruction of highway
- Cherri Foytlin, 43, white, female, Rayne, obstruction of highway (/story/news/2016/07/12/acadiana-resident-describes-terrifying-protest-arrest/86996560/)
- Caitlin Gaffney, 27, white, female, New Orleans, obstruction of highway
- Max Geller, 32, white, male, New Orleans, obstruction of highway
- Lubin Gilbert, 38, black, male, Baton Rouge, obstruction of highway
- Daiquiri Jones, 27, black, male, New Orleans, obstruction of highway
- Sophie Kosofsky, 32, white, female, New Orleans, obstruction of highway

- Evens, Lamour, 45, black, male, Brooklyn, New York; obstruction of highway
- Daniel Liebeskind, 30, white, male, Baton Rouge, obstruction of highway
- Natalie Livingston, 35, white, female, New Orleans, obstruction of highway
- Michael Martin, 25, white, male, Baton Rouge, obstruction of highway
- Andrew McDaniel, 25, white, male, Kenner, obstruction of highway
- Maurice Miller, 43, black, male, Springfield, Missouri; obstruction of highway
- Akeem Muhammad, 24, black, male, Washington, D.C.; obstruction of highway
- Samantha Nichols, 24, white, female, New Orleans, obstruction of highway
- Julie Norman, 32, white, female, Elbridge, New York; obstruction of highway
- Victor Onuoha, 31, black, male, Gretna, obstruction of highway
- Edward Osborn, 27, white, male, New Orleans, obstruction of highway
- Zoe Palmer, 20, white, female, Port Allen, obstruction of highway
- Anthony Patin, 24, black, male, Denham Springs, obstruction of highway
- Jessica Pinkham, 30, white, female, New Orleans, obstruction of highway
- Raae Pollard, 26, white, female, New Orleans, obstruction of highway
- Laura Pyorackerman, 33, white, female, New Orleans, obstruction of highway
- Taress Ripple, 27, white, female, Atlanta, Georgia; obstruction of highway
- Madie Salvar, 24, other, female, New Orleans, obstruction of highway
- Karen Savage, 50, white, female, New York, New York; obstruction of highway
- Lynn Smith, 24, black, male, Lafayette, obstruction of highway
- Marina Sparagana, 26, white, female, New Orleans, obstruction of highway
- Sandra Stibitz, 24, white, female, New Orleans, obstruction of highway
- Kristin Swanson, 28, white, female, New Orleans, obstruction of highway
- Kristen Tardani, 25, white, female, New Orleans, obstruction of highway
- Dakota Tuggle, 25, black, female, Madison, North Carolina; obstruction of highway
- Joshua Williams, 26, black, male, Baton Rouge, obstruction of highway
- Antrell Williams, 24, black, male, Prairieville, obstruction of highway

Acadiana resident describes terrifying protest arrest (http://www.theadvertiser.com/story/news/2016/07/12/acadiana-resident-describes-terrifying-protest-arrest/86996560/)

Read or Share this story: http://www.theadvertiser.com/story/news/local/louisiana/2016/07/12/why-people-being-arrested-baton-rouge-protests/86968744/