# Law Office of William Most

201 St. Charles Ave. Suite 114 #101 ♦ New Orleans, LA 70170

(504) 509-5023                                                                                    williammost@gmail.com

Celeste Brustowicz                                                                               July 25, 2017
Burglass and Tankersley, LLC
5213 Airline Dr.
Metairie, Louisiana 70001
*Via email to cbrustowicz@burglass.com*

Dear Ms. Brustowicz,

This letter is to request three categories of information from your client, the Louisiana State Police. It follows up on our July 11, 2017, discussion. I am requesting:

1. **The name, job title, and rank of each officer who on July 10, 2016, detained or arrested each of the people listed below in Appendix A;[1]**

2. **The name, job title, and rank of each officer who signed an affidavit of probable cause dated July 10, 2016, for each of the people listed below in Appendix A; and**

3. **The identity of any liability or excess insurer for the Louisiana State Police, or its officers.**

As you and I discussed on July 11, 2017, from LSP's public statements I gather that state troopers participated in arrests of protesters. In one video, Col. Edmonson talks about state troopers being at the protests and that "we" made arrests. Another video shows him saying "we needed to clear the area" of protesters on July 10, 2016, and that "when it becomes problematic like that, we're going to have to make some arrests."

Pursuant to La. R.S. 44:32, will you please let me know by close of business on July 28, 2017, whether your client is willing to provide the above requested information? And if so, will you please provide by that time a projected date of providing us with this information?

I provide here two documents that may be helpful to your search. First, all of the affidavits of probable cause that we possess for the listed persons can be downloaded from Dropbox here. Second, a copy of our First Amended Complaint that contains various images and links to videos that may be helpful in identifying officers can be downloaded from Dropbox here.

I will be unavailable for the first two weeks of August, so please direct your answers to my colleague John Adcock (jnadcock@gmail.com).

---

[1] This request is not limited solely to those officers who formally arrested the listed people. It would also include any officer who participated in the physical seizure of any of the listed people.

Very truly yours,

William Most

Cc:   Tedrick Knightshead, Gregory Rome, Courtney Humphrey, John Adcock, Michelle
Rutherford, Meghsha Barner

## Appendix A

| Name | BR File No. | Barcode on Aff. Of P.C. |
|------|-------------|-------------------------|
| Raae Pollard | 70320-16 | EBR 3690054 |
| Samantha Nichols | 70320-16 | EBR 3690047 |
| Tammy Cheney | 70320-16 | EBR 3690027 |
| Alexus Cheney | 70320-16 | EBR 3690026 |
| Blair Brown | 70320-16 | EBR 3690021 |
| Karen Savage | 70320-16 | EBR 3690057 |
| Cherri Foytlin | (Unknown) | EBR 3689636 |
| Caitlin Gaffney | 70320-16 | EBR 3690034 |
| Daniel Liebeskind | 70320-16 | EBR 3690043 |
| Akeem Muhammad | 70320-16 | EBR 3690046 |
| Antonio Castanon | 70320-16 | EBR 3690025 |
| Leah Hope Fishbein | 70351-16 | EBR 3690033 |
| Alisha Rae Feldman | 70356-16 | EBR 3690031 |
| Nadia Salazar | (Unknown) | (Unknown) |
| Victor Onuoha | (Unknown) | (Unknown |