**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BLAIR IMANI, *et al*.  )  <br> ) <br> Plaintiffs,  ) <br> v.  ) <br> ) <br> CITY OF BATON ROUGE, *et al.*  ) <br> ) <br> Defendants.  ) <br> ) | Docket No. 17-cv-00439-SDD-RLB |

**PLAINTIFF'S REQUEST FOR A SCHEDULING CONFERENCE DATE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully request that this court calendar a time for a Fed. R. Civ. Pro. Rule 16(b) conference.

FRCP 16(b) requires that unless the judge finds good cause for delay, the court should issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." This order is to come after the parties conduct a FRCP 26(f) or after a scheduling conference. FRCP 16(b)(1).

Here, some defendants appeared 75 days ago. R. Doc. 13 (Motion to Dismiss). Accordingly, Plaintiffs invited Defendants to engage in a FRCP 26(f) conference.

But Defendants have told Plaintiffs that they are unwilling to engage in such a conference until the court sets a scheduling conference date.

For that reason, Plaintiffs respectfully request that this Court set a date for a scheduling conference.

Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101

1

New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*/s/ John Adcock_____*
JOHN ADCOCK
Louisiana Bar No. 30372
3110 Canal Street, 2d Floor
New Orleans, LA 70119
T:  (504) 233-3125
F:  (504) 308-1266
Email:  jnadcock@gmail.com

*/s/ Michelle M. Rutherford___*
MICHELLE M. RUTHERFORD
Louisiana Bar No. 34968
1700 S. Rampart St.
New Orleans, LA 70113
T: (415) 794-5639
F: (504) 407-2131
Email: michelle@rfordlaw.com

*Attorneys for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017, Plaintiffs' *Request for a Scheduling*

*Conference Date* was filed electronically with the Clerk of Court for the Middle District of

Louisiana using the CM/ECF system.


_____*/s/ William Most*_____
William Most


2