UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, ET AL )<br>)<br>v. )<br>)<br>CITY OF BATON ROUGE, ET AL )<br>) | CIVIL ACTION NO. 3:17-cv-00439<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAG. ERIN WILDER-DOOMES |

**Motion to Dismiss (FRCP 12(b) (1) & (6))**
**by Colonel Kevin Reeves & Louisiana State Police**

Comes, Colonel Kevin Reeves, Superintendent of the Louisiana State Police, and the Louisiana State Police, who pursuant to Fed. R. Civ. P. 12(b)(1) & (6), move to dismiss the Second Amended and Supplemental Class Action Complaint for Damages for Deprivation of Civil Rights (Rec. Doc. 59) on grounds that this court lacks jurisdiction because Eleventh Amendment immunity applies to the Colonel and Louisiana State Police because he is a state officer sued in his official capacity[1] and Louisiana State Police is a part of Louisiana State government; and none of the Eleventh Amendment exceptions apply.[2] Further, neither the Colonel nor the Louisiana State Police are persons under 42 U.S.C.§ 1983. The authority supporting this motion is more fully set forth in the legal memorandum filed concurrently herewith. The Colonel and the Louisiana State Police pray this motion is granted and that they are dismissed with prejudice from this action.

Respectfully submitted,

*/s/ Celeste Brustowicz*

**Burglass and Tankersley, LLC**
Dennis J. Phayer (10408)

---

[1] *Edelman v. Jordan,* 415 U.S. 651, 663-69 (1974)
[2] Fed. R. Civ. P. 12(b)(1)(6)

{00697456 - v1}

dphayer@burglass.com
Celeste Brustowicz (16835)
cbrustowicz@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
Attorneys for defendants, Colonel Kevin Reeves, Superintendent of the Louisiana State Police, and the Louisiana State Police

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2018, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/ *Celeste Brustowicz*
_____

{00697456 - v1}    2