# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAIR IMANI, ET AL** ) | CIVIL ACTION NO. 3:17-cv-00439 |
| ) | |
| v. ) | |
| ) | JUDGE JOHN W. DEGRAVELLES |
| **CITY OF BATON ROUGE, ET AL** ) | |
| ) | MAG. ERIN WILDER-DOOMES |

### MOTION TO DISMISS BY MICHAEL EDMONSON

May It Please The Court:

Comes, Michael Edmonson, former Superintendent of the Louisiana State Police, and moves to dismiss the Second Amending Complaint (Rec. Doc. 59) against him because plaintiffs have not stated a claim on which relief can be granted, all as set forth in the memorandum supporting this motion.

Respectfully submitted,

*/s/ Celeste Brustowicz*

**Burglass and Tankersley, LLC**
Dennis J. Phayer (10408)
dphayer@burglass.com
Celeste Brustowicz (16835)
cbrustowicz@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0428
Fax: (504) 287-0468
Attorneys for defendant Michael Edmonson

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2018, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/ *Celeste Brustowicz*
_____
Celeste Brustowicz