UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, ET AL ) | CIVIL ACTION NO. 3:17-cv-00439 |
| ) | |
| v. ) | |
| ) | JUDGE JOHN W. DEGRAVELLES |
| CITY OF BATON ROUGE, ET AL ) | |
| ) | MAG. ERIN WILDER-DOOMES |

**FRCP 12(b)(6) Motion to Dismiss by Certain LSP Troopers**

Come now, Senior Trooper Joe Dessens, Sgt., Mark Dennis, Trooper Jonathan James, Sgt. Gerald Varnado, Master Trooper Samuel Capaci, Sgt. Kevin Curlee, and Sgt. John Clary, who, pursuant to FRCP 12(b)(6), move for dismissal of all claims against them on the grounds that plaintiffs have failed to state a claim on which relief can be granted, all as set forth in the supporting memorandum filed concurrently herewith.

Respectfully submitted,

*/s/ Dennis J. Phayer*

**Burglass and Tankersley, LLC**
Dennis J. Phayer (10408)
dphayer@burglass.com
Elizabeth A. Doubleday (34916)
edoubleday@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0412
Fax: (504) 287-0452
Attorneys for defendants, Senior Trooper Joe Dessens, Sgt. Mark Dennis, Trooper Jonathan James, Sgt. Gerald Varnado, Master Trooper Samuel Capaci, Sgt. Kevin Curlee, Sgt. John Clary

{00723932 - v1}

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2018, a copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email and/or United States Mail.

/s/ *Dennis J. Phayer*
_____
Dennis J. Phayer