UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAIR IMANI, et al**<br>    **Plaintiff** | **CIVIL ACTION No.:  3:17-cv-00439** |
| **VERSUS** | **JUDGE: JOHN W. DEGRAVELLES** |
| **CITY OF BATON ROUGE, et al**<br>    **Defendant** | **MAGISTRATE JUDGE:**<br>**ERIN WILDER-DOOMES** |

### ORDER

Considering the foregoing Motion to Stay Discovery:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Stay Discovery is GRANTED, and all discovery is stayed until this Court rules upon Defendants' Motion to Dismiss and in the Alternative Motion to Strike.

BATON ROUGE, LOUISIANA, this ___ day of _____, 2018.

_____

JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA