# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAIR IMANI, et al** | **CIVIL ACTION No.:  3:17-cv-00439** |
| **Plaintiffs** | |
| **VERSUS** | **JUDGE: JOHN W. DEGRAVELLES** |
| **CITY OF BATON ROUGE, et al** <br> **Defendants** | **MAGISTRATE JUDGE:  ERIN WILDER-DOOMES** |

## MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION TO STRIKE IN EXCESS OF PAGE LIMITATION

**NOW INTO COURT**, through undersigned counsel, come defendants, Sheriff Sid J. Gautreaux, III, in his official capacity as Sheriff of East Baton Rouge Parish and AIX Group, doing business as Nova Casualty Company, ("Sheriff Defendants") who move this Honorable Court for leave of court to file their Reply Memorandum in Support of Motion to Dismiss and in the Alternative Motion to Strike in excess of the page limitation of five pages.  While undersigned counsel attempted to be as concise and brief as possible, due to the complexity of some of the legal issues, the brief is twenty-six (26) pages.

**WHEREFORE**, Sheriff Defendants pray that this Court grant leave and allow the attached Reply Memorandum to be filed herein in support of Sheriff Defendants' Motion to Dismiss and in the Alternative Motion to Strike.

Respectfully Submitted:

*s/ Catherine S. St. Pierre*_____
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)

1

TARA L. JOHNSTON (#28100)
**ERLINGSON BANKS, P.L.L.C.**
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70825
(225) 218-4446

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing pleading has been served on counsel for all parties to this proceeding via the court's electronic service this 26th day of April, 2018.

*s/ Catherine S. St. Pierre*
*Catherine S. St. Pierre*