# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**SEPTEMBER 7, 2018**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

BLAIR IMANI, ET AL.

**CIVIL ACTION**

VERSUS

**NO. 17-439-JWD-EWD**

CITY OF BATON ROUGE, ET AL.

This matter came on this day for a hearing on all pending motions.  The parties present signed the attached attendance sheet. The oral motion of counsel for Sid J. Gautreaux, III to enroll *Rachel Marie Abadie* with the firm of Erlingson Banks, PLLC, as additional counsel is GRANTED.

Counsel presented arguments on all motions list herein:

1.) *Motion to Strike Plaintiffs' Complaint, First Amended Complaint, and Second Amended Complaint Under Rule 12(f), Fed.R.Civ.P.* (Doc. 64) filed by the City/Parish Defendants and by the LSP Defendants' *Fed. R. Civ. P. 12(f) Motion to Strike* (Doc. 68);
2.) *Motion to Dismiss (FRCP 12(b)(1) & (6))* by Colonel Kevin Reeves & Louisiana State Police ("LSP") (Doc. 69);
3) *Motion to Dismiss* by Michael Edmonson (Doc. 75);
4) *FRCP 12(b)(6) Motion to Dismiss by* Certain LSP Troopers (Doc. 79);
5) *Motion to Dismiss and in the Alternative Motion to Strike* (Doc. 96) by Sheriff Sid Gautreaux and AIX Group, d/b/a Nova Casualty Company ("EBRSO Defendants").

After hearing arguments, the Court advised counsel written rulings will be issued with oral reasons to follow.

The reading of oral reasons will resume at 9:00 a.m. on Monday, September 10, 2018.

Signed in Baton Rouge, Louisiana, on September 10, 2018.

CV 25b; T: 7:00 hr
Reporter: G. Delatte-Richard

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**FRIDAY, SEPTEMBER 7, 2018**
**9:00 A.M.**

**ORAL ARGUMENT**

PLEASE PRINT

| NAME | FIRM | REPRESENTING |
|------|------|--------------|
| John Adcock | Solo | Plaintiffs |
| Michelle Rutherford | Solo | Plaintiffs |
| DENNIS PHAYER | BURGLASS + TANKERSLEY | STATE POLICE DEFTS. |
| Deelee Morris | Parish Attorney's Office | City/Parish Defendants |
| Candace Ford | Parish Attorney's Office | City/Parish Defendants |
| Catherine St. Pierre | Erlingson Banks | EBRSO Sheriff Gautreaux AEX |