## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL**

**CIVIL ACTION**

**VERSUS**

**NO.: 17-CV-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, comes defendants, City of Baton Rouge/Parish of East Baton Rouge, Former Mayor Melvin Lee Holden, Former Chief Carl Dabadie, Jr., Chief Murphy Paul, Billy Walker, Jonathan Abadie, Reab Simoneaux, William Alexander, James Thomas, Derrick Williams, Curtis Wilson, Taylor Giroir, Alex Bell, Travis Norman, Willie Williams, Darren Hunt, Earl Lapeyrouse, Alaina Mancuso, Jeff Pittman, Jason Dohm, Kenny Brewer, Richard McCloskey, James Thomas, Earnest Jones, Kirk Glover, Keith Wilson, (collectively referred to as "the City of Baton Rouge" or "the City/Parish"), who pursuant to Fed.R.Civ.P Rule 26(c) moves for a protective order protecting any information sought during the discovery process deemed confidential.  For the reasons stated below, this motion should be granted.

1.

Through written discovery requests Plaintiffs seek information and documentation related to confidential and/or sensitive law enforcement material concerning matters that could jeopardize law enforcement strategies and officer safety.

2.

Plaintiffs also seek unredacted Internal Affairs investigative files, which would reveal officers of the Baton Rouge Police Department ("BRPD") who have filed anonymous complaints against other BRPD officers during the July 2016 Alton Sterling Protests.

1

3.

The City/Parish asserts that a protective order is necessary to preserve the anonymity afforded to law enforcement complainants. Moreover, the complainants have agreed to disclose their identities to the Plaintiffs and to the Court; therefore, this motion merely seeks to bar disclosure to the general public, including the media.

4.

Lastly, any burden and prejudice involved in preserving not only the anonymity requested herein, but in also preserving information and documentation related to confidential and/or sensitive law enforcement material would outweigh any need to publicly disclose said confidential information.

**WHEREFORE**, the City/Parish prays that this Honorable Court issue a protective order herein protecting any information sought during the discovery process deemed confidential.

## RULE 37 CERTIFICATION

Pursuant to Fed.R.Civ.P. 37(a)(1) and Local Civil Rule 37, counsel for the parties herein conferred in a good-faith effort to resolve the discovery matters that are subject of this motion between December 12, 2018 through March 13, 2019.

**SIGNATURE BLOCK ON NEXT PAGE**

**RESPECTFULLY SUBMITTED:**

**ANDERSON O. "ANDY" DOTSON, III**
**INTERIM PARISH ATTORNEY**

/s/Candace Ford
**Candace Ford** (#37686)
Assistant Parish Attorney
**Tedrick K. Knightshead** (#28851)
First Assistant Parish Attorney
**A. Gregory Rome** (#21062)
Director of Litigation/Risk Management
222 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
cford@brla.gov - Email
tknightshead@brla.gov - Email
grome@brla.gov – Email

## CERTIFICATE

I hereby certify that a copy of the foregoing was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this **14th** day of **March**, 2019.

**/s/ Candace Ford**
**CANDACE B. FORD**

3