**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BLAIR IMANI, ET AL**

**VERSUS**

**CITY OF BATON ROUGE, ET AL**

**CIVIL ACTION**

**NO.: 17-CV-439-JWD-EWD**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

 **CONSIDERING** the above and foregoing City of Baton Rouge Defendants' Motion for Protective Order;

 **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Protective Order is hereby GRANTED.

 THUS DONE AND ORDERED in BATON ROUGE, LOUISIANA, this ___ day of _____, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**