UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL**             CIVIL ACTION

**VERSUS**                         NO.: 17-CV-439-JWD-EWD

**CITY OF BATON ROUGE, ET AL**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION AND ORDER OF DISMISSAL**

NOW INTO COURT, through undersigned Counsel comes plaintiff, Tammy Cheney and Defendants, **City of Baton Rouge/Parish of East Baton Rouge** (hereinafter referred to as **"City/Parish"**), and Mayor Melvin Lee "Kip" Holden, and ex-Baton Rouge City Police Chief, Carl Dabadie, Jr., in his individual capacity, Baton Rouge City Chief of Police in his official capacity (previously Carl Dabadie, Jr., currently Jonathan Dunnam), Alex Bell, Darren Hunt, Earl Lapeyrouse, Jonathon Abadie, Taylor Giroir, Derrick Williams, Keith Wilson, Travis Norman, Earnest Jones, Kenny Brewer, William Alexander, James Thomas, Kirk Grover (improperly named "Kirk Glover"), Willie Williams, Jason Dohm, Reab Simoneaux, Jr., Alaina Mancuso, Jeff Pittman, Richard McCloskey, Billy Walker, and Curtis Wilson (hereinafter referred to collectively as **"Defendants"**), parties to the above entitled and numbered cause, who respectfully move that a Judgment of Dismissal be rendered by the Court dismissing all claims of **Tammy Cheney** against **City of Baton Rouge/Parish of East Baton Rouge** (hereinafter referred to as **"City/Parish"**), and Mayor Melvin Lee "Kip" Holden, and ex-Baton Rouge City Police Chief, Carl Dabadie, Jr., in his individual capacity, Baton Rouge City Chief of Police in his official capacity (previously Carl Dabadie, Jr., currently Jonathan Dunnam), Alex Bell, Darren Hunt, Earl Lapeyrouse, Jonathon Abadie, Taylor Giroir, Derrick Williams, Keith Wilson, Travis Norman, Earnest Jones, Kenny Brewer, William Alexander, James Thomas, Kirk Grover (improperly named "Kirk Glover"), Willie Williams, Jason Dohm, Reab Simoneaux, Jr., Alaina Mancuso, Jeff Pittman,

Richard McCloskey, Billy Walker, and Curtis Wilson (hereinafter referred to collectively as **"Defendants"**) with full prejudice, and with each party to bear their own costs.

Motion Submitted by:

**ANDERSON O. "ANDY" DOTSON**
**PARISH ATTORNEY**

| | |
|---|---|
| **/s/ Deelee S. Morris** | **/s/ William Most** |
| **Deelee S. Morris (#28775)** | William Most (#36914) |
| Assistant Parish Attorney | 201 St. Charles Ave., Ste 114#101 |
| **A. Gregory Rome (#21062)** | New Orleans, LA 70170 |
| Director of Litigation/Risk Management | Tel: (650) 465-5023 |
| **Tedrick K. Knightshead (#28851)** | Email: williammost@gmail.com |
| Sr. Special Assistant Parish Attorney | *Attorney for Plaintiff, Tammy Cheney* |
| 222 St. Louis Street, 9th Floor | |
| Baton Rouge, LA  70802 | |
| Tel: 225- 389-8730 | |
| Fax: 225-389-8736 | |
| Email: DSMorris@brla.gov | |
| Email: grome@brla.gov | |
| Email: tknightshead@brla.gov | |
| *Attorneys for Defendants* | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion and Order of Dismissal was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 6th day of November, 2019.

        **/s/ Deelee S. Morris**
        **DEELEE S. MORRIS**