UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAIR IMANI, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 17-CV-439-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF DISMISSAL

Considering the Joint Motion and Order of Dismissal in the above entitled and number cause;

**IT IS ORDERED** that plaintiff, Tammy Cheney's, suit against **City of Baton Rouge/Parish of East Baton Rouge** (hereinafter referred to as **"City/Parish"**), and Mayor Melvin Lee "Kip" Holden, and ex-Baton Rouge City Police Chief, Carl Dabadie, Jr., in his individual capacity, Baton Rouge City Chief of Police in his official capacity (previously Carl Dabadie, Jr., currently Jonathan Dunnam), Alex Bell, Darren Hunt, Earl Lapeyrouse, Jonathon Abadie, Taylor Giroir, Derrick Williams, Keith Wilson, Travis Norman, Earnest Jones, Kenny Brewer, William Alexander, James Thomas, Kirk Grover (improperly named "Kirk Glover"), Willie Williams, Jason Dohm, Reab Simoneaux, Jr., Alaina Mancuso, Jeff Pittman, Richard McCloskey, Billy Walker, and Curtis Wilson (hereinafter referred to collectively as **"Defendants"**) is hereby dismissed, with full prejudice, and with each party to bear their own costs.

Baton Rouge, Louisiana, this __7th__ day of __November__, 2019.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**