UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, *et al.* | ) |
| | ) |
| Plaintiffs, | )  Docket No.17-cv-00439-JWD-EWD |
| v. | ) |
| | ) |
| CITY OF BATON ROUGE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT OF DISMISSAL**

Considering the Joint Motion to Dismiss Tammy Cheney in the above entitled and number cause;

**IT IS ORDERED** that plaintiff Tammy Cheney's suit against Louisiana State Police, Sheriff Sid J. Gautreux III, Michael Edmondson, Kevin Reeves, Beau Comeaux, Herman Newell, William Seymour, Joe Dessens, Mark Dennis, Jonathan James, Gerald Varnado, Samuel Capaci, Kevin Curlee, Kevin Cannatella, John Clary, Marshall Menou, James Jamison, Troy Banks, Calvin Prater, Brandon McCall, Jason Jones, Harry Howard, Justin Walker, Alan Hamilton, Brandon Blust, James Crockett, Randall Wiedeman, David Wallace, Mike Walker, Christopher Bryan Taylor, Myron Daniels, AIX Group (d/b/a Nova Casualty Company), and all remaining Doe Defendants be dismissed with prejudice and with each party to bear their own costs.

Baton Rouge, Louisiana, this 22nd day of November, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
