**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BLAIR IMANI, *et al*. ) | |
| ) | |
| Plaintiffs, ) | Docket No. 17-cv-00439-JWD-EWD |
| v. ) | |
| ) | |
| CITY OF BATON ROUGE, *et al*. ) | |
| ) | |
| Defendants. ) | |

**STATEMENT OF MATERIAL FACTS**

Pending before the Court is Plaintiff Antonio Castanon Luna and Nadia Salazar Sandi's *Motion for Partial Summary Judgment* regarding their claims of excessive force in violation of the Fourth Amendment. In support of that Motion, Plaintiffs submit this statement of undisputed material facts:

1. Antonio Castanon Luna and Nadia Salazar Sandi participated in the July 10, 2016, protest. R. Doc. 59 at ¶ 160; Ex. A ("Declaration of Nadia Salazar Sandi"); Ex. B ("Declaration of Antonio Castanon Luna").

2. At some point during the protest, Antonio Castanon Luna and Nadia Salazar Sandi were present at the intersection of Government Street and Maximillian Street. R. Doc. 59 at ¶ 162; Ex. A; Ex. B.

3. While standing on the sidewalk at the intersection of Government Street and Maximillian Street, Antonio Castanon Luna and Nadia Salazar Sandi were tackled by Baton Rouge Police Department officers. R. Doc. 59 at ¶ 164; Ex. A; Ex. B.

1

4. The officers who tackled Antonio Castanon Luna and Nadia Salazar Sandi were Alan Hamilton, Cpl. Brandon Blust, and Ofc. James Crockett. Ex. B ("Supplemental Answers to Plaintiffs' Fourth Set of Interrogatories to Chief Murphy Paul")

5. At the time they were tackled, Mr. Luna and Ms. Sandi were not fleeing, were not violent, and were not aggressive. R. Doc. 59 at ¶ 163; Ex. A; Ex. B.

6. Antonio Castanon Luna and Nadia Salazar Sandi were injured as a result of being tackled. R. Doc. 59 at ¶ 178; Ex. A; Ex. B.

        Respectfully submitted,

        */s/ David Lanser*
        DAVID LANSER
        Louisiana Bar No. 37764
        WILLIAM MOST
        Louisiana Bar No. 36914
        201 St. Charles Ave., Ste. 114 #101
        New Orleans, LA 70170
        Tel: (650) 465-5023
        Email: williammost@gmail.com

        JOHN ADCOCK
        Louisiana Bar No. 30372
        P.O. Box 750621
        New Orleans, LA 70175
        Tel: (504) 233-3125
        Fax: (504) 308-1266
        Email: jnadcock@gmail.com

        JACK M. RUTHERFORD
        Louisiana Bar No. 34968
        1700 S. Rampart St.
        New Orleans, LA 70113
        T: (415) 794-5639
        F: (504) 407-2131
        Email: jack@rfordlaw.com