UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL**                         **CIVIL ACTION**

**VERSUS**                                           **NO.: 17-CV-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF MATERIAL FACTS

**MAY IT PLEASE THE COURT:**

Defendants, CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, JAMES CROCKETT, BRANDON BLUST, and ALAN HAMILTON, respectfully submit this statement of material facts in opposition of the plaintiff's Partial Motion for Summary Judgment and in support thereof would respectfully show the Court the following:

1. A large number of protestors congregated in an unplanned protest at or around the intersection of East Boulevard and France Street in Baton Rouge, Louisiana (hereafter referred to as "July 10th protest").

2. Protestors at this protest intentionally impeded the flow of traffic in the area and began throwing objects at law enforcement officers.[1]

3. Due to the illegal actions of numerous protestors, BRPD officers issued multiple dispersal orders to the crowd of protestors.[2]

---

[1] Exhibit A, Affidavit of James Crockett, ¶ 4; Exhibit B, Affidavit of Brandon Blust, ¶ 4; and Exhibit C, Affidavit of Alan Hamilton, ¶ 4.

[2] Exhibit A, Affidavit of James Crockett, ¶ 5; Exhibit B, Affidavit of Brandon Blust, ¶ 5; and Exhibit C, Affidavit of Alan Hamilton, ¶5.

4. During the July 10th protest, plaintiffs Luna and Sandi intentionally stood in the roadway, and Luna loudly encouraged other protestors to disobey the dispersal orders and was verbally aggressive towards police officers.[3]

5. Officers Blust and Hamilton commanded Luna to stop and ordered his arrest while he was standing in the roadway.[4]

6. Luna disregarded these commands and eluded arrest by fleeing into/behind the crowd of protestors that he was standing in front of.[5]

7. Due to officer safety concerns, Officers Blust and Hamilton could not pursue Luna after their commands because of the unruly nature of the crowd the and the fact that size of the crowd greatly outnumbered law enforcement officers on scene.[6]

8. Officers Crockett, Hamilton and Blust subsequently spotted the plaintiffs standing around the corner of Government Street and Maximillan Street in a continued effort to protest with other persons.[7]

9. Officers Crockett, Blust and Hamilton joined together to apprehend Luna as a result of his earlier illegal actions and his continued refusal to disperse from the area.[8]

10. Because of Luna's earlier attempts to flee from arrest, Officers Crockett, Blust and Hamilton attempted apprehend Luna by quickly approaching him from out of his sightline.[9]

---

[3] Exhibit A, Affidavit of James Crockett, ¶ 6; Exhibit B, Affidavit of Brandon Blust, ¶ 6; and Exhibit C, Affidavit of Alan Hamilton, ¶ 6.
[4] Exhibit A, Affidavit of James Crockett, ¶ 7; Exhibit B, Affidavit of Brandon Blust, ¶ 7; and Exhibit C, Affidavit of Alan Hamilton, ¶ 7.
[5] Exhibit A, Affidavit of James Crockett, ¶ 8; Exhibit B, Affidavit of Brandon Blust, ¶ 8; and Exhibit C, Affidavit of Alan Hamilton, ¶ 8.
[6] Exhibit B, Affidavit of Brandon Blust, ¶ 9; and Exhibit C, Affidavit of Alan Hamilton, ¶ 9.
[7] Exhibit A, Affidavit of James Crockett, ¶ 10; Exhibit B, Affidavit of Brandon Blust, ¶ 11; and Exhibit C, Affidavit of Alan Hamilton, ¶ 11.
[8] Exhibit A, Affidavit of James Crockett, ¶ 11; Exhibit B, Affidavit of Brandon Blust, ¶ 12; and Exhibit C, Affidavit of Alan Hamilton, ¶ 12.
[9] Exhibit A, Affidavit of James Crockett, ¶ 12; Exhibit B, Affidavit of Brandon Blust, ¶ 13; and Exhibit C, Affidavit of Alan Hamilton, ¶ 13.

11. As Officer Crockett attempted to restrain Luna, Luna wrapped his arm around Sandi, pulled her to the ground, and fell on top of Officer Crocket while still holding on to Sandi.[10]

12. Officers Blust and Hamilton were required to physically separate Luna's continued hold of Sandi.[11]

13. Both Luna and Sandi were moved to a prone position to be handcuffed.[12]

14. Luna and Sandi were lifted after being restrained with handcuffs and escorted away from Government Street to be processed for arrest.[13]

15. No other force on Antonio Castanon Luna and/or and Nadia Salazar Sandi was alleged.[14]

16. Neither Officers Blust nor Hamilton brought Luna or Sandi to the ground, but only assisted in the subsequent restraint.[15]

17. No officers have been identified as having caused any handcuffs to be too tight.

18. No evidence has been produced to establish that the officers acted maliciously or purposely used handcuffs to inflict harm upon him.

19. Plaintiff have submitted no medical proof that they were injured during alleged arrests.

20. Plaintiffs cannot establish that any of the force used was unreasonable in light of the circumstances to the ground.

---

[10] Exhibit A, Affidavit of James Crockett, ¶ 13; Exhibit B, Affidavit of Brandon Blust, ¶ 14; and Exhibit C, Affidavit of Alan Hamilton, ¶ 14.
[11] Exhibit A, Affidavit of James Crockett, ¶ 14; Exhibit B, Affidavit of Brandon Blust, ¶ 15; and Exhibit C, Affidavit of Alan Hamilton, ¶ 15.
[12] Exhibit A, Affidavit of James Crockett, ¶ 15; Exhibit B, Affidavit of Brandon Blust, ¶ 16; and Exhibit C, Affidavit of Alan Hamilton, ¶ 16.
[13] Exhibit A, Affidavit of James Crockett, ¶ 16; Exhibit B, Affidavit of Brandon Blust, ¶ 17; and Exhibit C, Affidavit of Alan Hamilton, ¶ 17.
[14] Exhibit A, Affidavit of James Crockett, ¶ 17; Exhibit B, Affidavit of Brandon Blust, ¶ 18; and Exhibit C, Affidavit of Alan Hamilton, ¶ 18.
[15] Plaintiffs' exhibit E, Video entitled "Hundreds arrested BLM MSNBC.mp4 at 0:58-1:06.

By Attorneys:

ANDERSON O. "ANDY" DOTSON, III
PARISH ATTORNEY

**/s/ Deelee S. Morris**
**Deelee S. Morris (#28775)**
**Special Assistant Parish Attorney**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile: (225) 389-8736**
**Email: dsmorris@brla.gov**

**CERTIFICATE**

I hereby certify that a copy of the foregoing Statement of Material Facts Opposition to Plaintiffs' Motion for Partial Summary Judgment was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this **22th** day of **April**, **2020**.

**/s/ Deelee S. Morris**
**DEELEE S. MORRIS**