UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**September 16, 2020**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

BLAIR IMANI, et al.

VERSUS

CITY OF BATON ROUGE, et al.

CIVIL ACTION

NO.   17- 439-JWD-RLB

This matter came on this day for oral argument by Zoom Video Conferencing on EBRSO Defendants' Motion to Dismiss **(Doc. 200).**

    *Present were*    John Nelson Adcock, David Joseph Lanser, William Brock Most,
**Counsel for Plaintiffs**

    Catherine S. St. Pierre
**Counsel for Defendants Sheriff Sid J. Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish ("Sheriff Gautreaux")Marshall Menou, James Jamison, Troy Banks, Calvin Prater, Brandon McCall, Jason Jones, Harry Howard, Justin Walker ("Individual EBRSO Deputies") and AIX Group, doing business as NOVA CASUALTY COMPANY ("Nova") (sometimes collectively referred to as ("EBRSO Defendants")**

Counsel presented arguments.

For oral reasons assigned, the Motion to Dismiss **(Doc. 200)** filed by the EBRSO Defendants is GRANTED, and all claims by Plaintiffs against the EBRSO Defendants are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>September 16, 2020</u>.

Cv 25a T: 1:15
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**