UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL.**                                             **CIVIL ACTION NO.**

**VERSUS**                                                          **17-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL.**

### TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on August 4, 2021 with the following participants:

PRESENT:[1]  **William B. Most**              **Joseph K. Scott, III**
            **David J. Lanser**              Counsel for defendants,
            Counsel for plaintiffs,          City of Baton Rouge, *et al.*
            Blair Imani, *et al.*

                                             **Gregory C. Fahrenholt**
                                             Counsel for defendants,
                                             Louisiana State Police, *et al.*

The purpose of the conference was to discuss the pending Motion for Protective (Consolidated 30(B)(6) Deposition) ("Motion for Protective Order"),[2] filed by Defendants on August 3, 2014, which Plaintiffs oppose.[3] The Motion for Protective Order relates to a Rule 30(b)(6) Deposition of Defendant, the City of Baton Rouge, currently set for Thursday, August 5, 2021 at 9:00 a.m.[4]

At the outset, the undersigned explained that given the many telephone conferences in this case (and related cases) involving the same counsel, to the extent Defendants had an issue with the Rule 30(b)(6) Notice of Deposition, or some of the listed topics, they should have been raised those issues sooner. The undersigned also provided guidance related to the filing of last-minute

---

[1] Also present were James W. Craig, Eric A. Foley, Hannah Lommers-Johnson, Shani M. Moore-O'Neal and Roy J. Rodney, Jr., attorneys who represent plaintiffs in related cases.
[2] R. Doc. 275. The Motion seeks a "protective order…limiting the scope of the proposed 30(b)(6) deposition."
[3] R. Doc. 276.
[4] R. Doc. 275-6

motions and/or not attempting to resolve discovery issues through the conferral process and moving the discovery process forward so these cases are able to be resolved through trial or otherwise.

Counsel for the City/Parish Defendants advised that after reading Plaintiffs' opposition memorandum, he called Plaintiffs' counsel and, after their discussion, realized that he filed the Motion for Protective order too hastily. As such, counsel for the City /Parish Defendants made an oral Motion to Withdraw the Motion for Protective Order, reserving the right to re-file a Motion for Protective Order related to the Rule 30(b)(6) Deposition of the City of Baton Rouge at the appropriate time, if necessary. After Plaintiffs expressed no opposition to the oral motion, the oral Motion to Withdraw the Motion for Protective was granted.

Lastly, the undersigned advised the parties that they may call chambers in the event they need guidance during the Rule 30(b)(6) deposition.

Accordingly,

**IT IS ORDERED** that the City/Parish Defendants' **ORAL MOTION** to withdraw the Motion for Protective Order,[5] is **GRANTED**. The Motion for Protective Order shall be **TERMINATED** as withdrawn by the movants.

Signed in Baton Rouge, Louisiana, on August 9, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[5] R. Doc. 275

2