UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

---

BLAIR IMANI, *et al.*

                Plaintiffs,          Docket No.17-00439-JWD-EWD

  v.

CITY OF BATON ROUGE, *et al.*

                Defendants.

---

### JUDGMENT OF DISMISSAL

Considering the *Consent Motion to Voluntarily Dismiss Particular Defendants* in the above-captioned cause

**IT IS ORDERED** that Defendants Michael Edmonson, Beau Comeaux, Joe Dessens, Mark Dennis, Jonathan James, Gerald Varnado, Samuel Capaci, Kevin Curlee, Kevin Cannatella, and John Clary are hereby dismissed with prejudice. The dismissed defendants will bear their own costs.

Signed in Baton Rouge, Louisiana, on September 23, 2021.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**