| *According to City of Baton Rouge* | | | | |
|---|---|---|---|---|
| **Plaintiff** | **Does City have evidence Plaintiff didn't comply with orders?** | **Other than APC, does City have evidence Plaintiff was violent?** | **Other than APC, does City have any description of specific Plaintiff's illegal activity?** | **Other than description of facts in APC or RAP, does City have justification for specific Plaintiff's arrest?** |
| Blair Imani | No | No | No | No |
| Akeem Muhammad | No | No | No | No |
| Raae Pollard | No | No | No | No |
| Samantha Nichols | No | No | No | No |
| Alexus Cheney | No | No | No | No |
| Victor Onuoha | No | No | No | No |
| Karen Savage | No | No | No | No |
| Cherri Foytlin | No | No | No | No |
| Alisha Feldman | No | No | No | No |
| Antonio Castanon Luna | No | No | No | No |
| Nadia Salazar Sandi | No | No | No | No |
| Dr. Daniel Liebeskind | No | No | No | No |
| Finn Phoenix | No | No | No | No |
| Leah Fishbein | No | No | No | No |

| According to the City of Baton Rouge | | | | | |
|---|---|---|---|---|---|
| Plaintiff | Which officer(s) saw Plaintiff commit any alleged crime? | Which officer(s) laid hands Plaintiff? | Which officer(s) handcuffed or ziptied Plaintiff? | Which officer(s) transported Plaintiff to processing? | Which officer(s) signed Affidavit of Probable Cause as affiant? |
| Blair Imani | UNKNOWN | UNKNOWN | Jeff Pittman and/or Jason Dohm | Jeff Pittman, Jason Dohm, Kenneth Brewer | William Alexander |
| Akeem Muhammad | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | Travis Norman |
| Raae Pollard | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |
| Samantha Nichols | UNKNOWN | UNKNOWN | Alaina Mancuso | Alaina Mancuso | Jonathan Abadie |
| Alexus Cheney | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |
| Victor Onuoha | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | Willie Williams |
| Karen Savage | James Thomas | Richard McCloskey and/or James Thomas | James Thomas | UNKNOWN | UNKNOWN |
| Cherri Foytlin | UNKNOWN | UNKNOWN | UNKNOWN | Alaina Mancuso | Derrick Williams |
| Alisha Feldman | Curtis Wilson | UNKNOWN | Curtis Wilson | Curtis Wilson | Curtis Wilson |
| Antonio Castanon Luna | Alan Hamilton | Most likely Alan Hamilton | UNKNOWN | UNKNOWN | Willie Williams |
| Nadia Salazar Sandi | Alan Hamilton | UNKNOWN | UNKNOWN | UNKNOWN | Jonathan Abadie |
| Dr. Daniel Liebeskind | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | Alex Bell |
| Finn Phoenix (C. Gaffney) | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | Taylor Giroir |
| Leah Fishbein | Curtis Wilson | UNKNOWN | Curtis Wilson | Curtis Wilson | Curtis Wilson |