No. _____, Sec. _____

☒ State of Louisiana          ☒ : 19th Judicial District Court
☐ City of Baton Rouge         ☐ : Baton Rouge City Court
                                : Parish of East Baton Rouge
**VERSUS**                      : State of Louisiana

Raae Pollard
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No. 70320-16        EBR3690054

| Pollard Raae | W | F | 1990 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address: New Orleans, La

Charge(s): Simple Obstruction of a ~~Highway of Commerce~~ Public Passage, Resistin An Officer

Statute/City Code Number: LRS 14:~~97~~, 14:108
14.100.1

Social Security Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant: Walker P10177

Sworn to and subscribed before me this ___10___ day of ___July___, 20_16_.

Notary Public

BRPD08

| ☒ State of Louisiana | No. _____, Sec. _____ |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court |
| | ☐ : Baton Rouge City Court |
| **VERSUS** | : Parish of East Baton Rouge |
| | : State of Louisiana |

Samantha Nichols
(Name of Defendant)

# Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70320.16
BRPD File No.                EBR3690047

| Samantha Nichols | W | F | ___-91 |
| Defendant's Name | Race | Sex | Date of Birth |

Address                                                Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer          LRS 14:97, 14:108
Charge(s)                                              Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____
Affiant

Sworn to and subscribed before me this __10__ day of __July__, 2016.

_____ #1775
_____ Notary Public #34420

BRPD08

|  |  |  |  |
|---|---|---|---|
| ☒ State of Louisiana | No. _____, Sec. _____ | | |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court | | |
|  | ☐ : Baton Rouge City Court | | |
| **VERSUS** | : Parish of East Baton Rouge | | |
|  | : State of Louisiana | | |

Tammy Cheney
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

7030-16
BRPD File No.

EBR3690027

Tammy Cheney — W — F — [redacted]-74
Defendant's Name — Race — Sex — Date of Birth

[redacted] — Warrenton N Carolina
Address — Passage

Simple Obstruction of a Highway of Commerce, Resistin An Officer
Charge(s)

Social Security Number
LRS 14:97, 14:108
Statute/City Code Number
14:100.1

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

R. Simoneaux
Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

#136762

Notary Public

BRPD08

|   |   |   | No. _____, Sec. _____ |
|---|---|---|---|
| ☒ | State of Louisiana | ☒ | 19th Judicial District Court |
| ☐ | City of Baton Rouge | ☐ | Baton Rouge City Court |
|   |   | ☐ | Parish of East Baton Rouge |
|   |   | ☐ | State of Louisiana |

**VERSUS**

Cheney, Alexus
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

16-70320
BRPD File No.

EBR3690026

| Cheney, Alexus | W | F | /98 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address: Warrenton NC

Social Security Number

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer

Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

R. Simoneaux
Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

136762
Notary Public

BRPD08

No. _____, Sec. _____

☒ State of Louisiana  
☐ City of Baton Rouge

☒ 19th Judicial District Court  
☐ Baton Rouge City Court  
: Parish of East Baton Rouge  
: State of Louisiana

**VERSUS**

Blair Brown  
(Name of Defendant)

EBR3690021

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70320-16  
BRPD File No.

Blair Brown — Defendant's Name  
B/K — Race  
F — Sex  
___-93 — Date of Birth

Address: Washington, DC

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer  
Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway / 500 East Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

Ex-Officio Notary Public #134420    #1725

BRPD08

| ☒ | State of Louisiana | No. _____, Sec. _____ |
| ☐ | City of Baton Rouge | ☒ : 19th Judicial District Court |
|   |                    | ☐ : Baton Rouge City Court |
|   |                    | : Parish of East Baton Rouge |
|   |                    | : State of Louisiana |

**VERSUS**

Maren Savage
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70320-16
**BRPD File No.**          EBR3690057

Karen Savage            White           Female           /65
**Defendant's Name**    **Race**        **Sex**          **Date of Birth**

_____ New York, New York, 10035
**Address**                                              **Social Security Number**

Public Passage
Simple Obstruction of a ~~Highway of Commerce~~, Resistin An Officer       LRS 14:~~97~~ 108, 14:108
**Charge(s)**                                            **Statute/City Code Number**

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at ~~9000 Airline Highway~~ 580 East BM. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Thomas
_____
Affiant

Sworn to and subscribed before me this ___10___ day of ___July___, 20_16_.

Sgt. _____ #1775
_____ Notary Public

No. _____, Sec. _____

☒ State of Louisiana
☐ City of Baton Rouge

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
  : Parish of East Baton Rouge
  : State of Louisiana

**VERSUS**

FOYTLIN, CHERRI
(Name of Defendant)

EBR3689636

# Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

BRPD File No.

FOYTLIN, CHERRI | W | F | ▮▮▮▮/72
Defendant's Name | Race | Sex | Date of Birth

▮▮▮▮▮▮▮▮▮, LA 70578
Address

Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer | LRS 14:97, 14:108
Charge(s) | Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

_____
Notary Public

BRPD08

|  |  |
|---|---|
| ☒ State of Louisiana | No. _____, Sec. _____ |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court |
|  | ☐ : Baton Rouge City Court |
|  | : Parish of East Baton Rouge |
|  | : State of Louisiana |

**VERSUS**

Alisha Rae Feldman
(Name of Defendant)

## Affidavit of Probable Cause

EBR3690031

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70356-16
BRPD File No.

| Alisha Rae Feldman | W | F | —80 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address: New Orleans LA 70116

Social Security Number

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer

Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

P1057
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

#7775
Ex-Officio Notary Public   134420

BRPD08

No. _____, Sec. _____

☒ State of Louisiana
☐ City of Baton Rouge

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

**VERSUS**

Caitlin M Gaffney
(Name of Defendant)

## Affidavit of Probable Cause

EBR3690034

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

7032016
BRPD File No.

Caitlin M Gaffney        W         F         /89
**Defendant's Name**     Race      Sex       Date of Birth

[redacted] St
**Address**                         Social Security Number

Simple Obstruction of a Highway of Commerce, Resistin An Officer     LRS 14:97, 14:108
**Charge(s)**                                                        Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. [560 East Blvd.] Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____ O.T. Gioir P10410
Affiant

Sworn to and subscribed before me this __10__ day of __July__, 20__16__.

_____ 136762
Notary Public

BRPD08

|  |  |  |  |
|---|---|---|---|
| ☒ State of Louisiana | No. _____, Sec. _____ | | |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court | | |
| | ☐ : Baton Rouge City Court | | |
| **VERSUS** | : Parish of East Baton Rouge | | |
| | : State of Louisiana | | |

Leah Hope Fishbein
(Name of Defendant)

EBR3690033

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70351-16
BRPD File No.

| Leah Hope Fishbein | W | F | -85 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address: New Orleans LA 70116

Social Security Number

Charge(s): Simple Obstruction of a Highway of Commerce, Resistin An Officer

Statute/City Code Number: LRS 14:97, 14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant: P1057

Sworn to and subscribed before me this 10th day of July, 2016.

Notary Public #1725  134420

BRPD08

☒ State of Louisiana
☐ City of Baton Rouge

**VERSUS**

: No. _____, Sec. _____
☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

Daniel Liebeskind

**Affidavit of Probable Cause**

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

BRPD File Number(s) 70320-16

Defendant's Name
Race W   Sex M   Date of Birth __-86

Address _____ Dr.

Social Security Number _____

Charge(s): Obstruction of a public passage/Resisting an officer
Statute Number / City Code Number: 14:100.1/14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 07-10-16, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of 500 F. Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.
During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690043

FILED EAST BATON ROUGE PARISH 2016 JUL 12 PM 3:13 DEPUTY CLERK OF COURT

Off. A. Bell P10508
Affiant

Sworn to and subscribed before me this 10th day of July, 2016.

Notary Public   # 92254

| | |
|---|---|
| ☒ State of Louisiana<br>☐ City of Baton Rouge | No. _____, Sec. _____<br>☒ 19th Judicial District Court<br>☐ Baton Rouge City Court<br>Parish of East Baton Rouge<br>State of Louisiana |

**VERSUS**

Defendant: AKEEM OMAR MUHAMMAD

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

Defendant's Name: AKEEM OMAR MUHAMMAD
BRPD File Number(s): 70320-16
Race: B   Sex: M   Date of Birth: __/__/92
Address: [redacted]   WASHINGTON, DC
Social Security Number: [redacted]

Charge(s): Obstruction of a public passage/Resisting an officer
Statute Number / City Code Number: 14:100.1/14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10 JULY 2016, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of 9600 Airline Hwy 500 East Blvd. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.
During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690046

FILED EAST BATON ROUGE PARISH LA 2016 JUL 12 PM 3:13 DEPUTY CLERK OF COURT

_____ Affiant
Sworn to and subscribed before me this 10 day of July, 2016.
_____ Notary Public   136762

: No. _____, Sec. _____

☒ State of Louisiana
☐ City of Baton Rouge

☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

VERSUS

CASTANON, ANTONIO

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts he caused the arrest of the following listed defendant(s) for the listed offense(s):

**Defendant's Name:** CASTANON, ANTONIO

**BRPD File Number(s):** 16-70320

**Race:** W  **Sex:** M  **Date of Birth:** /89

**Address:** NEWNAN, GA

**Social Security Number:**

**Charge(s):** Obstruction of a public passage/Resisting an officer

**Statute Number / City Code Number:** 14:100.1/14:108

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th July, 2016, the Defendant did knowingly and feloniously violate LRS 14:100.1 Obstruction of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of 500 E. BLVD. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene.

During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process. The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

EBR3690025

FILED EAST BATON ROUGE PARISH
2016 JUL 12 PM 3:10
DEPUTY CLERK OF COURT

10128
Affiant

Sworn to and subscribed before me this ___ day of _____, 2016.

Notary Public  #92254