# BATON ROUGE POLICE DEPARTMENT





Date: 7/21/2106
From: Cpl. Billy Walker III
Subject: CRIMINAL REPORT

On 7/21/16, I received an email from Criminal Records in regards to an arrest report that hasn't been submitted. I contacted Criminal Records and I was informed that I made an arrest on 7/10/16 during the protest on East Blvd. I informed Criminal Records that I don't recall arresting anyone and requested a copy of the Arrestee information and Probable Cause report.

Shortly after my request I received the information and observed the arrestee's name to be Raae Pollard (6/18/80). I also observed my name and Officer Brandon Blackwell's name on the Arrestee form. My name was also on the Probable Cause report which was half printed and half signed. Note that the printed and signed name on the affidavit wasn't done by me.

During the protest myself and Officer Blackwell did assist Cpl. Reab Simoneaux with the arrest of Tammy Cheney (12/5/74). For Further details on my actions see my supplement (File #70320). The arrest that criminal record's is referring to I have no information about or who the arrestee is. I am attaching the arrestee and probable cause report sent to me from criminal records.

Thanks in this matter,
Cpl. B. Walker
P10177.

7-21-16

CC: Sgt. T. Honore
Lt. G. Nelson
Lt. D. Wallace
Lt. J. Vernon