# Christy Duke

| | |
|---|---|
| **From:** | Chris Johnson <CJJohnson@brgov.com> on behalf of Chris Johnson <CJJohnson@brgov.com> <CJJohnson@brgov.com> |
| **Sent:** | Sunday, July 10, 2016 9:34 PM |
| **To:** | Ira Roberts; Derrick Williams |
| **Subject:** | Fwd: PC Affidavits for 7-10-16 |
| **Attachments:** | PC 7-10-16 Simple Obstruct.doc; PC 7-10-16 Simple Obstruct - Resisting.doc |

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Chris Johnson <CJJohnson@brgov.com>
Date: 7/10/2016 6:29 PM (GMT-06:00)
To: Jimmy Nicholson <JNicholson@brgov.com>
Subject: Fwd: PC Affidavits for 7-10-16

Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Glenn Hutto <GHutto@brgov.com>
Date: 7/10/2016 10:40 AM (GMT-06:00)
To: Glenn Hutto <GHutto@brgov.com>, Chris Johnson <CJJohnson@brgov.com>, Adam Cheney <ALCheney@brgov.com>
Subject: PC Affidavits for 7-10-16

|  | | No. _____, Sec. _____ |
|---|---|---|
| ☐ | State of Louisiana | ☐ : 19th Judicial District Court |
| ☐ | City of Baton Rouge | ☐ : Baton Rouge City Court |
|  |  | : Parish of East Baton Rouge |
| **VERSUS** | | : State of Louisiana |

_____
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

**BRPD File No.**

| **Defendant's Name** | **Race** | **Sex** | **Date of Birth** |

**Address**             **Social Security Number**
<u>Simple Obstruction of a Highway of Commerce</u>     LRS 14:97
**Charge(s)**             **Statute/City Code Number**

---

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.

To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

                                                          Affiant

Sworn to and subscribed before me this _____ day of _____, 20____.

_____
Notary Public

BRPD08

|   |                    |   |                              |
|---|--------------------|---|------------------------------|
| ☐ | State of Louisiana | ☐ | : 19th Judicial District Court |
| ☐ | City of Baton Rouge | ☐ | : Baton Rouge City Court |
|   |                    |   | : Parish of East Baton Rouge |
|   |                    |   | : State of Louisiana |

No. _____, Sec. _____

**VERSUS**

_____
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

_____
**BRPD File No.**

_____                               _____       _____      _____
**Defendant's Name**                        **Race**            **Sex**            **Date of Birth**

_____                                                                  _____
**Address**                                                                   **Social Security Number**
Simple Obstruction of a Highway of Commerce, Resistin An Officer              LRS 14:97, 14:108
**Charge(s)**                                                                 **Statute/City Code Number**

_____
**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.

_____
                                                                              Affiant
Sworn to and subscribed before me this _____ day of _____, 20____.

_____
Notary Public

BRPD08

The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

_____
                                              Affiant

Sworn to and subscribed before me this _____ day of _____, 20____.

_____
                    Notary Public

BRPD08