**BATON ROUGE POLICE DEPARTMENT**

| General Order | Effective Date | Revised Date |
|---|---|---|
| No.291 | 11-01-1995 | 08-01-2001 |

Subject:    Civil Disorder

**POLICY**

It is the policy of this department to effectively manage and defuse potentially hazardous situations presented by unruly crowds and illegal gatherings while minimizing property damage, injury, or loss of life. Officers confronting civil disturbances and those called upon to assist in these incidents will follow the procedures of containment, evacuation, communication, use of force, and command and control as enumerated in this policy.

**DEFINITION**

Louisiana Statute 14:329.1 defines civil disorder (riot) as following:

A public disturbance involving an assemblage of three or more persons acting together or in concert which by tumultuous and violent conduct, or the threat of tumultuous and violent conduct, results in injury or damage to persons or property or creates a clear and present danger of injury or damage to persons or property.

**PROCEDURES**

   I.   **First Officer(s) On Scene**

   The first officer(s) to arrive on the scene of a civil disturbance should do the following:

   A.   Assess the situation from a safe distance to determine if the gathering is currently or potentially violent.

   B.   Request the assistance of a supervisor, any necessary backup, and advise as to the present course of action.

   C.   Notify Communications of the nature and seriousness of the disturbance, particularly the availability of, or immediate observation of weapons.

   D.   Control the flow of vehicular traffic around the area.

   E.   If there are opposing forces, attempt to keep them separated.

   F.   Attempt to identify crowd leaders and any individuals personally engaged in criminal acts.

   II.  **First Supervisor on Scene**

   Once a supervisor has responded to the scene, his duties will be as follows:

   A.   Assess the immediate situation for seriousness and its potential for escalation.

   B.   If the disturbance is minor/ peaceful in nature and adequate resources are available, efforts should be made to disperse the crowd.

1

**BATON ROUGE POLICE DEPARTMENT**

| General Order No.291 | Effective Date 11-01-1995 | Revised Date 08-01-2001 |
|---|---|---|

Subject:    Civil Disorder

    C.  Estimate (if possible) the number of personnel and type of equipment necessary to contain and disperse the disturbance and relay this information to Communications.

    D.  Determine if the situation requires the SRT (Special Response Team) being called out.

    E.  If the SRT is needed, advise Communications to notify the Incident Commander. The Incident Commander will then inform Communications to dispatch the necessary authority.

        **Note:**  In the event that the Incident Commander cannot be contacted, a supervisor may authorize the call-out of the SRT.

    F.  Utilize as many units as necessary to contain the situation until the Incident Commander or SRT Commander arrives on the scene.

    G.  Designate a staging area where vehicles can be parked and secured, while maintaining an open route for emergency traffic.

    H.  Set up and secure (upon the Incident Commander's order) a perimeter to keep the press and general public away from the danger zone.

**III.  Incident Commander**

    A.  Once the Incident Commander or SRT Commander assumes responsibility for the incident, he/they will ensure:

        1.  That to the degree possible, innocent civilians are evacuated from the immediate area of the disturbance.
        2.  That surveillance points are established to identify agitators, leaders, and individuals committing crimes, and to document and report on events as they happen. Photographic and videotape evidence of criminal acts and perpetrators will be generated whenever possible.
        3.  The appropriate use of tactical formations.
        4.  The availability of transportation for prisoners.
        5.  That a backup team of officers is readily available, should assistance be required.
        6.  That a press area is established and adequately staffed.

    B.  Field Commanders will ensure that lines of communication remain open both up and down the chain of command.

    C.  Superior officers will constantly observe and speak with subordinate officers to ensure that they are complying with the orders of the Incident Commander that they are completely aware of probable responses to crowd attitude change, and that officers who are showing strain are provided temporary relief.

**BATON ROUGE POLICE DEPARTMENT**

| General Order No.291 | Effective Date 11-01-1995 | Revised Date 08-01-2001 |
|---|---|---|

Subject:     Civil Disorder

 

**IV. General**

    A.   Communication is essential in crowd management. It ensures unity of action among police officers and an understanding between police officials and crowd leaders. It must be constant, clear, and immediate. On many occasions it can serve to defuse a threatening situation.

    B.   The Incident Commander or authority in charge will establish communications with demonstration leaders as soon as conditions permit as a means of obtaining firsthand knowledge of crowd mood, and as a tool to facilitate negotiations and maintain the peace. If demonstration leaders refuse to communicate and they violate the law, they will be the first group of persons to be arrested.

**V. Non-lethal Force**

When physical arrest of identified leaders and agitators fails to disperse the crowd, the commander may elect to use non-lethal force to accomplish these ends. In so doing, he will ensure that:

    A.   A clear path of escape is available for those who wish to flee the area.

    B.   The use of tear gas, smoke or other non-lethal devices is coordinated and controlled.

    C.   The use of canine teams is strictly limited to that of a backup or containment position, and that the use of force by canine teams is limited to the protection of life, or in the event that the crowd becomes unmanageable or violent.

**VI. Use of Deadly Force**

The use of deadly force in the control and disbursement of civil disturbances as in other circumstances is governed by this department's use-of-force policy. Specifically,

    A.   Law enforcement officers are permitted to use deadly force to protect themselves or others from what is reasonably believed to be an immediate threat of death or serious bodily injury.

    B.   Particular caution should be taken when using firearms during civil disturbances- the arbitrary use of return fire in crowds is prohibited.

    C.   Where sniper fire is encountered or hostages taken, this department's policy on hostage and barricaded subjects will be followed.

**BATON ROUGE POLICE DEPARTMENT**

| General Order No.291 | Effective Date 11-01-1995 | Revised Date 08-01-2001 |
|---|---|---|

Subject:    Civil Disorder

VII. **Mass Arrest**

During the course of civil disturbances, it may be necessary to make arrests of numerous individuals over a relatively short period of time. In order for this process to be handled efficiently, safely and legally, the Incident Commander or his subordinate(s) should ensure that:

A. Arrest teams are designated to detain all prisoners until arrival of PPT teams.

B. An adequate number of vehicles are made available to remove the prisoners to the Temporary Detention Facility located at 1st District.

C. An adequately staffed and secure area with sanitation facilities is designated in the field for holding prisoners after initial detention and while awaiting transportation.

D. All arrested individuals are searched, photographed and properly identified prior to transportation to the temporary detention facility for formal booking as per G.O. 203 Booking Procedure.

E. All persons held by this department have access to water, are fed at least three times every twenty-four hours, and injured prisoners are provided medical attention prior to being booked.

F. All arrested juveniles are handled in accordance with this department's procedures for the arrest, transportation and detention of juveniles.

G. Field liaison is established between the court and prosecutorial function with jurisdiction and Incident Commander.

H. All evidence and weapons taken from prisoners are processed in accordance with this department's policy on the preservation and custody of evidence.

I. Defense and counsel, when requested by the arrestee, is allowed through standard procedures at the detention facility.

J. At no time the number of prisoners being held in a departmental temporary detention facility exceeds the maximum capacity of the facility.

VIII. **Deactivation**

When the disturbance has been brought under control, the Incident Commander will ensure that the following measures are taken.

A. All law enforcement officers engaged in the incident will be accounted for and an assessment made of personal injuries.

**BATON ROUGE POLICE DEPARTMENT**

| General Order No.291 | Effective Date 11-01-1995 | Revised Date 08-01-2001 |
|---|---|---|

Subject:   Civil Disorder

- B. All necessary personnel will be debriefed as required.

- C. Witnesses, suspects and others will be interviewed or interrogated.

- D. All written reports will be completed as soon as possible following the incident to include; comprehensive documentation of the basis for and the department's response to the incident.

**BATON ROUGE POLICE DEPARTMENT**

| Intra-Divisional Procedure No.502/95-3 | Effective Date 11-15-1995 | Revised Date 10-24-2006 |
|---|---|---|

Subject:   Special Events

**PURPOSE**

The purpose of this order is to clarify the responsibility and delineate the chain of command in special events. For the purpose of this order a special event is any planned event likely to draw large crowds necessitating police manpower dedicated specifically to control traffic and/or provide security.

**POLICY**

It is the policy of the department to develop contingencies for handling special events. The Chief of Police will designate an incident commander for each special event. For events which occur regularly, such as college football games, the appointment may be of a continuing nature.

**PROCEDURES**

I. **Command Structure**

   A. The Chief of Police or his designee will designate an incident commander for each special event or series of events.

   B. The appointed incident commander will then designate the chain of command and supervisors for the event.

II. **Operational Order**

   A. The incident commander or his designee will then draft an operational order to include the following points.

      1. Estimate of crowd size and amount of vehicular traffic.
      2. Number of officers necessary for crowd and traffic control.
      3. Any anticipated crime problems associated with the event.

   B. The incident commander or his designee will also develop a written plan for traffic control and emergency vehicle access.

      1. Routes of ingress and egress will be designated.
      2. Designated parking areas.
      3. Temporary traffic controls.

III. **Intra-Agency Cooperation**

   A. The incident commander or his designee will keep a roster of all personnel assigned and the amount of hours worked for purposes of pay. This will be forwarded to Fiscal Management as per normal procedure.

1

**BATON ROUGE POLICE DEPARTMENT**

| Intra-Divisional Procedure No.502/95-3 | Effective Date 11-15-1995 | Revised Date 10-24-2006 |
|---|---|---|

Subject: Special Events

    B.    Communications will be notified and a talk group will be assigned for the event.

    C.    A site for the command post will be designated by the incident commander.

    D.    A system of relief for line officers will be developed to insure they have access to restrooms, water and food, if necessary. Expected weather conditions and the length of the event should be anticipated.

**IV. Coordination with Outside Agencies**

    A.    The incident commander will assign a liaison with participating law enforcement agencies.

    B.    The incident commander or his designee will be responsible for securing any additional resources necessary from City-Parish or other public agencies.

**V. Coordination with SRT**

Unless SRT personnel are assigned in that capacity to the event their activation will be in keeping with standard procedure.

**VI. After-action Critique**

    A.    The incident commander and his commanders will conduct a post-incident review as soon as possible. This is designed to determine the overall effectiveness and response to the incident. Any suggestions for improvements shall be forwarded through the chain of command in writing to the Chief of Police, in an after-action report.

    B.    The Chief of Police may require a written report and critique of the incident.