: No. _____, Sec. _____
☒ : 19th Judicial District Court
☐ : Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

Louisiana
on Rouge

a Victor

**Affidavit of Probable Cause**

ne personally appeared the undersigned law enforcement officer(s) who deposed that the
d facts are true and correct to the best of his knowledge, information and belief, and that based
he caused the arrest of the following listed defendant(s) for the listed offense(s):

BRPD File Number(s) 7032016

Sex M    Date of Birth [redacted]    3251 Wall Blvd Apt# 104 Gretna LA 70056

Social Security Number

public passage/Resisting an officer    14:100.1/14:108

Statute Number / City Code Number

able Cause:

to the Court that on this __7-10-__, 2016, the Defendant did knowingly and feloniously violate LRS
ion of a public passage in that they intentionally placed themselves in the roadway thus rendering movement there
nd LRS 14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after
r arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
ove listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful
he vicinity of __500 East Blvd__. Protesters assembled at provided parking areas
g parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They
ed to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via
by individual Police Officers on the scene.
, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments
it entered the roadway again and was taken into custody by Officers on the scene. After being advised that they
the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
s placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then
East Baton Rouge Parish Prison and booked accordingly.

Det. V. Will[illegible] 1017
Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

# ARRESTEE INFORMATION FORM

70320-16

1700112602551
0025901.28

| DATE | PHOTO NO. |
|---|---|
| | |

(X) City Police  ( ) State Police  ( ) Sheriff  ( ) Other _____

**SUBJECT'S NAME** (print): Onuoha | Victor |
Last Name | First Name | Middle Name

Also Known As _____

Residence: 3251 Hall Blvd Apt# 109 Gretna LA 70056

RACE B  SEX M  D.O.B. [redacted]  PLACE OF BIRTH Houston  HEIGHT 6'1  WEIGHT 235  EYES Bn  HAIR BLK

MARKS, SCARS, TATTOOS, AMPUTATIONS _____

Driver's License 20100696 TX  Social Security [redacted]  Other I.D. Number _____  No I.D. ___

Occupation/Employer/Address _____

Spouse/Other Relative's Name _____ Address _____

Other Relative's Name _____ Address _____

Officer's I.D. P1028  Officer's Court Day TBA  Officer's Name (print) Det Williams

Officer's I.D. _____  Officer's Court Day _____  Officer's Name (print) _____

Date Arrested 7-10-16  Time _____  Place 500 East Blvd

**CHARGES:**
CODE  01 -PROB. CAUSE       04 -CITY CONTEMPT WARRANT   07 -REMAND CITY COURT    10 -HOLD
      02 -AFF WARRANT        05 -REMAND BY SURETY        08 -RETURNED ON DETAINER 11 -FUGITIVE
      03 -DIST BENCH WARRANT 06 -REMAND DIST COURT       09 -RETURNED COURT ORDER 12 -OTHER (SPECIFY)

| File Number | Year | Code | Charge | Statute | Ticket No. |
|---|---|---|---|---|---|
| 70320-16 | 2016 | 01 | Obstruction of Public passage | 14:100.1 WSW | |
| 70320 | JUL 10 2016 | 01 | Resisting an Officer | 14:108 | |
| | | | | | |
| | | | | | |

A short recitation of the facts of events which caused the defendant to be arrested:
_____

The names of all other persons arrested as a result of the same event(s):
1. _____
2. _____
3. _____
4. _____
5. _____

☐ NCIC
☐ LOCAL
☐ PRINTED
☐ ✓ CHECK FOR ADD ON CHARGES

CR RECEIVED
JUL 27 2016
IMAGED

SUPERVISOR _____

# ARRESTEE INFORMATION FORM

(✓) City Police  ( ) State Police  ( ) Sheriff  ( ) Other _____

DATE: 7-10-16
PHOTO NO.: _____

**SUBJECT'S NAME (Print):** Bolivar   Maria
Last Name / First Name / Middle Name

Also Known As: _____

Residence: 349 Olivier St   New Orleans   LA   70716
Number And Street / City / State / Zip

RACE H  SEX F  D.O.B. [redacted]  PLACE OF BIRTH: Bolivia  HEIGHT: 5-6  WEIGHT: 160  EYES: ___  HAIR: ___

MARKS, SCARS, TATOOS, AMPUTATIONS: _____

Driver's License: _____  Social Security: [redacted]  Other I.D. Number: _____  No I.D. ___

Occupation / Employer / Address: _____

Spouse / Other Relative's Name: _____  Address: _____

Other Relative's Name: _____  Address: _____

Officer's I.D.: P10438  Officer's Court Day: TBD  Officer's Name (Print): S. Abadie

Officer's I.D.: _____  Officer's Court Day: _____  Officer's Name (Print): _____

Date Arrested: 7-90-16  Time: 1920  Place: 500 E. Blvd

**CHARGES:**

CODE:
01-PROB. CAUSE     04-CITY CONTEMPT WARRANT     07-REMAND CITY COURT     10-HOLD
02-AFF. WARRANT    05-REMAND BY SURETY          08-RETURNED ON DETAINER  11-FUGITIVE
03-DIST. BENCH WARRANT  06-REMAND DIST COURT    09-RETURNED COURT ORDER  12-OTHER (SPECIFY)

| File Number | Year | Code | Charge | Statute | Ticket No. |
|---|---|---|---|---|---|
| 70320-16 | 10 20 | 01 | Obs. of Rd. | 19:97 | |
| | | | | | |
| | | | | | |
| | | | | | |

A short recitation of the facts of events which caused the defendant to be arrested:
_____

The names of all other persons arrested as a result of the same event(s):
1. _____
2. _____
3. _____
4. _____
5. _____

☐ NCIC
☐ LOCAL
☐ PRINTED
☐ ✓ CHECK FOR ADD ON CHARGES

Sgt. [signature] #1725
SUPERVISOR

|  |  |  | No. _____, Sec. _____ |
|---|---|---|---|
| ☒ | State of Louisiana | ☒ | : 19th Judicial District Court |
| ☐ | City of Baton Rouge | ☐ | : Baton Rouge City Court |
|  |  |  | : Parish of East Baton Rouge |
|  |  |  | : State of Louisiana |

**VERSUS**

Nadia Salvar
(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

70320-16
BRPD File No.

Nadia Salvar                H            F
**Defendant's Name**        Race         Sex        Date of Birth

Address
Simple Obstruction of a Highway of Commerce, Resistin An Officer     LRS 14:97, 14:108
**Charge(s)**                                                         Statute/City Code Number

**Synopsis of Probable Cause:**

The Affiant stated to the Court that on this 10th day of July, 2016, the Defendant did knowingly and feloniously violate LRS 14:97 Simple Obstruction of a Highway of Commerce in that they intentionally placed themselves in the roadway thus rendering movement there on more difficult and LRS14:108 Resisting an Officer in that the Defendantly actively attempted to prevent their lawful arrest after being placed under arrest. This occurred within the city of Baton Rouge, Parish of East Baton Rouge.
To Wit: On the above listed date numerous Baton Rouge Police Department Officers were assigned to provide security for peaceful protests at and in the vicinity of Baton Rouge Police Department's Headquarters located at 9000 Airline Highway. Protesters assembled at provided parking areas and in surrounding parking lots. Protesters were advised by loud speaker to remain on private property and the on the curb. They were further advised to stay out of the roadway and to not impede the flow of traffic. These announcements were made frequently via loud speakers and by individual Police Officers on the scene. During the protest, the Defendant entered the roadway and was provided another verbal order to exit the lanes of travel. Moments later the Defendant entered the roadway again and was taken into custody by Officers on the scene. After being advised that they were under arrest, the Defendant did actively attempt to prevent being taken into custody and completion of the arrest process.
The Defendant was placed under arrest and verbally advised of their rights as per the Miranda ruling. The Defendant was then transported to the East Baton Rouge Parish Prison and booked accordingly.

Affiant

Sworn to and subscribed before me this 10 day of July, 2016.

#1775

Ex-Officio Notary Public  134420

BRPD08