**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____

|  |  |  |
|---|---|---|
| BLAIR IMANI, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Docket No. 17-cv-00439-JWD-EWD |
| v. | ) | |
| | ) | |
| CITY OF BATON ROUGE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

## DECLARATION OF WILLIAM MOST

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1.    My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiffs in the above-captioned case.

2.    I am familiar with the appearance of Plaintiffs and the way they were dressed on July 10, 2016.

3.    In Figure 1 in Plaintiffs' Motion for Partial Summary Judgment, five plaintiffs are visible: Victor Onuoha, Raae Pollard, Sami Nichols, Blair Imani, and Akeem Muhammad.

4.    In Figure 2 in Plaintiffs' Motion for Partial Summary Judgment, six plaintiffs are visible: Akeem Muhammad, Sami Nichols, Finn Phoenix, Leah Fishbein, Cherri Foytlin, and Alisha Feldman.

I swear under penalty of perjury that the forgoing is true and correct.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)