UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BLAIR IMANI, ET AL                                        CIVIL ACTION

VERSUS                                                    NO.: 3:17-CV-439-JWD-EWD

CITY OF BATON ROUGE, ET AL

MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT** through undersigned counsel come defendants, City of Baton Rouge/Parish of East Baton Rouge, former Mayor-President Melvin Lee "Kip" Holden, and ex-Baton Rouge City Police Chief, Carl Dabadie, Jr., in his individual capacity, Baton Rouge City Chief of Police in his official capacity (previously Carl Dabadie, Jr., currently Murphy Paul), former Interim Chief Jonny Dunnam, and BRPD officers Jonathon Abadie, William Alexander, Alex Bell, Brandon Blust, Kenny Brewer, James Crockett, Myron Daniels, Jason Dohm, Taylor Giroir, Kirk Grover (improperly named "Kirk Glover"), Alan Hamilton, Darren Hunt, Earnest Jones, Earl Lapeyrouse, Alaina Mancuso, Richard McCloskey, Travis Norman, Jeff Pittman, Reab Simoneaux, Jr., Christopher Bryan Taylor, James Thomas, Billy Walker, Mike Walker, David Wallace, Randall Wiedeman, Derrick Williams, Willie Williams, Keith Wilson, and Curtis Wilson (hereinafter referred to as "City/Parish Defendants"), whose *Motion for Summary Judgment* respectfully represents:

1.

Plaintiffs have filed suit alleging fourteen (14) causes of action, with multiple subparts, alleging that defendants have violated their civil rights and committed various state-law torts against them.

2.

Defendants herein respectfully suggest that plaintiffs cannot meet their burden of proof, as set forth more fully in their memorandum in support, statement of uncontested facts, and exhibits annexed thereto, and that defendants are therefore entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

**WHEREFORE**, defendants herein pray that after such proceedings as the Court sees fit, plaintiffs' claims will be dismissed, with prejudice, at plaintiffs' cost.

**By Attorneys:**
**Anderson O. Dotson**
**Parish Attorney**

**/s/ Joseph K. Scott, III**
**Joseph K. Scott, III (#28223)**
**Deelee S. Morris (Bar Roll #28775)**
**A. Gregory Rome (#21062)**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile:  (225) 389-8736**
**Email:** jkscott@brla.gov
**Email:** dsmorris@brla.gov
**Email:** grome@brla.gov

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL**                  **CIVIL ACTION**

**VERSUS**                                         **NO.: 3:17-CV-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Summary Judgment* was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 27th day of September, 2021.

                                                */s/ Joseph K. Scott, III*
                                                **JOSEPH K. SCOTT, III**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL**  CIVIL ACTION

**VERSUS**  NO.: 3:17-CV-439-JWD-EWD

**CITY OF BATON ROUGE, ET AL**

**ORDER**

The Court, having considered the Defendant's *Motion for Summary Judgment* it is ordered that the *Motion* is:

\_\_\_  **SET FOR HEARING** on the _____ day of _____, 2021, at \_\_:\_\_ \_.m.

\_\_\_  Plaintiffs may file an opposition on or before the \_\_\_\_ day of _____, 2021.

\_\_\_  Defendants may file a reply on or before the \_\_\_\_ day of _____, 2021.

Thus done and signed at Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
**JUDGE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA**