Exhibit 1 – Chart of photos and videos.

| Batch | Filename | Time Stamp | Relevance |
|---|---|---|---|
| ALK Still | ALK DSC_1910 | 5:14 | France Street on approach, **Savage** and **Foytlin** in roadway. |
| | ALK DSC_1914 | 5:15 | France Street on approach, **Savage** on grass, **Foytlin** on sidewalk. |
| | ALK DSC_1919 | 5:18 | **Savage** and **Pollard** on sidewalk northeast corner of the intersection. |
| | ALK DSC_1924 | 5:24 | **Finn** and **Nichols** at northwest corner of the intersection, **Nichols** in roadway, **Finn** on sidewalk. |
| | ALK DSC_1929 | 5:24 | **Savage, Foytlin**, and **Muhammed** in the roadway on France just west of East. **Nichols** in roadway East Blvd. |
| | ALK DSC_1931 | 5:24 | **Foytlin**, and **Muhammed** in the roadway on France just west of East. **Imani** maybe on sidewalk, France Street north side. **Nichols** and **Alexus** on sidewalk NW corner of the intersection. |
| | ALK DSC_1936 | 5:26 | Batiste yard, **Foytlin, Savage, Finn, Alexus** on sidewalk. Some protesters covering ears, but not all. |
| | ALK DSC_1956 | 5:54 | Batiste yard. **Pollard, Nichols, Imani** visible. |
| | ALK DSC_2008 | 6:05 | **Savage** and **Foytlin** in street at France Street. **Alexus** on sidewalk at corner. **Finn** on sidewalk/near yard. **Imani** and **Muhammed** in yard. **Pollard** on sidewalk. |
| | ALK DSC_2022 | 6:09 | Batiste yard. **Pollard, Nichols, Imani, Muhammed**. |
| | ALK DSC_2034 | 6:12 | Northwest corner of intersection, **Castanon** visible on sidewalk. |
| | ALK DSC_2046 | 6:12 | **Alexus** on SW corner sidewalk. |
| | ALK DSC_2054 | 6:12 | NW corner/France Street, **Savage** and **Foytlin** in roadway. **Castanon** on corner, obscured. |
| | ALK DSC_2058 | 6:16 | Mob in street France Street, **Alexus** in roadway. |
| CKK Still | CKK1288 7-10-16(23) | 7:07 | **Castanon** on grass, northwest corner. |
| | CKK1288 7-10-16(25) | 7:08 | **Foytlin** back with **Savage** in roadway, northwest corner, **Castanon** on grass. |
| | CKK1288 7-10-16(46) | 7:36 | **Castanon** and **Salazar** on Government Street at Maximillian. |
| MES Still | MES7056 7-10-16(4) | 6:18 | First arrests by Bearcat. **Pollard** and **Savage** on yard at NE corner of intersection. |
| | MES7056 7-10-16(5) | | First arrests by Bearcat. **Savage, Muhammed**, and **Imani** on yard at NE corner of intersection. |
| | MES7056 7-10-16(10) | 6:20 | Looking north up East Blvd. **Savage** visible. Love sign visible. |
| | MES7056 7-10-16(16) | 6:22 | Looking across East Blvd. **Foytlin, Muhammed**, and **Savage** in roadway. |
| | MES7056 7-10-16(27) | 6:54 | Batiste yard. **Onuoha** on sidewalk. |
| | MES7056 7-10-16(29) | 6:54 | Batiste yard. **Pollard** and **Nichols** on sidewalk. |
| | MES7056 7-10-16(75) | 7:00 | **Imani**, child and adult sitting on curb, feet in the roadway. |
| | MES7056 7-10-16(93) | 7:16 | Intersection. **Castanon** on NW corner. **Foytlin** and **Savage** in the roadway. |
| | MES7056 7-10-16(95) | 7:18 | Wide shot intersection. **Muhammed** partly in roadway, left frame. France Street is blocked. **Savage** in roadway. **Salazar** in roadway. **Castanon** NW corner, on grass. |
| | MES7056 7-10-16(98) | 7:21 | France Street. **Muhammed** and **Imani** in roadway. **Alexus** SW corner sidewalk. |

| | | | |
|---|---|---|---|
| | MES7056 7-10-16(101) | 7:26 | Batiste yard. **Imani** back in yard. |
| | MES7056 7-10-16(102) | 7:26 | East Blvd at SW corner. **Muhammed** in roadway. |
| | MES7056 7-10-16(103) | 7:26 | NW corner. **Savage** in roadway. |
| | MES7056 7-10-16(108) | 7:32 | LSP advancing across East Blvd. **Nichols** and **Pollard** in yard. |
| | MES7056 7-10-16(137) | 7:43 | Officer James Thomas cuffing **Savage**. |
| | MES7056 7-10-16(140) | 7:49 | **Castanon** in custody. |
| MGK Still | MGK Protest 7-10-16(40) | 5:18 | Wider angle. Geller obscured. Kosofksky in linked line. **Pollard, Imani, Muhammed, Savage** on sidewalk. **Muhammed** may be in street. Can see **Nichols'** hat beside **Muhammed**. |
| | MGK Protest 7-10-16(51) | 5:19 | First rush, Imani in roadway, **Foytlin** in roadway. **Kosofsky** escaping towards Batiste. |
| | MGK Protest 7-10-16(54) | 5:19 | **Muhammed** and **Nichols** in roadway. |
| | MGK Protest 7-10-16(58) | 5:20 | Wide angle intersection. **Muhammed** in roadway France Street. **Kosofsky** in small line in East Blvd. |
| | MGK Protest 7-10-16(61) | 5:21 | **Kosofsky** moves to Batiste yard. **Muhammed** still down France Street. Narcs moving to arrest on France Street. SRT already in front. **Imani** on NW corner. |
| | MGK Protest 7-10-16(73) | 5:23 | France Street. **Foytlin, Muhammed, Savage** in roadway. **Imani** on NW sidewalk. |
| | MGK Protest 7-10-16(82) | 5:25 | SW corner, France Street. **Savage, Finn, Alexus** on sidewalk, **Muhammed** far right of frame in roadway France Street. |
| | MGK Protest 7-10-16(102) | 5:28 | SW corner, looking up France Street. **Alexus, Savage**, and **Finn** on sidewalk. |
| | MGK Protest 7-10-16(112) | 5:40 | SW corner. **Fishbein** on sidewalk at corner? **Foytlin** and **Savage** in roadway France Street. |
| | MGK Protest 7-10-16(122) | 5:53 | SW corner/Batiste yard. **Foytlin, Pollard**, and **Imani** in yard. |
| | MGK Protest 7-10-16(141) | 6:00 | Batiste yard. **Onuoha** on sidewalk. **Imani** sitting on curb. |
| | MGK Protest 7-10-16(149) | 6:15 | SW corner. **Alexus** at corner. Man with bullhorn. Mob blocking France Street. |
| ALK Video | DSC_1921 (1:00) | 5:20 | **Nichols, Savage, Foytlin** milling around in street. **Pollard** in roadway briefly seen. 00:20 **Imani** and **Muhammed** in roadway. 00:44 LRAD in use. Final frame **Foytlin, Savage, Pollard, Nichols** in roadway. |
| | DSC_1949 (00:14) | 5:33 | 00:06 **Finn** on sidewalk SW corner. 00:08 **Savage** on grass. 00:10 **Alexus** on northwest corner. |
| | DSC_2055 (00:12) | 6:15 | Man with bullhorn in intersection, **Alexus** moves to southwest corner by 602 France Street. |
| KMW Video | KMW8273 07-10-16 (2) (1:00) | 5:49 | Savage in the roadway. **Pollard's** Love sign visible. Attempt to use LRAD. Mob screaming back at the officers. |
| | KMW8273 07-10-16 (3) (02:17) | 5:51 | **Savage** on northeast corner yard. LRAD in use. Love sign visible. 01:35 **Pollard, Nichols, Foytlin** in yard northeast corner. 01:41 **Muhammed** visible in yard. 2:02 **Savage** again. |
| | KMW8273 07-10-16 (11) (00:11) | 6:12 | **Finn** at corner 602 France Street, **Savage** in the roadway in big mob. |
| | KMW8273 07-10-16 (24) (00:05) | 5:48 | Yard. Man with bullhorn. **Imani** and **Muhammed** to left of screen. Chanting "Red blood run"? |
| | KMW8273 07-10-16 (29) | 6:53 | **Muhammed** and **Savage** in roadway at 00:04, **Castanon** on corner behind savage. Panning across France Street, **Alexus** on southwest corner. |

|  | KMW8273 07-10-16 (31) | 6:58 | Man with bullhorn in the yard, 28-31 seconds, **Imani** traversing in front of the group taking video, 44-49 seconds, **Alexus** standing in the road at the corner |
|---|---|---|---|
|  | KMW8273 07-10-16 (35) (01:12) | 7:03 | Nichols and Pollard by the sidewalk, <br> 00:12 **Onuoha** at front of yard or sidewalk, <br> 00:25 **Alexus** at corner, maybe sidewalk, maybe roadway, <br> 01:00 **Muhammed** and **Imani** in front of sidewalk, maybe in roadway. <br> 01:10 **Castanon** and **Salazar** on northwest corner. |
|  | KMW8273 07-10-16 (37) (00:18) | 7:06 | Mobile Field Force advancing. Pan back to yard. Morse is telling them "You must leave the area, or you will be arrested." |
|  | KMW8273 07-10-16 (42) (00:19) | 7:14 | **Castanon** at Government Street. EBRSO MFF clearing Maximillian Street. |
| DeSalvo Video | 7-10-16 East Blvd protest videos (8) (01:00) | 6:41 | Police push up France Street to McDonalds, PA System "You must leave the area now or you will be arrested. If you can hear this speaker, you need to leave the area." McCloskey grabs **Savage**, hands off to Thomas. |
| Karen Savage | IMG_1549 | 6:25 | **Imani** in roadway, big crowd in intersection of East Blvd. and France Street. |
|  | IMG_1553 | 6:27 | **Imani** on northeast corner yard with bullhorn. |
|  | IMG_1565 | 6:37 | **Foytlin** on sidewalk, France Street approaching 10th Street, as officers stage in front of the Bearcat. |
|  | IMG_1613 | 6:44 | **Foytlin** crowding officers moving to arrest. |
|  | IMG_1623 (Blair, Akeem, Sami) | 6:47 | **Muhammed, Imani**, and **Nichols** within arm's reach of an officer. |
|  | IMG_1629-1636 | 6:49-6:50 | Officers are detaining protester, **Savage** is too close. |
|  | IMG_1641 | 6:50 | **Muhammed** in roadway on France Street, west of East Blvd. |
|  | IMG_1642 | 6:50 | **Alexus** on grass, France Street, west of East Blvd. |
|  | IMG_1694 | 7:09 | Non-plaintiff protesters departing west on France Street. |
|  | IMG_1695 | 7:09 | **Onuoha** on NW corner of intersection. |
|  | IMG_1697 (Victor) | 7:10 | **Onuoha** crossing street to Batiste yard. |
|  | IMG_1729 | 7:31 | **Muhammed** on sidewalk by Batiste yard. |
|  | IMG_1756 | 7:45 | **Alexus** on corner, **Imani** and **Muhammed** in roadway. |
|  | IMG_1794 | 8:00 | **Foytlin** in roadway, LSP making a push. |
|  | IMG_1805 | 8:04 | Line of police forming at France and Maximillian, **Savage** on SW corner yard. |
|  | IMG_1826 | 8:08 | Line of police forming at France and St. Joseph, **Savage** in McDonald's parking lot. |
| Exhibits | AAAAAAAAA - BRPD Terrorizes Nonviolent Protestors -- 07.10.16 (10:30) | n/a | 1:45 Imani climbing up the lawn opposite corner from 602 France Street, <br> 1:55 Pollard's dress and Love sign & Soni Nichols, <br> 3:48-50 Geller detention, <br> 3:53-54 Karen Savage talking to officer LSP SWAT, <br> 4:32 west side of East Blvd is cleared, <br> 4:48 Pollard is in the median of East Blvd, <br> 6:18-19 Karen Savage on the sidewalk, <br> 6:42-44 Myron Daniels telling people to get out of the roadway, <br> 6:53 Finn on north side of France Street, west of East Blvd, <br> 7:47 Imani on north side of France, west of East Blvd, |

| | | | |
|---|---|---|---|
| | | | 7:49 Finn again, Pollard's Love sign, Alexus too,<br>7:578:03, Savage in the roadway,<br>8:19 Foytlin in the roadway,<br>9:32 Imani has made it to 602 France Street,<br>9:36 Pollard in the back of the yard. |
| | AAAAAAAAAA - From Finn - VID_20160710_193234661 ('where you are standing is not good enough') | | 12 second video, Pollard is not at front of yard, bottle goes flying towards line of officers advance, PA system "You must leave now or you will be arrested. Where you are standing is not good enough, you must leave now. Leave now or you will be arrested." |
| | DDDDDD - 2016.7.10 - Video by Kelly Orians www.facebook.com kelly.orians (4:00) | | Slow push of mobile field force.<br>00:36-00:39 **Foytlin** in the roadway,<br>00:40-00:45 "Where you are standing is not good enough, you must leave now or you will be arrested)"<br>00:55 **Foytlin** crossing street. Verbal commands "Get out of the roadway."<br>01:20-01:25 Officer directing media to get out of the roadway. |
| | EEEEE - 5.Baton Rouge Police attack peaceful protesters for Alton Sterling (02:13) | | 01:23-01:28 **Foytlin** in the middle of officers who are detaining subjects.<br>01:28-01:38 LSP instructing protesters to move back for their safety.<br>01:38-2:13 Videographer leaves the back of Batiste yard and departs the area. |
| | GGGGGG - RT Ruptly - Up to 40 Black Lives Matter protesters arre…xus, Karen, Blair.mp4 (02:43) | | 00:55-01:00 Geller and Kosofsky in human chain blocking roadway.<br>01:01-01:04 **Foytlin** crowding LSP as they effect arrests.<br>01:18-01:33 **Savage** and **Muhammed** chasing officers westbound on France Street as they move to detain a subject.<br>01:33-01:37 **Alexus** on France west of East as officers detain protester.<br>01:41-01:47 **Castanon** is being detained, water bottle comes flying towards officers. |
| | Q - Arrest of Tammy Cheney (01:43) | 7:34 | **Tammy** Cheney's cellphone video, showing that she is at the corner of Government Street and Maximillian. |
| | QQQQQQ – the Rouge video of Tammy Cheney just before arrest (01:24) | | 00:20-00:30 **Alexus** is detained and being taken to processing.<br>00:39-00:57 **Tammy** comes running from Maximillian, cellphone and poster in hand, corresponding with Exhibit Q. |

Pg. 4