UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL.**                          **CIVIL ACTION NO.**

**VERSUS**                                        **17-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL.**

## SETTLEMENT CONFERENCE REPORT AND ORDER

A settlement conference was conducted by Zoom before Magistrate Judge Erin Wilder-Doomes on October 18, 2021 with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **William B. Most**<br>**John N. Adcock**<br>Counsel for plaintiffs,<br>Blair Imani, *et al.*<br><br>**Blair Imani**<br>**Akeem Muhammad (Ali)**<br>**Raae Pollard**<br>**Karen Savage**<br>**Cherri Foytlin**<br>**Alisha Feldman (Florida)**<br>**Antonio Castanon Luna**<br>**Nadia Salazar Sandi**<br>**Daniel Liebeskind**<br>Plaintiffs | **A. Gregory Rome**<br>Counsel for defendants,<br>City of Baton Rouge, *et al.*<br><br>**Gregory C. Fahrenholt**<br>Counsel for defendants,<br>Louisiana State Police, *et al.*<br><br>**Diane Williams**<br>Representative of defendants<br>Louisiana State Police, *et al.* |

Plaintiff Raae Pollard's claims against the Louisiana State Police Defendants were resolved. Those parties shall confirm the terms of their agreement in writing and shall file the Joint Notice of Settlement required by Local Civil Rule 16(c) by no later than **October 22, 2021** as the undersigned was advised that all Plaintiffs' claims against the Louisiana State Police Defendants have been resolved.

Plaintiffs' claims against the City/Parish of Baton Rouge and associated defendants (the "City/Parish Defendants") did not resolve. Plaintiffs shall provide any additional documentation regarding **damages only** to the City/Parish Defendants by no later than November 1, 2021. An

Cv33aT2:15

additional settlement conference will be conducted on November 17, 2021 at 1:30 p.m. via Zoom. Any supplemental position papers due November 12, 2021. All scheduling order deadlines remain in effect, unless otherwise ordered.

**IT IS ORDERED** Plaintiffs shall provide any additional documentation regarding damages only to the City/Parish Defendants by no later than **November 1, 2021**. An additional settlement conference will be conducted on **November 17, 2021 at 1:30 p.m.** via Zoom.[1] Any supplemental position papers due **November 12, 2021**. All scheduling order deadlines remain in effect,[2] unless otherwise ordered.

Signed in Baton Rouge, Louisiana, on October 18, 2021.

*(signature)*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* R. Doc. 265 for participant instructions.
[2] R. Doc. 274.