UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, *et al.* | ) ) ) |
| Plaintiffs, | ) Docket No.17-cv-00439-JWD-EWD |
| v. | ) ) |
| CITY OF BATON ROUGE, *et al.* | ) ) |
| Defendants. | ) ) |

## ORDER

Considering the consent motion by thirteen plaintiffs to voluntarily dismiss certain defendants:

IT IS ORDERED that all claims alleged by Plaintiffs Blair Imani, Akeem Muhammad, Samantha Nichols, Alexus Cheney, Victor Onuoha, Karen Savage, Cherri Foytlin, Alisha Feldman, Antonio Castanon Luna, Nadia Salazar Sandi, Daniel Liebeskind, Finn Phoenix, and Leah Fishbein against Defendants Louisiana State Police, Kevin Reeves, Herman Newell, and William Seymour, are DISMISSED WITH PREJUDICE, with each party to bear their own costs.

Baton Rouge, Louisiana, this 20th day of October, 2021.



U.S. DISTRICT COURT JUDGE