UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, *et al.* )<br>  )<br> Plaintiffs, )<br> v. )<br>  )<br> CITY OF BATON ROUGE, *et al.* )<br>  )<br> Defendants. )<br>  ) | Docket No.17-cv-00439-JWD-EWD |

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE pursuant to Local Rule 16(c) of the U.S. District Court for the Middle District of Louisiana that a settlement has been reached between plaintiff, Raae Pollard, and defendants, Louisiana State Police, Kevin Reeves, Herman Newell, and William Seymour. These parties jointly request that all claims by plaintiff Pollard against these four defendants be dismissed, with the parties to bear their own costs, and without prejudice to the right, upon good cause shown, of these parties to reinstate the claims if the settlement is not consummated within sixty days of this Court's order of dismissal.

Plaintiff does not through the filing of this notice dismiss any of her claims against the City of Baton Rouge, East Baton Rouge Parish, or any of the individual defendants identified in her complaints as officers of the Baton Rouge Police Department on July 10, 2016.

Following this settlement, all claims alleged by all plaintiffs against the Louisiana State Police and all individually named employees of the Louisiana State Police represented by undersigned defense counsel are now dismissed from this lawsuit.

{01245075 - v1}　　　　　　　　　　　　　1

Respectfully submitted,

BLAIR IMANI, *et al.*, through their counsel,

*/s/ William Most*
Dave Lanser, La. Bar 37764
William Most, La. Bar 36914
Most & Associates
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
williammost@gmail.com
(504) 533-4521

AND

*/s/ Gregory C. Fahrenholt*
**Burglass and Tankersley, LLC**
Dennis J. Phayer (La. Bar 10408)
dphayer@burglass.com
Gregory C. Fahrenholt (La. Bar 28572)
gfahrenholt@burglass.com
5213 Airline Drive
Metairie, LA 70001
Tel: (504) 836-0402
Fax: (504) 287-0442
Special Assistant Attorneys General
Attorneys for Defendants, Louisiana State Police, Kevin Reeves, Herman Newell, and William Seymour