UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, *et al.* | )<br>)<br>) |
| Plaintiffs, | ) Docket No.17-cv-00439-JWD-EWD |
| v. | )<br>) |
| CITY OF BATON ROUGE, *et al.* | )<br>) |
| Defendants. | ) |

### ORDER

Considering the Joint Notice of Settlement filed by plaintiff Raae Pollard and defendants Louisiana State Police, Kevin Reeves, Herman Newell, and William Seymour;

**IT IS ORDERED** that the Joint Notice of Settlement (Doc. 317) is approved.

**IT IS FURTHER ORDERED** that all claims by plaintiff Pollard against these four defendants be dismissed, with the parties to bear their own costs, and without prejudice to the right, upon good cause shown, of these parties to reinstate the claims if the settlement is not consummated within sixty days of this Court's order of dismissal. Once settlement is consummated, the claims are dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on October 21, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

{01245469 - v1}  1