UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLAIR IMANI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Docket No. 17-cv-00439-JWD-EWD |
| v. ) | |
| ) | |
| CITY OF BATON ROUGE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR STATUS CONFERENCE REGARDING TRIAL SCHEDULE**

NOW INTO COURT come Plaintiffs, with consent of Defendants, to request a status conference with the Court.

On September 16, 2021, Plaintiffs, with consent of Defendants, filed a *Motion to Amend Scheduling Order* seeking to expand the length of trial from five to ten days due to the large number of witnesses and evidence needed to be presented. R. Doc. 286. The trial is currently scheduled to begin March 28, 2022, and last no more than five days. R. Doc. 246. Although the trial as-scheduled is still several months away, there is a significant amount of coordination already underway such as asking parties and witnesses to request time off of work and arrange travel from out of state (and in at least one case, international travel).

Additionally, parties would like to discuss the possibility of rescheduling the trial for another date in 2022. Although Plaintiffs indicated in their original motion that they would like to keep the starting date, if possible, Plaintiffs' lead counsel now is happy to inform the Court that his child is expected to be born within a few days of trial.

Therefore, parties request a status conference to provide some clarity on whether to expect the trial to begin on March 28, 2022, as scheduled, and how many days it will last.

WHEREFORE, Plaintiffs request a status conference with the Court.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST
Louisiana Bar No. 36914
DAVID LANSER
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com