# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL.**                                            **CIVIL ACTION**

**VERSUS**                                                          **NO.: 17-CV-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that the name of Sarah S. Monsour (Bar Roll #30957) be entered into the record of this Court as additional counsel for defendants, The City of Baton Rouge and Parish of East Baton Rouge, former Mayor-President Melvin Lee Holden, and thirty-four current and former BRPD officers ("City/Parish Defendants"), in the above entitled and numbered cause.

City/Parish Defendants will continue to be represented by Joseph K. Scott, III (Bar Roll #28223), Deelee S. Morris (Bar Roll #28775), and A. Gregory Rome (Bar Roll #21062).

Signed in Baton Rouge, Louisiana, on June 27, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**