UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLAIR IMANI, ET AL.

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 17-439-JWD-EWD

PLAINTIFFS' THIRD SET OF MOTIONS IN LIMINE

COME NOW Plaintiffs, by and through undersigned counsel, who respectfully request that this Court grant the following motions *in limine*.

In this Motion, Plaintiffs ask the Court to

1. Exclude the following undisclosed witnesses: Jesse Barcelona, Lorenzo Coleman, Dustin McGinnis, Darryl Honore, Robert McGarner, Marcus Thompson.

2. Exclude any argument that the July 2016 protesters or their lawyers were "outsiders" or "out-of-town" people.

Pursuant to this Court's standing order, the Parties met by Zoom on August 3, 2022, to discuss the motions in limine urged in this motion. Ex. E at ¶ 8.

The reasons for granting this motion are more fully laid out in the attached memorandum of law.

WHEREFORE for the reasons stated, as well as any other evident to the Court, Plaintiffs respectfully request that this Court grant their motions in limine.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST
Louisiana Bar No. 36914
DAVID LANSER
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com

1