According to City of Baton Rouge

| Plaintiff | Does City have evidence Plaintiff didn't comply with orders? | Other than APC, does City have evidence Plaintiff was violent? | Other than APC, does City have any description of specific Plaintiff's illegal activity? | Other than description of facts in APC or RAP, does City have justification for specific Plaintiff's arrest? |
|---|---|---|---|---|
| Blair Imani | Yes | (No) | (No) | (No) |
| Akeem Muhammad | Yes | (No) | (No) | (No) |
| Raae Pollard | Yes | (No) | (No) | (No) |
| Samantha Nichols | Yes | (No) | (No) | (No) |
| Alexus Cheney | Yes | Yes | Yes | (No) |
| Victor Onuoha | Yes | (No) | (No) | (No) |
| Karen Savage | Yes | (No) | (No) | (No) |
| Cherri Foytlin | Yes | (No) | (No) | (No) |
| Alisha Feldman | Yes | (No) | (No) | (No) |
| Antonio Castanon Luna | Yes | Yes | Yes | (No) |
| Nadia Salazar Sandi | Yes | (No) | (No) | (No) |
| Dr. Daniel Liebeskind | Yes | (No) | (No) | (No) |
| Finn Phoenix | Yes | (No) | (No) | (No) |
| Leah Fishbein | Yes | (No) | (No) | (No) |

- Does City have evidence Plaintiff didn't comply with orders? Yes, because they failed to disperse and depart the area.
- Other than APC, does City have evidence Plaintiff was violent? Jesse Barcelona reported that he recognized Antonio Castanon Luna and Nadia Salazar Sandi as agitators and bottle throwers. It is the City's belief that James Crockett and Brandon Blust will corroborate.
- Other than APC, does City have any description of specific Plaintiff's illegal activity? All of them failed to disperse. Antonio Castanon Luna and Nadia Salazar Sandi identified as agitators and throwing bottles. Billy Walker thinks he saw Alexus Cheney throwing something in the direction of the police as well.
- Other than description of facts in APC or RAP, does City have justification for specific Plaintiff's arrest? Their presence on scene after an hour to hour-and-a-half long standoff indicates that they failed to disperse.

According to the City of Baton Rouge

| Plaintiff | Which officer(s) saw Plaintiff commit any alleged crime? | Which officer(s) laid hands Plaintiff? | Which officer(s) handcuffed or ziptied Plaintiff? | Which officer(s) transported Plaintiff to processing? | Which officer(s) signed Affidavit of Probable Cause as affiant? |
|---|---|---|---|---|---|
| Blair Imani | UNKNOWN (All of them) | UNKNOWN | Jeff Pittman and/or Jason Dohm | Jeff Pittman, Jason Dohm, Kenneth Brewer | William Alexander |
| Akeem Muhammad | UNKNOWN (All of them) | UNKNOWN | M. Edwards | Brownleader, M. Edwards | Travis Norman |
| Raae Pollard | UNKNOWN (All of them) | LSP MES 7056 07-10-16 (110) | LSP MES 7056 07-10-16 (111, 112) | UNKNOWN | (Not Billy Walker) |
| Samantha Nichols | Probably Mancuso (All of them) | Probably Mancuso | Alaina Mancuso | Alaina Mancuso | Jonathan Abadie |
| Alexus Cheney | Lapeyrouse, Simoneaux (All of them) | Simoneaux | Simoneaux | Simoneaux | (Not Simoneaux) |
| Victor Onuoha | UNKNOWN (All of them) | UNKNOWN | UNKNOWN | UNKNOWN | Willie Williams |
| Karen Savage | James Thomas (All of them) | Richard McCloskey and/or James Thomas | James Thomas | James Thomas | (Not James Thomas) |
| Cherri Foytlin | Either overwatch, or N. Collins (All of them) | N. Collins | N. Collins | Alaina Mancuso | Derrick Williams |
| Alisha Feldman | Curtis Wilson (All of them) | UNKNOWN | Curtis Wilson | Curtis Wilson | Curtis Wilson |
| Antonio Castanon Luna | Alan Hamilton (All of them) | Most likely Alan Hamilton | UNKNOWN | Probably V. Liberto | Willie Williams |
| Nadia Salazar Sandi | Alan Hamilton (All of them) | UNKNOWN | UNKNOWN | UNKNOWN | Jonathan Abadie |
| Dr. Daniel Liebeskind | UNKNOWN (All of them) | UNKNOWN | UNKNOWN | UNKNOWN | Alex Bell |
| Finn Phoenix | UNKNOWN (All of them) | UNKNOWN | UNKNOWN | UNKNOWN | Taylor Giroir |
| Leah Fishbein | Curtis Wilson (All of them) | UNKNOWN | Curtis Wilson | Curtis Wilson | Curtis Wilson |

- Which officer(s) saw Plaintiff commit any alleged crime? All of them watched all plaintiffs fail to disperse, many observed them blocking Government Street, milling about on East Boulevard, and headed for the Interstate.
- Which officer(s) signed Affidavit of Probable Cause as affiant? In three identified instances, PPT officers put transporting officer's names on APCs. One was known to the transporting officer (Thomas), but not to B. Walker or Simoneaux.