## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| BLAIR IMANI, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Docket No.17-cv-00439-JWD-EWD |
| v. | ) | |
| | ) | |
| CITY OF BATON ROUGE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## <u>FINAL WILL CALL WITNESS AND EXHIBIT LISTS</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs who submit their

final will call witness and exhibit lists.

(a) Joint Exhibits

| EX. NO. | DESCRIPTION | FILE NAME |
|---|---|---|
| 1 | Karen Savage Photo 1554 | IMG_1554 |
| 2 | Karen Savage Photo 1563 | IMG_1563 |
| 3 | Karen Savage Photo 1805 | IMG_1805 |
| 4 | BRPD General Order No. 291, Civil Disorder | GO 291 |
| 5 | Video of police advancement towards yard (00:12) | DDDDD - From Finn - VID_20160710_193234661 |
| 6 | Kelly Orians video | DDDDDD - 2016.7.10 - Video by Kelly Orians www.facebook.com kelly.orians |
| 7 | Opposite view of Antonio and Nadia arrest | DDDDDDD - Blaze Opposite view of arrest (Antonio & Nadia) |
| 8 | Video of entry into yard | EEEEE - 5.Baton Rouge Police attack peaceful protesters for Alton Sterling |
| 9 | RT Ruptly news report | GGGGGG - RT Ruptly - Up to 40 Black Lives Matter protesters |

| | | | |
|---|---|---|---|
| | | | arrested in Baton Rouge - Alexus, Karen, Blair |
| 10 | Juvenile Justice Information Exchange video | | HHHHHH -Juvenile Justice Information Exchange |
| 11 | Video of Raae Pollard | | 22c |
| 12 | Photo of Blair Imani sitting on curb | | MES7056<br><br>7-10-16 (75) |
| 13 | Crime Scene Video, 1841 hours, duration 01:02 | | DeSalvo East Blvd protests 7-10-16 (8) |
| 14 | Crime Scene Video, 1755 hours, duration 00:43 | | KMW 07-10-16 (4) |
| 15 | Crime Scene Video, 1903 hours, duration 01:12 | | KMW 07-10-16 (35) |
| 16 | Crime Scene Video, 1906 hours, duration 00:18 | | KMW 07-10-16 (37) |
| 17 | Interop transcript | | Imani-Corrections_fulltranscript -9-29-22 |
| 18 | Crime Scene Photo, 1805 hours | | ALK DSC_2008 |
| 19 | Operational orders | | SSSSS - OPERATIONAL ORDERS |
| 20 | Established Facts | | Established Facts.pdf |

(b) Plaintiffs' Exhibits:

| EX. NO. | NAME | DESCRIPTION | Objection to Admissibility | Objection to Authenticity |
|---|---|---|---|---|
| 1 | Exhibit 1 (PLTF-00001) | Photo Raae Pollard holding "LOVE" sign | | |
| 2 | Exhibit 2 (PLTF-00003) | Alexus Swope Background screening for job | Late disclosure. Subject of MiL. | Not self-authenticating. |

| 3 | Exhibit 3 (PLTF-00004) | Photo of Alison McCrary negotiating with Police | Relevance. Not arrested, not a plaintiff. | |
| 4 | Exhibit 4 (PLTF-00036-00066) | Response to Request for Admissions, August 23rd 2018 from Blair Imani to City of BR Defendant's | | |
| 5 | Exhibit 5 (PLTF-00067-00078) | Answer to Plaintiffs' First Set of Interrogatories to BR Defendant's<br><br>August 29th, 2018 | | |
| 6 | Exhibit 6 (PLTF-00079-00093) | Defendant's Responses to Request for Productions, August 29th, 2018 | | |
| 7 | Exhibit 7 (PLTF-00094-00104) | Answer to Plaintiff's first set of interrogatories to city of BR<br><br>August 29th, 2018 | | |
| 8 | Exhibit 8 (PLTF-00105-00117) | Defendant's Responses to Request for Productions, September 19th, 2018 | | |
| 9 | Exhibit 9 (PLTF-00118-00135) | Letter to William Most from Chief Murphy Paul regarding Plaintiff First Set of Interrogatories | | |
| 10 | Exhibit 10 (PLTF-00136-00137) | Defendant's Supp. Response to Requests for Admissions<br><br>October 4th, 2018 | | |
| 11 | Exhibit 11 (PLTF-00138-00142) | Defendant's Supp. Response to Request for Production of Documents<br><br>October 4th, 2018 | | |
| 12 | Exhibit 12 (PLTF-00142-00159) | Letter to William from Parish Attorney: City of BR Def. Supp responses to Plaintiff's First set of Request for Admission of Facts and Request for Production of Documents<br><br>-Email from Amnesty Internation to BRPD | Hearsay, relevance. | Not self-authenticating. |

| | | | | |
|---|---|---|---|---|
| | | -Affidavit's for July 10, 2016 | | |
| 13 | Exhibit 13 (PLTF-00160-00167) | Letter to William Most from Parish Attorney: Defendant's Answers to Plaintiff's 2nd set of Interrogatories No. 18-23 October 8th, 2018 | | |
| 14 | Exhibit 14 (PLTF-00168-00173) | Supp Answers to Plaintiff's First Set of Interrogatories to BRPD Officer Defendant's | | |
| 15 | Exhibit 15 (PLTF-00174-00181) | Defendant's Supp Responses to RFPs to 27, 33, 35, 36 40, 42, 51. December 20th, 2018 | | |
| 16 | Exhibit 16 (PLTF-00182-00183) | Answer to Plaintiff's Second Set of Interrogatories to Chief Murphy Paul | | |
| 17 | Exhibit 17 (PLTF-00184) | Email from Duane Scrantz, Approve all Reports (criminal and traffic) | | |
| 18 | Exhibit 18 (PLTF-00185-00192) | Answers to Plaintiffs' Fourth Set of Interrogatories to Chief Murphy Paul | | |
| 19 | Exhibit 19 (PLTF-00193-00217) | Supp responses to RFP 61 & 68 -Request for Internal Affairs preliminary reports, accountability forms, and Investigation reports -Request for ICS worksheets created as a result for July 10th, 2016 | | |
| 20 | Exhibit 20 (PLTF-00218) | Photo of finn and Alexus on corner holding signs | | |
| 21 | Exhibit 21 (PLTF-00219) | Photo of finn and Alexus on corner | | |

| 22 | Exhibit 22 (PLTF-00220) | 14 sec. Video of protesters standing in yard, speaking on megaphone | | |
|---|---|---|---|---|
| 23 | Exhibit 23 (PLTF-00221-00233) | Affidavits of Probable Cause: Raae Pollard, Samantha Nichols, Tammy Cheney, Alexus Swope, Blair Imani, Karen Savage, Cherri Foytlin, Alisha Rae Feldman, finn phoenix, Leah Champagne, Daniel Liebeskind, Akeem Muhammed, Antonio Castanon Luna | | |
| 24 | Exhibit 24 (PLTF-00234) | 1 min and 2 sec. Video of police chasing protesters down France Street to McDonald's | | |
| 25 | Exhibit 25 (PLTF-00235) | 17 sec. Video from behind BRPD lines; protesters in yard, peacefully chanting | | |
| 26 | Exhibit 26 (PLTF-00236-00246) | Incident Report for Cherri Foytlin, Dakota Tuggle, Shona Clarkson, and Victor Onuoha. Written by Alaina Mancuso on July 10th, at 7 pm. | | |
| 27 | Exhibit 27 (PLTF-00247-00268) | Public Records Request for BRPD Officer information who arrested plaintiffs, name of officers and Insurance company that insures BRPD Officers. Incident report for Gilbert Lubin, Daniel Liebeskind, finn phoenix, Nadia Salazar (spelled Salvar on document). Written by Officers Abadie, Denicola, Bell, Giroir. July 10. | | |
| 28 | Exhibit 28 (PLTF-00274) | Photo of Nadia and Antonio being grabbed by BRPD | Hearsay, relevance, cumulative. | Not self-authenticating. |
| 29 | Exhibit 29 (PLTF-00275) | 12 min. 16 sec of Law enforcement and Crowd | | |

| 30 | Exhibit 30 (PLTF-00281-00284) | Email from Chris Johnson to Ira Roberts, Probable Cause Affidavit form | | |
|---|---|---|---|---|
| 31 | Exhibit 31 (PLTF-00285) | Photo of Akeem holding Black Power sign, protesters standing on sidewalk, Blair sitting down | | |
| 32 | Exhibit 32 (PLTF-00286) | Photo of Protesters standing on grass holding signs, Akeem and Blair in photo | | |
| 33 | Exhibit 33 (PLTF-00288) | 22 sec. Video of protesters chanting on sidewalk, holding signs | | |
| 34 | Exhibit 34 (PLTF-00289) | Photo of Soni being arrested | | |
| 35 | Exhibit 35 (PLTF-00290) | 12 sec. Video of Law enforcement and protesters on sides of street | | |
| 36 | Exhibit 36 (PLTF-00294) | Photo of Police in riot gear on street | | |
| 37 | Exhibit 37 (PLTF-00295) | Photo of Police in riot gear on street | | |
| 38 | Exhibit 38 (PLTF-00296) | Photo of Police in riot gear on street with Police vehicle | | |
| 39 | Exhibit 39 (PLTF-00298) | Photo of finn holding BLM sign | | |

| 40 | Exhibit 40 (PLTF-00300) | Photo of police and vehicle, armed gear | | |
|---|---|---|---|---|
| 41 | Exhibit 41 (PLTF-00301) | Photo of Alexus holding sign with protesters | | |
| 42 | Exhibit 42 (PLTF-00302) | Photo of Alexus and protesters on grass/sidewalk | | |
| 43 | Exhibit 43 (PLTF-00303) | Photo of Protesters, akeem holding BLM Sign | | |
| 44 | Exhibit 44 (PLTF-00305-00311) | BRPD Incident report for Michael Martin and Andrew McDaniel<br><br>Reporting officer is Nicholas Collins, on July 10, 2016 at 6 pm. | Hearsay, relevance, did not question Collins during deposition. Neither subject is plaintiff. | Not self-authenticating. |
| 45 | Exhibit 45 (PLTF-00312-01215) | BRPD Policy and Procedure Manual | Cumulative, largely irrelevant. | |
| 46 | Exhibit 46 (PLTF-01216) | Photo of Law enforcement arresting someone while on the ground | Relevance – arrestee is not a plaintiff. See ruling on Mtn to Strike. | |
| 47 | Exhibit 47 (PLTF-01217-01232) | EBR Parish July 7, 2016 Briefing | | |
| 48 | Exhibit 48 (PLTF-01233) | Google map of where protest took place | | |
| 49 | Exhibit 49 (PLTF-01234) | Photo of Raae holding LOVE sign, with other protesters | | |
| 50 | Exhibit 50 (PLTF-01235) | 4 sec. Video of Police arresting protester, Officer in purple shirt | | |

| 51 | Exhibit 51 (PLTF-01236-01244) | EBR Parish Operational Log 2016-09-201607TASKFORCE | | |
|----|----|----|----|----|
| 52 | Exhibit 52 (PLTF-01245) | Photo of BRPD on lawn, arresting protester, special response team vehicle | | |
| 53 | Exhibit 53 (PLTF-01246) | Photo of protesters holding signs on grass | | |
| 54 | Exhibit 54 (PLTF-01247) | Photo of protesters holding signs, hands in the air. | | |
| 55 | Exhibit 55 (PLTF-01248) | 59 sec. Video of Law enforcement (from behind) moving towards protesters. | | |
| 56 | Exhibit 56 (PLTF-01249) | Photo of BRPD arresting protester | | |
| 57 | Exhibit 57 (PLTF-01251) | 21 sec. Video of protesters, on sidewalk and grass | | |
| 58 | Exhibit 58 (PLTF-01252) | Photo of protesters and Law enforcement, (showing Raae, Victor, Blair) | | |
| 59 | Exhibit 59 (PLTF-01253) | Arrest of Raae, hands around throat | That's LSP, not BRPD. | |
| 60 | Exhibit 60 (PLTF-01255) | Photo of Akeem and Blair | | |
| 61 | Exhibit 61 (PLTF-01256) | Photo of BRPD arresting Akeem and Blair | | |
| 62 | Exhibit 62 (PLTF-01257) | Photo of Blair and Akeem | | |
| 63 | Exhibit 63 | Photo of Blair, Akeem and Raae | | |

| | | | | |
|---|---|---|---|---|
| | (PLTF-01258) | | | |
| 64 | Exhibit 64 (PLTF-01259) | 2 min and 17 sec. Video of Law enforcement, beginning of arrests of protesters | | |
| 65 | Exhibit 65 (PLTF-01260) | BRPD Organizational Chart | | |
| 66 | Exhibit 66 (PLTF-01261-01283) | Request for Production No. 23<br><br>BRPD General Order No. 244, Planning for Unusual Occurrences, and 291, Civil Disorder | | |
| 67 | Exhibit 67 (PLTF-01284-01306) | Request for Production No. 24<br><br>BRPD General Order No. 131, Use of Deadly Force, 132, Firearms, and 135, Less-Lethal Force.<br><br>Intra-Divisional Procedure No. 502/06.2, Patrol Rifles. | No deadly force was used, no firearms were discharged, General Order 135 is Exhibit 37. Patrol rifles were not in use on July 10, 2016. | |
| 68 | Exhibit 68 (PLTF-01350-01355) | Defendant's Response to Subpoena Duces Tecum | Cumulative. The reports, APCs and rap sheets are the best evidence of their contents. | |
| 69 | Exhibit 69 (PLTF-01356-01359) | Supp. Answers to 4th Interrogatories to Chief Murphy Paul | Wiedeman is dismissed out. Call the officer witnesses. | |
| 70 | Exhibit 70 (PLTF-01360) | 5 sec. Video of protesters chanting BLM | | |
| 71 | Exhibit 71 (PLTF-01361) | 11 sec. Video of Law enforcement in street | | |
| 72 | Exhibit 72 (PLTF-01362) | 29 sec. Video of protesters chanting (Blair, Raae and Akeem visible) | | |

| 73 | Exhibit 73 (PLTF-01363-01372) | BRPD Incident reports for Alisha Feldman. Reporting officer Wilson Curtis, on July 10, 2016 at 7:45 pm. | | |
|----|----|----|----|----|
| 74 | Exhibit 74 (PLTF-01373) | Protesters holding BLM sign on East and France | | |
| 75 | Exhibit 75 (PLTF-01374) | 1 min. 24 sec. Recap video of protest and arrests | | |
| 76 | Exhibit 76 (PLTF-01375-01376) | Victor Onuoha Affidavit of Probable Cause | | |
| 77 | Exhibit 77 (PLTF-01377-01387) | Nadia Salazar Affidavit of Probable Cause | | |
| 78 | Exhibit 78 (PLTF-01388-01439) | Police Training Group Subject field: Mobile Field Force and Mobile Tactics | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |
| 79 | Exhibit 79 (PLTF-01440) | 24 sec. Video of BRPD in the streets | Relevance? They're not arresting or detaining. | |
| 80 | Exhibit 80 (PLTF-01441) | 18 sec. Video of protesters (Raae, Blair, Akeem visible) | | |
| 81 | Exhibit 81 (PLTF-01442) | 23 sec. Video Law enforcement arresting protesters, finn phoenix on ground. | | |
| 82 | Exhibit 82 (PLTF-01443) | 22 sec. Video before Daniel's arrest (grainy) | | |
| 83 | Exhibit 83 (PLTF-01444) | 9 sec. Video before Daniel's arrest (grainy) | | |

| 84 | Exhibit 84 (PLTF-01445-1457) | BRPD Mobile Field Force for Civil Disorder | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |
|---|---|---|---|---|
| 85 | Exhibit 85 (PLTF-01458) | Photo of Karen Savage arrest | | |
| 86 | Exhibit 86 (PLTF-01459-01497) | NICE Inform reconstruction - results table<br><br>October 4th, 2018 | Relevance. Nobody has figured out how to match the calls to individuals. | |
| 87 | Exhibit 87 (PLTF-01498) | Photo of Karen Savage Arrest | | |
| 88 | Exhibit 88 (PLTF-01499) | Cop interop communication (2 hr 16min long audio) | | |
| 89 | Exhibit 89 (PLTF-01500-01528) | RFP No. 61 from Parish Attorney to William Most<br><br>-Interdepartmental Correspondence, August 24, 2016<br><br>-BRP Internal affairs Investigation Disposition Form, August 3rd 2016<br><br>-Officer History<br><br>-Internal Affairs report<br><br>-BRPD Internal affairs Preliminary form<br><br>-Investigative summary<br><br>-Officer's Rights Form | Relevance. Incident was July 9, 2016. No bearing on July 10, 2016. | |
| 90 | Exhibit 90 (PLTF-01529) | Photo of Castanon Luna being arrested by BRPD | | |
| 91 | Exhibit 91 (PLTF-01530) | Photo of Blair Imani being arrested by Law Enforcement | | |

| 92 | Exhibit 92 (PLTF-01531) | Photo of Blair Imani being arrested by Law Enforcement | | |
|---|---|---|---|---|
| 93 | Exhibit 93 (PLTF-01532) | Photo of Blair Imani being arrested by Law Enforcement | | |
| 95 | Exhibit 95 (PLTF-01843-01844) | Declaration of Plaintiff Nadia Salazar - Signed | | |
| 96 | Exhibit 96 (PLTF-01845-01860) | Request for Production No. 3: Plaintiff Rap Sheets | | |
| 97 | Exhibit 97 (PLTF-01867-01880) | Identification Key of Plaintiff's (Used for defense counsel) | | |
| 98 | Exhibit 98 (PLTF-01881-01883) | General Order No. 135.2<br><br>Subject: Less Lethal Impact Projectiles | Relevance. No less lethal projectiles were fired on July 9 or 10, 2016. | |
| 99 | Exhibit 99 (PLTF-01884-01888) | General Order No. 276<br><br>Subject: Report Requirements | | |
| 100 | Exhibit 100 (PLTF-01901-01902) | Declaration of Antonio Castanon Luna - Signed | | |
| 101 | Exhibit 101 (PLTF-01903-01906) | Emails regarding Pre Printed Affidavits | | |
| 102 | Exhibit 102 (PLTF-01907-01928) | Incident Reports for Daniel, finn, Nadia Salvar, and Lubin Gilbert (PRA FROM BRPD) | | |

| 103 | Exhibit 103 (PLTF-01929) | 7.24.2019 Email - Approving all reports - Especially those involved during the protest | | |
|---|---|---|---|---|
| 104 | Exhibit 104 (PLTF-01930-01933) | Declaration of Karen Savage for NRBM | | |
| 107 | Exhibit 107 (PLTF-02032) | Video of Law Enforcement with Shields starting to walk towards protesters | | Not self-authenticating |
| 108 | Exhibit 108 - No Cops Alisha Rae Zine | Comic by Alisha Rae, No Cops No Riot Police, No Swat Team, No c.o's | | |
| 109 | Exhibit 109 - Blair in Crowd | Photo of Blair within crowd of protesters | | |
| 110 | Exhibit 110 - Blair's Legs from Arrest | Photo of Blair's Knees from arrest | | Needs authentication. |
| 111 | Exhibit 111 - Photo of Police blocking street | Photo of Law Enforcement blocking street/Police vehicle in back | | |
| 112 | Exhibit 112 - Photo of Police officer with gas mask | Police Officer with Gas Mask on (green shirt) | | |
| 113 | Exhibit 113 - Savage's foot - Injury | Karen Savage's foot with scabbing from injury | | Needs authentication. |
| 114 | Exhibit 114 - Savage back of knee - Injury | Photo of Karen Savage's back of leg (knee area) with bruising | | Needs authentication. |
| 115 | Exhibit 115 - Savage Knee - | Photo of scabbing on Karen Savage's knee | | Needs authentication. |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Injury |  |  |  |
| 116 | Exhibit 116 - Savage back of knee - Injury | Photo of Karen Savage's leg, back of knee with bruise |  | Needs authentication. |
| 117 | Exhibit 117 - Savage front of knee - Injury | Photo of Karen Savage's knee (front) with scabbing and bruises |  | Needs authentication. |
| 118 | Exhibit 118 | 12 second video of Police saying on megaphone "where you are standing is not good enough" |  |  |
| 119 | Exhibit 119 | 1 min. 4 sec. Video of police alarm going off, narrator stating that arrests just started and there is tear gas | Author unknown. | Not self authenticating. |
| 120 | Exhibit 120 | 19 sec video of Protesters chanting "Black Lives Matter" | Author unknown. | Not self authenticating. |
| 121 | Exhibit 121 | 17 sec. Video of protester on ground for arrest, protesters chanting "let him go" | Author unknown. Arrestee is not plaintiff. See Mtn. to strike. | Not self authenticating. |
| 122 | Exhibit 122 | 44 sec. Video of Law Enforcement using megaphone to say "Leave now or you will be arrested" to protesters. Police walking towards everyone in Batiste's Lawn | Author unknown. | Not self authenticating. |
| 123 | Exhibit 123 | 2 min. 13 sec video from protester view on Batiste's Lawn, police walking towards protesters. Beginning of police arresting protesters. |  |  |
| 124 | Exhibit 124 | 1 min. 46 sec. Video of Police sirens from vehicles. Vehicle going towards protesters, glimpse of Rae Pollard holding "Love" sign | Author unknown. | Not self authenticating. |
| 125 | Exhibit 125 | 35 sec. Video of protesters going into lawn of Batiste, a slight yell of people saying "come here!" | Author unknown. | Not self authenticating. |

| | | "Get into my yard" | | |
|---|---|---|---|---|
| 126 | Exhibit 126 | 44 sec. Video of Police with shields walking in street | Author unknown. EBRSO on Maximilian Street. | Not self authenticating. |
| 127 | Exhibit 127 | 14 sec. Video of phone scaling the street view of Police and protesters | Author unknown. No visible plaintiffs. | Not self authenticating. |
| 128 | Exhibit 128 | 2 min. 20 sec. Protester yelling "Media!" Police running after protesters | | |
| 129 | Exhibit 129 | 26 sec. Video Police charging street yelling "Move back, move back" | | |
| 130 | Exhibit 130 | Video of BRPD using LRAD on protesters | Author unknown. | Not self authenticating. |
| 131 | Exhibit 131 | 10 min. 32 sec. Video of Police and vehicle charging towards protesters, grabbing protesters | AAAAAAAAA - BRPD Terrorizes Nonviolent Protestors - - 07.10.16 (Not plaintiffs being arrested) | Author unknown. |
| 132 | Exhibit 132 | 3 min. 53 sec. Video of EBRSO in a line in the street with shields, walking towards protesters. | EBRSO with shields, not BRPD. Orians video. | |
| 133 | Exhibit 133 | Audio of Sister McCrary Negotiating with Police | Relevance? McCrary not arrested. | Not self authenticating. |
| 134 | Exhibit 134 | 21 min Video of Police clearing protesters with Riot gear, narration from protester. | Author unknown. | Not self authenticating. |
| 135 | Exhibit 135 | 1 min. 28 sec. Video of Nadia and Antonio - Arrest | | |
| 136 | Exhibit 136 - CBS News | 2 min. 3 sec. Video from CBS news of (Batiste) explaining letting them get on yard because they feared for protesters safety | | |

| 137 | Exhibit 137 | 9 min. 17 sec. Video of Nadia and Antonio arrest, Live video from Christine L. Dixon. | | Not self authenticating. |
|---|---|---|---|---|
| 138 | Exhibit 138 | 1 min. 32 sec. Video of police making arrests, including Blair Imani, begins with AP footage of crowd chanting "BLM;" concludes with police marching down the street. | | |
| 139 | Exhibit 139 | Photo of Police blocking street with LRAD | | |
| 140 | Exhibit 140 | Photo of police with Raae Pollard in the background | | |
| 141 | Exhibit 141 | Photo of police arresting Raae Pollard (blurry) | | |
| 142 | Exhibit 142 | Photo of police arresting Raae Pollard (blurry) | | |
| 143 | Exhibit 143 | Photo of police arresting Raae Pollard, Raae on the ground (blurry) | | |
| 144 | Exhibit 144 | Photo of Raae Pollard standing on sidewalk outside Batiste yard | | |
| 145 | Exhibit 145 | 25 sec. Video of Police pushing protesters off of Batiste porch | | |
| 146 | Exhibit 146 | July 10, 2016 Amnesty International Letter to Baton Rouge Police Department | Hearsay. Relevance. | |
| 147 | Exhibit 147 | finn phoenix Bond Documents July 11, 2016 | | |
| 148 | Exhibit 148 | Leah Champagne Bond Documents July 11, 2016 | | |
| 149 | Exhibit 149 | Nadia Salazar Bond Documents July 11, 2016 | | |

| 150 | Exhibit 150 | Raae Pollard Bond Documents<br><br>July 11, 2016 | | |
| 151 | Exhibit 151 | Akeem Muhammad Bond Documents<br><br>July 11, 2016 | | |
| 152 | Exhibit 152 | Photo from Antigravity, taken by Patrick Mellon, showing protesters including Raae Pollard and Blair Imani standing in yard | | |
| 153 | Exhibit 153 | Blair Imani Bond Documents<br><br>July 11, 2016 | | |
| 154 | Exhibit 154 | Daniel Liebeskind Bond Documents<br><br>July 11, 2016 | | |
| 155 | Exhibit 155 | Diagram of positions of protesters and police on map of East Blvd and France St. | | |
| 156 | Exhibit 156 | July 21, 2016 Letter from Billy Walker Reporting Forgery | | |
| 157 | Exhibit 157 | Photo of Nadia Salazar and Antonio Castanon Luna taken from footage by MSNBC | | |
| 158 | Exhibit 158 | Baton Rouge Police Department – Special Response Team Operations Order<br><br>July 10, 2016 | | |
| 159 | Exhibit 159 | Karen Savage Bond Documents<br><br>July 11, 2016 | | |
| 160 | Exhibit 160 | March 8, 2017, medical records of Karen Savage from Dr. Rabinovici regarding hand pain | | Not self-authenticating. |

| 161 | Exhibit 161 | Karen Savage Appearance Bond<br><br>July 11, 2016 | | |
| 162 | Exhibit 162 | July 10, 2016, Facebook post from Daniel Liebeskind "They just arbitrarily declared it 'no longer a peaceful protest.'" | | |
| 163 | Exhibit 163 | July 10, 2016, Facebook post from Daniel Liebeskind – "Call BRPD" | | |
| 164 | Exhibit 164 | July 10, 2016, Facebook post from Daniel Liebeskind – "They could be spending this time protecting and serving" | | |
| 165 | Exhibit 165 | July 10, 2016, Facebook post from Daniel Liebeskind – "Police have the block surrounded" | | |
| 166 | Exhibit 166 | Soni Haze Bond Office Receipt<br><br>July 11, 2016 | | |
| 167 | Exhibit 167 | Photo of protesters at the steps of the Capitol | | |
| 168 | Exhibit 168 | Photo of Victor Onuoha's arrest | | |
| 169 | Exhibit 169 | 1 min. 5 sec. Video of police arresting protesters, crowd chanting "Shame" and "Let him go" | | Author unknown. Not self-authenticating. |
| 170 | Exhibit 170 | 13 sec. Video of Police advancing on protesters | | Author unknown. Not self-authenticating. |
| 171 | Exhibit 171 | Plaintiff Chart | Motion in limine was filed. | |
| 172 | Exhibit 172 | Crowd Management Power Point | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |

| 173 | Exhibit 173 | Police Training Group – Crowd Management Lesson | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |
| 174 | Exhibit 174 | Police Training Group - Mobile Field Force and Mobile Tactics Lesson | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |
| 175 | Exhibit 175 | Mobile Field Force and Mobile Tactics Power Point | BRPD Mobile Field Force did not deploy to East and France, July 10, 2016. | |
| 176 | Exhibit 176 | Baton Rouge Police Department Duty Roster for July 9 -July 15 – Traffic Division | | |
| 177 | Exhibit 177 | MOHSEP Report regarding operational period of July 6 – July 10 (at 6am) | | |
| 178 | Exhibit 178 | MOHSEP Briefings July 7 – July 14 | | |
| 179 | Exhibit 179 | Email from Casey Hicks regarding Protesters booked on July 8, 2016 | | |
| 180 | Exhibit 180 | Baton Rouge Police Department Duty Roster for July 9 -July 15 – Special Response Team | | |
| 181 | Exhibit 181 | 12 sec. Video of police walking through the street, no protesters visible | | |
| 182 | Exhibit 182 | Photo of a protester with a bullhorn seen from behind police line. | No plaintiff in view. | |
| 183 | Exhibit 183 | 23 sec. Video of Police arresting people on Batiste's lawn, including Blair Imani, people scream, someone screams "help me" | | |

| 184 | Exhibit 184 | 59 min. 47 sec. Video recorded by Scottie Hunter for WAFB 9 | Cumulative. Scottie Hunter is listed as plaintiff witness. | Not self authenticating. |
|---|---|---|---|---|
| 185 | Exhibit 185 | 22 sec. video of police arresting protesters, including finn phoenix and Akeem Muhammad | | |
| 186 | Exhibit 186 | Photo of Raae Pollard's arrest by LSP and BRPD | | |
| 187 | Exhibit 187 | Photo of Blair Imani speaking with another protester and her child | | |
| 188 | Exhibit 188 | Affidavit from WAFB | | |

a. Plaintiffs' Will-Call Witnesses:

| Witness | Expected Testimony |
|---|---|
| Plaintiffs | |
| Raae Pollard | Is expected to testify about what they observed at the protest, and how it impacted them. |
| Soni Haze | *Id.* |
| Alexus Swope | *Id.* |
| Victor Onuoha | *Id.* |
| Antonio Castanon Luna | *Id.* |

| | |
|---|---|
| Nadia Salazar Sandi | *Id.* |
| Blair Imani | *Id.* |
| Akeem Muhammad | *Id.* |
| Karen Savage | *Id.* |
| Cherri Foytlin | *Id.* |
| Daniel Liebeskind | *Id.* |
| Alisha Feldman | *Id.* |
| Finn Phoenix | *Id.* |
| Leah Champagne | *Id.* |
| **BRPD Officers** | |
| J.D. Leach | Was designated by the City as a 30(b)(6) witness. Is expected to testify about the reason for executing warrantless arrests on private property, use of the LRAD, etc. |
| Chris Polito | Was designated by the City as a 30(b)(6) witness. Is expected to testify about the City's knowledge about Plaintiffs, etc. |
| Michael Barrow | Was designated by the City as a 30(b)(6) witness. Is expected to testify about the City's policy with regard to affidavits of probable |

| | |
|---|---|
| | cause, application of BRPD policies, etc. |
| Orscini Beard | Was designated by the City as a 30(b)(6) witness. Is expected to testify about the City's internal affairs investigations or lack thereof, etc. |
| Hallie Britt Jones | Was designated by the City as a 30(b)(6) witness. Is expected to testify about absence of policy changes resulting from incident, etc. |
| Jonathan Abadie | Is expected to provide testimony about their role in signing affidavits of probable cause. They may plead the Fifth as they did in their deposition. |
| Willie Williams | Is expected to provide testimony about their role in signing affidavits of probable cause. They may plead the Fifth as they did in their deposition. |
| Alex Bell | Is expected to provide testimony about their role in signing affidavits of probable cause. |
| David Wallace | Is expected to provide testimony about their role as a commander who gave the order to conduct mass arrests. |
| Myron Daniels | Is expected to provide testimony about their role as a commander who gave the order to conduct mass arrests. |
| Experts | |
| Robert Pusins | Mr. Pusins is a police practices expert with more than thirty-five years' experience as a law enforcement officer. He is expected to testify as to the opinions expressed in his expert report about Defendants' conduct. |

| Other Non-Party Witnesses | |
|---|---|
| Lisa Batiste | Ms. Batiste is expected to testify about what she observed at the protest, and the fact that she gave the protesters permission to stand in her yard. |

b.  Plaintiffs' May-Call Witnesses:

| Witness | Expected Testimony |
|---|---|
| Mike Walker | Is expected to provide testimony about their role as a commander who gave the order to conduct mass arrests. |
| Keith Wilson | Is expected to provide testimony about his role as a videographer at the protest. |
| Bill Walker III | Is expected to provide testimony about his role his role in signing affidavits of probable cause. |
| Kelly Orians | Is expected to provide testimony about what she observed at the protest. |
| Lt. John Clary | Lt. Clary is a non-retained expert. He has approximately thirty-seven years' experience in law enforcement. He is expected to testify regarding BRPD's practices regarding affidavits of probable cause. |
| Bill Quigley | Professor Quigley is expected to testify about what he observed as a legal observer at the protest. |
| Alison McCrary | Ms. McCrary is expected to testify about what she observed as a legal observer at the protest. |
| Hannah Adams | Ms. Adams is expected to testify about what she observed as a legal observer at the protest. |

| | |
|---|---|
| Mary Yanik | Ms. Yanik is expected to testify about what she observed as a legal observer at the protest. |

Respectfully submitted,

BLAIR IMANI, *et al.*, through their counsel,

/s/ *Dave Lanser*
Dave Lanser, La. Bar 37764
William Most, La. Bar 36914
Most & Associates
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
david.lanser@gmail.com
(504) 533-4521