UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BLAIR IMANI, ET AL.**                         CIVIL ACTION

**VERSUS**                                      NO.:  17-CV-439-JWD-EWD

**CITY OF BATON ROUGE, ET AL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW COUNSEL AND ENROLL
### ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel, come defendants herein, The City of Baton Rouge and Parish of East Baton Rouge, former Mayor-President Melvin Lee Holden, and thirty-four current and former BRPD officers ("City/Parish Defendants"), who move this Honorable Court to allow Deelee S. Morris (Bar Roll #28775) and Sarah S. Monsour (Bar Roll #30957), to withdraw as counselors of record for defendants, and who further move this Honorable Court to allow Anderson O. Dotson, III (#26865), Courtney K. Humphrey (#30818), Shelley Moore White (#37233), David M. Lefeve (#20922), James L. Hilburn (#20221), and Michael P. Schillage (#35554), to be enrolled as additional counselors of record for City/Parish Defendants in this matter, and that the filing of this Motion will not unduly delay these proceedings nor prejudice any of the parties.

City/Parish Defendants will continue to be represented by Joseph K. Scott, III (Bar Roll #28223) and A. Gregory Rome (Bar Roll #21062).

*[Signature Lines on Next Page]*

RESPECTFULLY SUBMITTED:

ANDERSON O. "ANDY" DOTSON, III
PARISH ATTORNEY

/s/ Joseph K. Scott, III
Joseph K. Scott (#28223)
Special Assistant Parish Attorney
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
jkscott@brla.gov - Email

/s/ Courtney K. Humphrey
Courtney K. Humphrey (#30818)
Deputy Parish Attorney
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
chumphrey@brla.gov - Email

/s/ Shelley M. White
Shelley M. White (#37233)
Assistant Prosecutor
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
smwhite@brla.gov – Email

/s/ James L. Hilburn
James L. Hilburn (#20221)
Sr. Special Assistant Parish Attorney
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
jlhilburn@brla.gov – Email

/s/ Anderson O. "Andy" Dotson, III
Anderson O. "Andy" Dotson, III (#26865)
Parish Attorney
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 – Facsimile
adotson@brla.gov - Email

/s/ A. Gregory Rome
A. Gregory Rome (#21062)
Director of Litigation & Risk Management
222 St. Louis St., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 – Facsimile
grome@brla.gov - Email

/s/ David M. Lefeve
David M. Lefeve (#20920)
Sr. Special Assistant Parish Attorney
222 St. Louis Street., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
dlefeve@brla.gov – Email

/s/ Michael P. Schillage
Michael P. Schillage (#35554)
Assistant Parish Attorney
222 St. Louis Street., 9th Floor
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-8736 - Facsimile
mschillage@brla.gov - Email

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**BLAIR IMANI, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                         **NO.:  17-CV-439-JWD-EWD**

**CITY OF BATON ROUGE, ET AL**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Counsel and Enroll Additional Counsel of Record was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this **23rd** day of **January, 2023.**

　　　　　　　　　　　　　　　　　　　　**/s/  Joseph K. Scott, III**
　　　　　　　　　　　　　　　　　　　　**JOSEPH K. SCOTT, III**