UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**January 18, 2023**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

BLAIR IMANI, et al.

VERUS

CITY OF BATON ROUGE, et al.

CIVIL ACTION

NO.   17- 439-JWD-RLB

This matter came on this day for a pretrial and status conference.

**Present:**   John Nelson Adcock, William Brock Most, Dave Lanser
**Counsel for Plaintiffs**

Joseph K Scott, III
**Counsel for Defendants**

The jury trial of this matter will begin on Tuesday, January 31, 2023, at 9:00 a.m. in courtroom 1. The Court and counsel will meet at 8:30 a.m. on January 31, 2023, for a status conference to address any remaining pretrial matters.

For oral reasons assigned, IT IS ORDERED that Plaintiffs' Consent Motion for Attorney Voir Dire (Doc. 377) is DENIED. At the conclusion of voir dire, the Court will conduct a bench conference so that the parties can inform the Court of any additional questions the parties would like the Court to ask the jurors on voir dire.

The Court read to counsel a draft summary of the case.   With minor modifications, all parties agreed that the summary is an accurate description of the case.

The Court reviewed the voir dire process with counsel.

There will be either 10 or 12 jurors selected to try this matter unless the parties' consent in advance of trial to a verdict of 6 or less jurors.

Final will-call witness list and exhibit list shall be filed by **January 20, 2023**.

A Bench book of exhibits, **one copy from each party, (bates numbered**) shall delivered to chambers by **January 24, 2023**.   The Joint Exhibit book is also due on **January 24, 2023**. In addition to a bench book, electronic evidence files shall be provided, by each party, using the Court's Electronic Evidence Online submission tool through CM/ECF to the Courtroom Deputy for court proceedings where evidence presentation is required, **seven (7) days** prior to trial. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined on this Court's web page under "JWD Cases, JERS Notice for Trials".   The instructions for using evidence online submission can also be found by using the following link to JERS web page: http://www.lamd.uscourts.gov/JERS.

A listing of all medical & technical terms, titles of any books or treatise to be used by counsel or any witness shall be provided to the court reporter by **January 24, 2023**.

After hearing the parties' positions on settlement, the deadline for filing an affidavit of settlement is waived by the Court.

Counsel shall advise the Court on the morning of trial how they wish to present established facts to the jury.

The parties confirmed on the record that all exhibits have been exchanged between the parties.

If the trial will have deposition testimony, the parties shall designate for all other parties those portions of the deposition which are to be read or shown to the jury. The parties

are to confer and redact all depositions to eliminate irrelevant and redundant materials prior to trial, including all colloquies between or among counsel. Only portions of a deposition which are necessary to a party's case shall be read or played to the jury. Any deposition objections shall be filed by **January 23, 2023**. Counsel must submit one copy of the deposition to the Court with the objections of all parties. The objections of each party should be identified by color-coded objections. The deposition should also include a plain and concise statement of each objection. <u>For example, if they objection is hearsay, the moving party need only say "hearsay," and the opponent need only say in response "business records exception" or "not offered for the truth."</u> **A reader must be provided by the party who intends to have a transcript read during trial.**

The Court is requiring that at least one plaintiff and one defendant be present for each day of trial, and it is counsel's responsibility to inform the Court at the beginning of trial each day who is present.

On the Monday before the Tuesday trial, the names of witnesses that will be called to testify on Tuesday shall be disclosed to opposing counsel by 5:00 p.m. The disclosure of witnesses shall be done by counsel for everyday of trial by 5:00 p.m. or within one hour of the Court concluding for the day, whichever is later. It is not necessary for the order of the witnesses to be disclosed, just the names of the witnesses that will testify.

Demonstrative exhibits shall be exchanged **one (1) week** prior to trial so that the Court can rule on any objections before the beginning of trial. If there are objections, the parties shall present the objections to the Court on the Wednesday before trial.

All Counsel are reminded that only one attorney per party may conduct examination of a witness and raise objections.

The parties informed the Court that an order of sequestration will be requested by counsel on the first morning of trial.

Between today and Friday before trial, counsel for Defendants shall inform counsel for Plaintiffs if there are hostile witnesses and the Court will address this issue if needed.

Pocket Briefs, no more than five pages, shall be submitted on or before Monday, January 23, 2023, on the issue of pleading Defendants' Request to Withdraw Fifth Amendment Invocation at Trial and the Defendants will have until Wednesday, January 25, 2023, to file a response, not to exceed 5 pages.

Since the names of some Plaintiffs have changed since the filing of this lawsuit, the parties shall file a chart into the record which includes a cross reference of the Plaintiffs' old name and new name.

The parties must advise the Court on the morning of trial the length of time that will be needed for Opening Statements.

The Court granted permission to Plaintiffs allowing their paralegal, Veronica Barnes, to bring a cell phone into the courthouse for trial.

Since the Plaintiffs will be dismissing Defendants in this matter, a written motion shall be filed, and counsel shall also resubmit the proposed verdict form to exclude the dismissed defendants.

The Court then discussed with the parties the pending Defendants' Rule 30(b)(6) deposition and Defendant's chart.  After hearing from counsel, counsel shall advise the Court by Friday, January 20, 2023, or no later than Monday, January 23, 2023, on what will be taken out of the chart.  The Court will take this issue under advisement and will try to issue a ruling before trial starts on January 31, 2023.

Plaintiffs and Defendants shall inform the Court by Thursday, January 19, 2023, as to the maximum number of individuals that will be sitting at each table during trial.

Signed in Baton Rouge, Louisiana, on <u>January 20, 2023</u>.

Cv 27 T:   1:00
Cv 36 T:   0:30

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**