**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BLAIR IMANI, *et al.* | ) |
| | ) |
| Plaintiffs, | )    Docket No.17-cv-00439-JWD-EWD |
| v. | ) |
| | ) |
| CITY OF BATON ROUGE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**<u>Chart of Names</u>**

In R. Doc. 400 at 5, the Court directed that "[s]ince the names of some Plaintiffs have changed since the filing of this lawsuit, the parties shall file a chart into the record which includes a cross reference of the Plaintiffs' old name and new name."

The chart of names is attached here as Ex. A.

Respectfully submitted,

BLAIR IMANI, *et al.*, through counsel,

/s/ *William Most*
Dave Lanser, La. Bar 37764
William Most, La. Bar 36914
Most & Associates
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
williammost@gmail.com
(504) 509-5023

John Adcock, La. Bar. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Email:  jnadcock@gmail.com