UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DISTRICT JUDGE JOHN W. deGRAVELLES
**JANUARY 31, 2023 (Day 1)**

| | |
|---|---|
| BLAIR IMANI, ET AL. | CIVIL ACTION |
| VERSUS | |
| CITY OF BATON ROUGE, ET AL. | NO.   17- 439-JWD-RLB |

This matter came on this day for a jury trial before District Judge John W. deGravelles with the following participants:

PRESENT:   John Nelson Adcock, William Brock Most, and Dave Lanser
**Counsel for Plaintiffs**

Joseph K Scott, III, Courtney King Humphrey, Anderson O. Dotson, III, David M. Lefeve and Michael Paul Schillage
**Counsel for Defendants**

Prior to the start of the jury trial, the Court holds a status conference to discuss pretrial matters.

After the status conference concludes, the jury enters the courtroom to begin voir dire.

Prospective jurors are sworn to answer voir dire questions.

After a restroom break during voir dire and outside the presence of the jury, counsel for Defendants inform the Court that prospective juror # 35 is employed as a supervisor for Baton Rouge City/City of Baton Rouge, a defendant herein.   Therefore, without opposition, prospective juror # 35 is excused for cause.

The Court excuses the following prospective jurors for cause:

33, 44, 11, 36, 7, 21, 34, and 43.

For oral reasons assigned, the Court denies Plaintiffs' request to excuse prospective juror # 27 and Defendants' request to excuse prospective juror # 3.

There are no *Batson* Challenges.

After being found acceptable, the jurors are duly sworn to try the case and given preliminary instructions by the Court.

An order of sequestration is issued.

The jury is excused until 9:00 a.m. on Wednesday, February 1, 2023.

The Court and counsel discussed the attitude presented by juror # 2 and his refusal to listen to the preliminary instructions given to the jury. The Court will not address the issue at this time. Instead, the Court will monitor the juror to see if his attitude improves and if he complies with the Court's instructions.

Signed in Baton Rouge, Louisiana, on <u>February 2, 2023</u>.

Cv 23; T: 7:00

Reporter: G. Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**