UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**February 16, 2023**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

BLAIR IMANI, et al.

VERSUS

CITY OF BATON ROUGE, et al.

CIVIL ACTION

NO.   17- 439-JWD-RLB

This matter came on this day for a status conference.

**Present:**   William Brock Most, John Adcock and Dave Lanser
**Counsel for Plaintiffs**

Alan Gregory Rome
**Counsel for Defendants**

This matter having been resolved on Wednesday, February 15, 2023, during a Metro City Council Meeting, the parties placed the particulars of the settlement agreement into the record.

A 60-day order of dismissal will be entered.

The Court will meet with the jurors at 9:00 a.m. by zoom to thank each juror for their service.   Counsel will then be permitted to speak with the jury if jurors choose to do so.

Signed in Baton Rouge, Louisiana, on <u>February 16, 2023</u>.

Cv 36/22 T:   0:10
Reporter:   Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**