| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **MIDDLE DISTRICT OF LOUISIANA** |
| 3 | |
| 4 | **BLAIR IMANI, ET AL**               **: CIVIL ACTION** |
| 5 | **VERSUS**                           **: NO. 3:17-CV-00439** |
| 6 | **CITY OF BATON ROUGE, ET AL**       **: HON. JOHN W. DEGRAVELLES** |
| 7 | **: JANUARY 31ST, 2023** |

===============================================================
***TRIAL BY JURY***
***DAY 1***
===============================================================

A P P E A R A N C E S

FOR THE PLAINTIFFS:

    MR. JOHN NELSON ADCOCK
    ADCOCK LAW, LLC
    3110 CANAL STREET
    NEW ORLEANS, LOUISIANA  70119

    MR. WILLIAM BROCK MOST
    MR. DAVID JOSEPH LANSER
    LAW OFFICE OF WILLIAM MOST
    201 ST. CHARLES AVE., SUITE 114 #101
    NEW ORLEANS, LOUISIANA 70107


FOR THE CITY OF BATON ROUGE:

    MR. JOSEPH K. SCOTT, III
    JOSEPH K. SCOTT, III, ATTORNEY AT LAW, LLC
    9448 BROOKLINE AVENUE
    BATON ROUGE, LOUISIANA 70809


    MR. MICHAEL P. SCHILLAGE
    MR. DAVID M. LEFEVE
    OFFICE OF THE EAST BATON ROUGE PARISH ATTORNEY
    222 ST. LOUIS STREET, 9TH FLOOR
    BATON ROUGE, LOUISIANA  70802

1   **APPEARANCES CONTINUED:**

2

3       MS. COURTNEY KING HUMPHREY, ATTORNEY AT LAW
        315 T.J. JEMISON BOULEVARD
4       BATON ROUGE, LOUISIANA  70802

5       MR. ANDERSON O. DOTSON, III
        DOTSON FIRM, LLC
6       P.O. BOX 4123
        BATON ROUGE, LOUISIANA  70821

7

8       MS. SHELLEY WHITE
        OFFICE OF THE PARISH ATTORNEY
9       P.O. BOX 1471
        BATON ROUGE, LOUISIANA  70821
10

11

12

13

14

15

16

17

18

19

20

21

22                  REPORTED BY: GINA DELATTE-RICHARD,CCR

23  _____

24                      UNITED STATES COURTHOUSE
                           777 FLORIDA STREET
25                   BATON ROUGE, LOUISIANA 70801
                           (225) 389-3564

1        **JANUARY 31, 2023**

2        **(CALL TO ORDER THE COURT)**

3        **THE COURT:**  GOOD MORNING.  YOU MAY BE SEATED.

4        MR. SCOTT IS CHECKING IN SO WE'RE GOING TO WAIT FOR

5    MR. SCOTT TO ARRIVE.  INCIDENTALLY, IF IT'S NOT ALREADY

6    APPARENT TO YOU, I'M A LITTLE BIT TIME COMPULSIVE.  I LIKE

7    PEOPLE TO BE ON TIME.  WE HAVE A LONG TRIAL AND SO, YOU KNOW,

8    I EXPECT PEOPLE TO BE WHERE THEY'RE SUPPOSED TO BE WHEN

9    THEY'RE SUPPOSED TO BE THERE.  AND I WILL LET MR. SCOTT KNOW

10   THAT AS WELL.

11        OKAY, MR. SCOTT, PLEASE BE ON TIME.

12        **MR. SCOTT:**  YES, SIR.  I APOLOGIZE.  I'M JUST MOVING

13   A LITTLE SLOW TODAY.

14        **THE COURT:**  ALL RIGHT.  I JUST EXPLAINED TO

15   EVERYBODY WE HAVE A LONG TRIAL, BUT EVEN IN A SHORT TRIAL I

16   LIKE TO, YOU KNOW, GET THINGS EFFICIENTLY DONE, SO PLEASE TRY

17   TO BE ON TIME.  AND THAT GOES FOR WITNESSES TOO AND HAVING

18   YOUR WITNESSES LINE UP.  I KNOW Y'ALL HAVE ALL TRIED CASES

19   BEFORE ME.

20        OKAY.  SO LET'S JUST TALK ABOUT THE ONLY COUPLE OF

21   MATTERS THAT I HAVE TO TALK ABOUT, AND THEN IF ANYBODY ELSE

22   WANTS TO RAISE ANYTHING PRELIMINARILY WE'VE GOT A LITTLE TIME

23   TO DO THAT.

24        WE HAVE DRAFTED THE JURY CHARGES AND WE WILL BE

25   GIVING THOSE TO THE PARTIES.  WE'RE WORKING ON PUTTING THEM IN

 1 │ FINAL FORM.  WE'LL HAVE THOSE TO THE PARTIES BY WEDNESDAY OR

 2 │ THURSDAY, AND THEN WE WILL HAVE A CHARGE CONFERENCE WHEN IT'S

 3 │ CONVENIENT AND EVERYBODY'S HAD A CHANCE TO LOOK AT THE JURY

 4 │ CHARGES, MAKE THEIR SUGGESTED CHANGES, EDITS, CORRECTIONS,

 5 │ WHATEVER AND WE'LL DO THAT PROBABLY SOME TIME EARLY IN THE

 6 │ SECOND WEEK.

 7 │        WE'RE DOWN TO THREE DEFENDANTS DID YOU SAY,

 8 │ MR. SCOTT?

 9 │        **MR. SCOTT:**  THREE INDIVIDUAL OFFICERS.

10 │        **THE COURT:**  INDIVIDUAL OFFICERS.  AND WHO ARE THEY?

11 │        **MR. SCOTT:**  THAT WOULD BE JONATHAN ABADIE, DAVID

12 │ WALLACE AND WILLIE WILLIAMS.

13 │        **THE COURT:**  OKAY.  SO I THINK WE'VE HAD SO MANY

14 │ CONFERENCES I'VE RUN THROUGH MY LIST.  SO TELL ME WHAT THE

15 │ PARTIES WOULD LIKE TO DISCUSS.

16 │        **MR. MOST:**  YES, YOUR HONOR.  WILLIAM MOST ON BEHALF

17 │ OF PLAINTIFFS.  JUST A COUPLE OF ITEMS.

18 │        YOUR HONOR, WE'VE SUBMITTED, LAST NIGHT, A CORRECTED

19 │ NAME DOCUMENT WHICH CORRECTLY REFLECTS THE NAMES OF THE

20 │ PLAINTIFFS THAT APPEARED ON THE AFFIDAVITS OF PROBABLE CAUSE

21 │ FOR REFERENCE AND THEIR NAME AS IT IS NOW, SO THAT WAS ENTERED

22 │ INTO THE RECORD YESTERDAY, A FEW UPDATES TO IT.

23 │        THE SECOND POINT IS THAT WE'VE BEEN CONFERRING WITH

24 │ OPPOSING COUNSEL ABOUT THE POLICE MILITARIZATION ISSUE.  THE

25 │ COURT'S RULING WAS THAT TESTIMONY ABOUT THE SHOOTING IN TEXAS

1    WOULD BE BARRED UNLESS PLAINTIFFS OPENED THE DOOR WITH TOO

2    MUCH REFERENCE TO POLICE MILITARIZATION.  THE LINE THAT WE'VE

3    TALKED TO DEFENSE COUNSEL ABOUT AND THAT WE'VE BEEN TALKING TO

4    WITNESSES ABOUT IS ESSENTIALLY THAT THEY CAN DESCRIBE WHAT

5    THEY SAW.  YOU KNOW, I SAW OFFICERS WITH GUNS.  I SAW OFFICERS

6    IN ARMOR.  BUT THEY CAN'T CHARACTERIZE IT AS, I SAW PEOPLE

7    DRESSED LIKE SOLDIERS.  IT LOOKED LIKE A WAR ZONE.  THAT'S

8    KIND OF THE LINE WE'RE DRAWING AND WE CONFERRED WITH DEFENSE

9    COUNSEL.  WE JUST WANT TO ESSENTIALLY MAKE SURE THAT'S

10   CONSISTENT WITH THE COURT'S THINKING ON THE MATTER AS WELL.

11            **THE COURT:**  THAT'S FINE WITH THE COURT.  MR. SCOTT?

12            **MR. SCOTT:**  YES, YOUR HONOR.  I THINK THAT THE

13   WITNESSES CAN FAIRLY SPEAK TO WHAT THEY SAW, BUT IT'S A

14   QUESTION OF CHARACTERIZATION.

15            **THE COURT:**  OKAY.  WELL, IT SOUNDS LIKE BOTH PARTIES

16   ARE ON THE SAME PAGE.

17            **MR. SCOTT:**  I BELIEVE SO, YOUR HONOR.

18            **THE COURT:**  IF SOMEBODY BEGINS TO GO SOUTH OR

19   WHATEVER, WHY DON'T WE JUST MAKE SURE THAT WE STOP, GO TO THE

20   HEADPHONES, SOLVE IT BEFORE IT GETS -- THE HORSE IS OUT OF THE

21   BARN.

22            **MR. MOST:**  YEP.

23            **MR. SCOTT:**  I --

24            **THE COURT:**  I KNOW.  I THINK THAT WILL GO FOR BOTH

25   SIDES WITH RESPECT TO CERTAIN ISSUES.  I'M JUST TRYING TO KEEP

1    FROM HAVING TO TELL THE JURY TO DISREGARD EVIDENCE, WHICH I

2    ALWAYS HATE TO DO, AND CERTAINLY WE WANT TO AVOID A MISTRIAL

3    AS MUCH WORK AS WE'VE ALL PUT INTO THIS CASE.

4           **MR. MOST:**  AMEN TO THAT, YOUR HONOR.  AND DR.

5    KRASKA, WHO'S THE EXPERT WHO HAD AN OPINION ON THAT TOPIC, IS

6    NOT GOING TO BE CALLED AS A WITNESS.  WE'VE TALKED TO DEFENSE

7    COUNSEL ABOUT THAT, SO THAT PART OF IT IS NOT GOING TO BE A

8    PROBLEM.

9           **THE COURT:**  ALL RIGHT.

10          **MR. MOST:**  THE SECOND TOPIC, YOUR HONOR, IS YOUR

11   HONOR ISSUED A RULING ABOUT PROHIBITING DEFENDANTS FROM

12   TALKING ABOUT CHARACTERIZING PLAINTIFFS AS OUT-OF-TOWN PEOPLE

13   OR THEIR LAWYERS AS OUT-OF-TOWN PEOPLE.  WE WERE THINKING

14   ABOUT IT LAST NIGHT.  WE WOULD THINK THAT THE SIMILAR LOGIC

15   WOULD APPLY TO REFERENCES ABOUT PLAINTIFFS' IMMIGRATION

16   STATUS, BECAUSE THAT'S NEVER BEEN AN ISSUE IN THIS CASE, AND

17   WE WOULD THINK THAT THE SAME LOGIC THAT APPLIES TO OUT-OF-TOWN

18   CHARACTERIZATIONS WOULD APPLY TO DESCRIBING SOMEONE'S

19   IMMIGRATION STATUS.  WE WOULD ASK THAT THAT BE EXCLUDED.

20          **THE COURT:**  DO YOU HAVE ANY INTENTION TO TALK ABOUT

21   SOMEBODY'S IMMIGRATION STATUS?

22          **MR. SCOTT:**  I DON'T KNOW ANYBODY'S IMMIGRATION

23   STATUS, JUDGE.

24          **THE COURT:**  THIS IS THE FIRST TIME IN ALL THESE

25   YEARS THIS HAS COME UP, SO THIS IS NEWS TO ME AS WELL.  BUT

 1 | CLEARLY, CLEARLY IMMIGRATION STATUS, EVEN MORE STRONGLY THAN,
 2 | OH, THE NEW ORLEANS LAWYERS ARE COMING UP TO TELL US WHAT TO
 3 | DO BLAH, BLAH, BLAH THAT'S EVEN STRONGER IT SEEMS TO ME, SO
 4 | THE SAME RULING APPLIES.
 5 |         **MR. MOST:**  THANK YOU, YOUR HONOR.
 6 |         THE FINAL TOPIC IS IN THE PATTERN PRETRIAL ORDER
 7 | THERE'S A REFERENCE TO IMPEACHMENT DOCUMENTS MUST BE SUBMITTED
 8 | TO THE COURT UNDER SEAL 30 DAYS IN ADVANCE OF TRIAL FOR THE
 9 | COURT TO CONSIDER IN-CAMERA.  WE DIDN'T SEE ANY DOCKET ENTRY
10 | FOR ANYTHING BEING FILED UNDER SEAL, SO WE CONCLUDE THAT
11 | NEITHER SIDE SUBMITTED ANY IMPEACHMENT EVIDENCE.
12 |         **THE COURT:**  YEAH.  I THINK THE RULE SAYS ANY
13 | IMPEACHMENT EVIDENCE THAT HAS NOT ALREADY BEEN EXCHANGED.  THE
14 | THING THAT THAT RULE IS DESIGNED TO PREVENT IS SURPRISE FOR
15 | THE COURT, AS WELL AS EVERYBODY, AND I'M HAVING TO FIGURE OUT
16 | WHERE THE DOCUMENT CAME FROM AND IS IT AUTHENTIC AND BLAH,
17 | BLAH, BLAH.  SO IF IT'S BEEN EXCHANGED IN DISCOVERY OR IT'S A
18 | DEPOSITION OR SOMETHING LIKE THAT, CLEARLY THAT CAN BE USED,
19 | BUT IF IT'S SOMETHING THAT HAS NOT ALREADY BEEN EXCHANGED BY
20 | THE PARTIES, THEN THAT RULE APPLIES.  AND, RIGHT, I HAVEN'T
21 | SEEN ANYTHING GIVEN TO ME TO REVIEW IN-CAMERA, SO I ASSUME
22 | THERE IS NONE.
23 |         **MR. MOST:**  THANK YOU.  THAT'S ALL THE HOUSEKEEPING
24 | MATTERS I HAVE, YOUR HONOR.  THANK YOU.
25 |         **THE COURT:**  ALL RIGHT.  THANK YOU, MR. MOST.

| 1 | MR. SCOTT? |
| 2 | **MR. SCOTT:**  GOOD MORNING, YOUR HONOR. |
| 3 | **THE COURT:**  GOOD MORNING. |
| 4 | **MR. SCOTT:**  JOSEPH SCOTT FOR THE DEFENDANTS. |

5    THE ONLY THING THAT I'VE GOT SORT OF PENDING IS THE

6  DURATION OF EACH SIDE'S CASE.  THE PLAINTIFFS REQUESTED FIVE

7  DAYS, THE DEFENDANTS REQUESTED FOUR.  WE'VE TALKED ABOUT IT

8  AND I'M JUST GOING TO SAY THAT, YOU KNOW, I'M GETTING REQUESTS

9  FOR SCHEDULING OFFICERS FOR PLAINTIFFS' DAY SIX, PLAINTIFFS'

10  DAY SEVEN AND WHEN WE HIT FIVE DAYS I'M GOING TO START --

11    **THE COURT:**  -- SQUEALING?

12    **MR. SCOTT:**  -- OBJECTING FOR REAL.  AND, LIKEWISE, I

13  THINK THAT FIVE DAYS WOULD INCLUDE ANY REBUTTAL CASE.

14    **THE COURT:**  WELL, LET ME HEAR FROM THE PLAINTIFFS ON

15  THAT.

16    **MR. MOST:**  YES, YOUR HONOR.  I THINK THAT CAME UP

17  WHEN YOUR HONOR HAD PROPOSED TO NARROW THE CASE TO TWO WEEKS

18  AND THEN YOUR HONOR DECIDED ACTUALLY TO KEEP IT SCHEDULED FOR

19  THREE WEEKS.  WE'RE GOING TO WORK TO BE AS EFFICIENT AS

20  POSSIBLE.  A LARGE PORTION OF HOW LONG THE PLAINTIFFS' CASE IN

21  CHIEF TAKES IS IN DEFENDANT'S CONTROL, BECAUSE THEY CAN DO

22  THEIR DIRECTS IN OUR CASE IN CHIEF, AND ALSO MAY DEPEND ON THE

23  LENGTH OF THEIR CROSS-EXAMINATION.  SO WE WILL AIM TO BE

24  EFFICIENT.  WE DO NOT INTEND TO STRETCH THIS OUT, BUT I THINK

25  WE'LL JUST HAVE TO SEE HOW IT GOES.

1    **THE COURT:**  ALL RIGHT.  WELL, HERE'S THE COURT'S

2    UNDERSTANDING.  THE WORKING MODEL IS FIVE DAYS FOR THE

3    PLAINTIFF, FOUR DAYS FOR THE DEFENDANT.  IF THINGS BEGIN TO GO

4    LONG -- I MEAN IT'S HARD FOR ME AT THIS POINT TO GAUGE HOW

5    PLAINTIFFS' CASE IS GOING.  IF IT LOOKS LIKE IT'S GOING LONGER

6    THAN THAT, CAN YOU LET THE COURT KNOW AND COUNSEL KNOW FOR

7    PLANNING PURPOSES?  I DID SET ASIDE THE FULL THREE WEEKS

8    BECAUSE I WAS CONCERNED -- SOMEBODY MADE THE POINT -- I THINK

9    IT WAS MR. SCOTT THAT MADE A POINT THAT I DID NOT INCLUDE IN

10   THOSE NINE DAYS JURY SELECTION, WHICH IS GOING TO TAKE LONGER

11   THAN IT NORMALLY DOES, AND IT DIDN'T INCLUDE OPENING

12   STATEMENTS AND CLOSING ARGUMENTS AND SO ON.

13   SO I CLEARLY THINK IT'S REASONABLE THAT IT COULD GO

14   INTO THE THIRD WEEK, BUT I'M HOPING TO TRY TO KEEP, AT LEAST

15   GENERALLY SPEAKING, THAT FIVE, SLASH, FOUR.  AND IF IT BEGINS

16   TO GET AWAY FROM YOU, MR. MOST, FOR WHATEVER REASON, BECAUSE

17   MR. SCOTT'S CROSS-EXAMINATIONS ARE THREE HOURS, THEN -- YOU

18   KNOW, LOOK, JUST KEEP US ALL ABREAST SO WE CAN KIND OF KEEP

19   OUR HANDLE ON IT.

20   **MR. MOST:**  YES, YOUR HONOR.  THANK YOU.

21   **THE COURT:**  ALL RIGHT.

22   **MR. SCOTT:**  I KNOW I HAD SOMETHING ELSE IN MIND, BUT

23   IT IS COMPLETELY ESCAPING ME SO I'LL JUST -- WHEN I THINK OF

24   IT, WHEN WE'RE NOT WITH THE JURY, I'LL JUST ASK A QUESTION.

25   **THE COURT:**  TERRIFIC.  WE'LL HAVE PLENTY OF TIME

1  DURING BREAKS, EITHER BEFORE OR AFTER THE JURY -- AFTER THE

2  JURY LEAVES OR BEFORE THE JURY COMES IN TO TAKE UP ANY

3  MATTERS.  JUST LET MRS. CAUSEY KNOW SO WE CAN DELAY THE JURY

4  COMING IN.

5      OKAY.  WELL, IF THERE'S NOTHING ELSE FROM EITHER

6  SIDE WE'LL BREAK UNTIL WE GET THE JURY UP, WHICH IS PROBABLY

7  AND HOPEFULLY GOING TO BE AROUND 9:00.

8      WE HAVE 48 -- WE'VE SUMMONED A WHOLE BUNCH OF

9  JURORS.  OUR ANTICIPATED NUMBER WAS, WHAT, 75 OR SOMETHING?

10 WE'VE GOT 48.  SO WE'LL SEE HOW THAT GOES.  THERE ARE

11 MECHANISMS IN PLACE THAT IF YOU RUN OUT OF JURORS -- THE OLD

12 WAY WAS -- MR. SCOTT WILL PROBABLY KNOW THIS -- IN STATE COURT

13 WAS YOU JUST WENT OUTSIDE AND YOU STARTED WRANGLING PEOPLE WHO

14 WERE HANGING AROUND THE COURTHOUSE.  I HOPE WE DON'T HAVE TO

15 DO THAT BUT, IN ANY EVENT, WE'LL DO WHATEVER WE HAVE TO DO TO

16 GET THIS JURY PICKED.

17 *(WHEREUPON THE JURY VOIR NOIR ENTERED THE COURTROOM AND THE*

18 *JURY SELECTION PROCESS BEGAN)*

19 **THE COURT:**  GOOD MORNING, FOLKS.  YOU MAY BE SEATED.

20     WELCOME, EVERYBODY.  THE CASE THAT YOU ARE HERE

21 POSSIBLY TO SERVE ON THE JURY IN IS BLAIR IMANI, ET AL VERSUS

22 THE CITY OF BATON ROUGE AND OTHERS.  IT'S NUMBER 17-CV-00439.

23     WILL THE LAWYERS, BEGINNING WITH THE PLAINTIFFS,

24 MAKE AN APPEARANCE FOR THE RECORD.

25 **MR. MOST:**  WILLIAM MOST ON BEHALF OF PLAINTIFFS,

1  YOUR HONOR.

2          **THE COURT:**  ALL RIGHT.

3          **MR. LANSER:**  DAVE LANSER ON BEHALF OF PLAINTIFFS.

4          **MR. ADCOCK:**  JOHN ADCOCK ON BEHALF OF THE

5  PLAINTIFFS.

6          **THE COURT:**  ALL RIGHT.  FROM THE DEFENSE.

7          **MR. SCOTT:**  GOOD MORNING.  JOSEPH SCOTT ON BEHALF OF

8  THE DEFENDANTS.

9          **MR. LEFEVE:**  DAVE LEFEVE ON BEHALF OF THE

10 DEFENDANTS.

11         **MR. SCHILLAGE:**  GOOD MORNING, YOUR HONOR.  MICHAEL

12 SCHILLAGE ON BEHALF OF THE CITY OF BATON ROUGE, PARISH OF EAST

13 BATON ROUGE AND THE OFFICERS.

14         **MR. DOTSON:**  GOOD MORNING.  ANDERSON DOTSON, III ON

15 BEHALF OF THE DEFENDANTS.

16         **MS. HUMPHREY:**  GOOD MORNING.  COURTNEY HUMPHREY ON

17 BEHALF OF THE CITY/PARISH.

18         **MS. MOORE-WHITE:**  GOOD MORNING.  SHELLY MOORE-WHITE

19 ON BEHALF OF THE DEFENDANTS.

20         **THE COURT:**  ALL RIGHT.  THANK YOU, FOLKS.  YOU MAY

21 BE SEATED.

22         MY NAME IS JOHN DEGRAVELLES.  I'M ONE OF THE JUDGES

23 HERE IN THE MIDDLE DISTRICT OF LOUISIANA AND I'LL BE PRESIDING

24 OVER THIS CASE.  I'M GOING TO INTRODUCE YOU TO SOME OF MY

25 STAFF WHO WILL BE WORKING DURING THE ENTIRE TRIAL.  IF YOU'RE

1   SELECTED TO SERVE ON THIS JURY, THEN YOU'LL GET TO KNOW THEM A

2   LITTLE BIT BETTER.  GINA RICHARD IS MY COURT REPORTER.  HER

3   JOB IS TO TAKE DOWN EVERY WORD, EVERY COMMA, EVERY SEMICOLON,

4   EVERY UHH AND EVERY AHH THAT IS SPOKEN IN THIS TRIAL SO THAT

5   IF THE CASE IS APPEALED BY ONE SIDE OR THE OTHER, THEN THE

6   COURT OF APPEAL HAS A TRANSCRIPT OF EVERYTHING THAT WAS SAID

7   AND DONE IN CONNECTION WITH THIS CASE.

8         MRS. KRISTIE CAUSEY IS MY COURTROOM DEPUTY.  HER JOB

9   IS TO MAKE SURE THAT THE TRIAL RUNS SMOOTHY AND EFFICIENTLY.

10   SHE TAKES CARE OF ALL OF THE EXHIBITS THAT WILL BE INTRODUCED

11   AND SHE'LL BE HELPING MIGHTILY DURING THE COURSE OF THE TRIAL.

12         DAVID BORGHARDT IS MY LAW CLERK.  WE HAVE LOTS OF

13   LEGAL ISSUES THAT WILL COME UP DURING THE COURSE OF THE TRIAL,

14   AND DAVID'S JOB IS TO MAKE SURE THAT WHEN WE INSTRUCT YOU ON

15   THE LAW THAT WE GET IT RIGHT.

16         I WANT TO THANK YOU FOR BEING HERE.  I KNOW THAT IT

17   WAS NOT ENTIRELY VOLUNTARILY BUT, ON THE OTHER HAND, YOU ARE

18   HERE AND IF YOU TRIED TO GET OUT OF JURY SERVICE YOU WERE

19   UNSUCCESSFUL.  BUT I'M SORT OF JOKING.  IN ALL SERIOUSNESS, I

20   WANT TO TELL YOU THAT WE COULD NOT HAVE A SYSTEM OF JUSTICE IN

21   THIS SYSTEM IF REGULAR FOLKS WHO AREN'T LAWYERS, WHO AREN'T

22   JUDGES, REGULAR FOLKS, WOULD NOT COME AND SERVE AS MEMBERS OF

23   A JURY IN CASES LIKE THIS ONE.  SO IT IS EXTREMELY IMPORTANT

24   THAT WE HAVE PEOPLE LIKE YOU.

25         I WILL TELL YOU THAT I WAS A TRIAL LAWYER FOR 39 AND

1    A HALF YEARS BEFORE I BECAME A JUDGE.  I'VE TRIED A LOT OF

2    CASES IN MY CAREER, AND AFTER EVERY ONE, WHERE THE JUDGE WOULD

3    LET ME TALK TO JURORS, I'D GO TO THE JURORS AND I'D TELL THEM

4    WHAT CAN I DO BETTER SO THAT I CAN IMPROVE MY PERFORMANCE AS A

5    LAWYER FOR MY NEXT CASE?  AND INEVITABLY WE'D START TALKING

6    ABOUT THEIR EXPERIENCE AS JURORS, AND ALMOST TO A PERSON,

7    EVERYONE THAT I TALKED TO MAY HAVE COME IN KICKING,

8    SCRATCHING, SCREAMING ABOUT COMING TO JURY SERVICE, AT THE END

9    OF THE DAY, WHEN THEY HAD SERVED ON THE JURY, THEY TOLD ME

10   THAT IT WAS ONE OF THE MOST IMPORTANT AND BEST EXPERIENCES

11   THAT THEY'D EVER HAD.

12        AND I WILL TELL YOU THAT I PREDICT THAT IF YOU DO

13   SERVE ON THIS JURY -- AND I WILL TALK TO YOU AT THE END OF THE

14   CASE.  I ALWAYS COME IN AT THE END OF A TRIAL, AFTER THE

15   VERDICT HAS BEEN REACHED, TO THANK EVERYBODY PERSONALLY FOR

16   THEIR JURY SERVICE.  I ALWAYS RAISE THIS QUESTION, WHAT WAS IT

17   LIKE?  AND IN MY EIGHT YEARS ON THE BENCH IT HAS BEEN ALMOST

18   EXACTLY THE SAME.  EVERYBODY, REGARDLESS OF WHAT THEIR

19   ATTITUDE WAS WHEN THEY CAME IN ORIGINALLY, IF THEY SERVED ON

20   THAT JURY WAS IT'S AN IMPORTANT AND GOOD EXPERIENCE.  AND I

21   PREDICT THAT WILL BE THE CASE IF YOU DO SERVE ON THIS JURY.

22        NOW, WHAT WE'RE GOING TO DO HERE THIS MORNING IS TO

23   SELECT THE JURY.  IT'S A PROCESS CALLED VOIR DIRE.  THAT'S A

24   FRENCH TERM.  I DON'T KNOW WHERE THAT -- WHY IT ENDED UP IN

25   OUR LEGAL SYSTEM, BUT IT'S OUR LEGAL SYSTEM.  AND VOIR DIRE

1    MEANS TO SPEAK AND TO SEE -- OR TO SEE AND TO SPEAK.  AND
2    WE'RE GOING TO BE ASKING YOU SOME QUESTIONS.  WE'RE GOING TO
3    BE LISTENING FOR YOUR ANSWERS.  THE REASON THAT WE ASK THESE
4    QUESTIONS IS NOT TO PRY INTO YOUR PERSONAL LIVES, BUT IT IS TO
5    MAKE SURE THAT IF YOU DO SERVE ON THIS JURY YOU'RE GOING TO BE
6    A FAIR AND IMPARTIAL JUROR.

7         NOW, YOU SAY TO YOURSELF, EVERYBODY IN THIS
8    COURTROOM SURELY CAN BE FAIR AND IMPARTIAL AND THAT'S TRUE.
9    THE REASON WE ASK THESE QUESTIONS IS THERE MIGHT BE SOMETHING
10   ABOUT YOUR JOB, ABOUT KNOWING SOME OF THE PARTIES, ABOUT ANY
11   NUMBER OF THINGS THAT MIGHT MAKE IT DIFFICULT FOR YOU TO BE
12   FAIR AND IMPARTIAL IN THIS CASE.

13        SO TO GIVE YOU AN EXAMPLE, I'M GOING TO ASK YOU IN A
14   MINUTE WHETHER YOU KNOW ANY OF THE PARTIES.  I'M GOING TO ASK
15   YOU IN A MINUTE WHETHER YOU KNOW ANY OF THE LAWYERS, AND YOU
16   MIGHT LOOK OUT RIGHT NOW AT COUNSEL TABLE AND SAY, OH, GEEZ, I
17   KNOW THAT GUY.  THAT GUY LIVES IN MY NEIGHBORHOOD.  AND IF YOU
18   DO KNOW SOMEBODY AND YOU SERVE ON THE JURY, IT MIGHT MAKE IT
19   HARD TO RULE AGAINST THAT PARTY BECAUSE YOU KNOW YOU'RE GOING
20   TO BE HAVING COFFEE WITH HIM NEXT WEEK OR HER NEXT WEEK AND IT
21   WOULD BE AWKWARD.  SO THAT'S THE KIND OF EXAMPLE TO SHOW YOU
22   THAT WHILE I KNOW THAT EVERYBODY IN THIS COURTROOM CAN BE FAIR
23   AND IMPARTIAL, WE WANT TO FIND OUT IF THERE'S SOMETHING ABOUT
24   YOUR JOB OR YOUR BACKGROUND OR WHATEVER, WHO YOU KNOW, THAT
25   MIGHT MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL IN

1    THIS CASE.  SO WE ASK YOU THIS LONG LIST OF QUESTIONS.

2         NOW, LET ME EMPHASIZE THERE ARE NO RIGHT AND WRONG

3    ANSWERS TO THE QUESTIONS I'M GOING TO ASK YOU.  IT'S NOT LIKE

4    CHEMISTRY 101, OKAY?  YOU'RE NOT GOING TO FLUNK THE EXAM.  THE

5    ONLY RIGHT ANSWER IS A TRUTHFUL ANSWER.  SO WE WANT YOU TO

6    PLEASE GIVE US YOUR CANDID AND YOUR TRUTHFUL ANSWER TO ALL OF

7    THESE QUESTIONS.

8         WHAT WE'RE GOING TO BE DOING IS PASSING THE MIC

9    AROUND -- OH, AND I FORGOT TO MENTION OUR COURT SECURITY

10   OFFICERS.  AND THEY'RE GOING TO CHANGE DURING THE COURSE OF

11   THE TRIAL.  YOU'LL SEE THEM COMING IN AND OUT.  THEIR JOB IS

12   TO, ONE, TO HELP US SELECT A JURY.  THEY'RE GOING TO BE

13   HANDING YOU FOLKS A MIC IN A MINUTE SO THAT YOU CAN ANSWER MY

14   QUESTIONS.  THEY'RE ALSO, OBVIOUSLY, HERE TO MAKE SURE WE HAVE

15   A NICE, SECURE COURTROOM.

16        SO WE'RE GOING TO BE HANDING THE MIC TO YOU AND

17   ASKING YOU QUESTIONS.  AND IT'S IMPORTANT THAT, AGAIN, THAT

18   YOU ANSWER THESE QUESTIONS TRUTHFULLY.

19        NOW, I'LL GIVE YOU ONE MORE REQUEST.  I'M GOING TO

20   MAKE ONE MORE REQUEST OF YOU BEFORE WE START QUESTIONING YOU

21   AND THIS IS VERY, VERY IMPORTANT.  IT'S SO IMPORTANT THAT I'M

22   GOING TO SAY IT OVER AND OVER AND OVER AGAIN DURING THE COURSE

23   OF THIS TRIAL.  I'M GOING TO SAY IT SO MANY TIMES THAT YOU'RE

24   GOING TO GET SICK OF IT AND YOU'RE GOING TO WANT TO THROW

25   SOMETHING AT ME, OKAY?  I'M WARNING YOU NOW.  BUT THE REASON I

1    SAY IT OVER AND OVER AND OVER AGAIN IS BECAUSE IT'S IMPORTANT.

2    AND IT IS THIS:  DURING THE COURSE OF THIS TRIAL IF YOU ARE TO

3    SIT ON THIS JURY, AND EVEN DURING THE JURY SELECTION PROCESS,

4    YOU'RE NOT TO TALK ABOUT ANYTHING THAT GOES ON IN THIS

5    COURTROOM.  YOU'RE NOT TO TALK ABOUT ANYTHING THAT HAS TO DO

6    WITH THIS CASE.  YOU'RE NOT TO DO ANY RESEARCH WHEN YOU GET

7    HOME.  YOU'RE NOT TO GET ON GOOGLE AND SAY, OH, LET ME SEE

8    WHAT I CAN FIND OUT ABOUT THIS OR THAT.  AND WHY IS THAT SUCH

9    AN IMPORTANT REQUEST?  AND IT'S REALLY NOT A REQUEST.  IT'S A

10   COURT ORDER, OKAY?

11         THE REASON THAT IT'S IMPORTANT IS BECAUSE THIS CASE

12   MUST BE DECIDED ON THE EVIDENCE THAT COMES OUT IN THIS

13   COURTROOM AND ONLY THE EVIDENCE THAT COMES OUT IN THE

14   COURTROOM.  AND WHY IS THAT IMPORTANT?  WELL, YOU COULD GO

15   HOME AND YOU COULD GOOGLE AND SAY, OH, I KNOW A LITTLE BIT

16   ABOUT THIS CASE.  LET ME SEE WHAT IT'S ABOUT.  AND YOU CAN

17   FIND A CASE, OH, YOU KNOW THERE'S A CASE LIKE THAT IN FLORIDA

18   OR THERE'S A CASE LIKE THAT IN NEW HAMPSHIRE, BLAH, BLAH,

19   BLAH.

20         THIS IS NOT A CASE IN FLORIDA.  IT'S NOT A CASE IN

21   NEW HAMPSHIRE.  IT'S A CASE IN BATON ROUGE, LOUISIANA WITH

22   PARTICULAR INDIVIDUALS WITH PARTICULAR FACTS WITH PARTICULAR

23   ISSUES.  AND IF YOU GO ROOTING AROUND ON THE INTERNET, YOU CAN

24   EASILY BE MISLED AS TO WHAT THE SOLUTION TO THESE ISSUES ARE

25   THAT WE'RE GOING TO ASK THE JURY AT THE END OF THE DAY TO

1    DECIDE.

2              AND THE SAME THING DEALS WITH WHEN YOU'RE TALKING TO

3    YOUR FAMILY OR YOUR FRIENDS ABOUT THE CASE.  THEY'RE GOING TO

4    ALL HAVE AN OPINION, BELIEVE ME.  YOUR FRIENDS AND FAMILY, IF

5    YOU WERE TO TALK TO THEM ABOUT THE CASE DURING THE COURSE OF

6    THE TRIAL AND THEY SAY, OH, YEAH, YOU OUGHT TO DO THIS OR I

7    HEARD ABOUT THIS.  AGAIN, IF YOU'RE SITTING ON THIS JURY,

8    YOU'RE THE ONE THAT'S GOT TO MAKE THE DECISION, NOT YOUR

9    NEIGHBOR, NOT YOUR FAMILY, NOT YOUR FRIENDS, OKAY?  SO IT IS

10   VERY IMPORTANT THAT YOU DO NOT SPEAK ABOUT THIS TO ANYONE.

11             I PROMISE YOU IF YOU DO SERVE ON THIS JURY AND YOU

12   GO HOME TONIGHT YOUR SIGNIFICANT OTHER WILL ASK YOU, FIRST

13   QUESTION, WHAT'S THE CASE ABOUT?  AND YOU WILL SAY, I CANNOT

14   TALK ABOUT IT.  I CANNOT TALK ABOUT IT.  NOW, AT THE END OF

15   THE TRIAL YOU CAN TALK ABOUT IT TO WHOEVER YOU WANT TO AND I'M

16   SURE YOU WILL BE INTERESTED -- PEOPLE WILL BE INTERESTED TO

17   TALK TO YOU ABOUT YOUR SERVICE ON THIS JURY.  BUT UNTIL THEN,

18   PLEASE, PLEASE ABIDE BY MY ORDER.

19             I'LL TELL YOU ONE OTHER QUICK STORY AS TO WHY IT'S

20   IMPORTANT.  I HAD A CASE -- A CRIMINAL CASE.  WE SPENT A WEEK

21   TRYING IT.  A VERY IMPORTANT CASE.  I WENT BACK TO TALK TO THE

22   JURY ABOUT IT.  I THANKED THEM FOR THEIR SERVICE AND JUST

23   DURING CAUSAL, SMALL TALK IT TURNED OUT ONE OF THE JURORS HAD

24   VIOLATED MY ORDER AND HAD DONE SOME INTERNET LOOKING DURING

25   THE COURSE OF THE TRIAL AND HAD SPOKEN ABOUT IT DURING

1  DELIBERATIONS.  I HAD TO MISTRY THE CASE.  WE HAD TO START

2  OVER.  ALL THE INVESTMENT IN TIME AND RESOURCES THAT ALL OF

3  THE LAWYERS SPENT, THE PARTIES SPENT, THE COURT SPENT, WASTED,

4  IN THE TRASH CAN.  WE HAD TO START OVER.  SO, AGAIN, IT'S NO

5  SMALL MATTER.  IT HAS TO DO WITH FAIRNESS AND SO I ASK YOU TO

6  PLEASE BE AWARE OF THAT.

7          NOW, AT THIS TIME I'M GOING TO ASK MRS. CAUSEY TO

8  SWEAR YOU IN.  I'LL ASK YOU TO PLEASE STAND AND RAISE YOUR

9  RIGHT HAND.

10          ***(WHEREUPON, THE JURY VOIR NOIR WAS  DULY SWORN)***

11          **THE COURT:**  ALL RIGHT.  YOU MAY BE SEATED.

12          THE FIRST THING I'M GOING TO DO, FOLKS, IS ASK YOU

13  SOME QUESTIONS TO MAKE SURE THAT YOU'RE ELIGIBLE FOR SERVICE

14  ON THIS JURY.

15          OF COURSE YOU'RE GOING TO BE SPEAKING THROUGH THE

16  MIC IN A MINUTE AND DURING THE COURSE OF THE TRIAL AND YOU'RE

17  GOING TO BE LOOKING AND LISTENING TO THE EVIDENCE AS IT'S

18  PRESENTED.  I'M SPEAKING THROUGH A MICROPHONE NOW.  IS ANYBODY

19  HAVING ANY DIFFICULTY WHATSOEVER HEARING ME?  PLEASE RAISE

20  YOUR HAND IF YOU ARE.  THERE ARE NO HANDS RAISED.

21          IF YOU ARE UNABLE TO READ OR WRITE THE ENGLISH

22  LANGUAGE OR HAVE DIFFICULTY READING OR WRITING THE ENGLISH

23  LANGUAGE PLEASE RAISE YOUR HAND.  THERE ARE NO HANDS RAISED.

24          IF YOU ARE NOT AT LEAST 18 YEARS OLD AND A CITIZEN

25  OF THE UNITED STATES PLEASE RAISE YOUR HAND.  AND THERE ARE NO

1    HANDS RAISED.

2           IF ANY OF YOU HAVE BEEN CONVICTED OF A FELONY IN

3    STATE OR FEDERAL COURT AND HAVE NOT RECEIVED A PARDON, PLEASE,

4    RAISE YOUR HAND.  AND THERE ARE NO HANDS RAISED.

5           IN ORDER TO BE QUALIFIED TO SIT AS A JUROR IN THE

6    MIDDLE DISTRICT YOU HAVE TO LIVE IN ONE OF THE FOLLOWING NINE

7    PARISHES:  ASCENSION, EAST BATON ROUGE, EAST FELICIANA,

8    IBERVILLE, LIVINGSTON, POINTE COUPEE, ST. HELENA, WEST BATON

9    ROUGE AND WEST FELICIANA.  IS THERE ANYONE IN OUR JURY PANEL

10   THAT ARE NOT LIVING IN ONE OF THOSE PARISHES?  AND THERE ARE

11   NO HANDS RAISED.

12          NOW, WHAT'S GOING TO HAPPEN NEXT IS I'M GOING TO ASK

13   SOME QUESTIONS OF EACH OF YOU INDIVIDUALLY.  AND WHAT WE'RE

14   GOING TO DO IS START WITH MS. MCGLONE.  AND I'M GOING TO ASK

15   YOU YOUR NAME -- AND YOU DON'T HAVE TO REMEMBER THIS, BECAUSE

16   IF YOU LOOK AT THE BACK OF YOUR JUROR CARD YOU'LL SEE YOU HAVE

17   A LITTLE CHEAT SHEET THERE.

18          I'M GOING TO ASK YOU YOUR NAME, YOUR CITY OF

19   RESIDENCE, YOUR AGE, YOUR MARITAL STATUS, YOUR OCCUPATION, THE

20   NAME AND OCCUPATION OF YOUR SPOUSE IF YOU'RE MARRIED.  IF YOU

21   HAVE CHILDREN, HOW MANY CHILDREN AND THEIR AGES.  I WILL ASK

22   YOU WHAT HOBBIES YOU HAVE, WHAT YOU LIKE DOING IN YOUR LEISURE

23   TIME.

24          I WILL ASK YOU WHETHER YOU HAVE ANY BUMPER STICKERS

25   AND IF YOU DO -- OR WINDSHIELD STICKERS.  IF YOU DO, I WANT TO

1 | KNOW ABOUT THAT.  AND YOU SAY, WELL, WHY DOES THE JUDGE OR THE
2 | PARTIES OR THE LAWYERS CARE ABOUT THAT?  WELL, BECAUSE YOU MAY
3 | HAVE A BUMPER STICKERS OR A WINDOW STICKER THAT TELLS US
4 | SOMETHING ABOUT WHAT'S IMPORTANT TO YOU, WHAT'S INTERESTING TO
5 | YOU, AND SO WE ASK ABOUT THAT.

6 | I ALSO WILL ASK YOU ABOUT YOUR RACE AND GENDER.  YOU
7 | MAY SAY, OH, GEEZ, THE JUDGE CAN SEE I'M A BLACK FEMALE OR I'M
8 | A WHITE MALE AND I CAN.  BUT THE POINT IS, AS I MENTIONED
9 | EARLIER, IF THIS DOES GO TO THE COURT OF APPEAL IT GOES IN THE
10 | FORM OF A WRITTEN TRANSCRIPT.  THERE'S NO VIDEO OF THIS TRIAL.
11 | SO IF IT GETS TO THE COURT OF APPEAL, ALL THAT THE COURT OF
12 | APPEAL HAS IS THE WRITTEN TRANSCRIPT AND THERE'S NO WAY FOR
13 | THE JUDGE, WITHOUT SAYING IT ON THE RECORD, TO KNOW WHETHER
14 | YOU ARE A BLACK FEMALE OR WHITE MALE OR WHATEVER, SO THAT'S
15 | THE REASON WE ASK YOU THAT.

16 | NOW, THERE'S TWO EXTRA THINGS I'M GOING TO ASK YOU
17 | AT THE END OF THIS WHICH AREN'T ON YOUR CARD AND IF YOU
18 | FORGET, NO PROBLEM.  I'LL REMIND YOU.  I WANT TO KNOW WHERE
19 | YOU GET YOUR NEWS.  IT MIGHT BE CNN, IT MIGHT BE FOX, IT MIGHT
20 | BE WAFB, IT MIGHT BE THE ADVOCATE, IT MIGHT BE THE NEW YORK
21 | TIMES.  I DON'T CARE.  BUT IT'S IMPORTANT FOR US TO KNOW
22 | BECAUSE, AGAIN, THAT MAY TELL THE JURORS (SIC) SOMETHING THAT
23 | THEY WANT TO KNOW ABOUT YOU.

24 | THE OTHER THING I'LL ASK YOU IS HOW FAR YOU WENT IN
25 | SCHOOL.  IF IT'S THE EIGHTH GRADE OR IF IT'S A PH.D I DON'T

1    REALLY CARE, BUT THE POINT IS, IS THAT IT DOES GIVE US SOME

2    INSIGHT TO YOU AS A PERSON.  SO I WILL REMIND YOU IF YOU DON'T

3    REMEMBER TO GIVE US THAT INFORMATION.

4            MS. MCGLONE, AND ALL JURORS, IF YOU WOULD STAND UP

5    WHEN YOU TELL US ABOUT YOURSELF AND THEN JUST WALK US THROUGH

6    THOSE ITEMS.

7            **MS. MCGLONE:**  MY NAME IS SUSAN MCGLONE.  I LIVE IN

8    BATON ROUGE.  I'M 37.  CURRENTLY I'M A STAY-AT-HOME MOM.  I'M

9    MARRIED.  MY HUSBAND'S NAME IS MORGAN MCGLONE.  HE'S A

10   MECHANICAL ENGINEER.  I HAVE TWO BOYS, THEY'RE NINE AND SIX.

11   MY HOBBIES ARE SCOTTISH COUNTRY DANCING.

12           **THE COURT:**  I'M SORRY, WHAT?

13           **MS. MCGLONE:**  SCOTTISH COUNTRY DANCING.  I HAVE A

14   HARRY POTTER BUMPER STICKER ON MY CAR.  I'M A WHITE FEMALE.

15           **THE COURT:**  NEWS?  WHERE DO YOU --

16           **MS. MCGLONE:**  PBS AND NPR.

17           **THE COURT:**  I'M SORRY?

18           **MS. MCGLONE:**  PBS AND NPR.

19           **THE COURT:**  ALL RIGHT.  AND HOW FAR DID YOU GO IN

20   SCHOOL, MS. MCGLONE?

21           **MS. MCGLONE:**  I HAVE A BACHELOR'S IN PSYCHOLOGY.

22           **THE COURT:**  ALL RIGHT.  YOU MENTIONED THAT YOU'RE A

23   STAY-AT-HOME MOM NOW.  DID YOU WORK BEFORE YOU BECAME A

24   STAY-AT-HOME MOM?

25           **MS. MCGLONE:**  I WORKED FOR ALMOST TEN YEARS AT LSU.

1      **THE COURT:**  WHAT DID YOU DO AT LSU?

2      **MS. MCGLONE:**  I WAS THE VISITOR PROGRAM COORDINATOR

3  FOR THE CENTER FOR COMPUTATION AND TECHNOLOGY.

4      **THE COURT:**  AND YOU SAID YOUR HUSBAND IS A

5  MECHANICAL ENGINEER.  WHERE DOES HE WORK AND WHAT KIND OF

6  MECHANICAL ENGINEERING DOES HE DO?

7      **MS. MCGLONE:**  HE DOES LIKE HVAC STUFF FOR SALAS

8  O'BRIEN.

9      **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU,

10  MS. MCGLONE.  LET'S GO TO MR. TORRES.

11      **MR. TORRES:**  MY NAME IS DONNIE TORRES.  I LIVE IN

12  WHITE CASTLE.  I'M 20 YEARS OLD.  I'M AN OPERATOR AT A PLANT.

13  I'M NOT MARRIED.  I LIKE HUNTING AND FISHING AND I DON'T HAVE

14  ANY BUMPER STICKERS AND I'M A WHITE MALE.

15      **THE COURT:**  DO YOU WATCH OR READ THE NEWS AND IF SO

16  WHERE DO YOU DO THAT?

17      **MR. TORRES:**  NO, SIR, I CHOOSE NOT TO GET INVOLVED

18  IN POLITICS.

19      **THE COURT:**  ALL RIGHT.  AND WHAT ABOUT YOUR

20  SCHOOLING; HOW FAR DID YOU GO IN SCHOOL?

21      **MR. TORRES:**  I GOT A GED.

22      **THE COURT:**  ALL RIGHT.  AND YOU MENTIONED THAT YOU

23  WORK AS AN OPERATOR AT A PLANT.  WHAT PLANT DO YOU WORK AT?

24      **MR. TORRES:**  SNF FLOPAM.

25      **THE COURT:**  ALL RIGHT.  THANK YOU, MR. TORRES.

1    LET'S GO TO MR. SIMON OR SIMON (DIFFERENT PRONUNCIATION).

2              **MR. SIMON:**  MY NAME IS AARON SIMON.  I CURRENTLY

3    RESIDE IN DENHAM SPRINGS.  I'M 49.  BLACK MALE.  I HAVE A

4    BACHELOR'S OF SCIENCE IN ACCOUNTING AT LSU.  I WORK AS A

5    COLLEGE ADMINISTRATOR AT CAMELOT COLLEGE.  I AM MARRIED TO

6    ERNESTER SIMON AND SHE'S EMPLOYED WITH BLUE CROSS AS AN

7    ENROLLMENT AND BILLING SPECIALIST.  WE HAVE FOUR CHILDREN, BUT

8    I ALSO HAVE THREE CHILDREN FROM A PREVIOUS MARRIAGE AND THEIR

9    AGES ARE 28, 22, 22, 21, 19 AND I HAVE A TWO YEAR OLD AND A

10   NINE MONTH OLD.  I HAVE SEVEN CHILDREN.  AND MY HOBBIES ARE

11   SPENDING TIME WITH MY FAMILY AND NO BUMPER STICKERS.  I

12   MENTIONED ALREADY THAT I'M A BLACK MALE.

13             **THE COURT:**  THE LAST TWO ARE WHERE DO YOU GET YOUR

14   NEWS AND I THINK YOU MENTIONED YOUR LEVEL OF EDUCATION.  WHERE

15   DO YOU GET YOUR NEWS?

16             **MR. SIMON:**  TYPICALLY CNN IS WHAT I NORMALLY WATCH.

17             **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, MR. SIMON.

18   LET'S GO TO MS. ESTELL.

19             **MS. ESTELL:**  GOOD MORNING.  MY NAME IS ODA ESTELL.

20   I RESIDE IN EAST BATON ROUGE.  I'M A YOUNG 67.  I'M -- I'VE

21   BEEN DIVORCED SO LONG SO I'M SINGLE.  I'M RETIRED.  I HAVE

22   FOUR KIDS.  MY HOBBIES ARE NOW BEING GRANNA INSTEAD OF MOM.  I

23   HAVE NO BUMPER STICKERS.  I'M A BLACK FEMALE.

24             **THE COURT:**  ALL RIGHT.  AND WHERE DO YOU GET YOUR

25   NEWS, MS. ESTELL?

1    **MS. ESTELL:**  I'VE GOT ALL THE CHANNELS.  I WATCH IT

2    ON CNN, CHANNEL 2 AND EVERYTHING.

3         **THE COURT:**  OKAY.  AND HOW FAR DID YOU GO IN SCHOOL?

4         **MS. ESTELL:**  OH, I HAD TWO YEARS OF COLLEGE AFTER I

5    GRADUATED.

6         **THE COURT:**  OKAY.  AND DID YOU CONCENTRATE IN ANY

7    PARTICULAR AREA?  DID YOU HAVE LIKE A MAJOR?

8         **MS. ESTELL:**  OH, YEAH, ELEMENTARY EDUCATION.

9         **THE COURT:**  OKAY.  AND YOU MENTIONED THAT YOU'RE

10   RETIRED.  BEFORE YOU RETIRED WHAT DID YOU DO?

11        **MS. ESTELL:**  I WORKED FOR THE CITY OF NEW ORLEANS.

12   I WROTE PARKING TICKETS FOR THREE YEARS, THEN SIGNED OVER TO

13   DRIVING A TOW TRUCK AND I RETIRED DOING INSPECTION STICKERS.

14        **THE COURT:**  ALL RIGHT.  AND BEFORE YOU WERE DIVORCED

15   WHAT DID YOUR HUSBAND DO?

16        **MS. ESTELL:**  HE WORKED AS A TRUCK DRIVER.

17        **THE COURT:**  ALL RIGHT.  THANK YOU, MS. ESTELL.

18        **MS. ESTELL:**  YOU'RE WELCOME.

19        **THE COURT:**  WE'RE GOING TO GO TO MR. LEBLANC.

20        **MR. LEBLANC:**  MATTHEW LEBLANC FROM GONZALES, 40,

21   SINGLE, WHITE MALE.  I'M A MACHINIST AT GEO HEAT EXCHANGERS IN

22   GEISMAR.  SINGLE, NO KIDS, HUNT AND FISH.  I HAVE AN

23   ASSOCIATE'S OF SCIENCE MAJORING IN RECORDING.  MY NEWS COMES

24   FROM WHATEVER POPS UP ON MY PHONE.  NO BUMPER STICKERS.

25        **THE COURT:**  ALL RIGHT.  AND HOW FAR DID YOU GO IN

1   SCHOOL, MR. LEBLANC?

2          **MR. LEBLANC:**  ASSOCIATES.

3          **THE COURT:**  AND YOU MENTIONED SOMETHING ABOUT

4   RECORDING.  I DIDN'T GET THAT.

5          **MR. LEBLANC:**  I WENT TO SCHOOL FOR BEING A RECORDING

6   ENGINEER IN A MUSIC STUDIO.

7          **THE COURT:**  YOU STILL DO THAT?

8          **MR. LEBLANC:**  NO, SIR.

9          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. LEBLANC.

10  LET'S GO TO MS. BAUER.

11         **MS. BAUER:**  MY NAME IS CHELLEY BAUER AND I LIVE IN

12  PRIDE, LOUISIANA.  I'M 21.  I'M CURRENTLY AN ACCOUNTANT.  I'M

13  SINGLE AND I HAVE NO KIDS.  MY HOBBIES ARE, I LIKE TO DRAW AND

14  I READ AND THEN I LIKE TO WORK ON MY TRUCK WHENEVER IT NEEDS

15  TO BE WORKED ON.  I HAVE NO BUMPER STICKERS AND I'M A WHITE

16  FEMALE.

17         **THE COURT:**  HOW FAR DID YOU GO IN SCHOOL?

18         **MS. BAUER:**  HIGH SCHOOL DIPLOMA, BUT CURRENTLY IN

19  COLLEGE.

20         **THE COURT:**  ALL RIGHT.  AND WHAT ARE YOU MAJORING

21  IN?

22         **MS. BAUER:**  ACCOUNTING.

23         **THE COURT:**  AND WHAT SCHOOL ARE YOU AT?

24         **MS. BAUER:**  LSU-A.  I'M ONLINE.

25         **THE COURT:**  ALL RIGHT.  AND YOU SAID YOU WORK AS AN

1  ACCOUNTANT.  SO YOU'RE GOING TO SCHOOL AND WORKING AT THE SAME

2  TIME?

3          **MS. BAUER:**  YES.

4          **THE COURT:**  AND WHO DO YOU WORK FOR AND WHAT KIND OF

5  ACCOUNTING DO YOU DO?

6          **MS. BAUER:**  RIGHT NOW I'M WORKING AT LYONS

7  SPECIALTY, WHICH IS IN PORT ALLEN, AND I DO ACCOUNTS -- I JUST

8  DO ALL THE ACCOUNTING BASICALLY.

9          **THE COURT:**  OKAY.  AND YOU MENTIONED THAT YOU LIKE

10  TO READ.  WHAT ARE THE THINGS THAT YOU LIKE TO READ?

11          **MS. BAUER:**  ANYTHING ROMANCE BASICALLY.

12          **THE COURT:**  ALL RIGHT.  THANK YOU, MS. BAUER.  LET'S

13  GO TO MS. JENKINS.

14          **MS. JENKINS:**  I'M FRANCIS JENKINS.  I LIVE IN

15  GONZALES, LOUISIANA.  I'M 58 YEARS OLD.  I'M A TEACHER AT ST.

16  AMANT MIDDLE.  I'M MARRIED.  MY HUSBAND, BARRET JENKINS, IS AN

17  ANALYZER TECHNICIAN FOR SHELL IN NORCO.  I HAVE TWO CHILDREN,

18  34 AND 28.  MY HOBBIES ARE MY GRANDKIDS.  I HAVE NO BUMPER

19  STICKERS.  I'M A WHITE FEMALE.  I HAVE A BACHELOR'S DEGREE IN

20  THE SCIENCE OF EDUCATION AND I MOSTLY WATCH LOCAL NEWS, WAFB,

21  WBRZ.

22          **THE COURT:**  ALL RIGHT.  AND YOU MENTIONED THAT

23  YOU'RE A TEACHER IN MIDDLE SCHOOL.  WHAT DO YOU TEACH?

24          **MS. JENKINS:**  I TEACH ALGEBRA I AND EIGHTH GRADE

25  MATH.

1          **THE COURT:**  ALL RIGHT.  AND YOUR HUSBAND WORKS AT

2     SHELL AND I DIDN'T CATCH WHAT HE DID.

3          **MS. JENKINS:**  HE IS AN ANALYZER TECHNICIAN.  HE DOES

4     ELECTRICAL WORK ON THE ANALYZERS.

5          **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU,

6     MS. JENKINS.  LET'S GO TO MS. LEE.

7          **MS. LEE:**  MY NAME IS GAYLE LEE.  I'M FROM

8     GREENSBURG, LOUISIANA.  I'M 68 YEARS OLD.  I WORK AT WAL-MART

9     AS A DOOR GREETER.  I'M SINGLE.  I HAVE ONE CHILD.  SHE'S 50

10    YEARS OLD.  I LIKE WATCHING TV, ESPECIALLY TENNIS, AND I ENJOY

11    BEING WITH MY GRANDCHILDREN.  I DON'T HAVE NO BUMPER STICKERS

12    AND I'M A BLACK FEMALE.

13         **THE COURT:**  AND HOW FAR DID YOU GO IN SCHOOL, MS.

14    LEE?

15         **MS. LEE:**  I'M A HIGH SCHOOL DIPLOMA.

16         **THE COURT:**  AND YOU MENTIONED WHERE YOU GET YOUR

17    NEWS SO THANK YOU.  ALL RIGHT.  WE'RE GOING TO GO BACK AROUND

18    TO MR. LAICHE, IF I GOT THAT PRONOUNCED CORRECTLY.

19         **MR. LAICHE:**  MY NAME IS TERRY LAICHE.  I LIVE IN ST.

20    AMANT, LOUISIANA, 46.  I'M A SUPERINTENDENT OF A NATURAL GAS

21    DISTRIBUTION SYSTEM.  MARRIED TO KRISTIE LAICHE.  SHE IS A

22    BILLING AND COLLECTIONS MANAGER FOR REV COMMUNICATIONS.  I

23    HAVE TWO CHILDREN, A 20 YEAR OLD AND A 17 YEAR OLD.  WE RAISE

24    LIVESTOCK, SHOW AND -- SHOW LIVESTOCK FOR HOBBIES AND THAT'S

25    PRETTY MUCH ALL MY TIME.  NO BUMPER STICKERS.  GRADUATED HIGH

1    SCHOOL.  AND I REALLY DON'T WATCH ANY NEWS.  I MAKE A LIVING

2    BY THE WEATHER CHANNEL SO ...

3            **THE COURT:**  ALL RIGHT.  AND WHITE MALE?

4            **MR. LAICHE:**  WHITE MALE, YES, SIR.

5            **THE COURT:**  OKAY.  I THINK YOU'VE COVERED

6    EVERYTHING.  THANK YOU.  LET'S GO TO MS. PRICE.

7            **MS. PRICE:**  I'M ALLISON PRICE.  I LIVE IN WALKER,

8    LOUISIANA.  I'M 31.  I AM A NURSING INSTRUCTOR AT AN LPN

9    SCHOOL.  I AM MARRIED TO CHANCE PRICE.  HE IS A PIPEFITTER FOR

10   SWS OR SPECIALTY WELDING SERVICES.  I HAVE THREE CHILDREN, 11,

11   5 AND 1.  HOBBIES ARE SPENDING TIME WITH THE KIDS AND WATCHING

12   MY OLDEST DAUGHTER PLAY TRAVEL BALL.  NO BUMPER STICKERS.  I'M

13   A WHITE FEMALE.  I DON'T WATCH THE NEWS.  MY MOM PRETTY MUCH

14   TELLS ME EVERYTHING I NEED TO KNOW AND I HAVE MY BACHELOR'S IN

15   SCIENCE.

16           **THE COURT:**  IN SCIENCE?  WHERE DID YOU GET YOUR

17   BACHELOR'S DEGREE FROM?

18           **MS. PRICE:**  OUR LADY OF THE LAKE.

19           **THE COURT:**  SO YOU ARE AN RN BS?

20           **MS. PRICE:**  UH-HUH.

21           **THE COURT:**  AND YOU SAID THAT YOU'RE AN INSTRUCTOR

22   OF NURSING.  DO YOU SPECIALIZE IN ANY SPECIFIC AREA OF

23   NURSING?

24           **MS. PRICE:**  I WAS A TELEMETRY NURSE FOR SIX YEARS

25   AND THEN I STARTED TEACHING LPN'S.  I TEACH ALL DIFFERENT

1   THINGS; PHARMACOLOGY, INTRODUCTION TO NURSING.  SO PRETTY MUCH

2   EVERYTHING NURSING.

3        **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, MS. PRICE

4   LET'S GO TO MS. PURPERA.

5        **MS. PURPERA:**  MY NAME IS EMILY PURPERA.  I LIVE IN

6   BATON ROUGE.  I'M 24 YEARS OLD.  I AM A RECEPTIONIST AND

7   SUBSTITUTE TEACHER AT A PRE-SCHOOL.  I AM SINGLE.  I HAVE NO

8   CHILDREN.  HOBBIES ARE GARDENING AND READING.  I MOSTLY READ

9   HISTORY.  I HAVE NO STICKERS ON MY CAR.  I HAVE A TIRE COVER

10  WITH THE AMERICAN FLAG ON IT.  I AM CAUCASIAN AND FEMALE.  I

11  HAVE A GED AND I DON'T WATCH NEWS.

12       **THE COURT:**  ALL RIGHT.  OKAY.  THANK YOU,

13  MS. PURPERA.  LET'S GO TO MR. DAIGLE.

14       **MR. DAIGLE:**  TODD DAIGLE.  I LIVE IN GONZALES.  I'M

15  50.  I AM IN INFORMATION TECHNOLOGY.  I'M A VP OF ENTERPRISE

16  SYSTEMS AT AMEDISYS HERE IN BATON ROUGE.  I AM MARRIED.  MY

17  WIFE IS CHASTITY.  SHE TEACHES AEROBICS AT THE ZOO IN

18  GONZALES.  WE HAVE TWO KIDS, 13 AND 16.  HOBBIES, I LIKE TO

19  HUNT AND FISH AND DO WOODWORKING.  I HAVE NO BUMPER STICKERS

20  ON MY CAR.  I'M A WHITE MALE AND I HAVE A BACHELOR'S FROM LSU.

21       **THE COURT:**  WHAT IS YOUR DEGREE IN?

22       **MR. DAIGLE:**  BUSINESS ADMINISTRATION, BUSINESS

23  MANAGEMENT.

24       **THE COURT:**  ALL RIGHT AND YOU PROBABLY SAID IT BUT

25  WHITE MALE?

1    **MR. DAIGLE:**  YES, WHITE MALE.

2        **THE COURT:**  AND YOU SAID THAT YOU DO INFORMATION

3    TECHNOLOGY.  CAN YOU TELL US A LITTLE BIT MORE SPECIFICALLY

4    WHAT YOU DO?

5        **MR. DAIGLE:**  YEAH.  I MANAGE A TEAM THAT MANAGES

6    INFRASTRUCTURE FOR AMEDISYS, SO NETWORK SERVERS, DATA CENTER,

7    THOSE KINDS OF THINGS.

8        **THE COURT:**  ALL RIGHT.  THANK YOU, MR. DAIGLE.

9    LET'S GO TO MR. WOODS.

10        **MR. WOODS:**  RICKEY WOODS.  RESIDENCE OF EAST BATON

11    ROUGE.  AGE 64.  RETIRED.  MARITAL STATUS, I'M MARRIED.  MY

12    WIFE'S NAME IS JOYCE WOODS.  SHE'S AN ADMINISTRATIVE SECRETARY

13    FOR BATON ROUGE.  I HAVE ONE SON, 34, SOMEWHERE AROUND UP IN

14    THERE.  STATE MY HOBBIES, MUSIC; BUMPER STICKERS, NONE; RACE

15    IS BLACK, MALE GENDER.

16        **THE COURT:**  ALL RIGHT.  AND HOW FAR DID YOU GO IN

17    SCHOOL, MR. WOODS?

18        **MR. WOODS:**  I GRADUATED FROM HIGH SCHOOL.  GRADUATED

19    FROM DELGADO SPECIAL COLLEGE, PAINTERS AND DECORATORS.

20    DIAMOND OFFSHORE, 18 YEARS AND ...

21        **THE COURT:**  I WAS GOING TO ASK YOU WHAT YOU DID

22    BEFORE YOU RETIRED.  YOU WORKED FOR DIAMOND OFFSHORE?

23        **MR. WOODS:**  YES, SIR.

24        **THE COURT:**  WHAT DID YOU DO FOR THEM?

25        **MR. WOODS:**  I WORKED IN DERRICKS, A DERRICK HAND.  I

1  DID CHEMICAL SPECIALIST.  I DID SHAKER HAND.  SEVERAL JOBS.

2  AND WE BROKE WORLD RECORDS ALSO DOING IT.

3          **THE COURT:**  YOU WEREN'T ON THE DEEP WATER HORIZON

4  PERHAPS?

5          **MR. WOODS:**  I WAS ON THE LEXINGTON AND SEVERAL

6  OTHER --

7          **THE COURT:**  DEEP WATER --

8          **MR. WOODS:**  SEMI'S.

9          **THE COURT:**  SEMI'S, OKAY.  SO YOU MENTIONED THAT YOU

10  WENT TO DELGADO.  DID YOU HAVE A MAJOR?

11          **MR. WOODS:**  YES.  I DID PAINTERS AND DECORATORS.  I

12  WENT TO SEVERAL SCHOOLS, AND I DID A LOT OF COLLEGE TIME WITH

13  DIAMOND OFFSHORE ALSO FOR PART OF MY JOB.  IT WAS PRETTY COOL.

14  IT WAS ENOUGH EDUCATION FOR ME.

15          **THE COURT:**  ALL RIGHT.  AND YOU MENTIONED THAT YOUR

16  WIFE IS AN ADMINISTRATIVE SECRETARY FOR THE CITY OF BATON

17  ROUGE.

18          **MR. WOODS:**  YES, SIR, FOR THE SECRETARY OF STATE

19  HERE IN BATON ROUGE.

20          **THE COURT:**  OH, FOR THE SECRETARY OF STATE.  SO

21  SHE'S ACTUALLY AN EMPLOYEE OF THE STATE OF LOUISIANA?

22          **MR. WOODS:**  YES, SIR.

23          **THE COURT:**  OKAY.  THANK YOU, MR. WOODS.

24  MR. LAVIGNE.

25          **MR. LAVIGNE:**  HI, MY NAME IS TROY LAVIGNE.  I'M A

1    RESIDENT OF GONZALES.  AGE 61.  OCCUPATION IS A MACHINIST,

2    INDUSTRIAL ELECTRIC MOTOR SERVICE.  I'M SINGLE.  NO KIDS.  I

3    HAVE NO BUMPER STICKERS.  I HUNT, FISH AND ENJOY THE FAMILY.

4    I'M WHITE, MALE.  GRADUATED HIGH SCHOOL AND ...

5              **THE COURT:**  AND NEWS.

6              **MR. LAVIGNE:**  I WATCH SOME CBS AND READ THE PAPER

7    OCCASIONALLY.

8              **THE COURT:**  ALL RIGHT.  OKAY.  THANK YOU,

9    MR. WOODS -- I'M SORRY, MR. LAVIGNE.  LET'S GO TO MR. MARTIN

10   MS. MARTIN, SORRY.

11             **MS. MARTIN:**  JASSONI MARTIN.  I LIVE IN ZACHARY,

12   LOUISIANA.  I AM 36.  I AM A PHARMACIST BY TRADE, HOWEVER, I

13   CURRENTLY MANAGE THREE RETAIL PHARMACIES WITH OUR LADY OF THE

14   LAKE HEALTH SYSTEM.  I AM MARRIED TO JOSHUA MARTIN.  HE IS A

15   NURSE PRACTITIONER.  WE HAVE TWO DAUGHTER -- WE HAVE TWO

16   GIRLS, 4 AND 5.  HOBBIES, OR WHAT I DO IN OUR FREE TIME, WE

17   HAVE A HOME GYM SO I DO WORKOUT SINCE HE PUT IT THERE, BUT I

18   DON'T KNOW THAT I ENJOY IT.  TV.  WE'RE KIND OF TV JUNKIES.

19   WE HAVE ALL THE STREAMING SERVICES SO WE LIKE WATCH A LOT OF

20   TV IN THE HOUR AFTER OUR CHILDREN GO TO BED, AND WE LOVE TO

21   TRAVEL AND TRY DIFFERENT TYPES OF FOODS.  WE'RE A LITTLE BIT

22   OF FOODIES, WHICH HENCE THE GYM I SUPPOSE.  I DO NOT HAVE ANY

23   BUMPER STICKERS OF ANY OF THAT NATURE.  I AM A BLACK FEMALE.

24   MY LEVEL OF EDUCATION, I DO HAVE A PHARM-D WHICH IS A

25   DOCTORATE OF PHARMACY.  AND I GET MY NEWS FROM VARIOUS

1  SOURCES, CNN, NBD -- I'M SORRY, MSNBC, NPR.  I ALSO WATCH

2  OCCASIONALLY, WHICHEVER ONE IS ON, ABC AND CBS.  I DON'T KNOW

3  ALL THE LETTERS, BUT YEAH.

4        **THE COURT:**  ALL RIGHT.  AND YOU SAID YOUR HUSBAND IS

5  A NURSE PRACTITIONER.  WHAT KIND OF MEDICINE OR SPECIALTY AREA

6  DOES HE PRACTICE IN?

7        **MS. MARTIN:**  HE'S CURRENTLY AT AN URGENT CARE IN

8  ZACHARY.

9        **THE COURT:**  ALL RIGHT.  THANK YOU, MS. MARTIN.

10 LET'S GO TO MR. ORGERON.

11       **MR. ORGERON:**  MY NAME IS CODY ORGERON.  I LIVE IN

12 PINEGROVE, LOUISIANA.  I AM 32 YEARS OLD.  I AM A MANAGER AT

13 TAKE FIVE OIL CHANGE.  I AM MARRIED TO KAYLA ORGERON.  SHE IS

14 AN UNDERWRITER AT NEIGHBORS FEDERAL CREDIT UNION.  HOBBIES,

15 HUNTING, FISHING, CAMPING WITH THE FAMILY.  NO BUMPER

16 STICKERS.  I'M A WHITE MALE AND HIGH SCHOOL DIPLOMA.  AND I

17 DON'T REALLY WATCH THE NEWS, IF ANYTHING, IT'S LOCAL.

18       **THE COURT:**  ALL RIGHT.  I THINK YOU SAID WHITE MALE?

19       **MR. ORGERON:**  YES, SIR.

20       **THE COURT:**  OKAY.  AND YOU MENTIONED THAT YOUR WIFE

21 IS AN UNDERWRITER AT A SAVINGS AND LOAN?

22       **MR. ORGERON:**  NEIGHBORS.

23       **THE COURT:**  NEIGHBORS, OKAY.  WHAT DOES SHE ACTUALLY

24 DO?  WHAT DOES UNDERWRITING INVOLVE?

25       **MR. ORGERON:**  APPROVES AND DENIES LOANS.

1      **THE COURT:** I SEE, OKAY. ALL RIGHT. THANK YOU,

2  MR. ORGERON. ALL RIGHT. WE'RE GOING TO GO TO MRS. HOLLAND

3  NEXT.

4      **MS. HOLLAND:** SIT OR STAND?

5      **THE COURT:** PLEASE STAND SO THAT EVERYBODY IN THE

6  COURTROOM CAN SEE YOU.

7      **MS. HOLLAND:** OKAY. MY NAME IS MYRA HOLLAND. I

8  LIVE IN BATON ROUGE. I'M 61. I AM A BANKER -- CAREER BANKER.

9  I'M MARRIED, ANNIVERSARY TODAY. MY HUSBAND IS THOMAS HOLLAND.

10 HE'S A RETIRED ELECTRICAL ENGINEER IN THE POWER INDUSTRY. I

11 HAVE TWO CHILDREN, AGE 27 AND 23. HOBBIES, WE DO TRAVELING,

12 WE PROBABLY DO EXTREME TRAVELING. WE RIDE SIDE-BY-SIDES AND

13 EXPLORE AREAS THAT YOU CAN'T REACH BY FOOT TYPICALLY. WE DO A

14 LOT OF HIKING, FLORIDA AND TENNESSEE. NO BUMPER STICKERS.

15 WHITE FEMALE. I HAVE THREE YEARS FINANCE AT LSU. NEWS, WAFB

16 AND BATON ROUGE BUSINESS REPORT AND THE DAILY NEWS.

17     **THE COURT:** ALL RIGHT. THANK YOU, MS. HOLLAND.

18 LET'S GO TO MR. KEMP.

19     **MR. KEMP:** I'M RONALD KEMP. I'M 65. I RESIDE IN

20 WEST BATON ROUGE PARISH. I HAVE THREE CHILDREN. I LIKE TO

21 HUNT AND FISH AND NO BUMPER STICKERS AND TWO YEARS OF COLLEGE

22 AND I'M A WHITE MALE.

23     **THE COURT:** ALL RIGHT. AND YOU DID TWO YEARS OF

24 COLLEGE AT WHAT COLLEGE?

25     **MR. KEMP:** IN MISSISSIPPI.

1      **THE COURT:** ALL RIGHT. AND DID YOU CONCENTRATE IN A

2    SPECIFIC AREA?

3      **MR. KEMP:** JUST SALES AND MARKETING.

4      **THE COURT:** ALL RIGHT. AND YOU ARE A WHITE MALE,

5    CORRECT?

6      **MR. KEMP:** YES, SIR.

7      **THE COURT:** AND YOU GET YOUR NEWS WHERE?

8      **MR. KEMP:** FOX AND WBRZ.

9      **THE COURT:** ALL RIGHT. THANK YOU, MR. KEMP. LET'S

10   GO TO MR. ZEIGLER.

11     **MR. ZEIGLER:** JOHN ZEIGLER. FROM THE COMMUNITY OF

12   SPRINGVILLE, LIVINGSTON PARISH. I'M MARRIED. MY WIFE IS

13   THERESA. WE'RE BOTH RETIRED. TWO CHILDREN, 42 AND 40, GIRLS.

14   AGE -- GIRLS. THEY'RE BOTH GIRLS. HOBBIES, WE LIKE TO CAMP,

15   HUNT AND FISH IN THE SMOKEY MOUNTAINS AND THAT'S OUR LEISURE

16   TIME. NO BUMPER STICKERS AND A WHITE MALE.

17     **THE COURT:** YOU MENTIONED THAT BOTH YOU AND YOUR

18   WIFE ARE RETIRED. WHAT DID YOU DO AND WHAT DID SHE DO BEFORE

19   YOUR RETIREMENT?

20     **MR. ZEIGLER:** I RETIRED IN 2010. I WAS SAFETY AND

21   RISK MANAGER FOR THE DEPARTMENT OF SOCIAL SERVICES. MY WIFE

22   WORKED IN THE PURCHASING DEPARTMENT. SHE RETIRED AT THE SAME

23   TIME AND SHE WAS IN SOUTHEASTERN UNIVERSITY.

24     **THE COURT:** ALL RIGHT. SO WHEN YOU SAY "DEPARTMENT

25   OF SOCIAL SERVICES," YOU'RE TALKING ABOUT THE STATE OF

1  LOUISIANA?

2            **MR. ZEIGLER:**  THE STATE OFFICE, YES.

3            **THE COURT:**  AND THEN SHE WORKED WHERE?

4            **MR. ZEIGLER:**  AT SOUTHEASTERN UNIVERSITY IN HAMMOND.

5            **THE COURT:**  WHAT WAS HER JOB AGAIN?

6            **MR. ZEIGLER:**  HER JOB?

7            **THE COURT:**  I MISSED IT, YEAH.

8            **MR. ZEIGLER:**  PURCHASING AGENT.

9            **THE COURT:**  PURCHASING AGENT, OKAY.  ALL RIGHT.

10  THANK YOU, MR. ZEIGLER.  LET'S GO TO MS. TANNER.

11            **MS. TANNER:**  MY NAME IS BECKY TANNER.  I LIVE IN

12  PRAIRIEVILLE.  I'M 63.  I'M A PROCUREMENT ANALYST.  I'M

13  MARRIED TO JOSEPH TANNER AND WE HAVE TWO CHILDREN, A SON AND A

14  DAUGHTER, 38 AND 27.  HUNTING, FISHING, NO STICKERS AND

15  WHITE -- EXCUSE ME, WHITE FEMALE.

16            **THE COURT:**  ALL RIGHT.  AND WHERE DO YOU GET YOUR

17  NEWS, MS. TANNER?

18            **MS. TANNER:**  LOCAL OR FOX.

19            **THE COURT:**  AND HOW FAR DID YOU GO IN SCHOOL?

20            **MS. TANNER:**  ELEVENTH GRADE, GED.

21            **THE COURT:**  AND YOU MENTIONED YOUR HUSBAND'S JOB,

22  BUT I DIDN'T CATCH IT.

23            **MS. TANNER:**  ACTUALLY HE'S RETIRED AND HE WORKED FOR

24  HOME CONSTRUCTION.

25            **THE COURT:**  ALL RIGHT.  DID HE DO CONSTRUCTION?

1      **MS. TANNER:**  YES.

2      **THE COURT:**  OKAY.  AND YOU MENTIONED YOUR JOB, BUT I

3  DIDN'T CATCH IT EITHER.

4      **MS. TANNER:**  PROCUREMENT ANALYST.

5      **THE COURT:**  WHAT DOES THAT MEAN?

6      **MS. TANNER:**  PURCHASING.

7      **THE COURT:**  ALL RIGHT.  THANKS, MS. TANNER.  LET'S

8  GO TO MR. SALTZMAN.

9      **MR. SALTZMAN:**  MY NAME IS JAMES SALTZMAN.  I LIVE IN

10  ST. AMANT.  I'M 54.  I'M A MANAGER OVER THE HVAC SYSTEM AT

11  LSU.  MARRIED.  MY WIFE IS SHAY.  SHE'S A SOCIAL WORKER FOR

12  THE COUNSEL ON AGING.  WE HAVE ONE CHILD, 36.  I SPEND TIME

13  WITH THE GRANDKIDS HUNTING AND FISHING.  NO BUMPER STICKERS,

14  WHITE MALE.

15      **THE COURT:**  AND NEWS?

16      **MR. SALTZMAN:**  LOCAL NEWS, WBRZ.

17      **THE COURT:**  ALL RIGHT.  SO YOU SAID THAT YOUR WIFE

18  IS A SOCIAL WORKER FOR THE COUNSEL ON AGING; IS THAT WHAT YOU

19  SAID?

20      **MR. SALTZMAN:**  YES, SIR.

21      **THE COURT:**  ALL RIGHT.  THANK YOU, SIR.

22  MR. TONKOVICH.

23      **MR. TONKOVICH:**  DAWN TONKOVICH.  PORT ALLEN.  AGE

24  70.  RETIRED TEACHER.  MARRIED TO DIANNE TONKOVICH WHO'S A

25  RETIRED TEACHER AND SHE CURRENTLY WORKS FOR THE RECREATION

1   DEPARTMENT.  I LIKE TO WATCH TV IN MY SPARE TIME AND NO BUMPER

2   STICKERS.  WHITE MALE.

3           **THE COURT:**  ALL RIGHT.  AND WHERE DO YOU GET YOUR

4   NEWS, MR. TONKOVICH?

5           **MR. TONKOVICH:**  TV AND NEWSPAPER.

6           **THE COURT:**  AND HOW FAR DID YOU GO IN SCHOOL?

7           **MR. TONKOVICH:**  I GRADUATED FROM COLLEGE.

8           **THE COURT:**  ALL RIGHT.  WHERE DID YOU GRADUATE FROM?

9           **MR. TONKOVICH:**  LSU.

10          **THE COURT:**  WHAT WAS YOUR DEGREE IN?

11          **MR. TONKOVICH:**  EDUCATION.

12          **THE COURT:**  EDUCATION, OKAY.  NOW YOU MENTIONED THAT

13  YOU'RE A RETIRED TEACHER; IS THAT CORRECT?

14          **MR. TONKOVICH:**  CORRECT.

15          **THE COURT:**  WHERE DID YOU TEACH AND WHAT DID YOU

16  TEACH?

17          **MR. TONKOVICH:**  SOCIAL STUDIES, BRUSLY,

18  REDEMPTORIST, A COUPLE SCHOOLS IN FLORIDA.

19          **THE COURT:**  AT THE HIGH SCHOOL LEVEL?

20          **MR. TONKOVICH:**  YES.

21          **THE COURT:**  WHAT ABOUT YOUR WIFE?  I KNOW SHE'S A

22  RETIRED TEACHER AS WELL.

23          **MR. TONKOVICH:**  ENGLISH TEACHER, HIGH SCHOOL.

24          **THE COURT:**  OKAY.  ALL RIGHT.  OH, YOU SAID YOUR

25  WIFE CURRENTLY WORKS FOR RECREATION, IS THAT BREC?

1       **MR. TONKOVICH:**  NO, WEST BATON ROUGE.

2       **THE COURT:**  WEST BATON ROUGE, OKAY.  GOOD.  THANK

3   YOU, SIR.  ALL RIGHT.  MR. NEWCOMER -- MS. NEWCOMER, SORRY.

4       **MS. NEWCOMER:**  THAT'S OKAY.  MY NAME IS DIANNE

5   NEWCOMER.  I LIVE IN EAST BATON ROUGE.  I'M 60 YEARS OLD.  MY

6   OCCUPATION, I DO STATE INSPECTION STICKERS FOR GERRY LANE

7   CHEVROLET.  I'M MARRIED.  MY HUSBAND'S NAME IS STEVEN

8   NEWCOMER.  HE WORKS FOR STABLE (INAUDIBLE) AS A TRUCK DRIVER.

9   I HAVE ONE CHILD, 37, FOUR GRANDCHILDREN.  I DON'T REALLY HAVE

10  ANY HOBBIES RIGHT NOW.  MY EXTRA TIME IS SPENT TAKING CARE OF

11  MY MOTHER-IN-LAW.  I DON'T HAVE ANY BUMPER STICKERS.  I AM A

12  WHITE FEMALE AND I WATCH LOCAL NEWS, WAFB.  AND I GRADUATED

13  FROM HIGH SCHOOL.

14      **THE COURT:**  ALL RIGHT.  THANK YOU, MS. NEWCOMER.

15  LET'S GO TO MR. SINGH.

16      **MR. SINGH:**  MY MAY NAME IS HARJIT SINGH.  I LIVE IN

17  FRENCH SETTLEMENT, LOUISIANA.  AGE 45.  I RUN AN OIL AND GAS

18  STATION.  I'M DIVORCED.  I HAVE TWO KIDS, 11 AND 8.  MY

19  HOBBIES, SPENDING TIME WITH THE KIDS AND SPORTS CARS.  NO

20  BUMPER STICKERS.  I'M AN ASIAN MALE.

21      **THE COURT:**  AND NEWS?

22      **MR. SINGH:**  I WATCH INDIAN NEWS SOMETIMES.

23      **THE COURT:**  AND LEVEL OF EDUCATION?

24      **MR. SINGH:**  GRADUATED SCHOOL IN INDIA.

25      **THE COURT:**  ALL RIGHT.  AND DID YOU HAVE A

1    PARTICULAR MAJOR OR AREA OF CONCENTRATION?

2              **MR. SINGH:**  NO, SIR.

3              **THE COURT:**  YOU MENTIONED THAT YOU'RE DIVORCED.

4    BEFORE YOU DIVORCED WHAT DID YOUR WIFE DO?

5              **MR. SINGH:**  SHE WAS JUST A HOUSEWIFE.

6              **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, MR. SINGH.

7    WE'RE GOING TO MS. THIERRY?  I HOPE I GOT THAT RIGHT.

8              **MS. THIERRY:**  MY NAME IS JOY THIERRY.  I LIVE IN

9    EAST FELICIANA PARISH.  MY OCCUPATION IS REGISTERED NURSE.  MY

10   HUSBAND IS DWAYNE THIERRY.  HE OWNS HIS OWN CONSTRUCTION

11   COMPANY, THIERRY CONSTRUCTION AND T-CON SERVICES.  WE'RE

12   MARRIED.  WE HAVE THREE CHILDREN, 30, 27 AND 17 YEARS OLD.  MY

13   HOBBIES ARE WATCHING, STREAMING MOVIES AND ACTUALLY TAKING

14   CARE OF MY GRANDKIDS.  I DO NOT HAVE ANY BUMPER STICKERS.  I'M

15   A BLACK FEMALE.  THE NEWS OUTLETS THAT I WATCH IS WAFB, CBS,

16   CHANNEL 2, NPR NEWS.  MY LEVEL OF EDUCATION IS ASSOCIATE'S IN

17   NURSING, MASTER'S IN FINANCE.  I'M PURSUING MY CPA AND LOOKING

18   TO FURTHER MY -- GET MY BS IN NURSING.

19             **THE COURT:**  ALL RIGHT.  AND YOU ARE NOW PRACTICING

20   AS AN RN?

21             **MS. THIERRY:**  I'M AN RN AT EAST FELICIANA MENTAL

22   HEALTH SYSTEM IN JACKSON, LOUISIANA.  SO I TAKE CARE OF MENTAL

23   PATIENTS.

24             **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, MS.

25   THIERRY.  LET'S GO TO MR. TILLMAN.

| 1 | **MS. TILLMAN:**  MY NAME IS ETTA TILLMAN.  I RESIDE IN |
|---|---|
| 2 | WEST BATON ROUGE PARISH.  I'M 68 YEARS OLD.  SINGLE AND FOUR |
| 3 | KIDS.  I DON'T OWN A BUMPER STICKER BECAUSE I DON'T OWN A CAR. |
| 4 | MY HOBBY IS JUST MUSIC AND I'M A BLACK FEMALE AND MY EDUCATION |
| 5 | LEVEL WAS TENTH GRADE. |
| 6 | **THE COURT:**  ALL RIGHT.  AND YOU SAID YOU DON'T WATCH |
| 7 | THE NEWS? |
| 8 | **MS. TILLMAN:**  MY NEWS IS NEWS NOW.  IT'S AN APP ON |
| 9 | MY PHONE. |
| 10 | **THE COURT:**  APPLE NEWS? |
| 11 | **MS. TILLMAN:**  NEWS NOW. |
| 12 | **THE COURT:**  NEWS NOW, OKAY. |
| 13 | **MS. TILLMAN:**  YEAH, IT'S AN APP. |
| 14 | **THE COURT:**  OH, I SEE IT'S AN APP.  ALL RIGHT. |
| 15 | THANK YOU, MS. TILLMAN.  OKAY.  WE'RE GOING TO GO BACK ACROSS |
| 16 | TO THE OTHER END OF THE COURTROOM TO MR. VANMETRE, IF I'VE GOT |
| 17 | THAT RIGHT. |
| 18 | **MR. VANMETRE:**  I'M MICHAEL VANMETRE.  I LIVE IN ST. |
| 19 | AMANT.  I'M 46 YEARS OLD.  I'M A MECHANICAL ENGINEER FOR |
| 20 | SHELL.  I'M MARRIED.  MY WIFE IS JENNIFER VANMETRE.  SHE'S AN |
| 21 | ATTORNEY WORKING AT THE LOUISIANA STATE POLICE HEADQUARTERS. |
| 22 | WE HAVE THREE KIDS, 21, 12 AND 9.  MY HOBBIES ARE PHYSICAL |
| 23 | FITNESS, PERFORMANCE BOATING AND CARS.  NO BUMPER STICKERS. |
| 24 | I'M A WHITE MALE AND MOSTLY GET MY NEWS FROM FOX NEWS. |
| 25 | **THE COURT:**  AND YOU TOLD ME YOUR LEVEL OF EDUCATION. |

| | |
|---|---|
| 1 | YOU'VE GOT A MECHANICAL ENGINEERING DEGREE? |
| 2 | **MR. VANMETRE:**  RIGHT, BACHELOR'S. |
| 3 | **THE COURT:**  WHERE DID YOU GET THAT? |
| 4 | **MR. VANMETRE:**  LOUISIANA TECH UNIVERSITY. |
| 5 | **THE COURT:**  OKAY.  AND YOU MENTIONED YOUR WIFE IS AN |
| 6 | ATTORNEY FOR -- SHE'S IN-HOUSE AT THE LOUISIANA STATE POLICE? |
| 7 | **MR. VANMETRE:**  SHE DEALS IN LIKE JUVENILE JUSTICE. |
| 8 | **THE COURT:**  OKAY.  SO SHE CONCENTRATES IN JUVENILE |
| 9 | JUSTICE ISSUES? |
| 10 | **MR. VANMETRE:**  RIGHT.  REPRESENTS THE STATE, YES. |
| 11 | **THE COURT:**  OKAY.  THANK YOU, MR. VANMETRE.  ALL |
| 12 | RIGHT.  MS. BATEMAN. |
| 13 | **MS. BATEMAN:**  MY NAME IS KATHERINE BATEMAN.  I LIVE |
| 14 | IN BATON ROUGE.  I'M 30 YEARS OLD.  I'M A WAREHOUSE WORKER.  I |
| 15 | AM ENGAGED AND MY FIANCE' IS JONATHAN.  HE IS A CONSTRUCTION |
| 16 | WORKER AND A GROUNDSKEEPER FOR A FUNERAL HOME -- |
| 17 | **THE COURT:**  MS. BATEMAN, LET ME INTERRUPT FOR JUST A |
| 18 | SECOND.  WE'VE GOTTEN WORD THAT ONE OF OUR POTENTIAL JURORS |
| 19 | NEEDS A BATHROOM BREAK AND MAYBE EVERYBODY DOES.  SO I'M GOING |
| 20 | TO BREAK FOR NOW.  WE'RE GOING TO BREAK FOR 15 MINUTES. |
| 21 | LET ME PLEASE ASK YOU -- YOU'RE GOING TO GO OUT. |
| 22 | YOU CAN TALK ABOUT THE TIGERS.  YOU CAN TALK ABOUT THE JAGS. |
| 23 | YOU CAN TALK ABOUT THE SAINTS.  YOU CAN TALK ABOUT THE |
| 24 | SUPERBOWL.  DO NOT TALK ABOUT ANYTHING THAT'S GOING ON IN THIS |
| 25 | COURTROOM, OKAY?  I'M GOING TO REMIND YOU AGAIN.  WITH THAT, |

1   WE'RE GOING TO TAKE FIFTEEN MINUTES.

2            ALL RISE FOR THE JURY.

3            *(THE JURY VOIR NOIR EXITED THE COURTROOM)*

4            **THE COURT:**  LET ME ASK THE PARTIES AND THE LAWYERS

5   TO PLEASE STAY FOR A SECOND.

6            YOU MAY BE SEATED.

7            I JUST WANTED TO TELL YOU, FOLKS, WE'VE GOT SO MANY

8   JURORS IF YOU NEED A BATHROOM BREAK OBVIOUSLY TAKE IT, BUT

9   PLEASE GO TO THE SECOND FLOOR.  WE DON'T WANT THE PARTIES OR

10  THE LAWYERS INTERACTING EVEN WITH POTENTIAL JURORS.  JUST TO

11  WARN YOU, I WARNED THE JURY OF THIS AND I'M SURE YOUR LAWYERS

12  HAVE TALKED TO YOU ABOUT IT, BUT IF YOU DO RUN INTO A JUROR

13  GOING TO YOUR CAR OR IN THE HALLWAY OR WHATEVER, DO NOT SAY

14  HELLO.  DO NOT SAY, ISN'T IT A NICE DAY.  DO NOT SAY ANYTHING.

15  AND I'M GOING TO INSTRUCT THE JURY THAT IT'S NOT THAT YOU'RE

16  BEING RUDE, IT'S JUST TO PROTECT THE INTEGRITY OF THE SYSTEM.

17           ANYTHING WE NEED TO TAKE UP BEFORE WE TAKE OUR OWN

18  BREAK?

19           **MR. MOST:**  YOUR HONOR, THERE'S JUST A COUPLE OF

20  JURORS THAT I DON'T THINK GAVE AN ANSWER TO THE QUESTION OF

21  WHERE DO THEY GET THEIR NEWS AND THAT'S JURORS NUMBER 8, 13,

22  19 AND 27.  I MAY HAVE MISSED IT, BUT THAT'S WHAT I'VE GOT.

23           **THE COURT:**  THANK YOU.  MR. SCHILLAGE?

24           **MR. SCHILLAGE:**  YOUR HONOR, AND I KNOW THIS IS

25  PROBABLY GOING TO BE AFTER THE VOIR DIRE PROCESS AND BEFORE

1    OPENINGS, BUT I'M JUST GOING TO SAY IT NOW JUST TO SAY I DID

2    SAY IT, BECAUSE THE PARTIES AND ATTORNEYS ARE GOING TO BE

3    CYCLING THROUGH THE STAGE OF THIS CASE CAN WE HAVE SOME SORT

4    OF INSTRUCTION AFTER JURY SELECTION JUST TO LET THEM KNOW IN

5    ADVANCE THAT NEITHER PARTY IS SUPPOSED TO BE ADMONISHED IN

6    THEIR EYES BECAUSE OF AN ABSENCE OR YOU MAY SEE A FACE TODAY

7    BUT YOU'RE NOT GOING TO SEE IT TOMORROW, WHATEVER THE

8    SITUATION MAY BE.  CAN WE -- AND I'M SURE YOU'RE GOING TO BUT

9    I WAS JUST THINKING --

10         **THE COURT:**  THAT'S A GOOD REMINDER AND THANK YOU,

11   MR.  SCHILLAGE.  I WILL MAKE SURE TO DO THAT.

12         **MR. SCHILLAGE:**  THANK YOU, JUDGE.

13         **THE COURT:**  MR. LEFEVE?

14         **MR. LEFEVE:**  YOUR HONOR, ONE HOUSEKEEPING THING.  I

15   KNOW WE'RE IN JURY SELECTION, BUT I'VE GOT TO COORDINATE LUNCH

16   FOR EVERYBODY, SO DO YOU HAVE ANY IDEA OF WHEN AND HOW LONG

17   THIS IS GOING TO BE?

18         **THE COURT:**  I DON'T.  I WISH I COULD GIVE YOU A

19   BETTER IDEA, BUT THIS IS GOING TO TAKE A WHILE.  IT'S

20   IMPOSSIBLE FOR ME TO PREDICT IT.

21         **MR. LEFEVE:**  DO YOU KNOW HOW LONG --

22         **THE COURT:**  WE ARE GOING TO TAKE PROBABLY AN HOUR

23   FOR LUNCH -- AN HOUR TO AN HOUR AND 15 MINUTES FOR LUNCH.

24         **MR. LEFEVE:**  THANK YOU.

25         **THE COURT:**  IF THERE'S NOTHING ELSE WE'LL TAKE OUR

1  OWN BREAK.

2              *(THE COURT WAS IN RECESS)*

3         **THE COURT:**  YOU MAY BE SEATED.

4         AND MS. BATEMAN --

5         **THE COURT:**  MR. MOST?

6         **MR. MOST:**  COULD WE GO TO THE HEADPHONES BRIEFLY,

7  YOUR HONOR?

8         **THE COURT:**  YES.

9      *(AT THIS TIME THE FOLLOWING MATTER WAS HELD VIA THE*

10                      *HEADPHONES)*

11        **MR. MOST:**  YOUR HONOR, DURING THE BREAK AS WE WERE

12 GETTING INTO THE ELEVATOR, WE WITNESSED ONE OF THE JURORS

13 SPEAKING TOWARDS AND LAUGHING AT ONE OF THE DEFENDANTS, I

14 BELIEVE DEFENDANT ABADIE.  I COULDN'T SEE WHETHER ABADIE

15 RESPONDED OR NOT.  IT WAS JUROR 35, WHO'S A BRPD EMPLOYEE.

16        **THE COURT:**  HANG ON ONE SECOND.  I THOUGHT I TOLD

17 THE PARTIES NOT TO GO DOWN THE SAME ELEVATOR.  WELL, MAYBE I

18 DIDN'T MAKE THAT CLEAR.  OKAY, SO THIS WAS WHICH JUROR?

19        **MR. MOST:**  IT WAS NUMBER 35.

20        **THE COURT:**  NUMBER 35.  AND YOUR INTERPRETATION WAS

21 THAT HE WAS -- IS IT A HE OR SHE?

22        **MR. MOST:**  I'M NOT SURE, YOUR HONOR, BUT IT SEEMED

23 LIKE THE PERSON WAS EXPRESSING FAMILIARITY TOWARDS -- AND I

24 COULD NOT SEE WHETHER THE DEFENDANT RESPONDED.

25        **THE COURT:**  OKAY.  I GOT IT.  AND Y'ALL -- MR.

1    SCHILLAGE, YOU WANT TO RESPOND TO THAT?

2              **MR. SCHILLAGE:**  JUDGE, I DIDN'T SEE THAT, BUT I

3    WOULD NOTE THAT NUMBER 35, THE EMPLOYER SHOWS BRPD/CITY POLICE

4    SO --

5              **THE COURT:**  NUMBER 35 IS WHAT?

6              **MR. SCHILLAGE:**  THE EMPLOYER LISTED FOR NUMBER 35 --

7              **THE COURT:**  A LAWYER FOR THE STATE POLICE?

8              **MR. DOTSON:**  CITY POLICE.

9              **THE COURT:**  A LAWYER FOR THE CITY POLICE?

10             **MR. SCHILLAGE:**  THE CITY POLICE --

11             **THE COURT:**  WELL, WE CAN EXCUSE HIM RIGHT NOW.

12             **MR. SCHILLAGE:**  IT'S A FEMALE, BUT THAT'S WHAT I WAS

13   GOING TO SAY --

14             **THE COURT:**  WHAT IS HER NAME?

15             **MR. SCHILLAGE:**  SARA BETH SIBLEY.

16             **THE COURT:**  OKAY.

17             **MR. SCHILLAGE:**  I DIDN'T THINK IT WOULD TAKE TOO

18   LONG BEFORE THAT PERSON WAS STRUCK REGARDLESS, YOUR HONOR.

19             **THE COURT:**  YEAH, NO KIDDING.  I'M WONDERING WHY

20   THAT PERSON SHOWED UP AT ALL, BUT --

21             **MR. SCHILLAGE:**  THEY'RE DOING THEIR DUTY, JUDGE.

22             **THE COURT:**  LOOK, I GET IT.  SO THAT'S MS. SIBLEY?

23             **MR. SCHILLAGE:**  YES, SIR.

24             **THE COURT:**  LET ME DO THIS, I DON'T WANT TO DO THIS

25   IN FRONT OF THE OTHER MEMBERS OF THE PANEL.  I'M GOING TO ASK

| | |
|---|---|
| 1 | MS. SIBLEY TO COME VISIT WITH ME AT THE BENCH, BECAUSE I DON'T |
| 2 | WANT HER THERE.  I DON'T WANT TO HAVE TO QUESTION HER AND GO |
| 3 | THROUGH ALL OF THAT UNNECESSARY AND THEN POSSIBLY -- I DON'T |
| 4 | KNOW, WHATEVER.  BUT I'M GOING TO HAVE MS. SIBLEY COME TO THE |
| 5 | BENCH AND JUST TELL HER THAT SHE'S EXCUSED FROM THE JURY. |
| 6 | DOES ANYBODY OBJECT TO THAT? |
| 7 | **MR. DOTSON:**  NO, SIR. |
| 8 | **MR. MOST:**  NO, YOUR HONOR. |
| 9 | **MR. SCHILLAGE:**  NO. |
| 10 | **THE COURT:**  ALL RIGHT.  ANYTHING ELSE? |
| 11 | **MR. DOTSON:**  NO, SIR. THANK YOU FOR BRINGING THAT TO |
| 12 | MY ATTENTION, MR. MOST. |
| 13 | *(WHEREUPON THE BENCH CONFERENCE WAS CONCLUDED)* |
| 14 | **THE COURT:**  FIRST OF ALL, LET ME EXPLAIN.  SOMETIMES |
| 15 | I HAVE TO TALK TO THE LAWYERS OUTSIDE YOUR PRESENCE, OKAY? |
| 16 | AND I CAN DO IT ONE OF TWO WAYS:  I CAN SEND YOU OUT IN THE |
| 17 | HALL, WHICH WOULD TAKE 15 MINUTES JUST TO GET YOU ALL OUT INTO |
| 18 | THE HALL, OR WE DO THE HEADPHONES AND YOU GET THE PLEASURE OF |
| 19 | LISTENING TO MY FAVORITE JAZZ MUSIC.  AND SOME OF YOU MAY HATE |
| 20 | IT, SOME OF YOU MAY LIKE IT, BUT UNFORTUNATELY THAT'S WHAT IS |
| 21 | PLAYING.  BUT BOTTOM LINE IS WE HAVE TO DO THAT FROM TIME TO |
| 22 | TIME AND I ASK FOR YOUR INDULGENCE AND I ASK FOR YOUR PATIENCE |
| 23 | ON THAT. |
| 24 | NOW, I DO HAVE A MATTER TO TAKE UP AT THE BENCH AND |
| 25 | I'D LIKE MS. SIBLEY, JUROR NUMBER 35, IF SHE COULD COME UP TO |

1    THE BENCH.

2            FINALLY, WE GET TO RETURN TO MS. BATEMAN.  IF YOU

3    WOULD JUST START OVER SO WE CAN MAKE SURE WE GET EVERYTHING.

4            **MS. BATEMAN:**  OKAY.  MY NAME IS KATHERINE BATEMAN.

5    I LIVE IN BATON ROUGE.  I'M 30 YEARS OLD.  I'M A WAREHOUSE

6    WORKER AND I'M ENGAGED TO JONATHAN.  HE IS A CONSTRUCTION

7    WORKER AND A GROUNDSKEEPER FOR A FUNERAL HOME.  WE DON'T HAVE

8    ANY CHILDREN.  WE HAVE A FARM, THAT'S PRETTY MUCH OUR HOBBY,

9    AND ALL OF OUR LEISURE TIME.  OTHER THAN THAT, I LIKE READING.

10   I DON'T HAVE ANY BUMPER STICKERS OR ANYTHING ON MY CAR.  I

11   HAVE AN ASSOCIATE'S IN COMPUTER SCIENCE FROM BRCC.  AND NEWS,

12   IF I GET ANY, IS EITHER LOCAL OR SOMETIMES LIKE SOCIAL MEDIA

13   NEWS POPS UP, BUT THAT'S PRETTY MUCH ALL I DO AND I'M A WHITE

14   FEMALE.

15           **THE COURT:**  AND YOU SAID THAT YOU'RE A WAREHOUSE

16   WORKER?

17           **MS. BATEMAN:**  YES, SIR.

18           **THE COURT:**  WHERE IS THAT?

19           **MS. BATEMAN:**  MOST PEOPLE DON'T KNOW THE COMPANY.

20   IT'S DRILLCO OVER IN BATON ROUGE.

21           **THE COURT:**  ALL RIGHT.  AND YOU LIKE READING.  WHAT

22   DO YOU LIKE TO READ?

23           **MS. BATEMAN:**  I LIKE MYSTERIES AND SCYPHI AND

24   FANTASY.  HONESTLY, PRETTY MUCH ANYTHING THAT CATCHES MY

25   ATTENTION.

1          **THE COURT:**  ALL RIGHT.  THANK YOU, MS. BATEMAN.

2          WHEN WE TOOK A BREAK THE LAWYERS POINTED OUT TO ME

3  THAT I HAD MISSED ASKING ABOUT NEWS -- WHERE YOU GET YOUR NEWS

4  FROM CERTAIN JURORS, SO I'M GOING TO GO BACK VERY BRIEFLY

5  STARTING WITH JUROR NUMBER 8, MS. LEE.  IF YOU COULD TELL

6  ME -- IF YOU COULD, AGAIN, STAND AND JUST TELL ME WHERE YOU

7  GET YOUR NEWS.

8          **MS. LEE:**  LOCAL NEWS, CHANNEL 2 AND 9.

9          **THE COURT:**  ALL RIGHT.  THANK YOU, MS. LEE.  LET'S

10  GO TO JUROR NUMBER 13.

11          **MR. WOODS:**  CNN.

12          **THE COURT:**  ALL RIGHT.  THANK YOU, SIR.  JUROR

13  NUMBER 19, MR. ZEIGLER.

14          **MR. ZEIGLER:**  CHANNEL 9 WAFB LOCAL AND FOX NEWS.

15          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. ZEIGLER.  AND

16  THEN NUMBER 27, MR. VANMETRE.

17          **MR. VANMETRE:**  FOX NEWS.

18          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. VANMETRE.

19          OKAY.  SO WE'RE GOING TO PICK UP WITH MS. SEALS.

20          **MS. SEALS:**  GOOD MORNING.

21          **THE COURT:**  GOOD MORNING.

22          **MS. SEALS:**  MY NAME IS TWYLA SEALS.  I RESIDE IN

23  BATON ROUGE.  I'M 55 YEARS OLD.  MY OCCUPATION, I AM A BUS

24  OPERATOR.  MY MARITAL STATUS, I'M A WIDOW.  I HAVE TWO

25  CHILDREN.  MY HOBBIES ARE GARDENING, SPORTS, SPENDING TIME

 1   WITH FAMILY AND TRAVELING.  I HAVE NO BUMPER STICKERS.  I'M A

 2   BLACK FEMALE.  MY HIGHEST EDUCATION LEVEL, I HAVE SOME

 3   COLLEGE, TWO YEARS, AND -- LET ME SEE.  OH, AND I LISTEN TO

 4   THE LOCAL NEWS AND SOME CNN.

 5        **THE COURT:**  ALL RIGHT.  YOU MENTIONED THAT YOU HAD

 6   SOME COLLEGE.  WHERE DID YOU GO TO COLLEGE AND WHAT DID YOU

 7   STUDY WHILE YOU WERE THERE?

 8        **MS. SEALS:**  I ATTENDED BRCC AND I WAS STUDYING

 9   NURSING WITH A MINOR IN BUSINESS.

10        **THE COURT:**  OKAY.  THANK YOU, MS. SEALS.  WE'RE

11   GOING TO GO TO MR. JOFFRION.

12        **MR. JOFFRION:**  HELLO, MY NAME IS BRAD JOFFRION.  I

13   RESIDE IN LIVONIA, LOUISIANA.  59 YEARS OF AGE.  OCCUPATION,

14   I'M THE CHIEF CRIMINAL DEPUTY FOR POINTE COUPEE PARISH

15   SHERIFF'S OFFICE.  I AM MARRIED.  MY WIFE'S NAME IS TONYA.

16   SHE'S IN HUMAN RESOURCES FOR A LOCAL COMPANY.  WE HAVE TWO

17   CHILDREN, 22 AND 30 YEARS OF AGE.  HOBBIES IS HUNTING AND

18   FISHING AND I DON'T HAVE ANY BUMPER STICKERS.  WHITE MALE.

19   NEWS, I DON'T WATCH MUCH NEWS.  WHEN I DO, IT'S LOCAL AND FOX.

20        **THE COURT:**  AND YOUR LEVEL OF EDUCATION?

21        **MR. JOFFRION:**  I GRADUATED HIGH SCHOOL.

22        **THE COURT:**  ALL RIGHT.  THANK YOU, MR. JOFFRION.

23   OKAY, MS. KRAMER.

24        **MS. KRAMER:**  MY NAME IS BARBARA KRAMER.  I RESIDE IN

25   GONZALES.  I AM 66 YEARS OLD.  SINGLE.  NO KIDS.  I OWN AND

1  OPERATE A HORSE FARM IN GONZALES WHERE I BOARD AND TRAIN

2  HORSES FOR OTHER PEOPLE.  SINCE I CURRENTLY HAVE 16 HORSES AT

3  MY BARN I DON'T HAVE A LOT OF LEISURE TIME, BUT I DO ENJOY

4  GETTING AROUND MY FRIENDS AND FAMILY SPENDING SOME TIME.  I

5  HAVE NO BUMPER STICKERS.  I GRADUATED FROM LSU IN

6  MICROBIOLOGY, AND MOSTLY I WATCH THE LOCAL NEWS AND THAT'S FOR

7  THE WEATHER JUST SO I'LL KNOW WHAT MY DAILY STUFF HAS TO DO.

8          **THE COURT:**  ALL RIGHT.  AND YOU MENTIONED -- YOU MAY

9  NOT HAVE MENTIONED IT, YOU'RE A WHITE FEMALE?

10         **MS. KRAMER:**  YES, SIR, A WHITE FEMALE.

11         **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.  LET'S GO

12 TO MS. WATKINS.

13         **MS. WATKINS:**  GOOD MORNING.  MY NAME IS ANNA

14 WATKINS.  I'M A BLACK FEMALE.  I LIVE IN EAST BATON ROUGE

15 PARISH.  I'M 64 YEARS OLD.  I'M DISABLED.  I'M A WIDOW.  I

16 HAVE THREE SONS, 41, 39 AND 37.  MY HOBBIES ARE COOKING AND I

17 ENJOY MY GREAT GRANDCHILDREN.  I DON'T HAVE A CAR OR BUMPER

18 STICKERS.  MY LEVEL OF EDUCATION, I GRADUATED 12TH GRADE AND I

19 WATCH CHANNEL 2 AND CHANNEL 9 NEWS.

20         **THE COURT:**  ALL RIGHT.  AND, MS. WATKINS, BEFORE YOU

21 BECAME DISABLED WERE YOU EMPLOYED OUTSIDE THE HOME?

22         **MS. WATKINS:**  YES, SIR.  I WAS A CUSTOMER SERVICE

23 REPRESENTATIVE FOR AT&T AND SPRINT MOBILE SERVICE.

24         **THE COURT:**  ALL RIGHT.  AND BEFORE YOU WERE WIDOWED

25 WHAT DID YOUR HUSBAND DO?

1    **MS. WATKINS:**  HE WAS AN OPERATOR II AT BREC.

2    **THE COURT:**  AT WHERE?

3    **MS. WATKINS:**  AT BREC.

4    **THE COURT:**  BREC, BATON ROUGE RECREATION?

5    **MS. WATKINS:**  YES, SIR.

6    **THE COURT:**  ALL RIGHT.  THANK YOU.  LET'S GO TO

7    MS. GRIM.

8    **MS. GRIM:**  GOOD MORNING.  MY NAME IS TERRILYN GRIM.

9    I LIVE IN BAKER, LOUISIANA.  I'M 58 YEARS OLD.  I WORK FOR THE

10   EAST BATON ROUGE PARISH DISTRICT ATTORNEY'S OFFICE AS A

11   RECEPTIONIST.  I'M MARRIED TO DONALD GRIM, A RETIRED CITY

12   POLICE OFFICER, 30 YEARS, LIEUTENANT.  MY HOBBIES ARE FOOTBALL

13   AND TRAVELING.  I HAVE NO BUMPER STICKERS.  I'M A BLACK

14   FEMALE.  I WATCH CHANNEL 2 NEWS, CNN AND I'VE GOT A BUSINESS

15   DEGREE FROM COMMERCIAL COLLEGE, BATON ROUGE.

16   **THE COURT:**  ALL RIGHT.  AND DID YOU MENTION BLACK

17   FEMALE?

18   **MS. GRIM:**  BLACK FEMALE.

19   **THE COURT:**  AND YOU ALSO MENTIONED YOUR NEWS,

20   CORRECT?

21   **MS. GRIM:**  CORRECT.

22   **THE COURT:**  THANK YOU, MS. GRIM.  LET'S GO TO

23   MR. HARRIS.

24   **MR. HARRIS:**  GOOD MORNING.  MY NAME IS ROBERT

25   HARRIS.  I'M FROM THE CITY OF GONZALES.  I'M 55 YEARS OLD.

| | |
|---|---|
| 1 | I'M RETIRED FROM THE ARMY AND THE POST OFFICE.  MY WIFE IS |
| 2 | NAMED SYLVIA.  SHE'S A REAL ESTATE AGENT.  I ENJOY WATCHING |
| 3 | SPORTS, GOING TO MY SON'S BASKETBALL GAMES.  HE PLAYS FOR |
| 4 | SOUTHERN UNIVERSITY.  I HAVE NO BUMPER STICKERS.  MY RACE IS |
| 5 | BLACK.  I'M A MALE.  I HAVE A TOTAL OF FIVE CHILDREN.  THEIR |
| 6 | AGES RANGE FROM 40, 39, 37, 32 AND 20 AND I HAVE 12 |
| 7 | GRANDCHILDREN.  I VERY SELDOM WATCH THE NEWS. |
| 8 | **THE COURT:**  YOU MAY HAVE MENTIONED IT, BUT HOW FAR |
| 9 | DID YOU GO IN SCHOOL? |
| 10 | **MR. HARRIS:**  TWELFTH GRADE. |
| 11 | **THE COURT:**  OKAY.  AND BLACK MALE? |
| 12 | **MR. HARRIS:**  YES, SIR. |
| 13 | **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, SIR. |
| 14 | LET'S GO TO MS. JORDAN. |
| 15 | **MS. JORDAN:**  MY NAME IS LEAH JORDAN.  I LIVE IN |
| 16 | BATON ROUGE.  I'M 44.  I'M A REGISTERED NURSE.  DIVORCED.  I |
| 17 | DO HAVE TWO CHILDREN, 10 AND 14.  HOBBIES, I WISH I COULD.  MY |
| 18 | TWO CHILDREN DO TRAVEL SPORTS, SO I DON'T HAVE MUCH LEISURE |
| 19 | TIME.  I DO HAVE A BUMPER STICKER FOR MY CHILDREN'S SCHOOL. |
| 20 | I'M A BLACK FEMALE.  I HAVE A BACHELOR'S DEGREE IN SCIENCE AND |
| 21 | MY NEWS ACTUALLY COMES FROM SOCIAL MEDIA, AND IF SOMETHING |
| 22 | SPARKS MY ATTENTION THEN I GO TO CNN OR MSNBC. |
| 23 | **THE COURT:**  ALL RIGHT.  AND IS THERE A PARTICULAR |
| 24 | PLATFORM OR PARTICULAR STREAMING SERVICE THAT YOU GET YOUR |
| 25 | NEWS FROM? |

1    **MS. JORDAN:**  WHATEVER POPS UP.

2    **THE COURT:**  OKAY.  WHAT KIND OF NURSING DO YOU DO AS

3    AN RN?

4    **MS. JORDAN:**  CURRENTLY I WORK FOR BLUE CROSS AND

5    BLUE SHIELD.  I HAVE A DUAL ROLE.  I'M THE ORGAN/BONE MARROW

6    TRANSPLANT SPECIALIST.  ALSO, I DO UTILIZATION REVIEW WHICH IS

7    APPROVING AND DENYING IN-PATIENT STAYS.

8    **THE COURT:**  ALL RIGHT.  AND BEFORE YOU WERE DIVORCED

9    WHAT DID YOUR HUSBAND DO?

10    **MS. JORDAN:**  HE'S A REGISTERED NURSE.  HE WAS AN ER

11    NURSE.

12    **THE COURT:**  ALL RIGHT.  THANK YOU, MS. JORDAN.

13    WE'RE GOING TO GO BACK AROUND TO MS. TERRIO.

14    **MS. TERRIO:**  GOOD MORNING.  MY NAME IS DEBRA TERRIO.

15    I LIVE IN BATON ROUGE.  I'M 56.  MY OCCUPATION IS A BUS

16    OPERATOR FOR CATS.  I'M MARRIED.  MY HUSBAND'S NAME IS MARK.

17    HIS OCCUPATION IS A CEMENT FINISHER.  I HAVE FOUR KIDS.  MY

18    LEISURE TIME IS WALKING AND WATCHING TV.  NO BUMPER STICKERS.

19    BLACK FEMALE.  HIGH SCHOOL DIPLOMA.  AND I GET MY NEWS FROM

20    CHANNEL 2 AND 9.

21    **THE COURT:**  ALL RIGHT.  THANK YOU, MS. TERRIO.

22    LET'S GO TO MR. WHITAKER.

23    **MR. WHITAKER:**  MY NAME IS MALCOLM WHITAKER.  I'M

24    FROM WHITE CASTLE.  AGE 57.  SINGLE.  MY HOBBY IS MUSIC.

25    DON'T HAVE NO BUMPER STICKERS.  I'M A BLACK MALE.  I WENT TO

1 12TH, GRADUATED FROM HIGH SCHOOL AND MY -- I GET MY NEWS FROM

2 CNN.

3    **THE COURT:**  ALL RIGHT.  BESIDES MUSIC DO YOU HAVE

4 ANY OTHER HOBBIES?

5    **MR. WHITAKER:**  RIDING BICYCLES.

6    **THE COURT:**  ALL RIGHT.  THANK YOU, MR. WHITAKER.

7 LET'S GO TO MS. OSBOURNE -- MR. OSBOURNE.  SORRY.

8    **MR. OSBOURNE:**  MY NAME IS MASHAMA OSBOURNE.  I LIVE

9 HERE IN BATON ROUGE.  I'M 42.  I WORK IN THE TRAFFIC

10 ENGINEERING DEPARTMENT FOR THE CITY/PARISH.  I AM SINGLE.  I

11 HAVE THREE KIDS, 12, 16 AND 9.  I DON'T HAVE ANY HOBBIES.

12 I'VE GOT TO TAKE CARE OF MY KIDS, SO WHEN I'M NOT WORKING I'M

13 RUNNING THEM AROUND.  NO BUMPER STICKERS.  I GRADUATED FROM

14 SOUTHERN UNIVERSITY.  I HAVE A BACHELOR'S DEGREE IN ELECTRICAL

15 ENGINEERING AND I'M A BLACK MALE.

16    **THE COURT:**  ALL RIGHT.  AND YOU MENTIONED, I THINK,

17 THAT YOU'RE SINGLE; IS THAT CORRECT?

18    **MR. OSBOURNE:**  YES.

19    **THE COURT:**  AND I DIDN'T CATCH YOUR OCCUPATION.

20    **MR. OSBOURNE:**  I WORK FOR THE --

21    **THE COURT:**  IF YOU COULD PUT YOUR MIC A LITTLE

22 CLOSER.

23    **MR. OSBOURNE:**  I FIX TRAFFIC LIGHTS FOR THE CITY OF

24 BATON ROUGE.

25    **THE COURT:**  FOR WHAT?

1    **MR. OSBOURNE:** CITY OF BATON ROUGE.

2    **THE COURT:** OKAY.  SO WHAT DEPARTMENT DO YOU WORK

3    IN?

4    **MR. OSBOURNE:** TRAFFIC ENGINEERING.

5    **THE COURT:** TRAFFIC ENGINEERING, OKAY.  THANK YOU,

6    SIR.  OKAY.  LET'S GO TO MR. RICHARD SAVOIE.

7    **MR. SAVOIE:** MY NAME IS RICHARD SAVOIE.  I LIVE IN

8    GONZALES.  I'M 62 YEARS OLD.  RETIRED.  MARRIED, MY WIFE'S

9    TRACY SAVOIE.  SHE'S THE CHIEF RAD (SIC) TECH AT BATON ROUGE

10   GENERAL PENNINGTON CANCER CENTER.  I HAVE ONE CHILD, ONE

11   GRANDCHILD.  HUNTING, FISHING.  I RAISE HORSES.  NO BUMPER

12   STICKERS.  I WATCH FOX NEWS.  THE ADVOCATE, MORNING ADVOCATE,

13   WBRZ.  I DO ALL OF THAT ONLINE.

14   **THE COURT:** AND YOU'RE A WHITE MALE?

15   **MR. SAVOIE:** YES, I'M A WHITE MALE.

16   **THE COURT:** AND HOW FAR DID YOU GO IN SCHOOL?

17   **MR. SAVOIE:** SOME COLLEGE.  GRADUATED FROM HIGH

18   SCHOOL AND THREE YEARS AT LSU IN AGRICULTURE.

19   **THE COURT:** IN AGRICULTURE.  OKAY.  THANK YOU

20   MR. SAVOIE.  LET'S GO TO MS. PALMER.

21   **MS. PALMER:** MY NAME IS LINDA PALMER.  I LIVE IN

22   BATON ROUGE.  AGE 63.  RETIRED FROM THE SCHOOL FOR THE

23   VISUALLY IMPAIRED.  RIGHT NOW I'M A CAREGIVER.  I HAVE THREE

24   CHILDREN, 46, 42 AND 35.  I'M SINGLE.  I HAVE FIVE

25   GRANDCHILDREN.  HOBBIES ARE COOKING AND HANGING WITH THE

1   GRANDKIDS.  I HAVE NO BUMPER STICKERS.  HIGH SCHOOL GRADUATE.

2   AND I WATCH WAFB.

3   **THE COURT:**  ALL RIGHT.  AND BLACK FEMALE?

4   **MS. PALMER:**  BLACK FEMALE.

5   **THE COURT:**  ALL RIGHT.  YOU SAID THAT YOU RETIRED

6   BUT I COULDN'T TELL -- WHAT DID YOU DO BEFORE RETIREMENT?

7   **MS. PALMER:**  LOUISIANA SCHOOL FOR THE VISUALLY

8   IMPAIRED.

9   **THE COURT:**  ALL RIGHT.  THANK YOU, MS. PALMER.

10  OKAY.  LET'S GO TO MS. MATTHEWS.

11  **MS. MATTHEWS:**  GOOD MORNING.

12  **THE COURT:**  GOOD MORNING.

13  **MS. MATTHEWS:**  MY NAME IS MATTIE MATTHEWS.  I'M A

14  RESIDENT OF EAST BATON ROUGE PARISH.  I MADE 54 YESTERDAY AND

15  ALSO I'M DIVORCED AND MY OCCUPATION IS WORKING AT THE WOMAN'S

16  HOSPITAL AS A TEAM LEADER EPS SPECIALIST.  I'M A BLACK FEMALE.

17  AND I HAVE A BUMPER STICKER OF THE WOMAN'S LOGO AND I WATCH

18  CHANNEL 9 NEWS, AND MY HOBBIES ARE SPENDING TIME WITH MY

19  FAMILY AND COOKING.

20  **THE COURT:**  OKAY.  AND BLACK FEMALE?

21  **MS. MATTHEWS:**  YES, BLACK FEMALE.

22  **THE COURT:**  AND YOU SAID THAT YOU WORK AT WOMAN'S

23  HOSPITAL?

24  **MS. MATTHEWS:**  WOMAN'S HOSPITAL AS A TEAM LEADER EPS

25  SPECIALIST.  IT'S LIKE CLEANING.

1          **THE COURT:**  I SEE.  AND BEFORE YOUR DIVORCE WHAT DID

2    YOUR HUSBAND DO?

3          **MS. MATTHEWS:**  MECHANIC.

4          **THE COURT:**  MECHANIC.  OKAY.  THANK YOU, MS. PALMER.

5    I'M SORRY, IT'S MS. MATTHEWS.  LET'S GO TO MR. JOHNSON.

6          **MR. JOHNSON:**  MY NAME IS DEVON JOHNSON.  I LIVE IN

7    GONZALES.  28.  I WORK FOR FED-EX AS A DISPATCHER.  I'M

8    SINGLE.  NO KIDS.  I DON'T HAVE ANY BUMPER STICKS ON MY CAR.

9    AFRICAN AMERICAN MALE.  TRAVELING, HANGING OUT WITH FAMILY AND

10   FRIENDS.  NEWS, WAFB.  AND SCHOOL I'M ON MY LAST SEMESTER

11   RIGHT NOW.

12         **THE COURT:**  YOU'RE IN SCHOOL?

13         **MR. JOHNSON:**  I'M IN SCHOOL RIGHT NOW, YES, SIR.

14         **THE COURT:**  AND WHERE ARE YOU IN SCHOOL?

15         **MR. JOHNSON:**  MCNEESE.  I'M ONLINE.  BUSINESS

16   MANAGEMENT.

17         **THE COURT:**  GOOD.  THANK YOU, MR. JOHNSON.  LET'S GO

18   TO MR. KENNEDY.

19         **MR. KENNEDY:**  MY NAME IS ANDREW KENNEDY.  I RESIDE

20   IN DENHAM SPRINGS, LOUISIANA.  I'M 58 YEARS OLD.  I'M A

21   SELF-EMPLOYED REAL ESTATE AGENT.  I'M MARRIED TO SALINA

22   KENNEDY.  SHE IS AN RN.  I HAVE THREE GIRLS, 38, 33 AND 31.

23   MY HOBBIES ARE COOKING AND TRAVELING.  NO BUMPER STICKERS.

24   I'M A GRADUATE OF LSU AND I'M A WHITE MALE.

25         **THE COURT:**  ALL RIGHT.  AND WHERE DO YOU GET YOUR

1   NEWS?

2           **MR. KENNEDY:**  PARDON?

3           **THE COURT:**  WHERE DO YOU GET YOUR NEWS?

4           **MR. KENNEDY:**  OH, NEWS MAX.

5           **THE COURT:**  OKAY.  AND YOU MENTIONED YOU'RE A

6   GRADUATE OF LSU.  WHAT DID YOU GRADUATE IN?

7           **MR. KENNEDY:**  ACCOUNTING.

8           **THE COURT:**  ALL RIGHT.  THANK YOU, MR. KENNEDY.

9   WE'RE GOING TO GO TO MS. CRAWLEY.

10          **MS. CRAWLEY:**  MY NAME IS LADETA CRAWLEY.  I RESIDE

11  IN BATON ROUGE, LOUISIANA.  I AM 67 YEARS OLD.  I AM DIVORCED.

12  BOTH MY FORMER HUSBAND AND I BOTH WORKED AT EXXON MOBILE AS

13  SPECIAL LEVEL TECHNICIANS.  I HAVE THREE CHILDREN, AGES 39, 35

14  AND 34.  MY HOBBIES ARE TRAVEL, GENEALOGY AND SCRAPBOOKING.  I

15  HAVE NO BUMPER STICKERS.  I AM A BLACK FEMALE.  I HAVE A

16  BACHELOR'S DEGREE IN ZOOLOGY AND CHEMISTRY FROM LSU AND I

17  STUDIED ENVIRONMENTAL CHEMISTRY AT SOUTHERN UNIVERSITY.  MY

18  DAILY NEWS CONSUMPTION USUALLY CONSISTS -- I SUBSCRIBE TO THE

19  ADVOCATE.  I WATCH MSNBC, WBRZ NEWS AND LPB.

20          **THE COURT:**  THANK YOU, MS. CRAWLEY.  WE'RE GOING TO

21  GO TO MS. WILLIAMS.

22          **MS. WILLIAMS:**  MY NAME IS CLENTORIA WILLIAMS.  I'M

23  FROM BATON ROUGE, LOUISIANA.  I'M 52 YEARS OLD.  MY OCCUPATION

24  IS DEPARTMENT OF CORRECTIONS.  I'M SINGLE.  I HAVE THREE

25  GIRLS -- THREE DAUGHTERS, 31, 29, 27.  MY HOBBIES ARE FISHING,

1  BOWLING, SKATING AND SPENDING TIME WITH MY GRANDCHILDREN.  NO

2  BUMPER STICKERS.  I'M A BLACK FEMALE.  AND --

3         **THE COURT:**  WHERE DO YOU GET YOUR NEWS?

4         **MS. WILLIAMS:**  WBRZ.

5         **THE COURT:**  AND LEVEL OF EDUCATION?

6         **MS. WILLIAMS:**  ELEVENTH AND GED.

7         **THE COURT:**  OKAY.  AND YOU MENTIONED THAT YOU WORKED

8  FOR THE DEPARTMENT OF CORRECTIONS.  WHAT DO YOU DO THERE?

9         **MS. WILLIAMS:**  I'M A CORRECTION OFFICER.

10        **THE COURT:**  WHERE DO YOU SERVE?  IS IT AT LOUISIANA

11  STATE PENITENTIARY AT ANGOLA?

12        **MS. WILLIAMS:**  HUH-UH.  ELAYN HUNT CORRECTIONAL

13  CENTER.

14        **THE COURT:**  ELAYN HUNT, OKAY.

15        **MS. WILLIAMS:**  YES.

16        **THE COURT:**  AND YOU MAY HAVE MENTIONED IT BUT I

17  DIDN'T CATCH IT.  ARE YOU MARRIED?

18        **MS. WILLIAMS:**  SINGLE.

19        **THE COURT:**  SINGLE.  ALL RIGHT.  THANK YOU, MA'AM.

20  OKAY.  WE'RE GOING TO GO TO MR. BATEMAN.

21        **MR. BATEMAN:**  I'M ETHAN BATEMAN.  27 YEARS OLD.

22  GRADUATED FROM SOUTHEASTERN UNIVERSITY, MAJORED IN ENGLISH

23  EDUCATION, MINORED IN JOURNALISM, GOING FOR A MASTER'S IN

24  PUBLIC RELATIONS.  I'M AN ENGLISH AS A SECOND LANGUAGE

25  INSTRUCTIONAL COACH FOR THE EAST BATON ROUGE PARISH SCHOOL

1    SYSTEM.  SINGLE.  NO CHILDREN.  HOBBIES INCLUDE READING,

2    HIKING AND BUILDING MODEL KITS.  I GET MOST OF MY NEWS FROM

3    INDEPENDENT JOURNALISTS AND WHITE MALE.

4              **THE COURT:**  ALL RIGHT.  THANK YOU, MR. BATEMAN.

5    OKAY.  MR. RILLS.

6              **MR. RILLS:**  GOOD MORNING.

7              **THE COURT:**  GOOD MORNING.

8              **MR. RILLS:**  MY NAME IS JONATHAN RILLS.  I LIVE IN

9    EAST BATON ROUGE PARISH.  I'M 40 YEARS OLD.  I'M AN OWNER AND

10   OPERATOR OF HOSPICE NURSING AGENCIES.  I'M MARRIED TO MY WIFE,

11   KERI, WHO IS AN INTERNAL AUDITOR.  WE HAVE THREE CHILDREN, 7,

12   6 AND 2, ALL FEMALES.  I LIKE TO HUNT AND FISH IN MY SPARE

13   TIME.  I DO HAVE ONE BUMPER STICKER ON MY CAR TO HONOR MY

14   FRIEND THAT DIED OF CANCER AND I'M A WHITE MALE.

15             **THE COURT:**  OKAY.  AND I THINK YOU SAID YOUR LEVEL

16   OF EDUCATION, BUT PLEASE REPEAT IT.

17             **MR. RILLS:**  I STARTED A MASTER'S PROGRAM AND DIDN'T

18   FINISH, JUST A BS DEGREE IN BUSINESS ADMINISTRATION.

19             **THE COURT:**  OKAY.  YOU MENTIONED THAT YOUR WIFE IS

20   AN INTERNAL AUDITOR.  WHO DOES SHE WORK FOR?

21             **MR. RILLS:**  LACAP FEDERAL CREDIT UNION.

22             **THE COURT:**  THANK YOU, MR. RILLS.  MR. PAYNE.

23             **MR. PAYNE:**  MY NAME IS ROY PAYNE.  I LIVE IN ALBANY.

24   I'M 66.  I'M RETIRED.  MY WIFE'S NAME IS CAROL PAYNE AND SHE

25   WORKS AT HEADSTART IN INDEPENDENCE.  I HAVE TWO SONS, 46 AND

```
 1   38.  I ENJOY GOING CAMPING.  AND I DON'T HAVE ANY BUMPER
 2   STICKERS.  AND I'M A WHITE MALE.  AND I WATCH FOX NEWS.
 3            THE COURT:  ALL RIGHT.  AND HOW FAR DID YOU GO IN
 4   SCHOOL?
 5            MR. PAYNE:  TWELFTH GRADE.
 6            THE COURT:  YOU MENTIONED THAT YOU ARE RETIRED.
 7   WHAT DID YOU DO BEFORE RETIREMENT?
 8            MR. PAYNE:  CIVIL CARPENTER SUPERVISOR FOR A COMPANY
 9   AT EXXON --
10            THE COURT:  AT EXXON MOBILE?
11            MR. PAYNE:  YEAH.
12            THE COURT:  ALL RIGHT.  THANK YOU, SIR.  MS. ALEC --
13   MR. ALEC, SORRY.
14            MR. BISHOP:  MORRIE BISHOP.
15            THE COURT:  I MISSED MR. BISHOP.
16            MR. BISHOP:  SO MY NAME IS MORRIE BISHOP.  I LIVE IN
17   ST. AMANT, LOUISIANA.  I'M 64 YEARS OLD.  I'M SELF-EMPLOYED.
18   I HAVE A TRAVEL AGENCY.  I OWN AND MANAGE REAL ESTATE.  I HAVE
19   COMMERCIAL AND RESIDENTIAL PROPERTIES AND I HAVE A CATTLE
20   FARM.  I RAISE CATTLE.  I'M SINGLE AND I DON'T HAVE ANY
21   CHILDREN.  MY HIGHEST LEVEL OF EDUCATION IS JURIS DOCTOR.  I
22   HAVE A MULTITUDE OF HOBBIES.  I LIKE TO TRAVEL.  I SCUBA DIVE.
23   I SAIL.  I JUST RECENTLY STARTED OVERHAULING VINTAGE
24   MECHANICAL WATCHES.  JUST -- I LEARNED HOW TO DO THAT ON
25   YOUTUBE.  I DON'T HAVE ANY BUMPER STICKERS ON MY CAR.
```

1          **THE COURT:**  YOU SAID WHITE MALE, CORRECT?

2          **MR. BISHOP:**  YES.  NO, I DIDN'T, BUT I AM.

3          **THE COURT:**  OKAY.  AND YOU MENTIONED A JD DEGREE.

4   WHERE DID YOU GET YOUR JD?

5          **MR. BISHOP:**  CALIFORNIA WESTERN SCHOOL OF LAW.

6          **THE COURT:**  HAVE YOU EVER PRACTICED LAW?

7          **MR. BISHOP:**  YES, OFF AND ON A LONG TIME AGO.  I'M

8   LICENSED TO PRACTICE LAW IN CONNECTICUT AND PENNSYLVANIA,

9   NEBRASKA AND MISSISSIPPI AND THE DISTRICT OF COLUMBIA, BUT

10  THAT'S A LOT OF CLE EVERY YEAR.  SO I PRACTICED FOR A WHILE IN

11  BAY ST. LOUIS, MISSISSIPPI WITH A GUY WHO HAD BEEN MY ROOMMATE

12  IN LAW SCHOOL AND I USED TO WORK FOR DARLENE JACOBS, MAYBE 30

13  YEARS AGO, IN NEW ORLEANS.

14         **THE COURT:**  ALL RIGHT.  I KNOW MS. JACOBS.  TELL ME

15  ABOUT THE NATURE OF YOUR PRACTICE DURING ALL OF THOSE YEARS.

16  I KNOW YOU -- IT MAY HAVE BEEN DIFFERENT THINGS.

17         **MR. BISHOP:**  WELL, IN MISSISSIPPI WHEN WE FIRST

18  STARTED OUT WE HUNG OUT A SHINGLE AND WHATEVER WALKED IN THE

19  DOOR WAS PRETTY MUCH WHAT WE DID, SO IT WAS, YOU KNOW, FAMILY

20  LAW, DWI'S, WHATEVER WALKED IN THE DOOR.  THAT WAS IN PROBABLY

21  1990 -- NO, IT WAS 1992 MAYBE.  ANYWAY, AND THEN FOR DARLENE,

22  YOU KNOW, SHE DOES MASS TORT BESIDES ALL KIND OF OTHER

23  PERSONAL INJURY CASES.  I WORKED ON THE NORPLANT IMPLANT CASE

24  FOR HER, TANK CAR ACCIDENT IN ST. BERNARD PARISH AND THAT'S

25  ABOUT IT.

| | |
|---|---|
| 1 | **THE COURT:**  AND THE OTHER PLACES THAT YOU |
| 2 | PRACTICED -- THE OTHER STATES -- |
| 3 | **MR. BISHOP:**  THAT'S IT. |
| 4 | **THE COURT:**  THAT'S BASICALLY IT? |
| 5 | **MR. BISHOP:**  UH-HUH. |
| 6 | **THE COURT:**  OKAY.  THANK YOU, MR. BISHOP. |
| 7 | ALL RIGHT, FOLKS.  WHAT I'M GOING TO DO NOW IS TO |
| 8 | ASK QUESTIONS OF ALL OF YOU AND IF THE ANSWER TO THE QUESTION |
| 9 | THAT I ASK IS YES, I WOULD LIKE YOU TO RAISE YOUR HAND AND |
| 10 | THEN I'LL FOLLOW-UP WITH SOME ADDITIONAL QUESTIONS, OKAY. |
| 11 | THE FIRST QUESTION IS, HAS ANYBODY'S EMPLOYMENT |
| 12 | CHANGED SINCE YOU FILLED OUT YOUR JUROR QUESTIONNAIRE?  AND |
| 13 | THERE ARE NO HANDS RAISED. |
| 14 | AS YOU LOOK OUT AT YOUR FELLOW JURY VOIR NOIR |
| 15 | PERSONS DO YOU KNOW ANYBODY, RECOGNIZE ANYBODY AMONGST YOUR |
| 16 | COLLEAGUES?  AND I DO SEE SOME HANDS RAISED, SO LET'S GO TO |
| 17 | THE CLOSEST HAND.  IF YOU WOULD REMIND US WHEN YOU STAND UP OF |
| 18 | YOUR NAME AND YOUR JUROR NUMBER. |
| 19 | **MR. SALTZMAN:**  JAMES SALTZMAN, 21.  WHAT DO YOU NEED |
| 20 | TO KNOW? |
| 21 | **THE COURT:**  WHAT I NEED TO KNOW IS WHO DO YOU KNOW |
| 22 | IN THE GROUP. |
| 23 | **MR. SALTZMAN:**  I KNOW MR. LAICHE.  HE LOOKS AT ME. |
| 24 | HE DON'T REMEMBER ME, BUT -- |
| 25 | **THE COURT:**  HOW DO YOU KNOW MR. LAICHE? |

1    **MR. SALTZMAN:**  MY DAD WAS MARRIED TO HIS AUNT.

2    **THE COURT:**  OKAY.  SORT OF FAMILY CONNECTION.

3    (LAUGHTER)

4    **MR. SALTZMAN:**  HE'S LOOKING --

5    **THE COURT:**  HE'S LOOKING PERPLEXED.

6    **MR. SALTZMAN:**  YEAH, IT WAS YEARS AGO.

7    **THE COURT:**  SO I TAKE IT THAT THAT'S NOT A STRONG

8    FAMILY CONNECTION?

9    **MR. SALTZMAN:**  NO.

10   **THE COURT:**  ALL RIGHT.  THANK YOU.  WHO ELSE RAISED

11   THEIR HAND?  WAIT, WAIT.  HANG ON ONE SECOND.  LET'S GET YOU

12   THE MIC SO WE CAN GET YOU ON THE RECORD.

13   **MS. TANNER:**  BECKY TANNER, NUMBER 20.

14   **THE COURT:**  AND WHO DO YOU KNOW?

15   **MS. TANNER:**  I WORK WITH MS. WILLIAMS, NUMBER 46.

16   **THE COURT:**  I SEE.  AND WHAT'S THE NATURE OF THE

17   WORK THAT YOU DO WITH HER?

18   **MS. TANNER:**  ELAYN HUNT CORRECTIONAL.  I WORK IN

19   PURCHASING.  SHE WORKS IN SECURITY.

20   **THE COURT:**  I GOTCHA.  SO Y'ALL SEE EACH OTHER

21   OCCASIONALLY AT WORK?

22   **MS. TANNER:**  NOT VERY OFTEN REALLY.

23   **THE COURT:**  DO Y'ALL HAVE ANY CONNECTION OUTSIDE OF

24   WORK?

25   **MS. TANNER:**  NO, SIR.

1    **THE COURT:**  ALL RIGHT.  THANK YOU, MS. TANNER.  IF

2    YOU WOULD, GIVE US YOUR NAME AND JUROR NUMBER.

3    **MR. JOFFRION:**  BRAD JOFFRION, NUMBER 30.

4    **THE COURT:**  THANK YOU, MR. JOFFRION.

5    **MR. JOFFRION:**  I KNOW THIS GENTLEMAN RIGHT HERE.  WE

6    MET YEARS AGO HUNTING.  HAVEN'T SEEN EACH OTHER IN A WHILE,

7    BUT WE DO KNOW ONE ANOTHER.

8    **THE COURT:**  AND THAT'S MR. KRAMER.  ARE Y'ALL CLOSE

9    FRIENDS?

10    **MR. JOFFRION:**  NO, SIR.

11    **THE COURT:**  JUST ACQUAINTANCES.

12    **MR. JOFFRION:**  ACQUAINTANCES.  BUT NOT REAL CLOSE

13    FRIENDS.

14    **THE COURT:**  ALL RIGHT.  THANK YOU.  YES, SIR, AGAIN,

15    YOUR NAME AND NUMBER.

16    **MR. RILLS:**  JONATHAN RILLS, NUMBER 48.  DAWN

17    TONKOVICH IS MY UNCLE.

18    **THE COURT:**  OH, OKAY.  AND, MR. TONKOVICH, WHAT'S

19    YOUR JUROR NUMBER?

20    **MR. TONKOVICH:**  TWENTY-TWO.

21    **THE COURT:**  TWENTY-TWO, OKAY.  SO Y'ALL SEE EACH

22    OTHER AT FAMILY GATHERINGS?

23    **MR. RILLS:**  UNFORTUNATELY WE DON'T GET TOGETHER AS

24    MUCH AS WE SHOULD.  IT'S BEEN A LONG TIME SINCE I SAW HIM, BUT

25    WE ARE FAMILY.

1    **THE COURT:**  ALL RIGHT.  THANK YOU.  ANYBODY ELSE
2    RAISE THEIR HAND?  NO OTHER HANDS RAISED.

3    FOR THOSE OF YOU WHO ARE CURRENTLY EMPLOYED, DO ANY
4    OF YOU SUPERVISE OTHERS AT WORK OR DO YOUR JOB DUTIES INCLUDE
5    TRAINING NEW EMPLOYEES, EITHER SUPERVISION OR TRAINING?  I SEE
6    SOME HANDS RAISED.  LOTS OF HANDS.

7    **MR. SIMON:**  AARON SIMON, NUMBER 3.  IN MY ROLE AT
8    CAMELOT COLLEGE I SUPERVISE NEW INSTRUCTORS AND JUST HELP TO
9    ENFORCE POLICIES AND PROCEDURES AT THE COLLEGE.

10   **THE COURT:**  ANY TRAINING AS WELL AS SUPERVISION?

11   **MR. SIMON:**  YES, TRAINING AS WELL ON AN ONLINE
12   PLATFORM THAT WE HAVE.  I ALSO TRAIN ALL NEW EMPLOYEES AS
13   WELL.

14   **THE COURT:**  THANK YOU, MR. SIMON.

15   **MR. LAICHE:**  MY CURRENT JOB, I OVERSEE THREE
16   EMPLOYEES.

17   **THE COURT:**  ALL RIGHT.  AND DOES THAT INCLUDE ANY
18   TRAINING AS WELL AS SUPERVISION?

19   **MR. LAICHE:**  FROM TIME TO TIME, YES, SIR.

20   **THE COURT:**  THANK YOU, MR. LAICHE.

21   **MR. DAIGLE:**  TODD DAIGLE, JUROR NUMBER 12.  I HAVE A
22   TEAM OF NINE.  I DIRECT SUPERVISE FIVE AND THEN I HAVE FOUR
23   INDIRECTS.  THE TRAINING WOULD JUST BE ON-THE-JOB TRAINING OR
24   COACHING.  NO FORMAL TRAINING.

25   **THE COURT:**  THANK YOU, MR. DAIGLE.  MS. MARTIN.

1          **MS. MARTIN:**  YES.  JASSONI MARTIN, JUROR NUMBER

2    14 -- I'M SORRY, 15.  I CURRENTLY HAVE ABOUT 22 EMPLOYEES THAT

3    ROLL UP TO ME, SO I DO SUPERVISE ALL ON-BOARDING AND TRAINING

4    OF PHARMACY TECHNICIANS AND PHARMACISTS.  WE DON'T HAVE A TON

5    OF TURNOVER WITH PHARMACISTS, BUT TECHNICIANS I AM REGULARLY

6    ON-BOARDING AND JUST THEIR ON-THE-JOB DUTIES.  I ALSO GIVE

7    ON-THE-SPOT COACHING AS WELL AS ANNUAL REVIEWS.

8          **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.

9          **MR. ORGERON:**  I'M CODY, JUROR NUMBER 16.  I TRAIN 16

10   PEOPLE AND SUPERVISE 16 PEOPLE DAILY.

11         **THE COURT:**  AND REMIND ME OF YOUR WORK.

12         **MR. ORGERON:**  TAKE FIVE OIL CHANGE.

13         **THE COURT:**  OKAY.  GREAT.  THANK YOU, MR. ORGERON.

14   WHO ELSE RAISED THEIR HAND?

15         **MS. HOLLAND:**  MYRA HOLLAND, NUMBER 17.  I AM A BANK

16   MANAGER AND I HAVE NINE ASSOCIATES THAT REPORT TO ME.

17   TRAINING IS ON-THE-JOB PRETTY MUCH; MENTORING.

18         **THE COURT:**  ALL RIGHT.  THANK YOU, MS. HOLLAND.

19         **MR. SALTZMAN:**  JAMES SALTZMAN, JUROR 21.  I'M A

20   FACILITY MAINTENANCE MANAGER FOR THE HVAC SYSTEM AT LSU

21   FACILITY SERVICE.  I HAVE 20 GUYS UNDER ME AND I'M DIRECTLY

22   OVER THREE SUPERVISORS.

23         **THE COURT:**  AND TRAIN AS WELL, I TAKE IT?

24         **MR. SALTZMAN:**  TRAIN AS WELL.

25         **THE COURT:**  THANK YOU, MR. SALTZMAN.

1      **MS. TANNER:**  BECKY TANNER, JUROR 21.  I'M JUST

2   TRAINING A FELLOW EMPLOYEE BECAUSE I'M PRE-RETIREMENT.

3      **THE COURT:**  ALL RIGHT.  AND DO YOU DO ANY

4   SUPERVISION?

5      **MS. TANNER:**  NO, SIR.

6      **THE COURT:**  ALL RIGHT.  THANK YOU, MS. TANNER.

7      **MR. JOFFRION:**  BRAD JOFFRION, JUROR NUMBER 30.  I

8   CURRENTLY SUPERVISE APPROXIMATELY 125 EMPLOYEES AND WE'RE

9   RESPONSIBLE FOR THE TRAINING AND THE ON-BOARDING OF NEW

10   DEPUTIES AND NEW EMPLOYEES.

11      **THE COURT:**  ALL RIGHT.  THANK YOU, MR. JOFFRION.

12      **MR. RILLS:**  HELLO.  JOHN RILLS, JUROR NUMBER 48.  I

13   MANAGE ABOUT 85 EMPLOYEES, THREE DIFFERENT BRANCHES FROM

14   LAFAYETTE TO HAMMOND.

15      **THE COURT:**  YOU DO TRAINING AS WELL?

16      **MR. RILLS:**  NOT A LOT OF TRAINING, BUT DAILY

17   COACHING.

18      **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU, SIR.

19   ANYBODY ELSE RAISE THEIR HAND?

20      **MR. BATEMAN:**  ETHAN BATEMAN, JUROR 47.  I DON'T

21   DIRECTLY SUPERVISE ANYBODY, BUT I AM RESPONSIBLE FOR ENFORCING

22   FEDERAL AND STATE ACCOMMODATIONS GUIDELINES FOR OUR STUDENTS

23   AND I ALSO TRAIN NEW AND INCOMING TEACHERS ON DIFFERENT

24   INSTRUCTIONAL STRATEGIES.

25      **THE COURT:**  ALL RIGHT.  THANK YOU.  ANY OTHER --

1  YEAH, WE HAVE A FEW MORE HANDS.

2          **MR. SINGH:**  MY NAME IS HARJIT SINGH, NUMBER 24.  I

3  HAVE CLOSE TO 30 EMPLOYEES.  I TRAIN THEM.  RUN FOUR GAS

4  STATIONS AND --

5          **THE COURT:**  AND SUPERVISE AS WELL?

6          **MR. SINGH:**  YES, SIR.

7          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. SINGH.

8          **MS. MATTHEWS:**  MATTIE MATTHEWS, NUMBER 42.  AND I

9  DO, DO TRAINING AS NEEDED AT THE WOMAN'S HOSPITAL, CLEANING

10  SERVICE.

11          **THE COURT:**  THANK YOU, MS. MATTHEWS.  ANYBODY ELSE?

12  I SEE NO OTHER HANDS RAISED, OKAY.

13          THE NEXT QUESTION IS ANY OF YOU EVER SERVE IN THE

14  MILITARY?  WE HAVE TWO HANDS RAISED.

15          **MR. HARRIS:**  NAME ROBERT HARRIS.  I'M JUROR 34.  I

16  SERVED IN THE UNITED STATES ARMY.

17          **THE COURT:**  AND WHAT WERE YOUR YEARS OF SERVICE,

18  MR. HARRIS?

19          **MR. HARRIS:**  TWENTY YEARS.

20          **THE COURT:**  AND WHERE DID YOU SERVE IN THOSE 20

21  YEARS?

22          **MR. HARRIS:**  OH, MAN --

23          **THE COURT:**  LOTS OF PLACES?

24          **MR. HARRIS:**  LOTS OF PLACES, YES, SIR.

25          **THE COURT:**  SO RATHER THAN GO THROUGH THOSE, WHERE

```
 1  DID YOU END UP ON DISCHARGE; WHERE WERE YOU?

 2           MR. HARRIS:  WHEN I GOT DISCHARGED I WAS IN HAWAII.

 3           THE COURT:  OKAY.  AND WHAT WAS YOUR RANK ON

 4  DISCHARGE?

 5           MR. HARRIS:  SERGEANT FIRST CLASS.

 6           THE COURT:  WHAT KIND OF WORK DID YOU DO WITHIN THE

 7  ARMY?

 8           MR. HARRIS:  I WAS A TANKER, WHICH IS M1A-1 COMBAT.

 9           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU SO MUCH AND

10  THANK YOU FOR YOUR SERVICE, MR. HARRIS.  THERE WAS ANOTHER

11  HAND RAISED.

12           MS. TANNER:  BECKY TANNER, JUROR 21.  ARMY RESERVE.

13           THE COURT:  ARE YOU STILL IN THE ARMY RESERVE?

14           MS. TANNER:  NO, SIR.

15           THE COURT:  WHEN DID YOU -- WHAT WERE YOUR YEARS OF

16  SERVICE?

17           MS. TANNER:  TWELVE.

18           THE COURT:  WHAT DID YOU DO IN THE ARMY RESERVE?

19           MS. TANNER:  SUPPLY.

20           THE COURT:  WHAT WAS YOUR RANK ON DISCHARGE?

21           MS. TANNER:  SERGEANT.

22           THE COURT:  THANK YOU, MA'AM, FOR YOUR SERVICE.  I

23  THINK MR. WOODS RAISED HIS HAND TOO.

24           MR. WOODS:  RICKY WOODS, JUROR 13.  U.S. ARMY 94B10,

25  THREE YEARS.
```

1           **THE COURT:** ALL RIGHT. AND WHAT WAS YOUR YEAR OF

2  DISCHARGE?

3           **MR. WOODS:** E3.

4           **THE COURT:** WHAT DID YOU -- WHAT WERE YOU ACTUALLY

5  DOING WHILE YOU WERE IN THE SERVICE?

6           **MR. WOODS:** I WAS A COOK IN 94B/94B, BRAVO.

7           **THE COURT:** THANK YOU, MR. WOODS. ANYBODY ELSE?

8           ALL RIGHT. ARE YOU AN OFFICER OR DIRECTOR OF ANY

9  ORGANIZATION EVEN IF IT IS A VOLUNTARY OR NONPROFIT

10  ORGANIZATION?

11           **MR. BATEMAN:** ETHAN BATEMAN, NUMBER 47. I AM THE

12  PUBLIC AFFAIRS OFFICER FOR THE CAPITAL CITY COMPOSITE SQUADRON

13  OF THE CIVIL AIR PATROL.

14           **THE COURT:** CIVIL AIR PATROL, OKAY.

15           **MR. BATEMAN:** YES, SIR.

16           **THE COURT:** THANK YOU, SIR. THERE WAS ANOTHER HAND

17  RAISED. YEAH, IT'S MR. BISHOP.

18           **MR. BISHOP:** I AM THE DIVISION COMMANDER OF THE

19  UNITED STATES COAST GUARD AUXILLARY FOR THE -- IT'S THE FOURTH

20  DIVISION. IT'S FROM THE MISSISSIPPI BORDER TO LAFAYETTE TO

21  ALEXANDER.

22           **THE COURT:** AND WERE YOU IN THE COAST GUARD?

23           **MR. BISHOP:** NO, I WASN'T EVER. BUT I JOINED IT

24  AFTERWARDS; THE CIVILIAN PART OF THE COAST GUARD.

25           **THE COURT:** I SEE, OKAY. AND WHAT DO YOU DO FOR

1    THEM?  WHAT EXACTLY IS YOUR FUNCTION?

2         **MR. BISHOP:**  WELL, SO THAT'S A HARD QUESTION TO

3    ANSWER.  MANY THINGS.  BUT I'M THE COMMANDER OF DIVISION 4.

4         **THE COURT:**  GOT IT.  OKAY.  THANK YOU, MR. BISHOP.

5    ALL RIGHT.  THAT'S MS. MARTIN RAISING HER HAND.

6         **MS. MARTIN:**  DOES THE HOA BOARD OF DIRECTORS COUNT?

7         **THE COURT:**  YES, IT DOES.

8         **MS. MARTIN:**  WELL, I JUST GOT ELECTED TO THAT.

9    ACTUALLY ON THE 15TH, SO I DON'T REALLY KNOW WHAT I DO JUST

10   YET, OTHER THAN KEEP THE POOL HOUSE CLEAN.

11        **THE COURT:**  ALL RIGHT.  THANK YOU.  THIS SORT OF

12   FALLS IN THE SAME CATEGORY BUT ONE STEP DOWN.  EVEN IF YOU'RE

13   NOT AN OFFICER OF AN ORGANIZATION, ARE YOU A MEMBER OF AN

14   ORGANIZATION OR CLUB, WHETHER IT'S CIVIC, SOCIAL, RELIGIOUS OR

15   VOLUNTARY?  WE'VE GOT LOTS OF HANDS GOING UP AND LET'S START

16   WITH MS. MARTIN SINCE YOU'RE CLOSE.

17        **MS. MARTIN:**  I'M A MEMBER OF THE BATON ROUGE DELTA

18   CHAPTER OF DELTA SIGMA THETA.

19        **THE COURT:**  ALL RIGHT.  AND THAT'S A -- WAS THAT A

20   SORORITY?

21        **MS. MARTIN:**  SORORITY, INCORPORATED, YES.

22        **THE COURT:**  OKAY.  THANK YOU.  MS. MCGLONE IS

23   RAISING HER HAND.

24        **MS. MCGLONE:**  I MEANT TO RAISE MY HAND BECAUSE I'M A

25   BOARD MEMBER FOR THE CALEDONIAN SOCIETY OF BATON ROUGE.

1          **THE COURT:**  WHAT IS THAT?

2          **MS. MCGLONE:**  IT'S JUST LIKE A SCOTTISH HERITAGE

3  SOCIETY.

4          **THE COURT:**  OKAY.  ALL RIGHT.  THANKS, MS. MCGLONE.

5  MR. LAICHE -- NO, I'M SORRY.

6          **MS. PRICE:**  ALLISON PRICE, NUMBER 10.  AMERICAN

7  HEART ASSOCIATION.  I TEACH CPR.

8          **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.  ANYBODY

9  ELSE?

10          **MR. BATEMAN:**  ETHAN BATEMAN, NUMBER 47.  AS

11  PREVIOUSLY STATED, I'M A MEMBER OF THE CIVIL AIR PATROL.  I'M

12  ALSO IN THE FOOD BANK OF MY CHURCH.  I'M ONE OF THE YOUTH

13  LEADERS IN MY CHURCH AND I'M A MEMBER OF A CONSERVATION

14  SOCIETY AS WELL.

15          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. BATEMAN.

16          **MR. RILLS:**  JONATHAN RILLS, JUROR NUMBER 48.  I

17  SERVE ON THE BOARD OF THE ADVANCEMENT FOR THE END OF LIFE

18  CARE, STATE OF LOUISIANA, AS WELL AS THE BATON ROUGE CHAPTER

19  OF ROTARY.

20          **THE COURT:**  ALL RIGHT.  AND ON THE FIRST ONE AGAIN,

21  SAY IT AGAIN.  I DIDN'T GET IT.

22          **MR. RILLS:**  THE ALLIANCE FOR THE ADVANCEMENT OF END

23  OF LIFE CARE.  IT'S A STATEWIDE ORGANIZATION.

24          **THE COURT:**  OH, I SEE.  IT'S FOR YOUR HOSPICE --

25          **MR. RILLS:**  YEAH.  ADVOCATE FOR HOSPICE CARE, YES,

1  SIR.

2         **THE COURT:**  GOT IT.  THANK YOU, SIR.  NOW

3  MR. BISHOP.

4         **MR. BISHOP:**  I'M A MEMBER OF THE ROTARY CLUB OF

5  GONZALES, LOUISIANA.  I'M ON THE BOARD OF DIRECTORS OF THE

6  ISTROUMA AREA COUNCIL OF THE BOY SCOUTS OF AMERICA.  I'M A

7  MEMBER OF THE AMERICAN RADIO RELAY LEAGUE AND MAYBE TEN OTHER

8  ORGANIZATIONS.  I CAN'T REMEMBER THE NAMES OF ALL OF THEM.

9         **THE COURT:**  ALL RIGHT.  THANK YOU.

10         **MR. BISHOP:**  I DON'T ACTIVELY PARTICIPATE.  I'M A

11  MEMBER OF A LOT OF AZONIC LODGES ALSO.

12         **THE COURT:**  ALL RIGHT.  THANK YOU.

13         **MS. JORDAN:**  I'M A MEMBER OF BATON ROUGE SIGMA --

14  DELTA SIGMA THETA SORORITY INCORPORATED.  HELLO, SOROR.  I'M

15  ALSO A PART OF JUNIOR LEAGUE OF BATON ROUGE.

16         **THE COURT:**  ALL RIGHT.  NAME AND NUMBER?

17         **MS. JORDAN:**  OH, I'M SORRY.  I'M LEAH JORDAN.  I AM

18  JUROR 36.

19         **THE COURT:**  ALL RIGHT.  THANK YOU.

20         **MS. CRAWLEY:**  I'M LADETA CRAWLEY, JUROR NUMBER 45.

21  I'M ON THE BOARD OF FRIENDSHIP FORCE OF BATON ROUGE WHICH IS A

22  TRAVEL FOR PURPOSE AND ALSO I'M A MEMBER OF ZETA PHI BETA

23  SORORITY.

24         **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.  COULD YOU

25  REPEAT THAT?  MY COURT REPORTER DID NOT HEAR YOU.

1      **MS. CRAWLEY:**  THE WHOLE THING?

2      **THE COURT:**  YES, MA'AM.

3      **MS. CRAWLEY:**  OKAY.  I'M ON THE BOARD OF FRIENDSHIP

4  FORCE OF BATON ROUGE.  FRIENDSHIP FORCE INTERNATIONAL, IT'S

5  TRAVEL WITH A PURPOSE, AND I'M ALSO A MEMBER OF ZETA PHI BETA

6  SORORITY.

7      **THE COURT:**  THANK YOU.

8      **MS. PURPERA:**  EMILY PURPERA, JUROR 11.  I TEACH

9  SUNDAY SCHOOL AT MY CHURCH, DOES THAT COUNT?

10      **THE COURT:**  THAT'S FINE AND THAT QUALIFIES.  THANK

11  YOU, MA'AM.

12      ALL RIGHT.  I THINK THAT COVERS THAT QUESTION.  A

13  RELATED QUESTION, SLIGHTLY DIFFERENT:  EVEN IF YOU'RE NOT A

14  MEMBER OR EVEN IF YOU'RE NOT AN OFFICER, DO YOU CONTRIBUTE

15  FINANCIALLY TO ANY CIVIC, SOCIAL, RELIGIOUS OR OTHER VOLUNTARY

16  CLUB OR ORGANIZATION?  MS. MARTIN RAISES HER HAND.

17      **MS. MARTIN:**  JASSONI MARTIN, JUROR NUMBER 15.  I DO

18  FINANCIALLY CONTRIBUTE TO VOLUNTEERS OF AMERICA, I THINK THE

19  SOUTH CENTRAL CHAPTER, AND ALSO REGULARLY WITH PROFESSIONAL

20  ORGANIZATIONS I JUST FINANCIALLY CONTRIBUTE WITH HPHA AND THE

21  LOUISIANA PHARMACISTS' ASSOCIATION.

22      **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU.

23      **MS. HOLLAND:**  MYRA HOLLAND, NUMBER 17.  I CONTRIBUTE

24  TO CAPITAL AREA CASA, FAMILY ROAD HOME, AMERICAN HEART

25  ASSOCIATION AND UNITED WAY.

1     **THE COURT:**  OKAY.  THANK YOU, MS. HOLLAND.  AND

2  THERE ARE NO OTHER HANDS -- YES, THERE IS.

3     **MS. CRAWLEY:**  LADETA CRAWLEY, JUROR NUMBER 45.  I

4  CONTRIBUTE TO UNITED WAY.  I CONTRIBUTE TO LPB.  I CONTRIBUTE

5  TO ST. JUDE AND THAT'S IT.

6     **THE COURT:**  OKAY.  THANK YOU, MA'AM.  MY NEXT

7  QUESTION IS ARE YOU OR A CLOSE FAMILY MEMBER OR CLOSE

8  FRIEND -- DO YOU HAVE A CLOSE FAMILY MEMBER OR CLOSE FRIEND OR

9  ARE YOU INVOLVED IN LAW ENFORCEMENT?  AND I KNOW MR. JOFFRION

10 HAS ANSWERED AND I KNOW HIS SITUATION, AND I THINK WE HAD

11 MS. TANNER AND ALSO I THINK MS. WILLIAMS, IF I REMEMBER, HAVE

12 ALL TOLD ME ABOUT THEIR CONNECTION WITH LAW ENFORCEMENT.  BUT

13 IF YOU HAVEN'T ALREADY ANSWERED COULD YOU PLEASE DO THAT.  AND

14 I SEE MR. BATEMAN.

15     **MR. BATEMAN:**  YES, SIR.  I HAVE A COUSIN WHO IS

16 RETIRED POLICE.  I HAVE AN UNCLE WHO IS RETIRED POLICE.  I

17 HAVE ANOTHER COUSIN WHO'S RETIRED ATF AND THEN MY BROTHER AND

18 HIS WIFE ARE BOTH MILITARY POLICE OFFICERS.

19     **THE COURT:**  OKAY.  AND CAN YOU WALK US BACK THROUGH

20 WHAT POLICE AGENCIES OR OFFICES THEY'RE CONNECTED TO, THOSE

21 DIFFERENT PEOPLE?

22     **MR. BATEMAN:**  MY UNCLE WAS ST. HELENA PARISH

23 SHERIFF'S DEPARTMENT, MY COUSIN WAS CHIEF OF POLICE FOR THE

24 TOWN OF GREENSBURG AND MY BROTHER IS IN THE MARINES AND HIS

25 WIFE IS IN THE ARMY.

1          **THE COURT:**  ALL RIGHT.  AND I'M GOING TO ASK THIS

2     QUESTION 100 TIMES BEFORE IT'S ALL OVER, BUT I'M GOING TO

3     START WITH YOU, MR. BATEMAN.  YOU HAVE FAMILY MEMBERS WHO ARE

4     IN LAW ENFORCEMENT.  I WILL TELL YOU THAT THIS CASE INVOLVES A

5     CASE AGAINST CERTAIN BATON ROUGE CITY POLICE OFFICERS AND THE

6     CITY OF BATON ROUGE, FOCUSING ON THE BATON ROUGE POLICE

7     DEPARTMENT.  IS YOUR CONNECTION, WITH THOSE DIFFERENT LAW

8     ENFORCEMENT AGENCIES THROUGH FAMILY MEMBERS, WOULD THAT MAKE

9     IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN

10    THIS CASE?

11         **MR. BATEMAN:**  ABSOLUTELY NOT.

12         **THE COURT:**  ALL RIGHT.  THANK YOU, SIR.  I THINK

13    THAT'S MR. KEMP.

14         **MR. KEMP:**  MY BROTHER IS A SHERIFF.

15         **THE COURT:**  ALL RIGHT.  IN WHAT --

16         **MR. KEMP:**  IN MISSISSIPPI.

17         **THE COURT:**  IN MISSISSIPPI?  WHAT COUNTY IS HE

18    SHERIFF IN?

19         **MR. KEMP:**  CLARKE COUNTY.

20         **THE COURT:**  AND, MR. KEMP, WOULD THAT CONNECTION

21    WITH YOUR BROTHER AND BEING A SHERIFF IN LAW ENFORCEMENT,

22    WOULD THAT MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL

23    TO BOTH SIDES?

24         **MR. KEMP:**  NO, SIR.

25         **THE COURT:**  THANK YOU, MR. KEMP.

1    **MR. VANMETRE:**  MIKE VANMETRE, JUROR NUMBER 27.  MY

2   WIFE WAS FORMALLY A PAROLE OFFICER AND MY FATHER-IN-LAW IS A

3   RETIRED PAROLE OFFICER.  SHE WAS IN BATON ROUGE.  HE WAS IN

4   NORTH LOUISIANA.

5    **THE COURT:**  IN TERMS OF THE PAROLE OFFICER, THAT'S

6   THROUGH THE LOUISIANA STATE POLICE IF I REMEMBER THAT?

7    **MR. VANMETRE:**  YEAH.

8    **THE COURT:**  BUT YOUR, IS IT, FATHER-IN-LAW?

9    **MR. VANMETRE:**  RIGHT.  HE'S RETIRED.

10    **THE COURT:**  WHERE WAS HE RETIRED FROM?

11    **MR. VANMETRE:**  BIENVILLE PARISH IN NORTH LOUISIANA.

12    **THE COURT:**  AND THE SHERIFF'S OFFICE THERE?

13    **MR. VANMETRE:**  I BELIEVE SO, YEAH.

14    **THE COURT:**  AND WHAT DID HE DO?

15    **MR. VANMETRE:**  HE WAS PROBATION AND PAROLE AS WELL.

16    **THE COURT:**  PROBATION AND PAROLE.  OKAY.  AND,

17   MR. VANMETRE, WOULD THAT CONNECTION WITH THOSE DIFFERENT

18   PEOPLE IN YOUR FAMILY WHO ARE IN LAW ENFORCEMENT, WOULD THAT

19   MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL TO BOTH

20   SIDES IN THIS CASE?

21    **MR. VANMETRE:**  I DON'T THINK SO.

22    **THE COURT:**  ALL RIGHT.  THANK YOU, SIR.  DO WE HAVE

23   ANY OTHER HANDS RAISED?  WE HAVE SOME HANDS RAISED OVER HERE.

24    **MR. SALTZMAN:**  MY NAME IS JAMES SALTZMAN, JUROR

25   NUMBER 21.  MY BROTHER-IN-LAW IS WITH THE ASCENSION PARISH

1  SHERIFF'S DEPARTMENT, CAPTAIN, AND I HAVE A COUPLE OF REAL

2  GOOD FRIENDS WITH BRPD.

3          **THE COURT:**  ALL RIGHT.  LET ME TALK FIRST ABOUT YOUR

4  RELATIVE.  DID YOU SAY ASCENSION PARISH SHERIFF'S OFFICE?

5          **MR. SALTZMAN:**  YES, SIR.

6          **THE COURT:**  WHAT DOES THAT PERSON DO?

7          **MR. SALTZMAN:**  HE'S CAPTAIN WITH THE CRIMINAL

8  INVESTIGATION DIVISION.

9          **THE COURT:**  ALL RIGHT.  THEN YOU HAVE A COUPLE OF

10 FRIENDS WHO ARE BRPD; IS THAT CORRECT?

11         **MR. SALTZMAN:**  YES.

12         **THE COURT:**  WHO ARE THEY?  CAN YOU TELL ME THEIR

13 NAMES?

14         **MR. SALTZMAN:**  DON COPPOLA AND WALDEN ROBERT.  I

15 THINK HE'S RETIRED.

16         **THE COURT:**  ALL RIGHT.  WOULD THOSE CONNECTIONS,

17 BOTH FRIENDS AND FAMILY, MAKE IT DIFFICULT, MR. SALTZMAN, FOR

18 YOU TO BE FAIR AND IMPARTIAL TO BOTH SIDES?

19         **MR. SALTZMAN:**  I DON'T -- I DON'T THINK SO.

20         **THE COURT:**  ALL RIGHT.  THANK YOU.

21         **MS. GRIM:**  TERRILYN GRIM, JUROR 33.  MY HUSBAND IS

22 RETIRED, 30 YEARS, WITH THE BATON ROUGE CITY POLICE DEPARTMENT

23 AND I HAVE SEVERAL FRIENDS THAT ARE POLICE OFFICERS.

24         **THE COURT:**  ALL RIGHT.  CURRENTLY POLICE OFFICERS?

25         **MS. GRIM:**  HE'S RETIRED.  HE'S WORKING WITH BAKER PD

1    NOW.

2              **THE COURT:**  RIGHT.  LET'S TALK ABOUT YOUR HUSBAND

3    WHO'S RETIRED.  WHAT WAS HIS JOB ON RETIREMENT?

4              **MS. GRIM:**  LIEUTENANT.  HE RETIRED IN THE BURGLARY

5    DIVISION, BUT HE WORKED UNIFORM AND NARCOTICS.

6              **THE COURT:**  TELL ME ABOUT YOUR FRIENDS.  WHO ARE

7    THEY AND --

8              **MS. GRIM:**  GARRETT DOUGLAS, RHODEN BRUMFIELD.  IT'S

9    SO MANY.

10             **THE COURT:**  A WHOLE LIST.  AND I ASSUME THOSE

11   CONNECTIONS WERE MADE THROUGH YOUR HUSBAND'S WORK?

12             **MS. GRIM:**  CORRECT.

13             **THE COURT:**  WOULD YOU BE ABLE TO PUT THOSE

14   CONNECTIONS ASIDE AND DECIDE THIS CASE FAIRLY AND IMPARTIALLY

15   TO BOTH SIDES?

16             **MS. GRIM:**  I DON'T THINK SO.  I'M TOO CONNECTED.

17             **THE COURT:**  ALL RIGHT.  THANK YOU, MS. GRIM.  OKAY.

18   TELL ME ABOUT YOUR CONNECTION.

19             **MR. KENNEDY:**  ANDREW KENNEDY, JUROR NUMBER 44.  I

20   HAVE TWO FIRST COUSINS THAT ARE RETIRED BRPD OFFICERS AND MY

21   SON-IN-LAW IS A BRPD OFFICER CURRENTLY.

22             **THE COURT:**  AND YOUR SON-IN-LAW IS CURRENTLY A BRPD

23   OFFICER?

24             **MR. KENNEDY:**  MY SON-IN-LAW, YES.

25             **THE COURT:**  AND WHAT IS HIS NAME, YOUR SON-IN-LAW?

1      **MR. KENNEDY:**  WOULD IT BE RUDE OF ME IF I SAID I

2  DIDN'T WANT TO GIVE HIS NAME OUT IN FRONT OF EVERYBODY?

3      **THE COURT:**  I TELL YOU WHAT WE'LL DO, I'M GOING TO

4  TAKE THAT UP WITH THE LAWYERS AND IF THEY WANT YOUR

5  SON-IN-LAW'S NAME WE'LL DO THAT OUTSIDE THE PRESENCE OF

6  EVERYBODY ELSE SO THAT --

7      **MR. KENNEDY:**  YES, SIR, I JUST --

8      **THE COURT:**  I UNDERSTAND.  TELL ME ABOUT THE OTHER

9  CONNECTION BESIDES YOUR SON-IN-LAW.

10      **MR. KENNEDY:**  MY SON-IN-LAW?

11      **THE COURT:**  NO, NO.  YOU SAID THERE WERE SOME OTHER

12  FOLKS THAT YOU KNEW.

13      **MR. KENNEDY:**  OH, THEY'RE FIRST COUSINS -- MY FIRST

14  COUSINS.  ONE WAS A CAPTAIN AND I'M NOT SURE WHAT THE OTHER

15  ONE RETIRED AS.

16      **THE COURT:**  BUT THEY WERE ALL BRPD?

17      **MR. KENNEDY:**  YES, SIR.

18      **THE COURT:**  ALL RIGHT.  AND, MR. KENNEDY, COULD YOU

19  PUT THOSE CONNECTIONS ASIDE AND DECIDE THIS CASE FAIRLY AND

20  IMPARTIALLY TO BOTH SIDES?

21      **MR. KENNEDY:**  I THINK SO.

22      **THE COURT:**  WHO ELSE RAISED THEIR HAND?

23      **MS. MATTHEWS:**  MATTIE MATTHEWS, 42.

24  EX-COUSIN-IN-LAW, GAIL RAY.  ALSO MY FIRST COUSIN IS A

25  EX-POLICE OFFICER.

1      **THE COURT:**  WHO DID HE WORK FOR?

2      **MS. MATTHEWS:**  EAST BATON ROUGE PARISH, JASON

3  MATHIS.

4      **THE COURT:**  HE'S A SHERIFF'S DEPARTMENT --

5      **MS. MATTHEWS:**  NO.  HE'S FOR THE EAST BATON ROUGE

6  PARISH, SLASH, DETECTIVE.

7      **THE COURT:**  I SEE, LIVINGSTON PARISH.  AND WHO WAS

8  THE FIRST ONE YOU MENTIONED?

9      **MS. MATTHEWS:**  GAIL RAY.

10      **THE COURT:**  AND WHERE DOES HE WORK?

11      **MS. MATTHEWS:**  SHE WORKS FOR EAST BATON ROUGE.

12      **THE COURT:**  IS IT SHERIFF OR BRPD?

13      **MS. MATTHEWS:**  NO, GAIL RAY IS A LAWYER.

14      **THE COURT:**  OH, A LAWYER.

15      **MS. MATTHEWS:**  YEAH, SHE'S A LAWYER, SLASH, JUDGE.

16      **THE COURT:**  GAIL RAY IS A LAWYER.  I SEE.  OKAY.

17  AND MS. RAY AS A LAWYER, DOES SHE WORK FOR THE BATON ROUGE

18  POLICE DEPARTMENT?

19      **MS. MATTHEWS:**  UH-HUH.  SHE WORKS FOR EAST BATON

20  ROUGE.  SHE WENT UP FOR JUDGE.  GAIL HORNE RAY.

21      **THE COURT:**  OKAY.  ALL RIGHT.  ALL RIGHT.  THANK

22  YOU, MA'AM.  HAND THE MIC BACK TO MS. MATTHEWS.  MS. MATTHEWS,

23  YOU MENTIONED THOSE CONNECTIONS TO LAW ENFORCEMENT.  ARE YOU

24  GOING TO BE ABLE TO PUT THOSE ASIDE AND DECIDE THIS CASE

25  FAIRLY AND IMPARTIALLY TO BOTH SIDES?

1    **MS. MATTHEWS:**  NOT 100 PERCENT.

2    **THE COURT:**  WHY NOT, MA'AM?  LET ME EXPLAIN

3    SOMETHING TO YOU.  ONE OF THE THINGS I'M GOING TO BE

4    INSTRUCTING EVERYBODY ON, ESPECIALLY WHEN YOU'RE SWORN TO BE

5    JURORS IN THIS CASE, IS EVERYBODY WALKS INTO THIS COURTROOM

6    WITH A LIFETIME OF ACQUAINTANCES, OPINIONS, VIEWPOINTS,

7    INFORMATION, BUT THE JOB OF A JUROR IS TO PUT ALL

8    PRECONCEPTIONS ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES

9    BASED ON THE EVIDENCE IN THIS CASE.  SO I'M ASKING YOU COULD

10   YOU DO THAT, MA'AM.

11   **MS. MATTHEWS:**  YES, I COULD DO THAT.

12   **THE COURT:**  ALL RIGHT.  THANK YOU.

13   **MS. JORDAN:**  MY NAME IS LEAH JORDAN.  I'M JUROR

14   NUMBER 36.  I HAVE A CLOSE FAMILY FRIEND THAT LIVES WITH ME.

15   I'VE PRETTY MUCH RAISED HIM.  HE'S NOW A POLICE OFFICER FOR

16   GONZALES.

17   **THE COURT:**  GONZALES CITY POLICE OFFICER?

18   **MS. JORDAN:**  YES.

19   **THE COURT:**  MS. JORDAN, COULD YOU PUT THAT

20   CONNECTION ASIDE AND BE FAIR TO BOTH SIDES?

21   **MS. JORDAN:**  YES.

22   **THE COURT:**  ALL RIGHT.  THANK YOU.

23   **MS. THIERRY:**  JOY THIERRY, JUROR NUMBER 25.  I HAVE

24   A SECOND COUSIN THAT'S IN THE SHERIFF'S DEPARTMENT, CARL

25   THIERRY, JR.

1    **THE COURT:**  THAT'S HERE IN EAST BATON ROUGE PARISH?

2    **MS. THIERRY:**  YES, SIR.

3    **THE COURT:**  AND, MS. THIERRY, COULD YOU PUT THAT

4    CONNECTION ASIDE --

5    **MS. THIERRY:**  YES, SIR.

6    **THE COURT:**  LET ME FINISH SO IT'S ALL ON THE

7    RECORD -- DECIDE THIS CASE FAIRLY TO BOTH SIDES?

8    **MS. THIERRY:**  YES, SIR.

9    **THE COURT:**  THANK YOU, MA'AM.  WE HAVE SOME HANDS

10   RAISED IN THE FRONT ROW.  ALSO WE HAVE A COUPLE BACK HERE.

11   YES, MS. TANNER.

12   **MS. TANNER:**  YES, JUROR NUMBER 21.  I HAD A NEPHEW

13   THAT WAS A BATON ROUGE OFFICER, BUT HE'S NO LONGER AN OFFICER.

14   **THE COURT:**  ALL RIGHT.  MS. TANNER, COULD YOU PUT

15   THAT CONNECTION ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH

16   SIDES?

17   **MS. TANNER:**  YES, SIR.

18   **THE COURT:**  WHILE I HAVE YOU, I KNOW YOU WORK FOR

19   THE LOUISIANA DEPARTMENT OF CORRECTIONS.  YOU'RE SORT OF AN

20   ADMINISTRATIVE PERSON AS OPPOSED TO HANDS-ON CORRECTIONS BUT,

21   NONETHELESS, YOU WORK IN LAW ENFORCEMENT.  CAN YOU PUT THAT

22   CONNECTION ASIDE, MS. TANNER, AND DECIDE THIS CASE FAIRLY TO

23   BOTH SIDES?

24   **MS. TANNER:**  YES, SIR.

25   **THE COURT:**  ALL RIGHT.  THANK YOU.  AND WHILE WE

| | |
|---|---|
| 1 | HAVE THE MIC NEAR MR. JOFFRION.  MR. JOFFRION, YOU'VE GOT YOUR |
| 2 | CAREER IN LAW ENFORCEMENT.  CHIEF CRIMINAL DEPUTY FOR POINTE |
| 3 | COUPEE PARISH, CORRECT? |
| 4 | **MR. JOFFRION:**  THAT'S CORRECT, SIR.  YOUR HONOR, I |
| 5 | THINK I NEED TO TELL YOU MY WIFE'S FATHER IS RETIRED FROM |
| 6 | BATON ROUGE CITY PD, MY WIFE'S BROTHER RETIRED FROM BATON |
| 7 | ROUGE CITY PD, MY WIFE'S UNCLE RETIRED FROM BATON ROUGE CITY |
| 8 | PD AND TWO OF MY WIFE'S COUSINS HAVE ALSO RETIRED FROM BATON |
| 9 | ROUGE CITY PD. |
| 10 | **THE COURT:**  SO GIVE ME YOUR HONEST ASSESSMENT, |
| 11 | MR. JOFFRION, CAN YOU BE FAIR TO BOTH SIDES IN THIS CASE? |
| 12 | **MR. JOFFRION:**  YES, SIR. |
| 13 | **THE COURT:**  ALL RIGHT.  THANK YOU.  A COUPLE OF |
| 14 | OTHER HANDS RAISED IN THE FRONT ROW. |
| 15 | **MS. MCGLONE:**  SUSAN MCGLONE, NUMBER 1.  MY |
| 16 | BROTHER-IN-LAW IS A STATE POLICEMAN FOR ILLINOIS.  HE'S ON |
| 17 | LIKE THE GOVERNOR'S SECURITY DETAIL. |
| 18 | **THE COURT:**  OKAY.  HE'S LOUISIANA STATE POLICE -- |
| 19 | **MS. MCGLONE:**  ILLINOIS STATE POLICE. |
| 20 | **THE COURT:**  I'M SORRY? |
| 21 | **MS. MCGLONE:**  ILLINOIS. |
| 22 | **THE COURT:**  OH, ILLINOIS.  OKAY.  AND HE'S WITH THE |
| 23 | DETAIL FOR THE GOVERNOR THERE IN ILLINOIS? |
| 24 | **MS. MCGLONE:**  YES, SIR. |
| 25 | **THE COURT:**  CAN YOU PUT THAT ASIDE, MS. MCGLONE, AND |

1  DECIDE THIS CASE FAIRLY TO BOTH SIDES?

2        **MS. MCGLONE:**  YES, SIR.

3        **THE COURT:**  ALL RIGHT.

4        **MS. PURPERA:**  EMILY PURPERA, JUROR NUMBER 11.  I

5  HAVE A COUSIN.  I BELIEVE HE'S RETIRED NOW FROM STATE POLICE,

6  I CANNOT REMEMBER WHERE.  I CANNOT.  AND A CHILDHOOD FRIEND'S

7  FATHER WAS A -- I BELIEVE HE WAS A BATON ROUGE POLICE OFFICER.

8        **THE COURT:**  A SHERIFF'S DEPUTY?

9        **MS. PURPERA:**  I BELIEVE SO.

10       **THE COURT:**  AND THE FIRST ONE WAS?

11       **MS. PURPERA:**  A COUSIN.

12       **THE COURT:**  WHERE DID THAT PERSON --

13       **MS. PURPERA:**  I DON'T REMEMBER THE -- I DON'T

14  REMEMBER THE AREA.  I'M SORRY.

15       **THE COURT:**  BUT IT WASN'T IN LOUISIANA?

16       **MS. PURPERA:**  IT WAS IN LOUISIANA.  HE'S A COUSIN.

17  THEY LIVE NEARBY.  WE SEE THEM AT REUNIONS AND I JUST DON'T

18  REMEMBER WHERE THEY LIVE.

19       **THE COURT:**  THAT'S OKAY.  THAT'S FINE.  YOU'RE DOING

20  GREAT.  AND I ASK YOU CAN YOU PUT THAT -- THOSE CONNECTIONS

21  ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

22       **MS. PURPERA:**  YES, SIR.

23       **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.

24       **MR. DAIGLE:**  TODD DAIGLE, JUROR NUMBER 12.  I HAVE A

25  FIRST COUSIN WHO'S RETIRED FROM THE ASCENSION PARISH SHERIFF'S

| | |
|---|---|
| 1 | OFFICE.  I HAVE ANOTHER COUSIN WHO IS A DETECTIVE FOR THE |
| 2 | LOUISIANA STATE POLICE AND I HAVE A GOOD FRIEND WHO'S RETIRED, |
| 3 | I'M NOT SURE IF IT'S BATON ROUGE CITY OR SHERIFF. |
| 4 | **THE COURT:**  ALL RIGHT.  THAT LAST ONE THAT COULD BE |
| 5 | BATON ROUGE POLICE, WHAT WAS THAT PERSON'S NAME? |
| 6 | **MR. DAIGLE:**  BRUCE SIMMONS. |
| 7 | **THE COURT:**  OKAY.  AND, MR. DAIGLE, CAN YOU PUT |
| 8 | THOSE CONNECTIONS ASIDE AND DECIDE THIS CASE ON THE EVIDENCE |
| 9 | AND FAIRLY TO BOTH SIDES? |
| 10 | **MR. DAIGLE:**  YES, SIR. |
| 11 | **THE COURT:**  ALL RIGHT.  THANK YOU. |
| 12 | **MR. LEBLANC:**  MATTHEW LEBLANC, NUMBER 5.  I HAVE |
| 13 | FRIENDS THAT ARE RETIRED AND CURRENT ASCENSION PARISH |
| 14 | SHERIFF'S OFFICE AND GONZALES PD. |
| 15 | **THE COURT:**  MR. LEBLANC, CAN YOU PUT THOSE |
| 16 | CONNECTIONS ASIDE AND BE FAIR TO BOTH SIDES IN THIS CASE? |
| 17 | **MR. LEBLANC:**  YES, SIR. |
| 18 | **THE COURT:**  ALL RIGHT.  THANK YOU. |
| 19 | **MS. JENKINS:**  FRANCIS JENKINS, JUROR 7.  I HAVE A |
| 20 | NEPHEW THAT WAS PREVIOUSLY EMPLOYED WITH BATON ROUGE CITY |
| 21 | POLICE. |
| 22 | **THE COURT:**  WHAT DOES THAT COUSIN DO? |
| 23 | **MS. JENKINS:**  IT WAS MY NEPHEW.  HE WAS EMPLOYED FOR |
| 24 | BATON ROUGE CITY POLICE.  HE NO LONGER WORKS IN LAW |
| 25 | ENFORCEMENT. |

1      THE COURT:  AND WHEN HE WAS THERE WITH BRPD WHAT DID

2  HE DO?

3      MS. JENKINS:  I REALLY DON'T KNOW.

4      THE COURT:  OKAY.  CAN YOU PUT THAT CONNECTION

5  ASIDE, MS. JENKINS, AND DECIDE --

6      MS. JENKINS:  YES, I CAN

7      THE COURT:  -- THIS CASE FAIRLY TO BOTH SIDES?

8      MS. JENKINS:  YES.

9      THE COURT:  THANK YOU.

10      MS. MARTIN:  JASSONI MARTIN, JUROR NUMBER 15.  BOTH

11  OF MY PARENTS WORKED WITH THE BUREAU OF PRISONS.  MY MOTHER

12  TAUGHT IN THE BUREAU OF PRISONS FOR A LITTLE BIT AND THEN MY

13  FATHER RETIRED.  HE WAS A SUPERINTENDENT OF INDUSTRY AT THE

14  FEDERAL CORRECTIONAL INSTITUTE.

15      THE COURT:  SO THESE ARE ALL FEDERAL --

16      MS. MARTIN:  YES.

17      THE COURT:  -- CORRECTIONS JOBS?

18      MS. MARTIN:  YES.

19      THE COURT:  CAN YOU PUT THOSE CONNECTIONS ASIDE, MS.

20  MARTIN, AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

21      MS. MARTIN:  YES.

22      THE COURT:  THANK YOU.  ANYONE ELSE?  OKAY.  A

23  SLIGHTLY DIFFERENT QUESTION.  ANYBODY INVOLVED IN OR HAVE A

24  CLOSE FAMILY MEMBER OR CLOSE FRIEND INVOLVED IN PRIVATE

25  SECURITY OR AS A PRIVATE INVESTIGATOR?  AND THERE ARE NO HANDS

1  RAISED.

2          WHAT ABOUT THE LEGAL PROFESSION?  AND I DON'T MEAN

3  JUST LAWYERS.  I MEAN PARALEGALS, LEGAL SECRETARIES.  ANYBODY

4  WHO'S IN SOMEWAY TO THE LEGAL PROFESSION?

5          **MR. VANMETRE:**  MY WIFE IS AN ATTORNEY.

6          **THE COURT:**  RIGHT.  AND YOU MENTIONED THAT AND SHE'S

7  WITH LOUISIANA STATE POLICE AND WORKS WITH JUVENILES.

8          **MR. VANMETRE:**  RIGHT.

9          **THE COURT:**  THANK YOU, SIR.  LET ME GO BACK TO YOU.

10 CAN YOU PUT THAT CONNECTION ASIDE, SIR, AND DECIDE THIS CASE

11 FAIRLY TO BOTH SIDES?

12         **MR. VANMETRE:**  I BELIEVE SO.

13         **THE COURT:**  ALL RIGHT.  THANK YOU.

14         **MS. BATEMAN:**  KATHERINE BATEMAN, JUROR NUMBER 28.

15 MY SISTER IS A PARALEGAL FOR THE U.S. OFFICE HERE.

16         **THE COURT:**  THE U.S. ATTORNEY'S OFFICE?

17         **MS. BATEMAN:**  YES, SIR.

18         **THE COURT:**  AND WHAT IS HER NAME?

19         **MS. BATEMAN:**  MARY BATEMAN.

20         **THE COURT:**  WHAT IS HER NAME?

21         **MS. BATEMAN:**  SORRY, MARY BATEMAN.

22         **THE COURT:**  MS. BATEMAN, CAN YOU PUT THAT CONNECTION

23 ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

24         **MS. BATEMAN:**  YES, SIR.

25         **THE COURT:**  THANK YOU.

1    **MR. BISHOP:**  MY FIRST COUSIN WHO IS MY NEXT DOOR

2    NEIGHBOR IS STEVEN SHEETS.  HE IS AN ADA WITH THE 23RD

3    JUDICIAL DISTRICT AND HIS PARTNER RICKY BABIN IS THE DISTRICT

4    ATTORNEY.

5         **THE COURT:**  AND, MR. BISHOP, CAN YOU PUT THOSE

6    CONNECTIONS ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

7         **MR. BISHOP:**  YES.

8         **THE COURT:**  ALL RIGHT.  THANK YOU.

9         **MS. THIERRY:**  JOY THIERRY, JUROR NUMBER 25.  MY BEST

10   FRIEND'S SISTER (INAUDIBLE) IS THE ATTORNEY FOR CHILD AND

11   FAMILY SERVICES.

12        **THE COURT:**  ALL RIGHT.  AND, MS. THIERRY, CAN YOU

13   PUT THAT CONNECTION ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH

14   SIDES?

15        **MS. THIERRY:**  YES, SIR.

16        **THE COURT:**  ALL RIGHT.  THANK YOU.  THERE IS A HAND

17   RAISED ON THE FRONT ROW.  MS. BAUER.

18        **MS. BAUER:**  SHELLY BAUER, JUROR NUMBER 6.  MY

19   COUSIN'S HUSBAND -- MY FIRST COUSIN'S HUSBAND IS A LAWYER AND

20   MY COUSIN ON MY MOM'S SIDE IS A LAWYER.

21        **THE COURT:**  ALL RIGHT.  LET'S TALK ABOUT THE FIRST

22   ONE.  WHO IS THAT FIRST PERSON?

23        **MS. BAUER:**  CALEB SCHMIDT.

24        **THE COURT:**  WHAT KIND OF LAW DOES HE PRACTICE?

25        **MS. BAUER:**  I'M NOT REALLY SURE ON THAT.  I JUST

1    KNOW THAT HE'S A LAWYER.

2                **THE COURT:**  DOES HE PRACTICE HERE IN BATON ROUGE?

3                **MS. BAUER:**  HE PRACTICES, I THINK, SOME IN

4    MISSISSIPPI AND SOME IN LOUISIANA.

5                **THE COURT:**  ALL RIGHT.  AND THEN THE SECOND ONE?

6                **MS. BAUER:**  I'M NOT REALLY SURE BECAUSE I DON'T

7    REALLY TALK TO THAT SIDE, BUT I JUST KNOW THAT HE'S A LAWYER.

8                **THE COURT:**  ALL RIGHT.  CAN YOU PUT THOSE

9    CONNECTIONS ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES.

10               **MS. BAUER:**  YES.

11               **THE COURT:**  THANK YOU.  MR. DAIGLE.

12               **MR. DAIGLE:**  TODD DAIGLE, NUMBER 12.  A GOOD FRIEND

13   OF MINE IS THE LAWYER FOR -- HE REPRESENTS THE CITY OF

14   ASCENSION -- PARISH OF ASCENSION.

15               **THE COURT:**  MR. DAIGLE, CAN YOU PUT THAT CONNECTION

16   ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

17               **MR. DAIGLE:**  SURE.

18               **THE COURT:**  ALL RIGHT.  THANK YOU.  OKAY.  ANY OTHER

19   HANDS RAISED?  THERE ARE NONE.

20               FINAL QUESTION REGARDING THIS.  ANYBODY INVOLVED IN

21   EITHER CRIMINAL JUSTICE OR PSYCHOLOGY OR HAVE A CLOSE FAMILY

22   MEMBER OR FRIEND THAT IS IN THE REALM OF PSYCHOLOGY OR

23   CRIMINAL JUSTICE?  MR. LEBLANC RAISES HIS HAND.

24               **MR. LEBLANC:**  MATTHEW LEBLANC.  MY DAD WAS OVER

25   SOCIAL SERVICES -- THE MENTAL HEALTH IN ASCENSION PARISH, AND

1 | MY DAD'S FRIEND IS ALSO CURRENTLY THE HEAD OF MENTAL HEALTH
2 | FOR ASCENSION PARISH.

3 | **THE COURT:** ALL RIGHT. AND ANY INVOLVEMENT -- CAN
4 | YOU PUT WHATEVER CONNECTION THAT CONNOTES, CAN YOU PUT THAT
5 | ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH SIDES?

6 | **MR. LEBLANC:** YES, SIR.

7 | **THE COURT:** THANK YOU.

8 | WHAT I'M GOING TO DO NOW, FOLKS, IS FIRST INTRODUCE
9 | YOU TO THE LAWYERS WHO ARE REPRESENTING THE PLAINTIFFS.
10 | THEY'RE GOING TO INTRODUCE THEIR CLIENTS TO YOU. THE REASON
11 | WE DO THIS IS BECAUSE YOU'RE GOING TO GET TO KNOW THE CASE IF
12 | YOU'RE ON THE JURY AND ALL THE PARTICULARS ABOUT THE CASE, BUT
13 | WE WANT TO MAKE SURE THAT IF YOU KNOW ONE OF THE LAWYERS -- I
14 | MENTIONED THIS AT THE VERY, VERY BEGINNING. IF YOU KNOW ANY
15 | OF THE LAWYERS OR YOU KNOW ANY OF THE PARTIES, IT'S IMPORTANT
16 | THAT WE KNOW ABOUT THAT AND I CAN EXPLORE IT WITH YOU.

17 | SO I'M GOING TO FIRST GO TO MR. MOST AND LET HIM
18 | INTRODUCE HIS COLLEAGUES WHO ARE HELPING HIM IN THIS CASE AND
19 | THEN ALSO THEY'RE GOING TO INTRODUCE HIS CLIENTS, SOME OF WHOM
20 | ARE HERE, SOME OF WHOM ARE NOT. IF YOU RECOGNIZE EITHER
21 | MR. MOST, MR. LANSER, MR. ADCOCK WHO ARE THE ATTORNEYS
22 | REPRESENTING THE PLAINTIFFS, KNOW ANYTHING ABOUT THEM, HEARD
23 | ABOUT THEM, HAVE A CONNECTION WITH THEM, BEEN REPRESENTED BY
24 | THEM, ANYTHING LIKE THAT, OR WHEN HE GETS TO HIS CLIENT --
25 | WELL, LET ME ASK THAT.

1          GO AHEAD, MR. ADCOCK, IF YOU WOULD STAND UP,

2   MR. LANSER YOU STAND UP.  ANYBODY KNOW ANY OF THESE LAWYERS,

3   KNOW ANYTHING ABOUT THEM, HEARD ABOUT THEM, HAVE ANY

4   CONNECTION WITH THEM, REPRESENTED BY THEM, ANY CONNECTION

5   WHATSOEVER?  THE RECORD WILL REFLECT THERE ARE NO HANDS

6   RAISED.

7          NOW, MR. MOST, IF YOU WOULD DO THE SAME FOR YOUR

8   CLIENTS.  AND, PLEASE, LISTEN, FOLKS, BECAUSE IF YOU RECOGNIZE

9   A NAME I'M GOING TO WANT TO KNOW ABOUT IT.

10         ALL RIGHT.  MR. ADCOCK, YOU'RE GOING TO DO THE

11  HONORS.

12         **MR. ADCOCK:**  THANK YOU, JUDGE.

13         GOOD MORNING, EVERYBODY.  FIRST UP IS LEAH

14  CHAMPAGNE.  LEAH, CAN YOU LOOK AT EVERYONE?  THANK YOU, LEAH.

15  SECOND, THIS IS ALISHA FELDMAN.  THIS IS CHERRI FOYTLIN.  THIS

16  IS MY CLIENT KAREN SAVAGE.  I'D INTRODUCE YOU TO DANIEL

17  LIEBESKIND.  THIS IS BLAIR IMANI.  OVER THERE ON THE LEFT THIS

18  IS RAAE POLLARD.  THIS IS VICTOR ONUOHA.  THIS IS AKEEM

19  MUHAMMAD.  THIS IS SONII HAZE.

20         AND THEN WE HAVE -- THE JUDGE IS GOING TO TALK TO

21  YOU ABOUT THIS.  WE HAVE FOUR CLIENTS WHO COULDN'T BE HERE

22  TODAY BUT THEY WILL BE HERE LATER.  I'M GOING TO SHOW YOU

23  PICTURES OF ALL FOUR OF THEM.  THE FIRST PICTURE IS ALEXUS

24  SWOPE.  THE SECOND PICTURE IS ANTONIO LUNA, THAT'S FINN

25  PHOENIX AND THAT'S NADIA SALAZAR.

1           **THE COURT:**  ALL RIGHT.  THANK YOU, MR. ADCOCK.

2           NOW, HAVING SEEN AND HEARD THE NAMES OF THE

3    PLAINTIFFS IN THIS CASE, ANYBODY RECOGNIZE ANY OF THOSE NAMES,

4    KNOW ANYBODY, HEARD OF ANYBODY THAT WAS NAMED, HAVE ANY

5    CONNECTION OF ANY KIND WITH THEM?  AND THE RECORD WILL REFLECT

6    THAT THERE ARE NO HANDS RAISED.

7           I'M GOING TO DO THE SAME FOR THE DEFENDANTS IN THIS

8    CASE.  I'M GOING TO LET MR. SCOTT INTRODUCE NOT ONLY HIMSELF,

9    BUT ALSO THE OTHER ATTORNEYS WHO ARE GOING TO BE WORKING WITH

10   HIM.  I DON'T KNOW, MR. SCOTT, IF EVERYBODY THAT IS GOING TO

11   BE WORKING AS AN ATTORNEY IS HERE TODAY.  IF NOT, PLEASE MAKE

12   SURE THAT YOU MENTION THEIR NAMES AND THEN ALSO INTRODUCE YOUR

13   CLIENTS.

14          **MR. SCOTT:**  YES, SIR.

15          JOSEPH SCOTT AND I'M SORT OF THE LEAD COUNSEL FOR

16   THE CITY ON THIS.  I'LL BE HERE EVERY DAY.  I WILL BE ASSISTED

17   AT VARIOUS TIMES BY MY COLLEAGUES AND I THINK I NEED TO

18   MENTION THAT I WAS A PROSECUTOR IN CITY COURT 2013 TO 2017,

19   AND SO I WOULD NOT RECOGNIZE ANY OF THE MANY PEOPLE THAT I

20   WORKED WITH IN CITY COURT.  SO IF ANY OF Y'ALL HAD AN

21   EXPERIENCE IN BATON ROUGE CITY COURT 2013 TO 2017 AND SAY, OH,

22   IT'S THAT GUY, PLEASE, LET ME KNOW.  I'M ASSISTED BY MICHAEL

23   SCHILLAGE, DAVE LEFEVE --

24          **THE COURT:**  MR. LEFEVE, RAISE YOUR HAND SO THEY KNOW

25   WHO YOU ARE.  OKAY.  GO AHEAD.

1    **MR. SCOTT:**  AND SHELLY MOORE-WHITE, WHO IS ALSO A

2    PROSECUTOR IN CITY COURT, BUT SHE'S ONLY BEEN THERE SINCE JULY

3    OF LAST YEAR.  COURTNEY HUMPHREY.  I FORGET WHAT YEARS YOU

4    WERE A PROSECUTOR.

5    **MS. HUMPHREY:**  I WAS A PROSECUTOR BETWEEN 2015 AND

6    2016.

7    **MR. SCOTT:**  AND MR. ANDERSON DOTSON, THE PARISH

8    ATTORNEY WHO WAS A FORMER CITY PROSECUTOR.

9    **MR. DOTSON:**  FOR NINE YEARS.  '13 -- 2009 TO DATE.

10    **THE COURT:**  ALL RIGHT.  SO, FOLKS, Y'ALL CAN SIT

11    DOWN.  WHY DON'T YOU INTRODUCE YOUR -- ARE THERE ANY OTHER

12    LAWYERS WHO ARE GOING TO BE HELPING YOU WHO ARE NOT HERE,

13    MR. SCOTT?

14    **MR. SCOTT:**  THERE'S ONE WHO MAY MAKE AN APPEARANCE.

15    A FELLOW NAMED GREG ROME.

16    **THE COURT:**  GREG ROME.

17    **MR. SCOTT:**  I GOT THEM TO GET ME A PHOTOGRAPH.  OF

18    COURSE, I DIDN'T SCAN IT IN OR ANYTHING.

19    **THE COURT:**  YOU CAN USE THE ELMO.  AND THE REASON

20    HE'S SHOWING YOU THE PICTURE, AS WELL AS MENTIONING THE NAME,

21    IS BECAUSE YOU MIGHT NOT RECOGNIZE THE NAME BUT YOU SEE HIS

22    PICTURE AND SAY, OH, I KNOW THAT GUY.  ANYBODY KNOW MR. ROME?

23    **MR. SCOTT:**  HE WAS A PUBLIC DEFENDER IN BATON ROUGE

24    FOR MANY YEARS.

25    **THE COURT:**  WE DO SEE TWO HANDS RAISED.  HANG ON FOR

1  A SECOND.  LET ME ASK -- PUT YOUR HANDS DOWN FOR A SECOND.

2  OTHER THAN THOSE TWO WHO JUST RAISED THEIR HANDS REGARDING

3  MR. ROME, DO ANY OF YOU KNOW OR HAVE ANY CONNECTION WITH OR

4  HEARD OF ANY OF THE OTHER LAWYERS INVOLVED?  AND THERE ARE

5  SOME HANDS RAISED.  SO LET'S START WITH THAT AND WE'RE GOING

6  TO COME BACK TO MR. ROME.

7          **MS. JORDAN:**  MY NAME IS LEAH JORDAN.  I AM JUROR

8  NUMBER 36.  I BELIEVE MR. SCOTT -- MR. JOSEPH SCOTT WAS THE

9  ATTORNEY THAT REPRESENTED MY HUSBAND IN OUR DIVORCE OR MY

10 EX-HUSBAND.

11         **THE COURT:**  ALL RIGHT.  AND, MA'AM, WOULD YOU BE

12 ABLE TO PUT THAT CONNECTION ASIDE AND DECIDE THIS CASE FAIRLY

13 TO BOTH SIDES?

14         **MS. JORDAN:**  I'M NOT SURE.

15         **THE COURT:**  THANK YOU, MS. JORDAN.

16         **MR. SCOTT:**  WE HAVEN'T WRAPPED UP THE COMMUNITY

17 PROPERTY YET, JUDGE.

18         **THE COURT:**  I DON'T WANT ANY COMMENTARY, MR. SCOTT.

19 HANG ON ONE SECOND.  OKAY, WHO ELSE RAISED THEIR HAND?

20         **MS. CRAWLEY:**  LADETA CRAWLEY, JUROR NUMBER 45.  MY

21 DAUGHTER AND ATTORNEY SHELLY MOORE-WHITE WENT TO SCHOOL

22 TOGETHER.

23         **THE COURT:**  ALL RIGHT.  MS. CRAWLEY, CAN YOU PUT

24 THAT CONNECTION ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH

25 SIDES?

1       **MS. CRAWLEY:**  YES.

2       **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.

3       **MS. MATTHEWS:**  MATTIE MATTHEWS, NUMBER 42.  I KNOW

4   GREG ROME.  HE WAS MY MOTHER'S LAWYER.

5       **THE COURT:**  HE WAS YOUR MOTHER'S LAWYER?

6       **MS. MATTHEWS:**  YES.

7       **THE COURT:**  ALL RIGHT.  AND, MS. MATTHEWS, CAN YOU

8   PUT THAT CONNECTION ASIDE AND DECIDE THIS CASE FAIRLY TO BOTH

9   SIDES?

10      **MS. MATTHEWS:**  YES.

11      **THE COURT:**  THANK YOU, MA'AM.  NOW THIS IS MS. GRIM,

12  AND YOU SAID, I THINK, YOU HAD SOME CONNECTION WITH MR. ROME?

13      **MS. GRIM:**  CORRECT.

14      **THE COURT:**  TELL ME ABOUT THAT.

15      **MS. GRIM:**  TERRILYN GRIM, JUROR 33.  I WORK AT THE

16  DISTRICT ATTORNEY'S OFFICE AND HE BRING HIS CASES THERE, SO I

17  TAKE THEM WHENEVER HE COME, SO I SEE MR. ROME A LOT.

18      **THE COURT:**  OKAY.  YOU SEE HIM EVEN TODAY?

19      **MS. GRIM:**  HE'S NOT IN HERE RIGHT NOW.

20      **THE COURT:**  OKAY.  WHEN HE WAS AT THE D.A.'S

21  OFFICE --

22      **MS. GRIM:**  NO, WHEN HE BRINGS HIS CASES TO THE

23  D.A.'S OFFICE.

24      **THE COURT:**  I SEE.  OKAY.  MS. GRIM, CAN YOU PUT

25  THAT CONNECTION ASIDE AND BE FAIR TO BOTH SIDES IN THIS CASE?

1           **MS. GRIM:**  NAHH.  NO.

2           **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.  ANYBODY

3   ELSE RAISE THEIR HAND?  OKAY.

4           NOW, MR. SCOTT, IF YOU WOULD INTRODUCE YOUR CLIENTS

5   AND, AGAIN, I'M GOING TO ASK YOU WHEN THEY STAND AND HE SAYS

6   THEIR NAME IF YOU RECOGNIZE THE NAME, KNOW THEM, HAVE ANY

7   CONNECTION TO THEM, HEARD ABOUT THEM, ET CETERA, THEN I'M

8   GOING TO WANT YOU TO RAISE YOUR HAND AND I'LL FOLLOW-UP.

9           **MR. SCOTT:**  INTRODUCE YOU TO CAPTAIN DAVID WALLACE.

10  HE'S BEEN WITH THE POLICE DEPARTMENT ABOUT 30 YEARS.

11          **THE COURT:**  MR. SCOTT, IF YOU'D JUST MENTION THEIR

12  NAME.  NO COMMENTARY, SIR.

13          **MR. SCOTT:**  YES, SIR.  JONATHAN ABADIE.  WILLIE

14  WILLIAMS.

15          **THE COURT:**  ALL RIGHT.  I AM NOT SEEING ANY HANDS

16  RAISED.  SO THEN WHAT WE'RE GOING TO DO NEXT IS TO GIVE YOU A

17  VERY BRIEF OVERVIEW OF WHAT THE CASE IS ABOUT, AND THE REASON

18  I DO THIS IS SO THAT, AGAIN, IF YOU KNOW ANYTHING ABOUT IT

19  I'LL ASK YOU WHAT YOU KNOW ABOUT IT AND WE CAN TALK ABOUT

20  THAT.

21          NOW, THE PLAINTIFFS IN THIS CASE HAVE JUST BEEN

22  INTRODUCED TO YOU AND THEY WENT THROUGH THE NAMES.  I'M NOT

23  GOING TO DO THAT AGAIN.  THE DEFENDANTS, THE CITY OF BATON

24  ROUGE AND THE OFFICERS, JUST HEARD THEIR NAMES AND YOU KNOW

25  WHO THEY ARE.

1    ON JULY 10, 2016, SOME PLAINTIFFS WERE PROTESTING

2    THE KILLING OF ALTON STERLING BY POLICE OFFICERS AND THEIR

3    DESIRE FOR CHANGE IN BATON ROUGE.  OTHER PLAINTIFFS WERE THERE

4    AS REPORTERS.  THE PROTEST WENT FROM WESLEY UNITED METHODIST

5    CHURCH TO THE STATE CAPITAL AND THEN BACK.

6    FROM SOME POINT -- I'M SORRY, FOR SOME THE PROTEST

7    CONTINUED EAST DOWN GOVERNMENT STREET, BUT THESE PROTESTORS

8    WERE EVENTUALLY REDIRECTED TO THE CORNER OF EAST BOULEVARD AND

9    FRANCE STREET.  EVENTUALLY POLICE SURROUNDED THE PROTESTORS ON

10   THREE SIDES AND SOME PROTESTORS, INCLUDING PLAINTIFFS, WERE

11   ARRESTED.

12   PLAINTIFFS ALLEGE THAT THEY WERE, AT ALL TIMES,

13   PEACEFUL, COMPLIANT WITH ORDERS AND NO DANGER TO THE PUBLIC.

14   PLAINTIFFS ALSO ALLEGE THAT THEY DID NOT VIOLATE THE LAW AND

15   THAT THERE WAS NO PROBABLE CAUSE TO ARREST THEM.  PLAINTIFFS

16   CLAIM THAT DEFENDANTS VIOLATED THEIR FIRST AMENDMENT RIGHTS

17   BY, ONE, STOPPING THEM FROM ENGAGING IN LAWFUL PROTEST AND

18   SPEECH; TWO, TREATING PLAINTIFFS DIFFERENTLY BECAUSE OF THE

19   CONTENT OF THEIR SPEECH; THREE, VIOLATING THE FREEDOM OF THE

20   PRESS AS TO KAREN SALVAGE AND CHERRI FOYTLIN ONLY; AND, FOUR,

21   RETALIATING AGAINST PLAINTIFFS FOR THEIR EXERCISE OF FREE

22   SPEECH.

23   THE PLAINTIFFS ALSO CLAIM THAT DEFENDANTS VIOLATED

24   THEIR FOURTH AMENDMENT RIGHTS BY, ONE, UNREASONABLY ARRESTING

25   OR SEIZING THEM; TWO, APPLYING EXCESSIVE FORCE; THREE,

1    FABRICATING AND/OR USING FALSE EVIDENCE AGAINST THEM.

2    PLAINTIFFS SEEK, ONE, COMPENSATORY OR NOMINAL DAMAGES AND,

3    TWO, PUNITIVE DAMAGES.

4            DEFENDANTS ON THE OTHER HAND DENY PLAINTIFFS'

5    ALLEGATIONS AND ALLEGE THAT PLAINTIFFS WERE UNRULY, DISOBEYED

6    SEVERAL LAWFUL ORDERS TO DISPERSE AND WERE A DANGER TO THE

7    PUBLIC.  DEFENDANTS MAINTAIN THAT PLAINTIFFS VIOLATED THE LAW

8    OR AT LEAST THERE WAS PROBABLE CAUSE FOR DEFENDANTS TO BELIEVE

9    THAT PLAINTIFFS VIOLATED THE LAW.

10            DEFENDANTS CLAIM THAT THEY COMMITTED NO

11    CONSTITUTIONAL VIOLATION AND THAT THE INDIVIDUAL OFFICERS

12    ACTED REASONABLY UNDER CLEARLY ESTABLISHED LAW.

13            NOW, MY FIRST QUESTION IS HAS ANYBODY HEARD OF THE

14    EVENTS THAT I JUST DESCRIBED?  AND I SEE ONE HAND RAISED.  I

15    SEE TWO HANDS RAISED; MORE HANDS BEING RAISED.  I SEE MS.

16    MARTIN RAISING HER HAND.  SO IF YOU HEARD ABOUT IT WE WANT TO

17    KNOW ABOUT IT, OKAY.  AND SO WE'RE GOING TO START WITH WHOEVER

18    YOU GET TO FIRST AND THEN WE'LL TAKE IT UP.

19            **MR. SAVOIE:**  RICHARD SAVOIE, JUROR 40.  YEAH, IT WAS

20    ALL OVER THE NEWS.

21            **THE COURT:**  RIGHT.

22            **MR. SAVOIE:**  IF YOU LIVED ANYWHERE IN THE GENERAL

23    AREA YOU HEARD ABOUT IT.

24            **THE COURT:**  YEAH, MR. SAVOIE.  IS WHAT YOU KNOW WHAT

25    YOU SAW ON THE NEWS?  DO YOU KNOW ANYTHING ABOUT WHAT HAPPENED

1  | OTHER THAN WHAT YOU SAW ON THE NEWS?

2  | **MR. SAVOIE:** NO.

3  | **THE COURT:** OKAY. AND IF YOU'LL REMIND US, WHERE

4  | WOULD YOU HAVE SEEN THESE NEWS COUNTS?

5  | **MR. SAVOIE:** I MEAN IT WAS ALL ON THE LOCAL NEWS.

6  | IT WAS ON NATIONAL NEWS. IT WAS EVERYWHERE.

7  | **THE COURT:** YEAH. NOW, WHATEVER YOU SAW, MY

8  | QUESTION TO YOU, MR. SAVOIE, WHICH WOULD BE THE SAME QUESTION

9  | I'VE BEEN ASKING IS WHATEVER YOU SAW ON THE NEWS CAN YOU PUT

10 | THAT ASIDE AND WHATEVER THOUGHTS, IMPRESSIONS, OPINIONS

11 | WHATEVER THAT CAME WITH IT, CAN YOU PUT THAT ASIDE AND DECIDE

12 | THE CASE BASED ON THE EVIDENCE PRESENTED IN THIS COURTROOM AND

13 | THE LAW AS I GIVE IT TO YOU?

14 | **MR. SAVOIE:** YES, SIR.

15 | **THE COURT:** THANK YOU, MR. SAVOIE. THAT'S

16 | MR. BATEMAN, I BELIEVE.

17 | **MR. BATEMAN:** ETHAN BATEMAN, JUROR NUMBER 47. I,

18 | YOU KNOW, LIKE EVERYONE ELSE, I'M PRETTY SURE I SAW IT ON THE

19 | NEWS AND I WATCHED A LOT OF INDEPENDENT JOURNALISTS THAT WERE

20 | COVERING IT LIVE AND I ALSO HAD SOME CLASSMATES WHO WERE

21 | PRESENT AT THE TIME.

22 | **THE COURT:** ALL RIGHT. CLASSMATES IN WHAT CLASS?

23 | **MR. BATEMAN:** I HAD GONE TO HIGH SCHOOL WITH THEM,

24 | BUT I WAS IN COLLEGE AT THE TIME THAT THIS HAPPENED.

25 | **THE COURT:** I SEE. OKAY. MR. BATEMAN, CAN YOU --

1  SO LET ME TELL YOU -- THE UNIVERSE OF INFORMATION YOU HAVE

2  ABOUT THIS CAME FROM THE NEWS ACCOUNTS?

3          **MR. BATEMAN:**  IT CAME FROM THE NEWS ACCOUNTS AND IT

4  CAME FROM MY FRIEND'S SOCIAL MEDIA AS WELL.

5          **THE COURT:**  OKAY.  CAN YOU PUT THOSE THINGS THAT YOU

6  LEARNED FROM THE NEWS AND YOUR FRIENDS, CAN YOU PUT THOSE

7  ASIDE AND DECIDE THIS CASE BASED ON THE EVIDENCE PRESENTED IN

8  THIS COURT AND THE LAW AS I GIVE IT TO YOU?

9          **MR. BATEMAN:**  I'M FAIRLY CERTAIN, YES, SIR.

10         **THE COURT:**  ALL RIGHT.  WHEN YOU SAY, "FAIRLY

11 CERTAIN," THAT MEANS YOU'VE GOT SOME DOUBT?

12         **MR. BATEMAN:**  UM, I MEAN IT DEPENDS ON THE EVIDENCE

13 PRESENTED, WOULDN'T IT?

14         **THE COURT:**  WELL, WHAT I'M ASKING YOU IS CAN YOU PUT

15 THAT OTHER STUFF ASIDE AND DECIDE IT -- REGARDLESS OF WHAT THE

16 EVIDENCE IS CAN YOU DECIDE IT ON THE EVIDENCE?

17         **MR. BATEMAN:**  YES, SIR.

18         **THE COURT:**  THANK YOU, MR. BATEMAN.  OKAY.  WE HAVE

19 A HAND RAISED.

20         **MR. KENNEDY:**  ANDREW KENNEDY, JUROR 44.  ONE OF THE

21 OFFICERS THAT WERE INVOLVED IS A FRIEND OF MY DAUGHTER'S.

22         **THE COURT:**  WAS THAT ONE OF THE DEFENDANTS?

23         **MR. KENNEDY:**  NO, NOT ONE OF THE DEFENDANTS.  ONE OF

24 THE OFFICERS THAT WERE INVOLVED IN THIS CASE.

25         **THE COURT:**  CAN YOU TELL US HIS NAME?  BECAUSE HE

1   MAY BE A WITNESS IN THE CASE.  WE'RE GOING TO GO THROUGH

2   WITNESS'S NAMES IN A MINUTE.

3           **MR. KENNEDY:**  I DON'T REMEMBER HIS NAME.  I DON'T

4   REMEMBER THE EXACT NAME.

5           **THE COURT:**  BUT HE'S A FRIEND OF --

6           **MR. KENNEDY:**  HE'S A FRIEND OF MY DAUGHTERS, YES.

7           **THE COURT:**  DO YOU KNOW HIM WELL?

8           **MR. KENNEDY:**  NO, SIR.

9           **THE COURT:**  CAN YOU PUT THAT CONNECTION ASIDE,

10  MR. KENNEDY?

11          **MR. KENNEDY:**  I DON'T KNOW.  I'M GOING TO BE HONEST.

12  I'M GOING TO TELL YOU I DON'T THINK I CAN.

13          **THE COURT:**  ALL RIGHT.  OKAY.  ALL RIGHT.  THANK

14  YOU, MR. KENNEDY.  I THINK MS. CRAWLEY IS ALSO --

15          **MS. CRAWLEY:**  LADETA CRAWLEY, JUROR 45.  I SAW THE

16  NEWS COVERAGE AND THE NEWSPAPER COVERAGE.

17          **THE COURT:**  YES, MA'AM.  MS. CRAWLEY, I'M GOING TO

18  ASK YOU THE SAME I'VE ASKED THE OTHERS.  IS THERE ANY

19  INFORMATION YOU HAVE ABOUT THIS OTHER THAN WHAT YOU SAW IN THE

20  NEWS ACCOUNTS?

21          **MS. CRAWLEY:**  NO.

22          **THE COURT:**  CAN YOU PUT ASIDE WHATEVER YOU LEARNED

23  IN THE NEWS ACCOUNTS AND JUST SIMPLY DECIDE IT ON THE EVIDENCE

24  PRESENTED IN THIS COURTROOM AND ON THE LAW AS I GIVE IT TO

25  YOU?

1       **MS. CRAWLEY:** YES.

2       **THE COURT:** ALL RIGHT. THANK YOU, MA'AM. WHO ELSE

3 RAISED THEIR HAND? SOME FOLKS IN THE FRONT ROW.

4       **MS. ESTELL:** ODA ESTELL, JUROR NUMBER 4. I DID SEE

5 A LOT OF IT ON THE NEWS. I WATCHED IT. BUT OTHER THAN

6 PERSONAL --

7       **THE COURT:** ALL RIGHT. SO ALL YOUR INFORMATION

8 COMES FROM WHAT YOU SAW ON THE NEWS?

9       **MS. ESTELL:** YES.

10       **THE COURT:** AND, MS. ESTELL, CAN YOU PUT ALL THAT

11 ASIDE AND DECIDE THIS CASE BASED ON THE EVIDENCE PRESENTED --

12       **MS. ESTELL:** YES.

13       **THE COURT:** -- AND THE LAW AS I GIVE IT TO YOU?

14       **MS. ESTELL:** YES.

15       **THE COURT:** THANK YOU, MA'AM. MR. SIMON, DID YOU

16 RAISE YOUR HAND?

17       **MR. SIMON:** YES, SIR. IN ADDITION TO THE NEWS

18 COVERAGE, I HAD A STUDENT THAT ATTENDED CAMELOT COLLEGE WHO

19 WAS THE SISTER OF ALTON STERLING, SO I HAD A LITTLE BIT MORE

20 FAMILIARITY WITH THE SITUATION.

21       **THE COURT:** OKAY. LET ME EXPLAIN TO YOU THAT THIS

22 IS NOT A CASE ABOUT ALTON STERLING.

23       **MR. SIMON:** RIGHT, I UNDERSTAND.

24       **THE COURT:** IT'S A CASE ABOUT THE PROTEST THAT

25 FOLLOWED THE ALTON STERLING KILLING.

1    **MR. SIMON:** RIGHT.

2    **THE COURT:** SO CAN YOU PUT THE INFORMATION THAT YOU

3    HAVE, INDEPENDENT OF THE EVIDENCE THAT WILL BE PRESENTED IN

4    THIS CASE, CAN YOU PUT THAT ASIDE AND DECIDE THIS CASE ON THE

5    EVIDENCE?

6    **MR. SIMON:** YES, SIR.

7    **THE COURT:** THANK YOU, MR. SIMON.  ANY OTHER HANDS

8    RAISED?  OKAY.  THERE ARE NO OTHER HANDS RAISED.

9    NOW, THERE ARE GOING TO BE A NUMBER OF WITNESSES

10   TESTIFYING IN THIS CASE.  AND I'M GOING TO ASK THE LAWYERS

11   FIRST FOR THE PLAINTIFFS AND THEN FOR THE DEFENDANTS -- WELL,

12   LET'S GO AHEAD -- YEAH, FIRST FOR THE PLAINTIFFS AND THEN THE

13   DEFENDANT.  I WANT YOU TO LISTEN CAREFULLY TO THE NAMES THAT

14   ARE MENTIONED, SO THAT IF YOU HAVE SOME PERSONAL CONNECTION OR

15   KNOW WHO THIS PERSON IS YOU CAN RAISE YOUR HAND AND I'LL

16   FOLLOW-UP.

17   MR. ADCOCK, YOU WANT TO DO THAT FOR THE PLAINTIFFS

18   OR MR. MOST.

19   **MR. MOST:** I'M SORRY, WITNESSES, YOUR HONOR?

20   **THE COURT:** YES.  I'M TALKING ABOUT WITNESSES.  AND

21   YOU NEED TO RISE TO ADDRESS THE JURY.

22   **MR. MOST:** THANK YOU.

23   **THE COURT:** IF YOU NEED TO YOU CAN GO TO THE PODIUM.

24   YOU DON'T NEED TO MENTION YOUR PLAINTIFFS AGAIN

25   BECAUSE THOSE HAVE ALREADY BEEN VETTED.  JUST THOSE WHO, IN

1  ADDITION TO THE PLAINTIFFS OR THE DEFENDANTS, ARE GOING TO BE
2  WITNESSES.

3         **MR. MOST:**  INCLUDING OFFICERS, YOUR HONOR?

4         **THE COURT:**  YES, INCLUDING OFFICERS WHO ARE NOT
5  DEFENDANTS.

6         **MR. MOST:**  OKAY.  WITNESSES THAT MAY BE CALLED
7  INCLUDE:  JD LEACH, CHRIS POLITO, MICHAEL BARROW, ORSCINI
8  BEARD, HALLIE BRITT JONES, JONATHAN ABADIE, WILLIE WILLIAMS,
9  ALEX BELL, DAVID WALLACE, MYRON DANIELS, ROBERT PUSINS, LISA
10 BATISTE, MIKE WALKER, KEITH WILSON, BILLY WALKER, III, BILL
11 QUIGLEY, ALISON MCCRARY, HANNAH ADAMS, AND MARY YANIK.

12        **THE COURT:**  ALL RIGHT.  AND I DIDN'T SEE ANY HANDS
13 GO UP AFTER MR. MOST, HIS LIST OF THOSE WITNESSES, SO THE
14 RECORD WILL REFLECT THAT NONE OF OUR POTENTIAL JURORS KNOW ANY
15 OF THOSE WITNESSES OR KNOW OF THEM.

16        NOW, MR. SCOTT, IF YOU WOULD DO THE SAME FOR THE
17 DEFENSE WITNESSES.

18        **MR. SCOTT:**  ALL RIGHT.  THE CITY'S WITNESSES MAY
19 INCLUDE:  ALAINA MANCUSO, THOMAS MORSE, CURTIS WILSON, ALEX
20 BELL, BRANDON BLUST, NICHOLAS COLLINS, JAMES CROCKETT, CARL
21 DABADIE, JASON DOHM, ALAN HAMILTON, EARL LAPERYROUSE, RICHARD
22 MCCLOSKEY, TRAVIS NORMAN, JOE SIMONEAUX, BRYAN TAYLOR, JAMES
23 THOMAS, DERRICK WILLIAMS AND KEITH WILSON.  I DIDN'T REPEAT
24 ANY OF THE OFFICERS FROM THE PLAINTIFFS.

25        **THE COURT:**  ALL RIGHT.  THANK YOU, MR. SCOTT.  AND I

1    DID NOT SEE ANY HANDS RAISED WHEN MR. SCOTT -- I DO SEE A HAND

2    RAISED BY MR. JOFFRION.

3              **MR. JOFFRION:**  BRAD JOFFRION, JUROR NUMBER 30.  DID

4    HE SAY THE CHIEF CARL DABADIE?

5              **THE COURT:**  I THINK CARL DABADIE WAS MENTIONED.

6              **MR. SCOTT:**  YES, SIR.

7              **MR. JOFFRION:**  HE AND I WERE BOTH CHIEFS OF POLICE

8    BEFORE I WAS A CHIEF DEPUTY IN POINTE COUPEE PARISH, THE CHIEF

9    OF POLICE IN LIVONIA FOR FIVE TERMS.

10             **THE COURT:**  SO Y'ALL INTERACTED?

11             **MR. JOFFRION:**  YES, SIR.

12             **THE COURT:**  WOULD THAT ACQUAINTANCE MAKE IT

13   DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN

14   THIS CASE?

15             **MR. JOFFRION:**  NO, SIR.

16             **THE COURT:**  THANK YOU, MR. JOFFRION.  MR. LEBLANC IS

17   RAISING HIS HAND.

18             **MR. LEBLANC:**  MATTHEW LEBLANC, JUROR NUMBER 5.  DID

19   YOU SAY JOSEPH SIMONEAUX?

20             **MR. SCOTT:**  SIMONEAUX.

21             **MR. LEBLANC:**  A FEMALE ABOUT 38, 39 YEARS OLD?

22             **MR. SCOTT:**  MALE.

23             **MR. LEBLANC:**  MALE, OKAY.  NEVER MIND.

24             **THE COURT:**  THANK YOU, MR. LEBLANC.  AND THERE WERE

25   NO OTHER HANDS RAISED.

1          ONE FINAL QUESTION BEFORE WE BREAK FOR LUNCH, FOLKS.

2    DO ANY OF YOU KNOW ME OR HAVE ANY CONNECTION WITH ME OR ANY

3    MEMBERS OF MY STAFF?  AND I'LL JUST REFRESH YOUR MEMORY,

4    MS. GINA RICHARD IS MY COURT REPORTER, KRISTIE CAUSEY IS MY

5    COURTROOM DEPUTY AND DAVID BORGHARDT IS MY LAW CLERK.  ANYBODY

6    HAVE ANY CONNECTION WITH EITHER YOURS TRULY OR MY STAFF?  AND

7    I DO SEE A HAND RAISED.  MS. GRIM.

8          **MS. GRIM:**  TERRILYN GRIM, JUROR 33.  I THINK YOU

9    REPRESENTED MY MOM YEARS AGO.  BARBARA PRICE.

10         **THE COURT:**  SURE DID.  SURE DID.  THANK YOU,

11   MS. GRIM.  AND HOW IS SHE DOING?  IS SHE STILL ALIVE?

12         **MS. GRIM:**  MY MAMA PASSED 11 MONTHS AGO.

13         **THE COURT:**  I'M SORRY TO HEAR THAT.  YOU'VE TOLD ME

14   SOME OF THE PROBLEMS SOME OF THESE OTHER ISSUES CAUSED FOR

15   YOU, DOES THAT CAUSE YOU ANY PROBLEM TO BE A FAIR JUROR IN

16   THIS CASE?

17         **MS. GRIM:**  I DON'T THINK I CAN DO IT.

18         **THE COURT:**  I UNDERSTAND.  THANK YOU, MA'AM.

19         OKAY.  WITH THAT, FOLKS, WE'RE GOING TO BREAK FOR

20   LUNCH.  NOW WHAT'S GOING TO HAPPEN -- WAIT.  MR. JOFFRION IS

21   RAISING HIS HAND.

22         **MR. JOFFRION:**  I HATE TO KEEP STANDING UP, YOUR

23   HONOR, BUT YOU SAID YOUR STAFF TOO?

24         **THE COURT:**  I'M SORRY?

25         **MR. JOFFRION:**  FAMILIAR WITH YOUR STAFF ALSO YOU

1 | SAID?

2 | **THE COURT:**  YES.

3 | **MR. JOFFRION:**  MS. KRISTIE WAS FROM LIVONIA.  SHE

4 | WAS BORN AND RAISED IN LIVONIA.

5 | **THE COURT:**  ALL RIGHT.  SO YOU KNOW HER FROM

6 | LIVONIA?

7 | **MR. JOFFRION:**  YES, SIR.

8 | **THE COURT:**  ALL RIGHT.  ANYTHING ABOUT THAT

9 | CONNECTION THAT WOULD MAKE IT HARD FOR YOU TO BE FAIR TO BOTH

10 | SIDES?

11 | **MR. JOFFRION:**  NO, SIR.

12 | **THE COURT:**  ALL RIGHT.  THANK YOU.  WE'RE GOING TO

13 | BREAK FOR LUNCH.  IT'S NOW 12:04, SO WE'RE GOING TO COME BACK

14 | AT 1:20, OKAY, THAT'S AN HOUR AND 15 MINUTES.  PLEASE BE BACK

15 | ON TIME.  SIT IN THE SEAT THAT YOU ARE IN.

16 | ALSO, WHEN YOU GO TO LUNCH YOU'RE GOING TO PROBABLY

17 | CALL YOUR FAMILY OR FRIENDS OR TALK TO PEOPLE THAT YOU KNOW,

18 | MAYBE TALK TO FOLKS THAT YOU'RE MEETING HERE ON THE JURY

19 | PANEL.  AGAIN, I STRESS TO YOU, YOU CAN TALK ABOUT THE

20 | WEATHER, WHICH IS HORRIBLE, YOU CAN TALK ABOUT EVERYTHING ELSE

21 | BUT WHAT'S GOING ON IN THIS COURT.  I DON'T WANT YOU TALKING

22 | ABOUT THE PROTEST.  I DON'T WANT YOU TALKING ABOUT ANY OF THAT

23 | STUFF, OKAY, VERY, VERY, VERY IMPORTANT.  AND THAT INCLUDES

24 | NOT DOING ANY KIND OF INTERNET SEARCHES OR INTERNET RESEARCH

25 | OR ANY ELECTRONIC COMMUNICATIONS WHATSOEVER.

1    WITH THAT, FOLKS, WE'RE GOING TO BREAK FOR LUNCH,

2    PLEASE BE BACK AT 1:20.

3    ALL RISE FOR THE JURY.

4    *(WHEREUPON, THE JURY VOIR NOIR EXITED THE COURTROOM)*

5    **THE COURT:**  Y'ALL CAN BE SEATED.  I JUST WANT TO

6    MAKE SURE, ARE THERE ANY LOOSE ENDS, PROBLEMS, THINGS WE NEED

7    TO TAKE UP BEFORE WE BREAK FOR LUNCH OURSELVES FROM THE

8    PLAINTIFFS?

9    **MR. MOST:**  NOT FROM PLAINTIFFS, YOUR HONOR.

10   **THE COURT:**  ALL RIGHT.  FROM DEFENDANTS?

11   **MR. SCOTT:**  NOT THAT I KNOW OF, YOUR HONOR.

12   **THE COURT:**  ALL RIGHT.  WELL, IF YOU FIGURE IT OUT

13   LET US KNOW.  WE'LL SEE Y'ALL AT 1:20.

14   *(WHEREUPON COURT WAS RECESSED UNTIL 1:20 AND THE PROCEEDINGS*

15   *RESUMED)*

16   **THE COURT:**  YOU MAY BE SEATED.

17   ALL RIGHT, FOLKS.  WE'RE GOING TO CONTINUE WITH THE

18   QUESTIONING.

19   AND MY FIRST QUESTION IS THIS:  SOME OF THE PARTIES

20   IN THIS CASE ARE WHITE.  SOME OF THE PARTIES IN THIS CASE ARE

21   BLACK.  SOME OF THE WITNESSES ARE WHITE.  SOME OF THE

22   WITNESSES ARE BLACK.  I'M GOING TO INSTRUCT YOU NOW AND I'LL

23   INSTRUCT YOU AT THE END OF THE CASE THAT ALL PERSONS STAND

24   EQUALLY BEFORE THE LAW AND ARE TO BE DEALT WITH AS EQUALS IN A

25   COURT OF JUSTICE.  IS THERE ANYBODY THAT FEELS THAT THEY'RE

1  GOING TO HAVE SOME PROBLEM ABIDING BY THAT INSTRUCTION?  AND

2  THERE ARE NO HANDS RAISED.

3          SIMILARLY, ONE OF THE PARTIES IN THIS CASE IS A

4  MUNICIPALITY, SOME ARE CURRENT OR FORMER POLICE OFFICERS AND

5  MANY ARE PRIVATE INDIVIDUALS.  AGAIN, ALL PARTIES, WHETHER A

6  GOVERNMENTAL BODY, A POLICE OFFICER OR A PRIVATE INDIVIDUAL,

7  THEY'RE CONSIDERED EQUALS BEFORE THE LAW AND MUST BE TREATED

8  AS EQUALS IN A COURT OF JUSTICE.  DOES ANYONE HAVE AN ISSUE

9  WITH THAT?

10         YOU ARE REQUIRED TO EVALUATE THE TESTIMONY OF A LAW

11  ENFORCEMENT OFFICER AS YOU WOULD THE TESTIMONY OF ANY OTHER

12  WITNESS.  NO SPECIAL WEIGHT IS TO BE GIVEN TO HIS OR HER

13  TESTIMONY SIMPLY BECAUSE HE OR SHE IS A LAW ENFORCEMENT

14  OFFICER.  ANYBODY THINK THEY'LL HAVE A PROBLEM FOLLOWING THAT

15  DIRECTION OR INSTRUCTION?  AND THERE ARE NO HANDS RAISED.

16         IF YOU ARE SELECTED IN THIS CASE AS A JUROR YOU WILL

17  BE REQUIRED TO PUT ASIDE ANY FEELINGS OF PASSION, PREJUDICE

18  AND DECIDE THIS CASE ONLY ON THE EVIDENCE INTRODUCED DURING

19  THE TRIAL AND BASED ON THE INSTRUCTIONS THAT I WILL GIVE YOU

20  AT THE END OF THE CASE CONCERNING THE LAW.  DO ANY OF YOU FEEL

21  YOU'LL HAVE SOME PROBLEM FOLLOWING THAT DIRECTION OR

22  INSTRUCTION?  AND THERE ARE NO HANDS RAISED.

23         IF YOU'RE SELECTED AS A JUROR, I WILL INSTRUCT YOU

24  AT THE BEGINNING OF THE CASE AND AGAIN AT THE END OF THE CASE

25  THAT YOU MUST DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE

1   THAT'S PRESENTED HERE IN THE FOUR CORNERS OF THIS COURTROOM.

2   THAT MEANS THAT YOU MUST NOT CONDUCT ANY INDEPENDENT RESEARCH

3   ABOUT THE CASE, THE MATTERS IN THIS CASE, THE INDIVIDUALS, THE

4   CITY/PARISH, ANY DEFENDANT, PLAINTIFF.  IN OTHER WORDS, YOU

5   SHOULD NOT CONSULT DICTIONARIES, REFERENCE MATERIALS, SEARCH

6   THE INTERNET, WEBSITES, BLOGS OR USED ANY OTHER ELECTRONIC

7   TOOLS TO OBTAIN INFORMATION ABOUT THIS CASE TO HELP YOU DECIDE

8   THE CASE.  I EXPLAINED THE REASON WHY AT LENGTH EARLIER.  DOES

9   ANYBODY FEEL LIKE THEY'RE GOING TO HAVE A PROBLEM FOLLOWING

10  THAT INSTRUCTION?  AND THERE ARE NO HANDS RAISED.

11       IF YOU BECOME A JUROR AND YOU SEE ANOTHER JUROR

12  VIOLATING MY INSTRUCTIONS, IT IS INCUMBENT UPON YOU TO LET THE

13  COURT SECURITY OFFICER KNOW SO THE COURT SECURITY OFFICER CAN

14  BRING THAT TO MY ATTENTION AS A MISTRIAL MIGHT RESULT.  IS

15  ANYBODY NOT WILLING TO FOLLOW THAT INSTRUCTION?  THERE ARE NO

16  HANDS RAISED.

17       HAS ANYONE ON THIS JURY PANEL EVER BEEN A PARTY TO A

18  LAWSUIT, EITHER AS THE PLAINTIFF, THAT'S THE PERSON WHO BRINGS

19  THE CASE OR THE DEFENDANT, THAT'S THE PARTY AGAINST WHOM A

20  CASE IS BROUGHT?  ANYBODY EVER BEEN INVOLVED IN A LAWSUIT AS A

21  PLAINTIFF OR A DEFENDANT?  ALL RIGHT.  WE HAVE ONE IN THE

22  BACK.  THAT'S MR. VANMETRE.  YES, SIR.  TELL ME ABOUT IT.

23       **MR. VANMETRE:**  MY WIFE AND I BROUGHT A SUIT AGAINST

24  A HOSPITAL.

25       **THE COURT:**  WAS IT A MALPRACTICE CASE?

1    **MR. VANMETRE:**  IT WAS.

2           **THE COURT:**  AND WAS IT -- DID IT GO TO COURT OR WAS

3    IT RESOLVED OUTSIDE OF COURT?

4           **MR. VANMETRE:**  ABOUT A MONTH BEFORE THE COURT DATE

5    IT --

6           **THE COURT:**  IT SETTLED?

7           **MR. VANMETRE:**  RIGHT.

8           **THE COURT:**  WAS IT SETTLED TO YOUR SATISFACTION?

9           **MR. VANMETRE:**  YES, SIR.

10          **THE COURT:**  ANYTHING ABOUT THAT CASE THAT WOULD MAKE

11   IT HARD FOR YOU TO BE FAIR TO BOTH SIDES IN THIS CASE?

12          **MR. VANMETRE:**  DOES GERRY SPENCE COACHING, DOES THAT

13   COUNT?

14          **THE COURT:**  I'M SORRY?

15          **MR. VANMETRE:**  GERRY SPENCE COACHING, DOES THAT

16   COUNT?

17          **THE COURT:**  I'M NOT FOLLOWING YOU.

18          **MR. VANMETRE:**  WE WENT THROUGH THE TRIAL PREPARATION

19   WHICH INVOLVES METHODS FROM AN ATTORNEY CALLED GERRY SPENCE.

20          **THE COURT:**  OH, GERRY SPENCE.

21          **MR. VANMETRE:**  YEAH.

22          **THE COURT:**  I SEE.  OKAY.  I DIDN'T UNDERSTAND GERRY

23   SPENCE.  I DON'T SEE WHAT THAT HAS TO DO WITH ANYTHING, BUT

24   YOU TELL ME, WHETHER THAT HAS ANY BEARING ON YOUR ABILITY TO

25   BE FAIR.

1    **MR. VANMETRE:**  I DON'T THINK SO.

2         **THE COURT:**  ALL RIGHT.  THANK YOU, MR. VANMETRE.

3    ANYBODY ELSE IN A LAWSUIT EITHER AS A PLAINTIFF OR PARTY

4    DEFENDANT?  AND THERE ARE NO HANDS RAISED.

5         HAVE ANY OF YOU EVER SERVED ON A JURY EITHER IN THIS

6    COURT, FEDERAL COURT, IN STATE COURT, AND THAT COULD BE IN

7    BATON ROUGE, IT COULD BE ASCENSION, IT COULD BE IN ANOTHER

8    STATE, SERVED AS A MEMBER OF A JURY IN ANY OTHER PLACE OR IN

9    THIS PLACE?  AND WE HAVE SOME HANDS RAISED.  YES, MA'AM,

10   MS. MARTIN.

11        **MS. MARTIN:**  YES.  JASSONI MARTIN, JUROR NUMBER 15.

12   I DON'T REMEMBER IF IT WAS A STATE OR FEDERAL CASE, BUT IT WAS

13   IN TEXAS IN 2016.

14        **THE COURT:**  ALL RIGHT.  WHAT WAS THE CASE ABOUT?

15        **MS. MARTIN:**  IT WAS A DUI.

16        **THE COURT:**  WERE YOU THE FOREPERSON OF THE JURY?

17        **MS. MARTIN:**  I WAS NOT.

18        **THE COURT:**  WHAT WAS THE VERDICT; WAS IT GUILTY OR

19   NOT GUILTY?

20        **MS. MARTIN:**  IT WAS GUILTY.

21        **THE COURT:**  ALL RIGHT.  THANK YOU, MS. MARTIN.  WHO

22   ELSE SERVED ON A JURY?  MR. SIMON RAISED HIS HAND.

23        **MR. SIMON:**  ABOUT 20 YEARS AGO I WAS ACTUALLY

24   SELECTED AS THE FOREPERSON, BUT AS THE CASE WAS GOING TO START

25   A WITNESS CAME AND I WAS RELEASED BECAUSE I WAS FAMILIAR WITH

1 HER.

2      **THE COURT:**  OH, I SEE.  OKAY.  SO YOU NEVER DID GET

3 TO PARTICIPATE IN THE RENDERING OF A VERDICT?

4      **MR. SIMON:**  NO, SIR.

5      **THE COURT:**  WHAT KIND OF CASE WAS IT?

6      **MR. SIMON:**  IT WAS A MURDER TRIAL.

7      **THE COURT:**  THANK YOU, MR. SIMON.  WE HAVE SOME

8 HANDS RAISED OUT IN THE AUDIENCE THERE.

9      **MR. KEMP:**  I WAS ON A GRAND JURY IN WEST BATON ROUGE

10 PARISH ABOUT TWO YEARS AGO.

11      **THE COURT:**  ALL RIGHT, MR. KEMP.  AND WERE YOU THE

12 FOREPERSON OF THE GRAND JURY?

13      **MR. KEMP:**  YES.

14      **THE COURT:**  WERE MORE THAN ONE CASE CONSIDERED?

15      **MR. KEMP:**  YES.

16      **THE COURT:**  AND WERE THERE SOME INDICTMENTS

17 RENDERED?

18      **MR. KEMP:**  YES.

19      **THE COURT:**  WERE THERE ANY NO TRUE BILLS RENDERED?

20      **MR. KEMP:**  YES.

21      **THE COURT:**  OKAY.  THANK YOU, MR. KEMP.  ALL RIGHT,

22 MR. BISHOP.

23      **MR. BISHOP:**  I WAS THE FOREMAN OF THE JURY IN AN

24 ARMED ROBBERY TRIAL IN THE 23RD JUDICIAL DISTRICT ABOUT MAYBE

25 15 YEARS AGO.

1          **THE COURT:**  HOW LONG AGO WAS THAT?

2          **MR. BISHOP:**  MAYBE ABOUT 15 YEARS AGO.  I DON'T KNOW

3    EXACTLY.

4          **THE COURT:**  ALL RIGHT.  WHAT WAS THE VERDICT?

5          **MR. BISHOP:**  GUILTY.

6          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. BISHOP.  THIS

7    IS MS. TILLMAN, I BELIEVE.  YEAH.

8          **MS. TILLMAN:**  WELL, I SERVED IN WEST BATON ROUGE

9    PARISH AS A JUROR IN '89, AND I ALSO SERVED OVER HERE IN THE

10   '90S IN FEDERAL AS A JUROR.

11         **THE COURT:**  LET'S TALK ABOUT THE ONE IN 1989; WHERE

12   WAS THAT?

13         **MS. TILLMAN:**  OVER IN WEST BATON ROUGE PARISH.

14         **THE COURT:**  ALL RIGHT.  AND WAS IT A CRIMINAL OR A

15   CIVIL CASE?

16         **MS. TILLMAN:**  CIVIL COURT.

17         **THE COURT:**  AND WERE YOU THE FOREPERSON OF THE JURY?

18         **MS. TILLMAN:**  NO.

19         **THE COURT:**  WAS IT -- TELL ME ABOUT THE CASE.  WAS

20   IT LIKE AN AUTO CASE?

21         **MS. TILLMAN:**  THE CASE WAS A LAWSUIT.

22         **THE COURT:**  OKAY.  AND WHO WAS THE VERDICT FOR?

23         **MS. TILLMAN:**  THE VERDICT WAS FOR LIKE, I THINK IT

24   WAS FOR THE PLAINTIFF.

25         **THE COURT:**  OKAY.  ALL RIGHT.  THANK YOU,

1  MS. TILLMAN.  NOW, TELL ME ABOUT THE OTHER CASE.

2          **MS. TILLMAN:**  THE OTHER CASE WAS OVER HERE.  IT WAS

3  ALSO A LAWSUIT.  IT WAS FOR THE PLAINTIFF.

4          **THE COURT:**  ALL RIGHT.  WERE YOU THE FOREPERSON OF

5  THAT JURY?

6          **MS. TILLMAN:**  NO.

7          **THE COURT:**  OKAY.  THANK YOU, MS. TILLMAN.  ANYBODY

8  ELSE SERVE ON ANY KIND OF JURY ANYWHERE?  MS. WILLIAMS.

9          **MS. WILLIAMS:**  CRIMINAL.

10          **THE COURT:**  AND WHERE WAS IT?

11          **MS. WILLIAMS:**  EAST BATON ROUGE.

12          **THE COURT:**  WAS IT HERE IN BATON ROUGE?

13          **MS. WILLIAMS:**  YES.

14          **THE COURT:**  WAS IT IN STATE COURT OR IN THIS

15  COURTHOUSE?

16          **MS. WILLIAMS:**  STATE COURT.

17          **THE COURT:**  WERE YOU THE FOREPERSON OF THE JURY?

18          **MS. WILLIAMS:**  YES.

19          **THE COURT:**  WHAT WAS THE VERDICT?

20          **MS. WILLIAMS:**  GUILTY.

21          **THE COURT:**  THANK YOU, MS. WILLIAMS.  ANYBODY ELSE?

22  YES, MA'AM.

23          **MS. CRAWLEY:**  LADETA CRAWLEY, JUROR 45.  I WAS IN A

24  COURT CASE, A PERSON VERSUS STATE FARM, AND SO IN THE END

25  THERE WAS FAULT ASSIGNED BOTH WAYS, THAT'S HOW THE VERDICT

1   ENDED UP.

2          **THE COURT:**  ALL RIGHT.  AND WERE YOU THE FOREPERSON

3   OF THAT JURY?

4          **MS. CRAWLEY:**  I WAS NOT.

5          **THE COURT:**  WHERE WAS THAT CASE?

6          **MS. CRAWLEY:**  EAST BATON ROUGE.  RIGHT DOWNTOWN.

7          **THE COURT:**  OKAY.  THANK YOU, MS. CRAWLEY.  ANYBODY

8   ELSE?  DO ANY OF YOU BELIEVE THAT JUST BECAUSE A PERSON BRINGS

9   A LAWSUIT AND IS IN COURT ASKING FOR DAMAGES THAT HE MUST BE

10  ENTITLED TO SOMETHING OR ELSE HE WOULD NOT BE HERE?  ANYBODY

11  BELIEVE THAT?  THERE ARE NO HANDS RAISED.

12         IS THERE ANY REASON WHY YOU WOULD NOT BE ABLE TO

13  AWARD MONEY DAMAGES AGAINST THE CITY/PARISH AND THE INDIVIDUAL

14  DEFENDANTS WHO ARE CURRENT AND FORMER BATON ROUGE CITY POLICE

15  OFFICERS IF THE PLAINTIFFS CARRIED THEIR BURDEN OF PROOF THAT

16  THEY ARE ENTITLED TO DAMAGES?  AND THERE ARE NO HANDS RAISED.

17         IS THERE ANY REASON WHY YOU WOULD NOT BE ABLE TO

18  RULE FOR THE CITY OF BATON ROUGE AND THE INDIVIDUAL DEFENDANTS

19  IF THE PLAINTIFFS ARE UNABLE TO CARRY THEIR BURDEN OF PROOF

20  THAT THEY ARE ENTITLED TO DAMAGES?  AND THERE ARE NO HANDS

21  RAISED.

22         NOW, I KNOW THAT MANY OF YOU LIKE LAWYER SHOWS, LIKE

23  LAW AND ORDER, AND COURTROOM SHOWS, TRUE CRIME SHOWS, AND I

24  MUST TELL YOU I'M ADDICTED TO THOSE MYSELF, OKAY?  I LIKE THEM

25  MYSELF.  BUT HAVING SAID THAT, THERE ARE A LOT OF THINGS THAT

1    ARE DIFFERENT ON TV SHOWS THAN IN REAL LIFE AND IN THIS

2    COURTROOM, SO I'M GOING TO ASK YOU TO PUT ASIDE ANY NOTIONS OF

3    THE LAW OR HOW THE LAW SHOULD BE OR HOW THE LAW WORKS BASED ON

4    ANYTHING YOU'VE SEEN ON TV AND JUST FOLLOW THE DIRECTIONS THAT

5    THE COURT GIVES YOU IN THIS CASE.  DOES ANYBODY THINK THEY'LL

6    HAVE A PROBLEM DOING THAT?  THERE ARE NO HANDS RAISED.

7              SOME OF YOU SAID YOU SERVED ON CRIMINAL JURIES AND

8    SOME OF YOU SAID YOU SERVED ON CIVIL JURIES AND AN EXAMPLE OF

9    WHAT I'M TALKING ABOUT IS THAT THIS IS NOT A CRIMINAL CASE.

10   NOBODY IS GOING TO JAIL.  THIS IS NOT CHARGED WITH A CRIME.

11   IT'S A CIVIL CASE.  IN A CRIMINAL CASE THE BURDEN OF PROOF

12   THAT THE PROSECUTION MUST PROVE IN ORDER TO GET A CONVICTION

13   IS CALLED BEYOND A REASONABLE DOUBT, AND IF YOU WATCH LAW AND

14   ORDER YOU'VE PROBABLY HEARD THAT A MILLION TIMES.  THAT'S NOT

15   THE BURDEN IN A CIVIL CASE.

16             IN A CIVIL CASE THE PLAINTIFF MUST PROVE ITS CASE.

17   THE PLAINTIFFS HAVE THE BURDEN OF PROOF, BUT THEY MUST PROVE

18   IT BY WHAT'S CALLED A PREPONDERANCE OF THE EVIDENCE.  SO TO

19   USE AN EXAMPLE, IN A CRIMINAL CASE IF YOU HAVE THE SCALES OF

20   JUSTICE, AT THE END OF THE CASE THE PROSECUTION MUST PROVE ITS

21   CASE LIKE THIS.  IT'S A BIG BURDEN.  IT'S A HEAVY BURDEN.  IN

22   A CIVIL CASE IF AT THE END OF THE CASE THE SCALES ARE EVENLY

23   BALANCED PLAINTIFF LOSES, BUT IF THE PLAINTIFF TIPS THE

24   BALANCE EVEN SLIGHTLY IN THEIR FAVOR THEY WIN.

25             DOES ANYBODY UNDERSTAND -- OR NOT UNDERSTAND THE

1  BURDEN OF PROOF IN A CIVIL CASE THAT I'VE JUST GIVEN?  THERE

2  ARE NO HANDS RAISED.  NOW, HAS ANYBODY -- I'M SORRY.  YES,

3  MS. BATEMAN?

4          **MS. BATEMAN:**  SO DOES THAT MEAN THAT ONLY THE

5  PLAINTIFF HAS TO PROVE OR DOES THAT MEAN THAT WE ARE EXPECTING

6  EVIDENCE FROM THE CITY AS WELL?

7          **THE COURT:**  OH, YOU WILL GET EVIDENCE FROM BOTH

8  SIDES IN THIS CASE.

9          **MS. BATEMAN:**  OKAY.

10          **THE COURT:**  AND WHAT WILL HAPPEN, AT THE END OF THIS

11  CASE YOU'LL GO BACK TO THE JURY ROOM AND YOU'LL CONSIDER ALL

12  OF THE EVIDENCE.  SO WHEN YOU CONSIDER THE EVIDENCE, AGAIN, IF

13  THE SCALES ARE BALANCED IN FAVOR OF THE CITY, OR IF THEY'RE

14  EVENLY BALANCED, DEFENDANTS WIN.  IF THE SCALES ARE TIPPED IN

15  FAVOR OF THE PLAINTIFFS WHEN YOU WEIGH ALL OF THE EVIDENCE,

16  THEN THE PLAINTIFFS WIN.  AND THE POINT I'M MAKING IS IT'S NOT

17  LIKE A CRIMINAL CASE.

18          **MS. BATEMAN:**  GOTCHA.  THANK YOU, SIR.

19          **THE COURT:**  ANYBODY HAVE ANY PROBLEM WITH APPLYING

20  THAT RULE OF LAW?  NO HANDS ARE RAISED.

21          HAVE ANY OF YOU EVER BEEN THE VICTIM OF A CRIME AND

22  IF SO PLEASE RAISE YOUR HAND AND I'LL HAVE A FOLLOW-UP

23  QUESTION OR TWO.  MS. BATEMAN DOES RAISE HER HAND.

24          **MS. BATEMAN:**  LOOTING AFTER THE 2016 FLOOD.

25          **THE COURT:**  OKAY.  AND WHAT HAPPENED?

1          **MS. BATEMAN:**  OUR HOUSE WAS ABANDONED BECAUSE IT

2    FLOODED.  MY BELONGINGS AS WELL AS SOME FROM MY ROOMMATES WERE

3    TAKEN AND WE DID FILE CHARGES, BUT THEY NEVER FOUND THE

4    PERSON.

5          **THE COURT:**  OKAY.  SO NO ONE WAS EVER ARRESTED?

6          **MS. BATEMAN:**  CORRECT.

7          **THE COURT:**  ANYTHING ABOUT THAT EXPERIENCE THAT

8    WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR IN THIS CASE?

9          **MS. BATEMAN:**  NO, SIR.

10          **THE COURT:**  THANK YOU, MS. BATEMAN.  ANYBODY ELSE?

11    YES, SIR, MR. VANMETRE.

12          **MR. VANMETRE:**  TWENTY-SEVEN, VANMETRE.  MY APARTMENT

13    WAS ONCE BURGLARIZED.

14          **THE COURT:**  HOW LONG AGO WAS THAT?

15          **MR. VANMETRE:**  ABOUT 20 YEARS.

16          **THE COURT:**  DID THEY EVER ARREST ANYBODY?

17          **MR. VANMETRE:**  NO, SIR.

18          **THE COURT:**  ANYTHING ABOUT THAT EXPERIENCE THAT

19    WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR TO BOTH SIDES?

20          **MR. VANMETRE:**  NO, SIR.

21          **THE COURT:**  ALL RIGHT.  THANK YOU.  WE DO HAVE A

22    HAND RAISED IN THE BACK.  MS. CRAWLEY.

23          **MS. CRAWLEY:**  I GUESS ABOUT 20 YEARS AGO I HAD AN

24    AUTO THEFT FROM MY HOME, BUT MY MOST RECENT EXPERIENCE WAS

25    AFTER THE FLOOD OF 2016 WHEN SOMEONE BROKE IN THE HOUSE AND

1    STOLE SOME OF THE THINGS OUT OF MY HOUSE.

2           **THE COURT:**  IN EITHER CASE WERE THEY ABLE TO FIND

3    THE PERSON THAT DID IT AND PROSECUTE THEM?

4           **MS. CRAWLEY:**  NO, THEY DID NOT.

5           **THE COURT:**  ALL RIGHT.  ANYTHING ABOUT EITHER OF

6    THOSE EXPERIENCES THAT WOULD MAKE IT DIFFICULT FOR YOU TO BE

7    FAIR TO BOTH SIDES?

8           **MS. CRAWLEY:**  NO.

9           **THE COURT:**  THANK YOU, MS. CRAWLEY.  I DON'T BELIEVE

10   THERE ARE ANY OTHER HANDS RAISED.

11          IF YOU ARE SELECTED AS A MEMBER OF THE JURY YOU WILL

12   BE REQUIRED TO APPLY THE LAW AS I GIVE IT TO YOU EVEN IF YOU

13   DON'T AGREE WITH IT.  DOES ANYBODY HAVE ANY ISSUE WITH THAT?

14   THERE ARE NO HANDS RAISED.

15          FOR THOSE OF YOU WHO EARLIER ANSWERED THAT YOU HAD

16   FAMILY MEMBERS WHO WERE IN LAW ENFORCEMENT OR IN LAW

17   ENFORCEMENT YOURSELF, ARE YOU AWARE OF ANY CLAIMS MADE AGAINST

18   YOUR FAMILY MEMBER OR IF IT'S YOU, LIKE I KNOW MR. JOFFRION IS

19   A CHIEF DEPUTY, ANY CLAIMS FOR A CONSTITUTIONAL VIOLATION MADE

20   AGAINST YOU?  I DON'T WANT TO GET INTO THE PARTICULARS OF IT.

21   I'M JUST ASKING YOU NOW WHETHER YOU HAVE EVER BEEN THE

22   SUBJECT, OR YOUR FAMILY MEMBER WHO IS IN A LAW ENFORCEMENT

23   AGENCY, EVER HAD A CLAIM OF SOME KIND OF CONSTITUTIONAL

24   VIOLATION MADE AGAINST THEM?  AND THERE ARE NO HANDS RAISED.

25          DO ANY OF YOU HAVE STRONG FEELINGS, WHETHER THOSE

1  STRONG FEELINGS ARE GOOD FEELINGS OR BAD FEELINGS, ABOUT LAW

2  ENFORCEMENT?  AND THERE ARE NO HANDS RAISED.

3          HAS ANYONE HERE HAD A PARTICULARLY BAD EXPERIENCE OR

4  A PARTICULARLY GOOD EXPERIENCE WITH LAW ENFORCEMENT?  AND

5  THERE ARE NO HANDS RAISED.

6          HAS ANYBODY HAD A PARTICULARLY BAD EXPERIENCE OR

7  GOOD EXPERIENCE WITH EITHER THE BATON ROUGE CITY POLICE OR THE

8  CITY OF BATON ROUGE ON ANY SCORE FOR ANY REASON?  AND THERE

9  ARE NO HANDS RAISED.

10         WOULD ANY OF YOU HAVE ANY RESERVATIONS WHATSOEVER IN

11  PUBLICLY STATING THAT A POLICE OFFICER ACTED WRONGLY AND

12  VIOLATED AN INDIVIDUAL'S RIGHTS IF THAT'S WHAT THE EVIDENCE

13  PROVED?  THERE ARE NO HANDS RAISED.

14         ON THE OTHER HAND, WOULD ANY OF YOU HAVE ANY

15  RESERVATIONS WHATSOEVER IN PUBLICLY STATING THAT A POLICE

16  OFFICER DID NOT ACT WRONGLY AND DID NOT VIOLATE AN

17  INDIVIDUAL'S RIGHTS IF THAT'S WHAT THE EVIDENCE PROVED?  AND

18  THERE ARE NO HANDS RAISED.

19         DOES ANYONE HAVE STRONG FEELINGS, GOOD OR BAD, ABOUT

20  A CITIZEN'S RIGHT TO PROTEST WHEN HE OR SHE BELIEVES IS SOME

21  KIND OF INJUSTICE?  THERE ARE NO HANDS RAISED.

22         HAVE ANY OF YOU EVER ATTENDED A PROTEST OF SOME

23  KIND?  YES, SIR.  LET'S GO BACK TO MR. BATEMAN, JUROR NUMBER

24  47.  YES, SIR, TELL ME ABOUT IT.

25         **MR. BATEMAN:**  I PROTESTED AGAINST THE VIOLATION OF

1    HUMAN RIGHTS IN TIBET IN NEW YORK.

2          **THE COURT:**  ALL RIGHT.  HOW LONG AGO WAS THAT?

3          **MR. BATEMAN:**  ABOUT FOUR YEARS AGO.

4          **THE COURT:**  ANYTHING ABOUT THAT EXPERIENCE,

5    MR. BATEMAN, THAT WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR

6    AND IMPARTIAL TO BOTH SIDES IN THIS CASE?

7          **MR. BATEMAN:**  NO, SIR.

8          **THE COURT:**  ALL RIGHT.  THANK YOU.  THIS CASE IS

9    WHAT'S CALLED A NONSEQUESTERED TRIAL.  THAT MEANS THAT

10   EVERYDAY WE'LL START AT 9:00.  WE'LL STOP AT 5:00.  THERE WILL

11   BE AN HOUR AND 15 MINUTE LUNCH.  WE'LL TAKE A BREAK IN THE

12   MORNING, A BREAK IN THE AFTERNOON AND A BREAK MORE OFTEN IF

13   ANYBODY NEEDS IT FOR WHATEVER REASON.

14          THE CASE IS EXPECTED TO LAST AT LEAST TWO WEEKS AND

15   POSSIBLY GO INTO THE THIRD WEEK.  AND IF YOU'RE SELECTED ON

16   THE JURY WE'LL START PROMPTLY AT 9:00 TOMORROW MORNING.  I'VE

17   ASKED EVERYBODY -- I'VE BEEN ASKING QUESTIONS SINCE 9:00 THIS

18   MORNING AND IT'S 1:45.  I'VE ASKED A LOT OF QUESTIONS OF

19   EVERYBODY.  MY QUESTION TO YOU NOW, IS THERE SOMETHING THAT I

20   HAVEN'T ASKED YOU THAT I OUGHT TO KNOW ABOUT YOUR ABILITY TO

21   SERVE AS A FAIR AND IMPARTIAL JUROR IN THIS CASE?  YES, MA'AM.

22   THAT'S MS. PURPERA, NUMBER 3 -- I'M SORRY, NUMBER 11.

23          **MS. PURPERA:**  I HAVE A CHRONIC PAIN CONDITION THAT

24   MAKES IT HARD TO REMEMBER FACTS AND SUCH, AND I DON'T KNOW IF

25   THE LETTERS GOT IN STATING THAT, IF IT'S ANYWHERE -- IF IT'S

1   RELEVANT.  I MAY NOT REMEMBER THINGS.

2            **THE COURT:**  AND THIS IS A CONDITION THAT YOU HAVE?

3            **MS. PURPERA:**  YES, SIR.

4            **THE COURT:**  OKAY, MS. PURPERA.  THANK YOU VERY MUCH

5   FOR BRINGING THAT TO OUR ATTENTION.  I HAVE NO IDEA WHETHER

6   OUR JURY COORDINATOR HAD BROUGHT THAT TO -- SHE DIDN'T BRING

7   IT TO MY ATTENTION, SO THANK YOU FOR LETTING ME KNOW THAT.

8   YES, SIR.  ANYBODY ELSE?

9            OKAY.  SO WHAT WE'RE GOING TO DO, FOLKS, IS I'M

10  GOING TO GO TO THE HEADSETS SO THAT THE LAWYERS CAN TELL ME

11  WHETHER THEY WANT ME TO FOLLOW-UP WITH YOU ON ANY QUESTIONS

12  THAT EITHER I DIDN'T ASK WELL ENOUGH OR DIDN'T ASK ENOUGH

13  ABOUT, SO IF Y'ALL WILL JUST BE PATIENT WITH US I'M GOING TO

14  ASK THE LAWYERS TO GO TO THE HEADSETS.

15  *(WHEREUPON, THE FOLLOWING MATTER WAS HELD VIA THE HEADSETS)*

16           **THE COURT:**  LET'S START WITH THE PLAINTIFFS.

17           **MR. ADCOCK:**  JUDGE, I THINK WE'RE GOING TO KIND OF

18  DO THIS BY COMMITTEE IF YOU DON'T MIND.

19           **THE COURT:**  IS THAT YOU, MR. ADCOCK?  I'M HAVING

20  TROUBLE HEARING YOU.

21           **MR. ADCOCK:**  I THINK WE'RE GOING TO DO THIS BY

22  COMMITTEE IF YOU DON'T MIND.  SO THERE'S SEVERAL PEOPLE WHO

23  SAID THAT THEY WERE FRIENDS WITH OR RELATED TO LAW

24  ENFORCEMENT, AND THERE WERE NO NAMES GIVEN AND THAT'S

25  OBVIOUSLY IMPORTANT IN CASE THEY WERE -- THEY MAY NOT BE

1   CALLED AS A WITNESS, BUT THEY MAY BE ON SOME OF THESE VIDEOS,

2   SO IF THEY COULD TELL US A NAME WE WOULD --

3          **THE COURT:**  YOU'RE ASKING ME TO ASK FOR THE NAMES OF

4   THOSE FOLKS?

5          **MR. ADCOCK:**  YES.

6          **THE COURT:**  SO DO YOU HAVE ANY SPECIFIC JUROR

7   NUMBERS THAT YOU WANT ME TO TALK TO OR JUST GO BACK OVER THOSE

8   WHO HAVE --

9          **MR. ADCOCK:**  YES.  21, 7, 42, 12, 5, 27, 5 -- OH, I

10  SAID 5.  AND --

11         **THE COURT:**  I'VE GOT 27, BUT I DIDN'T GET ANYTHING

12  AFTER THAT.

13         **MR. MOST:**  THAT WAS THE LAST ONE I SAID, YOUR HONOR.

14         **THE COURT:**  27, 4, 42, 12 AND 5 -- 21, SORRY, 7, 42,

15  12, 5 AND 27.  ALL RIGHT.  ANY OTHER FOLLOW-UPS?

16         **MR. MOST:**  YOUR HONOR, COULD WE FIND OUT HOW LONG

17  JUROR 30 HAS BEEN WITH THE POINTE COUPEE SHERIFF'S OFFICE?

18  BECAUSE IT MAY BE RELEVANT TO WHETHER HE HAD KNOWLEDGE ABOUT

19  CERTAIN EVENTS RELATED TO THIS CASE.

20         **THE COURT:**  WHO IS THAT?

21         **MR. MOST:**  THAT'S NUMBER 30.

22         **THE COURT:**  OH, MR. JOFFRION.  YEAH, OKAY, I WILL.

23  OKAY.

24         **MR. ADCOCK:**  DID WE DO 44?

25         **MR. MOST:**  FORTY-FOUR AS WELL, YOUR HONOR.

1    **THE COURT:**  FORTY-FOUR IS WHAT?

2    **MR. ADCOCK:**  FORTY-FOUR IS SOMEONE WHO IS RELATED IN

3    SEVERAL WAYS TO PEOPLE WHO ARE BRPD.

4    **THE COURT:**  OH, I SEE.  ADD 44 TO MY FIRST QUESTION.

5    **MR. MOST:**  YES.

6    **MR. ADCOCK:**  AND THEN 42 AS WELL.  IT HAS A COUSIN

7    WHO'S AN EX-DETECTIVE IN LIVINGSTON PARISH.  THE LIVINGSTON

8    PARISH SHERIFF'S OFFICE WAS CALLED OUT TO THE SCENE ON

9    JULY 1OTH IN THIS CASE.

10   **THE COURT:**  I'M HAVING TROUBLE HEARING, MR. ADCOCK.

11   **MR. ADCOCK:**  SORRY, JUDGE.  I SAID 42 IS A COUSIN OF

12   AN EX-DETECTIVE WITH LIVINGSTON PARISH AND LIVINGSTON PARISH

13   WAS ONE OF THE LAW ENFORCEMENT AGENCIES THAT WAS CALLED OUT TO

14   THE SCENE IN THIS CASE.

15   **THE COURT:**  SO 42, YOU WANT ME TO GET THE NAME OF

16   THE COUSIN?

17   **MR. MOST:**  YES, YOUR HONOR.

18   **THE COURT:**  ALL RIGHT.  ANYTHING ELSE FROM THE

19   PLAINTIFF?

20   **MR. MOST:**  NOT AT THIS TIME, YOUR HONOR.

21   **THE COURT:**  OKAY.  MR. SCOTT, ANYTHING FROM YOU, YOU

22   WANT ME TO FOLLOW-UP ON?

23   **MR. SCOTT:**  I'M GOING TO CONSULT WITH MY LITTLE

24   COMMITTEE AS WELL BECAUSE I'M NOT --

25   **THE COURT:**  I'M SEEING MR. SCHILLAGE SHAKING HIS

1  HEAD.  I'M SEEING MR. LEFEVE -- YOU'RE COMMITTEE IS ABANDONING

2  YOU.

3           **MR. SCOTT:**  NO COMMENT, YOUR HONOR.  I WILL POINT

4  OUT THAT LIVINGSTON PARISH DID COME TO SUPPORT AT AIRLINE.

5  THEY WERE NOT DOWNTOWN ON JULY 1OTH.  WE HAD EAST BATON ROUGE

6  SHERIFF, WE HAD BRPD, STATE POLICE AND THE CALCASIEU PARISH

7  SHERIFF'S OFFICE.  THERE'S NO EVIDENCE OF LIVINGSTON PARISH

8  BEING THERE, SO I THINK NUMBER 42 ISN'T GOING TO GIVE YOU

9  ANYTHING RELEVANT.

10          **THE COURT:**  OKAY.  WELL, I'LL ASK AND LET YOU GUYS

11 DO WITH THAT INFORMATION WHAT YOU WILL.  OKAY.  ANYTHING ELSE?

12          **MR. SCOTT:**  NO, SIR.

13          **THE COURT:**  WE JUST GOT THIS INFORMATION FROM OUR

14 COURT SECURITY OFFICER.  NUMBER 43 IS MOVING TO LAKE CHARLES

15 THIS WEEKEND.  NUMBER 34 HIS SON IS GETTING MARRIED AND

16 LEAVING FRIDAY TO GO TO THE WEDDING.  NUMBER 7 CAME DURING THE

17 BREAK AND SAID THAT HER DAUGHTER IS SCHEDULED TO HAVE A BABY

18 ON FRIDAY.  I'M SURPRISED THAT THEY HAD TO GO THROUGH THE

19 COURT SECURITY OFFICER TO TELL ME.

20          **THE DEPUTY CLERK:**  SHE TOLD ME, NUMBER 7, BUT THE

21 OTHER TWO CAME --

22          **THE COURT:**  YES, THE FIRST TWO, 43 AND 34, CAME FROM

23 THE COURT SECURITY OFFICER AND NUMBER 7 TALKED TO MRS. CAUSEY,

24 MY COURTROOM DEPUTY.  SO REGARDLESS OF WHERE IT CAME FROM, I

25 ASSUME THIS IS CORRECT AND WE'LL HAVE TO FACTOR THAT INTO

| | |
|---|---|
| 1 | WHATEVER HARDSHIP, CAUSE EXCEPTIONS WE'LL TAKE UP.  SO DOES |
| 2 | ANYBODY HAVE THAT INFORMATION ON THEIR SHEETS? |
| 3 | **MR. ADCOCK:**  JUDGE, I DON'T HAVE THE SECOND PERSON |
| 4 | THAT YOU MENTIONED, THE NUMBER OF THE SECOND PERSON. |
| 5 | **THE COURT:**  SO NUMBER 43 -- LET ME SEE WHO THESE |
| 6 | NAMES ARE.  43 IS MR. DAVON PAUL JOHNSON.  HE'S MOVING TO LAKE |
| 7 | CHARLES THIS WEEKEND HE TOLD THE COURT SECURITY OFFICER. |
| 8 | **MR. ADCOCK:**  AND THE ONE AFTER THAT? |
| 9 | **THE COURT:**  YEAH.  THE ONE AFTER THAT IS NUMBER |
| 10 | 34 -- WAIT, HOLD ON.  LET ME GET MY OWN NOTES HERE.  NUMBER |
| 11 | 34, WHO IS ROBERT CHARLES HARRIS, HIS SON IS GETTING MARRIED |
| 12 | AND HE'S LEAVING FRIDAY TO GO TO THE WEDDING. |
| 13 | **MR. MOST:**  YOUR HONOR, DOES SOMEONE MOVING MAKE THEM |
| 14 | INELIGIBLE FOR JURY SERVICE OR IS THIS A HARDSHIP QUESTION? |
| 15 | **THE COURT:**  I THINK IT'S A HARDSHIP.  WE HAD -- THE |
| 16 | JURY LAST TIME, WE HAD SOMEBODY WHO HAD MOVED THE WEEK BEFORE |
| 17 | AND THAT TOOK THEM OUT OF JURY SERVICE, BUT IF THEY'RE MOVING |
| 18 | IN THE FUTURE I THINK THEY ARE ELIGIBLE TODAY, BUT I DO THINK |
| 19 | IT'S SOMETHING WE CERTAINLY NEED TO CONSIDER HARDSHIP WISE. |
| 20 | **MR. MOST:**  THANK YOU. |
| 21 | **THE COURT:**  THE OTHER ONE, NUMBER 7, SAID TO |
| 22 | MRS. CAUSEY THAT HER DAUGHTER IS SCHEDULED TO HAVE A BABY ON |
| 23 | FRIDAY.  LET ME PUT THAT IN MY NOTES. |
| 24 | **MR. ADCOCK:**  I'D LIKE TO ADD ONE, JUDGE. |
| 25 | **THE COURT:**  OKAY.  WHAT'S THE ONE YOU WANT TO ADD? |

1      **MR. ADCOCK:**  THANK YOU, JUDGE.  NUMBER 11 HAS A

2 COUSIN WHO WAS WITH THE STATE POLICE WHO WERE INVOLVED IN THIS

3 CASE, AND I THINK IT WAS HER FRIEND'S FATHER WAS WITH THE

4 BATON ROUGE SHERIFF'S OFFICE.  BOTH OF THOSE AGENCIES WERE ON

5 THE SCENE.

6      **THE COURT:**  THAT'S MS. PURPERA?

7      **MR. ADCOCK:**  YES, SIR.

8      **THE COURT:**  WELL, MS. PURPERA SAID SHE CAN'T

9 REMEMBER STUFF.  I DON'T THINK SHE'S GOING TO MAKE A VERY GOOD

10 WITNESS -- I MEAN JUROR.

11      **MR. ADCOCK:**  I AGREE WITH THAT, JUDGE.  I WAS JUST

12 BEING COMPLETE.

13      **THE COURT:**  YEAH, THANK YOU.  ALL RIGHT.  I'LL DO

14 THE FOLLOW-UPS AND WHAT WE'LL DO AFTER I DO THE FOLLOW-UP

15 QUESTIONS IS THAT WE WILL LET THE JURY TAKE A BREAK.  YOU GUYS

16 WILL GIVE ME YOUR CHALLENGES FOR CAUSE AND ANY HARDSHIP

17 EXCEPTIONS THAT YOU WANT ME TO MAKE.  THEN ONCE THAT'S DONE, I

18 WILL ALLOW YOU TO EXERCISE YOUR PEREMPTORY CHALLENGES.  EACH

19 SIDE HAS THREE PEREMPTORY CHALLENGES, SO ONCE WE HAVE RULED ON

20 EXCEPTIONS FOR CAUSE AND HARDSHIP AND ONCE YOU HAVE EXERCISED

21 YOUR THREE PEREMPTORY CHALLENGES EACH, THE FIRST, DEPENDING ON

22 WHETHER WE HAVE 12, THE FIRST 12 WILL BE OUR JURY.  IF WE HAVE

23 ONLY 10 -- I'M NOT GOING TO GO LESS THAN 10 ON A TWO AND A

24 HALF TO THREE-WEEK TRIAL, BUT I WILL GO UP TO 10 IF WE DON'T

25 HAVE 12, BUT IF WE HAVE 12 I'M GOING TO GO TO 12 TO PLAY IT

1    SAFE.  ANY QUESTIONS ABOUT THE PROCEDURE?

2              YES, SIR, MR. SCHILLAGE?

3         **MR. SCHILLAGE:**  YOUR HONOR, THIS IS MICHAEL

4    SCHILLAGE.  AND I'M SORRY IF THIS WAS SAID AT A PRETRIAL

5    CONFERENCE I WASN'T AT, BUT AS FAR AS THE 12 GOES, I

6    UNDERSTAND THERE'S NOT GOING TO BE A PLUS TWO AS ALTERNATES?

7         **THE COURT:**  THERE'S NO ALTERNATES IN A CIVIL CASE.

8         **MR. SCHILLAGE:**  THE TWELVE IS GOING TO GO DOWN TO IS

9    IT NINE IS YOUR THRESHOLD OR WILL IT BE 1O?

10        **THE COURT:**  THERE'S NO ALTERNATE JURORS IN A CIVIL

11   CASE, SO WHOEVER IS LEFT, WHETHER IT'S 6 OR WHETHER IT'S 12 OR

12   SOMEWHERE IN BETWEEN IT HAS TO BE A UNANIMOUS VERDICT.

13        **MR. SCHILLAGE:**  OKAY.  THANK YOU, JUDGE.

14        **MR. ADCOCK:**  JUDGE, THIS IS JOHN ADCOCK.  I'M SORRY.

15   I HAVE ONE MORE TO ADD.  I KNOW I'M TRYING YOUR PATIENCE.

16        **THE COURT:**  OKAY.

17        **MR. ADCOCK:**  NUMBER 25 SAYS THEY HAVE A COUSIN THAT

18   WORKS AT EBRSO AND THEY WERE OUT ON THE SCENE IN THIS CASE.

19        **THE COURT:**  TWENTY-FIVE IS MS. THIERRY.  WHAT IS

20   YOUR COMMENT ABOUT HER?

21        **MR. ADCOCK:**  SHE HAS A COUSIN THAT WORKS AT THE

22   BATON ROUGE SHERIFF'S OFFICE.

23        **THE COURT:**  OH, OKAY.  YEAH, THERE ARE A BUNCH OF

24   PEOPLE WHO ARE FALLING INTO THAT KIND OF CATEGORY AND IF Y'ALL

25   WANT TO MAKE A CHALLENGE FOR CAUSE FOR THAT YOU CAN.

1       **MR. MOST:** WE WOULD JUST LIKE TO KNOW, YOUR HONOR,

2  WHAT'S THE IDENTITY OF THE COUSIN SO THAT WE CAN --

3       **THE COURT:** OH, I SEE. OKAY. YOU WANT ME TO ADD

4  MRS. THIERRY TO YOUR LIST AND THAT'S GOING TO BE JUROR 25.

5  OKAY. ALL RIGHT. THANKS, FOLKS.

6      *(WHEREUPON, THE BENCH CONFERENCE WAS CONCLUDED)*

7       **THE COURT:** SO THE QUESTIONS I'M GOING TO ASK ARE

8  FOLLOW-UP QUESTIONS. AND THE FIRST SERIES OF QUESTIONS IS

9  GOING TO BE TO -- I'M GOING TO GO TO THE MEMBERS OF THE PANEL

10  THAT THE LAWYERS WANTED ME TO TALK TO ABOUT THIS.

11      THEY WANT TO KNOW -- YOU KNOW, MANY OF YOU MENTIONED

12  I HAVE A COUSIN, I HAVE A BROTHER-IN-LAW, I HAVE A WHATEVER

13  THAT'S IN LAW ENFORCEMENT, AND WE NEED TO KNOW THE NAME OF

14  THOSE PEOPLE SO THAT THEY CAN FACTOR IN ARE THESE FRIENDS WITH

15  ONE OF THE PARTIES AND SO ON AND SO FORTH. SO WE NEED TO FIND

16  OUT THE NAMES, IF YOU CAN GIVE US THE NAMES OF THE RELATIVES

17  OR CLOSE FRIENDS OR WHOEVER THAT YOU HAVE WHO ARE IN LAW

18  ENFORCEMENT. AND I'M GOING TO START WITH JUROR NUMBER 21 WHO

19  IS MR. DONOVAN. MR. DONOVAN DO YOU REMEMBER --

20       **MR. SALTZMAN:** SALTZMAN?

21       **THE COURT:** I'M SORRY, MR. SALTZMAN. I APOLOGIZE.

22  SO YES, MR. SALTZMAN, TELL ME ABOUT THE FOLKS THAT YOU ARE

23  CONNECTED TO IN SOMEWAY THAT ARE IN LAW ENFORCEMENT IF YOU CAN

24  REMEMBER THEIR NAMES.

25       **MR. SALTZMAN:** MY BROTHER-IN-LAW IS NOEL KING.

| | |
|---|---|
| 1 | **THE COURT:**  NOEL KING. |
| 2 | **MR. SALTZMAN:**  NOEL KING, JR.  HE'S A CAPTAIN WITH |
| 3 | ASCENSION PARISH SHERIFF'S DEPARTMENT. |
| 4 | **THE COURT:**  ALL RIGHT. |
| 5 | **MR. SALTZMAN:**  AND BRPD IS DON COPPOLA AND I THINK |
| 6 | WALDEN ROBERT, DON ROBERT.  I THINK HE'S RETIRED WITH BRPD. |
| 7 | **THE COURT:**  OKAY.  THANK YOU, MR. SALTZMAN.  THEN |
| 8 | LET'S GO TO JUROR NUMBER 7, THAT'S MRS. JENKINS. |
| 9 | **MS. JENKINS:**  MY NEPHEW ELLICK PIRIE. |
| 10 | **THE COURT:**  AND THAT'S P-E-R-R-Y? |
| 11 | **MS. JENKINS:**  P-I-R-I-E. |
| 12 | **THE COURT:**  OKAY.  THANK YOU, MA'AM.  WE'LL GO TO |
| 13 | NUMBER 42 WHO IS MS. MATTHEWS. |
| 14 | **MS. MATTHEWS:**  JASON MATTHEWS. |
| 15 | **THE COURT:**  JACOB MATTHEWS. |
| 16 | **MS. MATTHEWS:**  JASON. |
| 17 | **THE COURT:**  OKAY.  THANK YOU, MA'AM.  WE'LL GO TO |
| 18 | NUMBER 12, WHO IS MR. DAIGLE. |
| 19 | **MR. DAIGLE:**  COY DAIGLE, JR.  HE'S WITH THE |
| 20 | ASCENSION PARISH SHERIFF'S OFFICER. |
| 21 | **THE COURT:**  ALL RIGHT.  AND WHO ELSE? |
| 22 | **MR. DAIGLE:**  CHRIS OR CHRISTOPHER FONTENOT.  HE'S |
| 23 | WITH LOUISIANA STATE POLICE AND I MENTIONED EARLIER BRUCE |
| 24 | SIMMONS.  HE'S RETIRED.  I THINK HE WAS BRPD. |
| 25 | **THE COURT:**  ALL RIGHT.  THANK YOU.  ALL RIGHT. |

| | |
|---|---|
| 1 | LET'S GO TO NUMBER 5 WHO IS MR. LEBLANC. |
| 2 | **MR. LEBLANC:**  GONZALES PD WOULD BE BRANDON MORAN, |
| 3 | ASCENSION PARISH SHERIFF'S OFFICE WOULD BE DJ GOFF, AND THEN |
| 4 | RETIRED FROM THE PARISH AND CITY IS RANDY MCCOY. |
| 5 | **THE COURT:**  ALL RIGHT.  THANK YOU, MR. LEBLANC.  ALL |
| 6 | RIGHT.  LET'S GO TO NUMBER 27 WHO'S MR. VANMETRE. |
| 7 | **MR. VANMETRE:**  SO MY FATHER-IN-LAW IS JAMES P. |
| 8 | CURRY. |
| 9 | **THE COURT:**  ALL RIGHT. |
| 10 | **MR. VANMETRE:**  HE WAS WITH PROBATION AND PAROLE. |
| 11 | AND MY WIFE JENNIFER WHO USED TO BE PROBATION AND PAROLE. |
| 12 | **THE COURT:**  RIGHT.  THANK YOU, MR. VANMETRE.  OKAY. |
| 13 | LET'S GO TO NUMBER 44 WHO IS MR. KENNEDY. |
| 14 | **MR. KENNEDY:**  CAN I SAY I'M SAYING THIS UNDER |
| 15 | PROTEST? |
| 16 | **THE COURT:**  CAN YOU SAY WHAT? |
| 17 | **MR. KENNEDY:**  I'M SAYING THIS UNDER PROTEST. |
| 18 | **THE COURT:**  YES, SIR, YOU MAY SAY THAT. |
| 19 | **MR. KENNEDY:**  OKAY.  WELL, I JUST DID.  I HAVE TWO |
| 20 | COUSINS, JIMMY AND JOHN ATTUSO, A-T-T-U-S-O.  MY SON-IN-LAW IS |
| 21 | BROCK MCMORRIS. |
| 22 | **THE COURT:**  THANK YOU, MR. KENNEDY.  OKAY.  LET'S GO |
| 23 | TO 42.  I THINK WE DID MS. MATTHEWS, DIDN'T WE? |
| 24 | **MR. MOST:**  YES. |
| 25 | **THE COURT:**  AND THEN NUMBER 25 WHO IS MS. THIERRY. |

1     **MS. THIERRY:**  AS I MENTIONED IT WAS CARL, JR -- CARL

2     THIERRY, JR.

3     **THE COURT:**  YOU DID, THANK YOU, MA'AM.  OKAY.  NOW

4     JUROR NUMBER 30 WHO IS MR. JOFFRION.  HOW LONG HAVE YOU BEEN

5     WITH THE POINTE COUPEE PARISH SHERIFF'S OFFICE, MR. JOFFRION?

6     **MR. JOFFRION:**  THIS CAPACITY, YOUR HONOR, ABOUT

7     THREE YEARS.

8     **THE COURT:**  ALL RIGHT.  AND IN ANY CAPACITY AT ALL.

9     I KNOW YOU WERE --

10    **MR. JOFFRION:**  I WORKED FROM '96 TO 2000 AS A DEPUTY

11    FOR POINTE COUPEE PARISH SHERIFF'S DEPARTMENT.  THEN I WAS

12    ELECTED IN 2000 AS CHIEF OF POLICE IN LIVONIA.  I SERVED THERE

13    FOR FIVE TERMS AND I'VE BEEN BACK THREE YEARS AS A CHIEF

14    CRIMINAL DEPUTY.

15    **THE COURT:**  THAT'S EXACTLY WHAT WE NEEDED TO KNOW.

16    THANK YOU SO MUCH, MR. JOFFRION.

17    OKAY.  WITH THAT, WHAT WE'RE GOING TO DO, FOLKS, IS

18    TO ASK YOU TO STAND OUT IN THE HALL AREA.  YOU CAN USE THE

19    BATHROOM.  DON'T WANDER TOO FAR, BECAUSE WHAT IS GOING TO

20    HAPPEN IS I'M GOING TO TAKE UP WITH THE LAWYERS WHO THEY

21    CHOOSE TO SELECT ON THE JURY.  THIS MAY TAKE SOME TIME.  IT

22    MAY TAKE US 15 MINUTES, HALF AN HOUR.  BUT IN ANY EVENT, I

23    WANT TO BE ABLE TO CALL YOU BACK AND WHEN WE COME BACK WE'LL

24    BE ABLE TO ANNOUNCE WHO'S ON THE JURY AT THAT TIME.

25    SO ALL RISE FOR THE JURY.  OH, PLEASE, AGAIN, DO NOT

1   TALK ABOUT WHAT'S GOING ON IN THE COURTROOM.  THANK YOU.

2   *(AT WHICH TIME THE JURY EXITED THE COURTROOM)*

3   **THE COURT:**  YOU MAY BE SEATED.  THE WAY WE DO

4   CHALLENGES FOR CAUSE, I WILL START WITH THE PLAINTIFF.

5   PLAINTIFF WILL MAKE A CHALLENGE FOR CAUSE AND I'LL RULE ON

6   THAT CHALLENGE, AND THEN I'LL GO TO THE DEFENDANT AND FLIP

7   BACK AND FORTH THAT WAY.

8   WHO IS THE PLAINTIFFS' FIRST CHALLENGE FOR CAUSE?

9   **MR. MOST:**  YES, YOUR HONOR.  I'LL GROUP THESE BY

10  CATEGORY BECAUSE I THINK IT MAY BE MOST HELPFUL TO TALK

11  THROUGH.

12  THE FIRST TWO ARE FOR IMPARTIALITY.  I'M GUIDED HERE

13  BY *U.S. V. COOPER*, A FIFTH CIRCUIT 2013 CASE, 714 F.3D 873,

14  WHICH SAYS THAT THE SIXTH AMENDMENT RIGHT TO AN IMPARTIAL JURY

15  REQUIRES THE EXCLUSION OF A POTENTIAL JUROR IF HIS VIEWS WOULD

16  PREVENT OR SUBSTANTIALLY IMPAIR THE PERFORMANCE OF DUTIES AS A

17  JUROR.  I THINK THERE ARE TWO JURORS HERE THAT HAVE MET THAT

18  CRITERIA.  IT'S NUMBER 33 AND NUMBER 34.  NUMBER 33 WAS THE

19  JUROR WHO IS AN EMPLOYEE OF THE EAST BATON ROUGE PARISH D.A.'S

20  OFFICE.

21  **THE COURT:**  MS. GRIM?

22  **MR. MOST:**  YES.  HER HUSBAND WAS A LONG-SERVING

23  OFFICER WITH BRPD.  SHE MENTIONED SHE HAD MANY FRIENDS WITH

24  BRPD.  SHE ALSO SAID SHE KNOWS GREG ROME PERSONALLY AND WORKS

25  WITH HIM.  WHEN ASKED IF SHE COULD DECIDE FAIRLY SHE SAID NO.

1    SHE ALSO --

2              **THE COURT:**  BEFORE YOU GO TOO FAR, DO YOU HAVE ANY

3    OBJECTIONS TO EXCUSING MS. GRIM FOR CAUSE, MR. SCOTT?

4              **MR. SCOTT:**  NO, YOUR HONOR.  SHE WAS ON MY LIST TOO.

5              **THE COURT:**  OKAY.  SHE WAS ON MY LIST TOO.  SO WE

6    ALL AGREE ABOUT MS. GRIM.  OKAY.  SO MS. GRIM IS GONE.

7              **MR. MOST:**  I AM STARTING WITH THE EASIEST ONE, YOUR

8    HONOR.

9              **THE COURT:**  GOOD MOVE.

10             **MR. MOST:**  THE SECOND ONE THAT I THINK FALLS INTO

11   THIS CATEGORY IS NUMBER 44 WHO I BELIEVE IS MR. KENNEDY.  HE

12   HAS THREE FAMILY MEMBERS WHO ARE OR HAVE BEEN BRPD OFFICERS.

13   HIS DAUGHTER'S FRIEND WAS INVOLVED IN THE 2016 PROTEST AS AN

14   OFFICER AND WHEN ASKED IF HE COULD DECIDE FAIRLY HE SAID,

15   QUOTE, TO BE HONEST I CAN'T AND ALSO ONLY GAVE NAMES UNDER

16   PROTEST AND I THINK THERE'S AN IMPARTIALITY ISSUE HERE.

17             **THE COURT:**  OKAY.  SO, MR. SCOTT, ANY OBJECTIONS TO

18   EXCUSING MR. KENNEDY?

19             **MR. SCOTT:**  I DO, YOUR HONOR.  I THOUGHT THAT HE,

20   WHEN QUESTIONED AGAIN, SAID THAT HE COULD BE FAIR AND

21   IMPARTIAL AND HE GAVE THE NAMES UNDER PROTEST BECAUSE HE FELT

22   THERE WAS EFFECTIVELY A SECURITY ISSUE THERE.

23             **THE COURT:**  I DIDN'T HEAR HIM SAY THAT.  I JUST

24   HEARD HIM SAY HE WAS DOING IT UNDER PROTEST.  I NEVER HEARD

25   HIM ARTICULATE THE REASON HE WASN'T -- HE WAS SO RELUCTANT TO

1   GIVE UP THE NAMES OF THOSE PEOPLE.

2          **MR. SCOTT:**  WHEN WE WERE ASKING THE FIRST TIME

3   AROUND -- KENNEDY, DAUGHTER'S FRIEND'S OFFICER WAS THERE, AND

4   MY IMPRESSION WAS THAT HE'S STILL A SERVING OFFICER AND THAT

5   THAT WAS THE REASON THAT HE WAS RELUCTANT TO GIVE A NAME ON

6   THE FIRST GO-ROUND.

7          **THE COURT:**  WAS BECAUSE HIS DAUGHTER'S FRIEND WAS AN

8   OFFICER WHO WAS THERE.

9          **MR. SCOTT:**  RIGHT.  I TOOK THAT AS HE'S STILL A

10  SERVING OFFICER AND THAT'S WHY HE DIDN'T GIVE OUT THE NAME AT

11  THAT TIME.  SO WHEN YOU ORDERED HIM TO, HE DID, UNDER PROTEST,

12  BUT I DON'T SEE ANY REASON TO GET RID OF HIM.

13         **THE COURT:**  OTHER THAN THE FACT THAT HE SAID HE

14  COULDN'T BE FAIR?

15         **MR. SCOTT:**  WAS THAT WHAT HE SAID?

16         **MR. MOST:**  VERBATIM.

17         **MR. SCOTT:**  I'LL DEFER TO YOUR NOTES, YOUR HONOR.

18         **THE COURT:**  WELL, YOU KNOW, MR. KENNEDY WAS -- FIRST

19  OF ALL, HE HAD THE CONNECTIONS, BUT THERE ARE A LOT OF PEOPLE

20  WHO HAVE CONNECTIONS AND THE FACT THAT THEY HAVE CONNECTIONS

21  BY ITSELF DOES NOT EXCLUDE THEM FROM JURY SERVICE IN THIS

22  JURY, OKAY, LET ME MAKE THAT CLEAR.

23         YEAH, MR. SCHILLAGE, GO AHEAD.

24         **MR. SCHILLAGE:**  I DIDN'T MEAN TO INTERRUPT.  I WAS

25  GOING TO LET YOU KNOW -- I'LL SPEAK WHEN YOU'RE FINISHED,

1  JUDGE.  I APOLOGIZE.

2          **THE COURT:**  WHAT'S THAT?

3          **MR. SCHILLAGE:**  I DIDN'T MEANT TO INTERRUPT YOU JUST

4  NOW.  I WAS JUST LETTING YOU KNOW THAT I HAD ONE THING TO ADD

5  WHEN YOU WERE FINISHED.

6          **THE COURT:**  GO AHEAD.

7          **MR. SCHILLAGE:**  I'M SORRY.  AS FAR AS NUMBER 44, IT

8  WAS YOUR EIGHTH QUESTION, INVOLVEMENT WITH LAW ENFORCEMENT,

9  WHEN HE WAS DIRECTLY ASKED ABOUT WHO HE HAD.  HE MENTIONED THE

10 TWO RETIRED OFFICERS, THE SON-IN-LAW.  HE WAS ASKED THREE

11 TIMES AND EACH TIME IT ENDED WITH I WILL BE FAIR AND SOME

12 NOTATION TO THAT.  HE DID NOT SAY I CAN'T BE FAIR.  HE SAID, I

13 DON'T KNOW.  NO, I CAN BE FAIR BECAUSE YOU WENT MORE

14 SPECIFICALLY INTO THE QUESTION ITSELF AND HE AFFIRMATIVELY

15 SAID I WILL BE FAIR.

16         **THE COURT:**  OKAY.  THANK YOU FOR POINTING THAT OUT

17 AND I STAND CORRECTED.  I DON'T HAVE THAT IN MY NOTES, BUT I

18 DON'T DOUBT MR. SCHILLAGE ABOUT THAT.  I'M GOING TO EXCUSE HIM

19 ANYWAY.  I'M TELLING YOU THE FACT THAT HIS DAUGHTER'S FRIEND

20 WAS THERE -- THERE AT THE PROTEST AND THE FACT -- LOOK, I SIT

21 HERE TRYING TO JUDGE PEOPLE'S CREDIBILITY BASED ON WHAT THEY

22 SAY, OKAY?  SOMETIMES WHEN THEY SAY I CAN BE FAIR I BELIEVE

23 THEM.  SOMETIMES WHEN THEY SAY I CAN BE FAIR JUST BASED ON THE

24 CIRCUMSTANCES, THEIR DEMEANOR AND EVERYTHING ELSE I DON'T

25 BELIEVE THEM.  I DON'T BELIEVE MR. KENNEDY.  I DIDN'T -- AND

| | |
|---|---|
| 1 | WHAT I THOUGHT WAS A RATHER STRANGE REACTION TO GIVING UP THE |
| 2 | NAMES OF THESE PEOPLE, I WAS NEVER ENTIRELY SURE WHY HE WASN'T |
| 3 | DOING IT.  BUT IN ANY EVENT, I JUST HAVE REAL CONCERNS ABOUT |
| 4 | MR. KENNEDY BEING A FAIR AND IMPARTIAL JUROR IN THIS CASE, SO |
| 5 | I'M GOING TO EXCUSE MR. KENNEDY AND GRANT THE CHALLENGE FOR |
| 6 | CAUSE. |
| 7 |         NOW, LET'S GO TO THE DEFENDANT AND LET THEM MAKE A |
| 8 | CHALLENGE FOR CAUSE. |
| 9 |         **MR. MOST:**  I HAVE A FEW MORE. |
| 10 |         **THE COURT:**  I KNOW YOU DO. |
| 11 |         **MR. MOST:**  OKAY. |
| 12 |         **THE COURT:**  THE PROCEDURE IS GOING TO BE WE'RE GOING |
| 13 | TO FLIP-FLOP. |
| 14 |         **MR. MOST:**  ROGER THAT, YOUR HONOR.  THANK YOU. |
| 15 |         **MR. SCOTT:**  YOUR HONOR, I THINK I'LL GO FOR THE EASY |
| 16 | ONE, WHICH WOULD BE NUMBER 11, MS. PURPERA WITH THE PAIN |
| 17 | CONDITION THAT IMPAIRS HER MEMORY. |
| 18 |         **THE COURT:**  SHE IS EXCUSED.  I GAVE THE PLAINTIFF |
| 19 | TWO.  I'LL GIVE YOU TWO AND THEN WE'RE GOING TO GO BACK TO ONE |
| 20 | AND ONE, OKAY? |
| 21 |         **MR. SCOTT:**  YES, SIR.  NUMBER 36, LEAH JORDAN. |
| 22 |         **THE COURT:**  OH. |
| 23 |         **MR. SCOTT:**  SHE'S GOT -- |
| 24 |         **THE COURT:**  IF LOOKS COULD KILL YOU'D BE A DEAD MAN, |
| 25 | MR. SCOTT.  YOU MUST HAVE DONE A REALLY GOOD JOB. |

1    **MR. SCOTT:**  IT'S NOT THE FIRST TIME I'VE GOTTEN THAT
2  DEATH LOOK, JUDGE.

3        **THE COURT:**  I'M GLAD SHE WAS LOOKING AT YOU AND NOT
4  AT ME, OKAY.  DOES THE PLAINTIFF HAVE ANY OBJECTION TO
5  RELIEVING MS. JORDAN?

6        **MR. MOST:**  I SUSPECT ANY OBJECTION WOULD NOT BE
7  SUCCESSFUL.

8        **THE COURT:**  TRUE.  MS. JORDAN IS GONE.

9        **MR. SCOTT:**  THANK YOU, SIR.

10        **THE COURT:**  NOW, BACK TO THE PLAINTIFF.

11        **MR. MOST:**  YOUR HONOR, MOVING ON TO PLAINTIFF --
12  JURORS WHO HAVE CONNECTION TO A PARTY, JUROR NUMBER 7, IS ONE
13  OF THE JURORS WHO EXPRESSED A HARDSHIP THAT HER DAUGHTER IS
14  HAVING A BABY.  SHE ALSO HAS A CONNECTION TO A PARTY, BUT I
15  THINK THE STRONG HARDSHIP WAS PROBABLY A GOOD ENOUGH REASON TO
16  EXCUSE HER.

17        **THE COURT:**  ANY OBJECTION TO RELIEVING MS. JENKINS,
18  MR. SCOTT?

19        **MR. SCOTT:**  OH, THE CSO NOTES FOR --

20        **THE COURT:**  THIS IS THE ONE WHOSE DAUGHTER IS
21  SCHEDULED TO HAVE A BABY ON FRIDAY.  AND NO WONDER YOU WERE
22  SUCH A BAD BLANK IN REPRESENTING MS. JORDAN'S HUSBAND.  YOU'RE
23  NOT GOING TO GO WITH THIS ONE?

24        **MR. SCOTT:**  I THINK SHE'D MAKE A GREAT JUROR.
25  RECORD OBJECTION ONLY, YOUR HONOR.

1    **THE COURT:**  ALL RIGHT.  MS. JENKINS IS EXCUSED SO

2    SHE CAN BE WITH HER DAUGHTER TO HAVE HER BABY.

3         OKAY.  BACK TO THE PLAINTIFF.

4    **MR. MOST:**  YOUR HONOR, JUROR NUMBER 21 DESCRIBED

5    HAVING REAL GOOD FRIENDS IN BRPD INCLUDING DAN COPPOLA WHO IS

6    AN OFFICER WHO'S ACTUALLY REFERENCED IN THE COMPLAINT AS D.

7    COPPOLA.  HE WAS PRESENT ON THE SCENE AND THERE'S GOING TO BE

8    TESTIMONY ABOUT HIM BECAUSE HE WAS ONE OF THE OFFICERS THAT

9    ONE OF THE THIRD-PARTY WITNESSES WAS SPEAKING TO.  SO I THINK

10   HE'S GOING TO COME UP AT TRIAL.  I DON'T KNOW WHETHER IT'S

11   GOING TO BE BY NAME OR IN VIDEO, BUT I THINK THAT'S A CLOSE

12   ENOUGH CONNECTION THAT IT WARRANTS EXCLUSION.

13   **THE COURT:**  ALL RIGHT.  LET'S HEAR FROM THE

14   DEFENDANT.

15   **MR. SCOTT:**  WELL, MY RECOLLECTION IS THAT SERGEANT

16   COPPOLA WAS NOT A NAMED DEFENDANT.  AS BEST I KNOW HE HAD NO

17   CONTACT WITH ANY INDIVIDUAL PLAINTIFF.  I'M PRETTY SURE I KNOW

18   WHAT TESTIMONY PLAINTIFFS' COUNSEL IS REFERRING TO AND THAT'S

19   A THIRD PARTY OBSERVER TALKING TO AN OFFICER WHO WAS NOT

20   HANDS-ON.

21        AND, FINALLY, MR. SALTZMAN NEVER INDICATED THAT HE

22   WOULD BE UNABLE TO TAKE THE TESTIMONY AND THE EVIDENCE AND

23   THAT HE WOULD GIVE ANY SPECIAL WEIGHT OR INFERENCE TO LAW

24   ENFORCEMENT.  SO I UNDERSTAND THAT THERE MIGHT BE SOME

25   TESTIMONY THERE INVOLVING A FRIEND OF HIS, BUT I DON'T THINK

1    THE CONNECTION IS SUFFICIENT TO JUSTIFY HIS DISCHARGE.

2              **THE COURT:**  I WANT MORE SPECIFICITY AS TO THE NATURE

3    OF THE TESTIMONY.  IS THERE SOMEWAY -- IS IT JUST HAPPENSTANCE

4    THAT MR. COPPOLA'S NAME COMES UP AND IF IT'S NOT IMPORTANT CAN

5    WE EXCLUDE IT?  IS THERE ANY REASON TO HAVE THAT BEFORE THE

6    JURY?

7              **MR. ADCOCK:**  THANK YOU, JUDGE, FOR THE OPPORTUNITY.

8    SO THIS IS WHERE HE WOULD COME IN.  HE WAS ON SCENE AND WE'RE

9    GOING TO HAVE A WITNESS TESTIFY THAT SHE WAS ASKED TO BE A

10   MEDIATOR OR NEGOTIATOR BETWEEN THE PROTESTERS AND THE SIDE OF

11   THE STREET WHERE THE POLICE WERE.  SHE STARTED THAT.  SHE

12   INITIATED THAT BY TALKING TO I THINK IT'S SERGEANT COPPOLA.

13   AND HE IS ON A RECORDING TALKING TO HER HAVING THIS

14   CONVERSATION.  AND IN OUR EYES IT'S SOMEWHAT DISMISSIVE OF HER

15   ATTEMPTS TO NEGOTIATE TO END THE STANDOFF HERE.

16             SO I THINK IF THIS PERSON SERVES ON THE JURY,

17   THEY'RE ACTUALLY GOING TO BE KIND OF JUDGING THE CREDIBILITY

18   OF SOMEONE THAT THEY KNOW VERY WELL AND I THINK THAT'S A

19   CONFLICT AND IT MIGHT IMPAIR THEIR ABILITY TO BE A JUROR.

20             **THE COURT:**  YEAH.  IF MR. COPPOLA WAS NOT INVOLVED

21   IN SOMEWAY IN THE TESTIMONY AND EVIDENCE IN THIS CASE I WOULD

22   SAY, DESPITE THE FACT THAT HE HAS GOOD FRIENDS ON THE POLICE

23   DEPARTMENT, WOULD NOT EXCLUDE HIM.  BUT HE DID SAY THIS IS A,

24   QUOTE, GOOD FRIEND, AND WHEN HE SAID HE COULD BE FAIR HE DID

25   NOT KNOW THAT MR. COPPOLA WAS GOING TO BE INVOLVED IN THE

1  TESTIMONY AS SOMEBODY WHOSE NAME IS REFERRED TO.  I'M GOING TO

2  EXCUSE -- WHAT NUMBER IS THAT?

3         **MR. MOST:**  21, YOUR HONOR.

4         **THE COURT:**  THAT'S MR. SALTZMAN, NUMBER 21.

5         ALL RIGHT.  WHOSE TURN IS IT?  I THINK PLAINTIFFS.

6         **MR. MOST:**  IT'S MR. SCOTT'S TURN.

7         **THE COURT:**  MR. SCOTT.  OKAY.

8         **MR. SCOTT:**  YOUR HONOR, WE HAVE SOME CONCERNS ABOUT

9  AARON SIMON, NUMBER 3.

10        **THE COURT:**  NUMBER 3, MR. SIMON.  OKAY.  WHAT IS THE

11 CONCERN?

12        **MR. SCOTT:**  YES, SIR.  HE HAD THE STUDENT THAT WAS

13 THE SISTER OF ALTON STERLING, AND YOU DID INSTRUCT HIM THAT

14 THIS CASE IS NOT ABOUT ALTON STERLING AND IT'S NOT

15 SPECIFICALLY ABOUT JULY 5TH, 2016, BUT THE DEATH OF ALTON

16 STERLING WAS THE TRIGGER POINT FOR ALL OF THE PROTESTS.  AND

17 MR. SIMON IS AN EDUCATOR.  HE SOUNDS LIKE A GOOD ONE IN THAT

18 HE'S TAKING CARE OF HIS STUDENTS AND THAT HE RECALLED THAT

19 IMMEDIATELY AND THOUGHT IT WAS IMPORTANT ENOUGH TO LET YOU

20 KNOW IN THIS PROCESS, MAKES US WONDER IF HE'S GOING TO FORGET

21 ABOUT IT WHEN HE WALKS THROUGH THE DOOR OVER THERE TO GO INTO

22 DELIBERATIONS.

23        **THE COURT:**  FORGET ABOUT WHAT?  HIS PLEDGE TO BE

24 FAIR?

25        **MR. SCOTT:**  AND TO EXCLUDE HIS PERSONAL KNOWLEDGE

1    THROUGH HIS STUDENT WHO WAS THE SISTER OF ALTON STERLING.

2              **THE COURT:**  I WROTE DOWN SOME CONNECTION WITH ALTON

3    STERLING.  WHAT IS EXACTLY HIS CONNECTION?

4              **MR. SCOTT:**  ONE OF HIS STUDENTS AT THE TIME WAS THE

5    SISTER OF ALTON STERLING.

6              **THE COURT:**  I SEE.

7              **MR. SCOTT:**  AND IT APPEARS TO HAVE BEEN A TOPIC OF

8    CONVERSATION.

9              **THE COURT:**  WAIT.  IT APPEARS WHAT?

10             **MR. SCOTT:**  IT SOUNDED LIKE IT WAS A TOPIC OF

11   CONVERSATION BETWEEN --

12             **THE COURT:**  I DIDN'T HEAR THAT.  YOU'RE HEARING

13   THINGS THAT I'M NOT HEARING.  IT'S NOT BECAUSE YOU'RE WRONG

14   AND I'M RIGHT.  I DON'T KNOW.  I DIDN'T HEAR ANYTHING ABOUT A

15   CONVERSATION.  WAS THERE ANY COMMENT BY HER, MR. MOST?

16             **MR. MOST:**  NO, YOUR HONOR.  HE JUST SAID THAT ONE OF

17   HIS STUDENTS WAS THE SISTER OF ALTON STERLING, BUT I DON'T

18   BELIEVE HE SAID HOW HE KNEW THAT; WHETHER HE SAW IT IN THE

19   NEWS OR WHETHER HE TALKED TO HER ABOUT IT.  I DON'T THINK HE

20   GAVE ANY REFERENCE.

21             **THE COURT:**  OKAY.  ALL RIGHT.  SO WE HAVE THE FACT

22   THAT ONE OF HIS STUDENTS IS THE SISTER OF ALTON STERLING.

23   OKAY.  ANYTHING ELSE?

24             **MR. SCHILLAGE:**  MICHAEL SCHILLAGE, YOUR HONOR.  MAY

25   I?

1    **THE COURT:**  YES, OF COURSE.

2    **MR. SCHILLAGE:**  WHEN MR. SIMON DISCLOSED THAT HE HAD

3    KNOWN ONE OF HIS STUDENTS WAS A SISTER OF MR. STERLING, IT WAS

4    IN REFERENCE TO THE CONVERSATION THAT HE HAD WITH THE STUDENT.

5    I KNOW HE DIDN'T IDENTIFY THE STUDENT'S LAST NAME.  THAT WOULD

6    HAVE BEEN HELPFUL.  BUT I GOT THE INFERENCE, AND IT APPEARS

7    MR. SCOTT DID TOO, THAT IT WAS BASED UPON A CONVERSATION THAT

8    HE KNEW HIS STUDENT WAS THE SISTER OF MR. STERLING.  I DON'T

9    KNOW IF THAT CONVERSATION WAS WITH THE STUDENT HERSELF OR WITH

10   OTHER STUDENTS IN THE ROOM, BUT I THINK THIS IS A HANDS-ON

11   PROFESSOR WHO CARES ABOUT KIDS AND IF HE KNOWS ONE OF HIS KIDS

12   HAD A FAMILY SITUATION LIKE THAT THAT WE'RE TALKING ABOUT, I

13   THINK THERE IS HEART STRINGS ATTACHED TO A GOOD TEACHER AND I

14   THINK THAT'S WHAT MR. SCOTT IS SAYING.

15   **THE COURT:**  I SEE.  OKAY.  PLAINTIFF?

16   **MR. MOST:**  YOUR HONOR, JUST A COUPLE OF BRIEF

17   POINTS.  NUMBER ONE, IF THIS WERE THE CIVIL CASE ABOUT THE

18   DEATH OF ALTON STERLING I THINK THERE WOULD BE A MUCH STRONGER

19   ARGUMENT.

20   **THE COURT:**  OH, THERE WOULD BE A SLAMDUNK.  THERE

21   WOULDN'T BE AN ARGUMENT AT ALL.

22   **MR. MOST:**  RIGHT.  IT'S NOT RIGHT.  IT'S, AS YOU

23   MENTIONED, IT'S NOT ABOUT THAT DEATH.  IT'S ABOUT EVENTS THAT

24   HAPPENED AFTERWARDS.  AND MR. SIMON GAVE NO INDICATION THAT HE

25   WOULD BE IMPARTIAL.  I THINK IT'S WORTH NOTING THAT THIS WAS

1   EVENTS THAT HAPPENED SEVEN YEARS AGO.  SO IT'S VERY UNLIKELY

2   THAT THIS PERSON IS STILL HIS STUDENT.  AND THE FACT THAT HE

3   KNOWS SOMEONE WHO KNOWS SOMEONE WHO WAS INVOLVED IN SOMETHING

4   RELATED TO THIS, I THINK IT'S MORE AKIN TO JUST SOMEONE

5   KNOWING A BRPD OFFICER, WHICH YOUR HONOR HAS ALREADY INDICATED

6   PROBABLY ISN'T SUFFICIENT FOR EXCLUSION, SO WE THINK THERE'S

7   NO GOOD REASON TO EXCLUDE MR. SIMON.

8        **THE COURT:**  I'M GOING TO CHEW ON THAT ONE.  IT'S A

9   CLOSE CALL.  AND WHAT I MIGHT DO -- IT JUST DEPENDS ON WHERE

10  THINGS SORT OF STAND AT THE END OF THE DAY.  I MAY CALL

11  MR. SIMON BACK IN HERE AND QUESTION HIM MORE CAREFULLY ABOUT

12  WHAT HIS CONNECTION WITH THIS PERSON WAS AND SO ON.  BUT FOR

13  NOW I'M GOING TO DEFER RULING ON JUROR NUMBER 3, MR. SIMON.

14       OKAY.  WHO'S NEXT?

15       **MR. SCOTT:**  I BELIEVE MR. SCOTT HAS ANOTHER ONE.

16       **MR. SCHILLAGE:**  YOUR HONOR, ARE WE DOING ONE AND ONE

17  OR TWO AND TWO?

18       **THE COURT:**  YEAH, WE'RE DOING ONE AND ONE.

19       **MR. MOST:**  OH, I'M SORRY.  I APOLOGIZE.  I THOUGHT

20  WE WERE DOING TWO AND TWO.

21       YOUR HONOR, NUMBER 27 HIS WIFE WORKS FOR THE STATE

22  POLICE.  IS AN ATTORNEY WITH THE STATE POLICE OR HAS BEEN AN

23  ATTORNEY WITH THE STATE POLICE.  THE STATE POLICE WAS A

24  DEFENDANT IN THIS CASE.  THEY'RE NOT CURRENTLY, BUT THERE ARE

25  GOING TO BE A NUMBER OF VIDEOS AND PHOTOS OF THE STATE POLICE,

1   INCLUDING WHAT MIGHT BE THE MOST EMOTIONALLY AFFECTING OR

2   PROVOCATIVE PHOTO WHICH IS A STATE TROOPER HOLDING MS. POLLARD

3   BY THE NECK.  SO SOMEONE WHOSE WIFE IS AN ATTORNEY FOR AN

4   ENTITY THAT HAS BEEN PART OF THIS CASE, WE THINK IS CAUSE FOR

5   DISMISSAL.

6          **THE COURT:**  MR. SCHILLAGE?

7          **MR. SCHILLAGE:**  THE WIFE IS AN ATTORNEY FOR THE

8   STATE, NOT BRPD OR CITY POLICE.  I MAY HAVE MISHEARD THE OTHER

9   SIDE ON THAT.

10          **THE COURT:**  NO.  HE SAID THAT THERE'S A PICTURE THAT

11   THEY'RE GOING TO SHOW THE JURY IN WHICH A LOUISIANA STATE

12   TROOPER HAS HIS HAND AROUND THE NECK OF ONE OF THE PLAINTIFFS.

13          **MR. SCHILLAGE:**  RIGHT.  OKAY.  BUT AS FAR AS THE

14   FAMILIAL CONNECTION, IF YOUR WIFE IS THE LAWYER FOR THE POLICE

15   DEPARTMENT I THINK THAT'S --

16          **THE COURT:**  AND IT'S IN THE JUVENILE DEPARTMENT. I'M

17   DENYING IT.

18          **MR. SCHILLAGE:**  I THINK WE'RE TOO MANY DEGREES AWAY

19   FROM THAT.

20          **THE COURT:**  I DENY IT.  PLAINTIFF'S TURN.  SORRY,

21   MR. SCOTT'S TURN.

22          **MR. SCOTT:**  I DON'T THINK THAT WE HAVE ANYMORE FOR

23   CAUSE OVER HERE, JUDGE.

24          **THE COURT:**  ALL RIGHT.  THEN LET'S GO TO THE

25   PLAINTIFF.

| | |
|---|---|
| 1 | **MR. MOST:**  YOUR HONOR, 34, JUROR 34, HE'S THE ONE |
| 2 | WHO EXPRESSED THE HARDSHIP THROUGH THE COURT SECURITY OFFICER |
| 3 | THAT HE'S LEAVING, I THINK I HEARD IT WAS FRIDAY, FOR THE |
| 4 | WEDDING OF A CHILD.  I WOULD NOT WANT TO BE THE PERSON WHO |
| 5 | MAKES HIM MISS THE SON OR DAUGHTER'S WEDDING. |
| 6 | **THE COURT:**  NO, I GET THAT.  DOES ANYBODY OBJECT TO |
| 7 | MR. HARRIS GOING TO HIS DAUGHTER'S -- HIS SON'S MARRIAGE? |
| 8 | **MR. SCOTT:**  NO OBJECTION, YOUR HONOR. |
| 9 | **THE COURT:**  OKAY.  SO MR. HARRIS -- WE'VE ALREADY |
| 10 | STRICKEN MS. GRIM, RIGHT, 33 OR NOT? |
| 11 | **MR. MOST:**  YES, YOUR HONOR. |
| 12 | **MR. SCOTT:**  WE HADN'T ADDRESSED 43, IS THE YOUNG MAN |
| 13 | WHO'S MOVING TO LAKE CHARLES. |
| 14 | **THE COURT:**  OH, OKAY.  IS THERE ANY OBJECTION TO 43? |
| 15 | **MR. MOST:**  YOUR HONOR, I MEAN, FRANKLY, LAKE CHARLES |
| 16 | IS NOT THAT MUCH FURTHER AWAY THAN NEW ORLEANS AND I THINK |
| 17 | SOME PEOPLE ARE TRAVELING, SO I THINK IF HE -- HE MAY BE |
| 18 | MOVING, BUT I HAVEN'T HEARD THAT IT WOULD BE IMPOSSIBLE FOR |
| 19 | HIM TO BE HERE.  YOU MIGHT WANT TO QUESTION HIM MORE ABOUT |
| 20 | SORT OF THE CIRCUMSTANCES OF HIS MOVING TO SEE HOW MUCH OF A |
| 21 | HARDSHIP IT IS. |
| 22 | **MR. SCOTT:**  I'VE TRIED CASES IN LAKE CHARLES AND |
| 23 | IT'S A FIVE HOUR ROUND TRIP. |
| 24 | **THE COURT:**  I'M GOING TO STRIKE MR. JOHNSON. |
| 25 | THERE'S THE FACT THAT IT'S NOT JUST THAT HE'S TRAVELING BACK |

1  AND FORTH TO LAKES CHARLES, HE'S MOVING TO LAKE CHARLES, SO

2  WE'RE GOING TO STRIKE HIM AS A HARDSHIP.

3        ALL RIGHT.  ANYONE ELSE FOR THE PLAINTIFF OR THE

4  DEFENDANT FOR CAUSE OR HARDSHIP?

5        **MR. MOST:**  NONE FOR PLAINTIFFS, YOUR HONOR.  THANK

6  YOU.

7        **THE COURT:**  ALL RIGHT.  WHAT I'M GOING TO DO IS ASK

8  OUR COURT SECURITY OFFICER TO GET MR. AARON SIMON.  YOU KNOW

9  WHO I'M TALKING ABOUT?  HE'S THE YOUNG BLACK MAN THAT WAS, I

10 THINK, NUMBER THREE.

11       **MR. SCHILLAGE:**  YOUR HONOR, BEFORE WE CONCLUDE,

12 BECAUSE WE'RE BRINGING IN A WITNESS FOR MORE EXAMINATION,

13 NUMBER 21, MR. SALTZMAN, HE'S THE REFERENCE TO COPPOLA.  IT'S

14 AN AUDIO -- I BELIEVE SERGEANT COPPOLA'S AUDIO IS COMING

15 THROUGH ON A RECORDING.  WOULDN'T IT BE FAIR TO ASK HIM IF HE

16 HAD HEARD HIS FRIEND'S VOICE IN THIS CASE.

17       **THE COURT:**  WELL, THAT WOULD MAKE IT MUCH WORSE FOR

18 THE PLAINTIFF, WOULDN'T IT?  RIGHT NOW HE DOESN'T KNOW THAT

19 THERE'S ANY CONNECTION WITH MR. COPPOLA IN THIS CASE AND

20 YOU'RE ASKING ME TO DIRECT HIS ATTENTION TO THAT.  I'M NOT

21 GOING TO HAVE MR. SALTZMAN COME IN.  I'VE ALREADY RULED ON

22 THAT.

23       **MR. SCHILLAGE:**  I APOLOGIZE, JUDGE.  THANK YOU.

24       **THE COURT:**  NO PROBLEM.

25       HEY, MR. SIMON.  COME ON UP IF YOU DON'T MIND.  I

1   JUST WANTED TO DO A COUPLE FOLLOW-UP QUESTIONS ABOUT SOMETHING

2   YOU HAD MENTIONED.  AND IF YOU DON'T MIND, YOU CAN STAND RIGHT

3   HERE IN FRONT OF THE PODIUM AND SPEAK INTO THE MIC.

4               YOU MENTIONED THAT YOU'RE A TEACHER, RIGHT?

5          **MR. SIMON:**  WELL, I'M AN ADMINISTRATOR AT A COLLEGE.

6          **THE COURT:**  OH, YOU'RE AN ADMINISTRATOR, OKAY.  DO

7   YOU ACTUALLY TEACH ANY CLASSES?

8          **MR. SIMON:**  I DO NOT.

9          **THE COURT:**  YOU MENTIONED SOME CONNECTION THAT YOU

10  HAVE WITH ALTON STERLING'S SISTER.  DID I UNDERSTAND THAT?

11         **MR. SIMON:**  YEAH.  SO HIS SISTER ATTENDED THE

12  COLLEGE THAT I'M AN ADMINISTRATOR AT.

13         **THE COURT:**  WERE YOU EVER HER TEACHER?

14         **MR. SIMON:**  WELL, NOT HER TEACHER DIRECTLY, BUT I

15  HAD DAILY INTERACTION WITH HER.

16         **THE COURT:**  WHAT WERE YOUR DAILY INTERACTIONS?

17         **MR. SIMON:**  AS AN ADMINISTRATOR I WORK ALONG WITH

18  FINANCIAL AID.  SO ANY TIME SHE HAD FUNDS THAT WERE DUE TO HER

19  THAT WOULD GO THROUGH ME, JUST FINANCIAL AID COUNSELING.  ANY

20  ISSUES IN THE CLASSROOM.  I ALSO DID COUNSELING SO -- HER IN

21  PARTICULAR, I JUST REMEMBER HER.  SHE HAD A FEW ABSENCE ISSUES

22  AND OTHER THINGS LIKE THAT.

23         **THE COURT:**  I SEE.  AND AS AN ADMINISTRATOR YOU HAD

24  TO TAKE UP THOSE ISSUES WITH HER?

25         **MR. SIMON:**  YES.

1    **THE COURT:** AS I MENTIONED TO YOU WHEN YOU RAISED

2    THAT POINT, AND I TOLD EVERYBODY, THIS CASE IS NOT ABOUT ALTON

3    STERLING.

4    **MR. SIMON:** ABSOLUTELY.

5    **THE COURT:** MY QUESTION TO YOU IS CAN YOU, WHATEVER

6    CONNECTION, GOOD, BAD OR IN BETWEEN, AND I'M NOT GOING TO ASK

7    YOU WHAT IT WAS, BETWEEN YOU AND ALTON STERLING'S SISTER, CAN

8    YOU PUT THAT WAY AWAY AND DECIDE THIS CASE PURELY ON THE

9    EVIDENCE THAT'S PRESENTED IN THIS CASE AND BASED ON THE LAW AS

10   I GIVE IT TO YOU?

11   **MR. SIMON:** ABSOLUTELY. YEAH, I JUST WANTED TO

12   MENTION IT.

13   **THE COURT:** I APPRECIATE YOU BRINGING THAT TO MY

14   ATTENTION. ALL RIGHT. THANK YOU, MR. SIMON.

15   I'M GOING TO DENY THE MOTION AS TO MR. SIMON. FIRST

16   OF ALL, HE'S NOT HER TEACHER. SECONDLY, HE DEALT WITH

17   FINANCIAL AID ISSUES WITH HER AND ALSO, APPARENTLY, I DIDN'T

18   WANT TO ASK HIM FURTHER ABOUT IT, BECAUSE THAT'S BETWEEN HIM

19   AND THE STUDENT, BUT I INFERRED THAT A POSSIBILITY IS, IS THAT

20   HE DEALT WITH HER BECAUSE OF EXCESSIVE ABSENCES. THAT'S NOT

21   EXACTLY A WARM AND COZY AND FUZZY RELATIONSHIP THAT I SAW.

22   AND, FINALLY, I ASKED MR. SIMON DIRECTLY WHETHER OR

23   NOT HE COULD BE FAIR AND THIS WAS NOT ABOUT ALTON STERLING,

24   AND I'M CONVINCED BASED, NOT ONLY ON WHAT HE SAID, BUT HOW HE

25   SAID IT THAT HE WAS BEING GENUINE IN HIS RESPONSE. SO I DENY

1 | THE CHALLENGE AS TO MR. SIMON.

2 | NOW, THAT BRINGS US TO THE ISSUE OF PEREMPTORY

3 | CHALLENGES.  WHAT WE'LL DO IS I'M GOING TO LET Y'ALL HAVE 15

4 | MINUTES, WHICH IS LONGER THAN I NORMALLY GIVE, BUT WE'VE GOT

5 | MORE PEOPLE FOR YOU TO CONSIDER THAN WE NORMALLY DO IN A CIVIL

6 | CASE.  I'LL GIVE YOU 15 MINUTES TO EXERCISE YOUR PEREMPTORY

7 | CHALLENGES.  PLEASE GIVE THOSE TO MRS. CAUSEY WHEN YOU'RE

8 | READY.  SHE'LL COME BACK AT TEN MINUTES AND WAIT AND SEE WHO'S

9 | READY TO DO IT.

10 | ONCE WE GET THE CHALLENGES FOR -- PEREMPTORY

11 | CHALLENGES, I WILL THEN ASK -- MRS. CAUSEY WILL GIVE YOU --

12 | PLAINTIFFS WILL GET THE DEFENDANT'S PEREMPTORY CHALLENGE SHEET

13 | AND VICE-VERSA.  YOU'LL LOOK AT THE CHALLENGE SHEET TO SEE

14 | WHETHER YOU WANT TO MAKE A *BATSON* CHALLENGE.

15 | AND THEN ONCE THAT -- IF YOU DO OR DON'T, YOU'LL

16 | MAKE IT OR NOT, THEN THE FIRST, IF WE HAVE 12, WE'RE GOING TO

17 | HAVE A 12-PERSON JURY, AND IF WE DON'T, WE'LL GO WITH A

18 | 10-PERSON JURY.  IF WE HAVE LESS THAN NINE I'LL CROSS THAT

19 | BRIDGE IF WE HAVE TO GET THERE.  I DON'T THINK WE WILL.  I

20 | THINK WE HAVE PLENTY JURORS GIVEN THE NUMBER OF CHALLENGES FOR

21 | CAUSE THAT HAVE BEEN GRANTED, PLUS THE SIX PEREMPTORY

22 | CHALLENGES PRESUMING THAT YOU EXERCISE ALL OF YOUR PEREMPTORY

23 | CHALLENGES.  ARE THERE ANY QUESTIONS ABOUT THE PROCEDURE?

24 | **MR. MOST:**  THREE PER SIDE, YOUR HONOR, CORRECT?

25 | **THE COURT:**  THREE PER SIDE.

155

1     **MS. SCHILLING:**  THANK YOU, YOUR HONOR.

2     **THE COURT:**  ALL RIGHT, FOLKS.  WE'LL SEE YOU IN 15.

3     ***(WHEREUPON THE COURT WAS IN RECESS)***

4     **THE COURT:**  SO YOU HAVE EXAMINED EACH OTHER'S --

5     HAVE YOU HAD A CHANCE TO LOOK AT EACH OTHER'S PEREMPTORY

6     CHALLENGE SHEET?

7     **MR. MOST:**  NOT YET, YOUR HONOR.

8     **THE COURT:**  OKAY.  MRS. CAUSEY IS HANDING YOU YOUR

9     OPPONENT'S PEREMPTORY CHALLENGE SHEET.  PLEASE TAKE A LOOK AT

10    THAT AND THEN TELL ME WHETHER EITHER SIDE WANTS TO MAKE A

11    *BATSON* CHALLENGE.

12    **MR. MOST:**  YOUR HONOR, PLAINTIFFS ARE NOT GOING TO

13    MAKE A *BATSON* CHALLENGE.

14    **THE COURT:**  ALL RIGHT.

15    **MR. SCOTT:**  NO *BATSON* CHALLENGE HERE, YOUR HONOR.

16    **THE COURT:**  OKAY.  SO OUR JURY WILL BE:

17    NUMBER 1, SUSAN MCGLONE; NUMBER 2, DONNIE RAY

18    TORRES; 3, ODA ESTELL; 4, GAYLE LEE; 5, TERRY PAUL LAICHE; 6,

19    ALLISON PRICE; 7, TODD DAIGLE; 8, RICKY WOODS; 9, TROY

20    LAVIGNE; 10, CODY ORGERON; 11, MYRA HOLLAND AND 12, JOHN

21    ZEIGLER.

22    SO WITH THAT, WHAT WE'LL DO IS GET OUR JURY BACK IN.

23    I WILL EXPLAIN TO THEM WHO'S ON THE JURY, THEN I WILL READ

24    THEM THE PRELIMINARY CHARGES, WHICH ARE 13 PAGES LONG, SO

25    IT'LL TAKE ABOUT 10 TO 15 MINUTES AT MAXIMUM.  AND THEN WOULD

1    THE PARTIES -- THAT'LL BRING US PROBABLY TO, I WOULD THINK,

2    3:30.

3           ARE THE PARTIES PREPARED TO MAKE OPENING STATEMENTS

4    THIS AFTERNOON?

5           **MR. MOST:**  YES, YOUR HONOR, IF YOU'D LIKE US TO

6    PLAINTIFFS ARE READY.

7           **THE COURT:**  ALL RIGHT.  MR. SCOTT?

8           **MR. SCOTT:**  I'M NOT AS CONVINCED THAT I'M READY, BUT

9    WHATEVER THE COURT WANTS TO DO.

10          **THE COURT:**  WELL, LET'S SEE -- I KNOW THAT WE'RE

11   TRYING TO ABIDE BY THE ORIGINAL GAME PLAN.  LET'S SEE WHERE WE

12   END UP AND I'LL GO TO THE HEADSETS AND LET THE PARTIES EXPRESS

13   THEIR OPINIONS AT THAT POINT.

14          **MR. MOST:**  YOUR HONOR, TWO QUICK HOUSEKEEPING

15   MATTERS.  I DON'T KNOW IF YOU WANT TO DO IT NOW OR LATER, MOVE

16   TO SEQUESTER WITNESSES?

17          **THE COURT:**  YEAH, I CAN TAKE THAT MOTION NOW.  DO WE

18   HAVE ANY WITNESSES OTHER THAN THE PLAINTIFFS WHO ARE PRESENT

19   TODAY?

20          **MR. MOST:**  NOT TO MY KNOWLEDGE.

21          **MR. SCOTT:**  AND THE ONLY WITNESSES I HAVE ARE PARTY

22   DEFENDANTS AND THEREFORE EXEMPT FROM THE RULE.

23          **THE COURT:**  RIGHT.  EXACTLY.  SO I AM GOING TO --

24   SINCE I CAN'T INSTRUCT ANYONE TODAY BECAUSE I HAVE NO ONE HERE

25   TO INSTRUCT, I'M GOING TO LEAVE IT TO THE LAWYERS TO MAKE SURE

1    THAT THEIR WITNESSES ARE INSTRUCTED ON THE PROPER RULES OF

2    SEQUESTRATION, AND YOU KNOW WHAT THOSE ARE.  I'M HAPPY TO

3    REPEAT THEM IF ANYBODY IS CONFUSED.

4         SO TELL YOUR WITNESSES THAT THEY CANNOT TALK TO EACH

5    OTHER ABOUT ANYTHING TO DO WITH THIS CASE.  THEY MAY TALK TO

6    THE LAWYERS.  THEY'RE PERMITTED TO TALK TO THE LAWYERS, BUT

7    THEY'RE NOT PERMITTED TO TALK TO EACH OTHER OR ANYONE ELSE

8    ABOUT ANYTHING TO DO WITH THIS CASE.  SO PLEASE MAKE SURE THAT

9    THEY HAVE THOSE INSTRUCTIONS AND ABIDE BY THEM.

10        **MR. MOST:**  THANK YOU, YOUR HONOR.  YOU ALSO WANTED

11   US IN THE PRELIMINARY STAGE TO MOVE TO ENTER THE JOINT

12   EXHIBITS.  WOULD YOU LIKE FOR US TO DO THAT NOW?

13        **THE COURT:**  YOU KNOW WHAT, LET'S SWEAR OUR JURY

14   FIRST.  IS THERE ANYTHING TO BE GAINED BY DOING THIS IN FRONT

15   OF THE JURY?  WE DON'T NEED TO.  YEAH, SO WHAT WE'LL DO, WE'LL

16   TAKE THAT UP ONCE WE GET THE JURY SWORN AND I INSTRUCT THEM.

17   IF WE GO TO CLOSING ARGUMENTS -- I'M SORRY -- GO TO OPENINGS

18   STATEMENTS -- INCIDENTALLY HOW LONG WILL YOURS LAST ROUGHLY

19   SPEAKING?

20        **MR. MOST:**  I EXPECT IT'LL BE SOMEWHERE IN THE

21   NEIGHBORHOOD OF 30 TO 45 MINUTES.

22        **THE COURT:**  ALL RIGHT.  AND MR. SCOTT?

23        **MR. SCOTT:**  I'M THINKING ABOUT THE SAME, YOUR HONOR.

24        **THE COURT:**  YEAH, WELL, WE MAY VERY WELL BREAK THIS

25   AFTERNOON AND START FRESH IN THE MORNING GIVEN THE POSSIBILITY

1  THAT IT COULD GO AN HOUR AND A HALF.  IT WILL GO AT LEAST AN

2  HOUR, PERHAPS AN HOUR AND A HALF.  BY THE TIME WE FINISH ALL

3  OF THIS IT'LL BE 3:30, SO I THINK -- PROBABLY REALLY CLOSE TO

4  FOUR MAYBE.  BUT ANY RATE, BOTTOM LINE IS WE'LL PROBABLY NOT

5  DO OPENINGS TODAY.  WE'LL PROBABLY START FRESH TOMORROW

6  MORNING.

7        **MR. MOST:**  AND THE FINAL HOUSEKEEPING MATTER, YOUR

8  HONOR, IS YOU ASKED US TO, EACH DAY OF TRIAL, NOTE WHICH

9  PARTIES ARE PRESENT AND I THINK WE COVERED THAT TODAY WITH THE

10 INSTRUCTIONS BECAUSE THAT COVERED PHYSICAL PRESENCE --

11       **THE COURT:**  YES.

12       **MR. MOST:**  -- UNLESS YOU WOULD LIKE US TO DO IT

13 AGAIN.

14       **THE COURT:**  I DON'T THINK YOU NEED TO DO ANYTHING

15 ELSE AS FAR AS I'M CONCERNED.

16       **MR. MOST:**  THANK YOU, YOUR HONOR.

17       **THE COURT:**  ALL RIGHT.  MR. SCOTT?

18       **MR. SCOTT:**  YOUR HONOR, I SEEM TO RECALL A NOTATION

19 IN THE MINUTE ENTRY FROM THE LAST WEEK OR SO THAT ON THE DAY

20 OF TRIAL WE WERE TO ADVISE THE COURT HOW WE WANTED THE

21 UNDISPUTED FACTS PUT FORWARD.

22       **THE COURT:**  YES.  YES.

23       **MR. SCOTT:**  PLAINTIFFS' COUNSEL HAD SAID THAT THEY

24 WANTED THEM READ TO THE JURY ONCE THE JURY WAS SWORN AND THEN

25 AGAIN IMMEDIATELY BEFORE OR AFTER JURY CHARGES, AND I SAID

1    WE'RE OKAY WITH READING THEM ONCE THE JURY IS SWORN.  WE DON'T

2    WANT THE COURT HITTING THEM WITH THESE UNDISPUTED FACTS

3    BECAUSE IT ADDS WEIGHT TO IT, PARTICULARLY IF IT'S COMING FROM

4    THE COURT.  PLAINTIFFS' COUNSEL CAN DO WHATEVER THEY WANT TO

5    IN THEIR CLOSING ARGUMENTS WITH UNDISPUTED FACTS.  I JUST

6    DON'T WANT IT COMING FROM THE COURT TWICE.

7         **THE COURT:**  DO YOU CARE WHEN IT IS?  YOU JUST WANT

8    IT ONCE, NOT TWICE?

9         **MR. SCOTT:**  CORRECT, YOUR HONOR.

10        **MR. MOST:**  YES, YOUR HONOR.  WE'D LIKE IT TO BE DONE

11   BEFORE OPENING STATEMENTS, EITHER BEFORE OR AFTER THE JURY

12   CHARGES AT YOUR PLEASURE AND THEN WE WOULD ASK, SINCE THIS

13   COULD BE A LENGTHY TRIAL, TO DO IT AGAIN BEFORE THE JURY IS

14   SENT OUT FOR DELIBERATIONS, EITHER BEFORE OR AFTER CLOSING

15   CONSIDERING THE LENGTH OF THE TRIAL.

16        **THE COURT:**  YEAH.  IT'S UNDISPUTED, SO I'M NOT --

17   WHAT'S THE CONCERN ABOUT WEIGHT GIVEN TO UNDISPUTED FACTS?

18   I'M NOT FOLLOWING THAT.  IF IT WAS DISPUTED FACTS OR SOMETHING

19   THAT'S CONTROVERSIAL I WOULD UNDERSTAND WHAT YOUR CONCERN IS,

20   BUT I DO NOT UNDERSTAND IT.

21        **MR. SCOTT:**  YES, SIR.  I THINK IT'S PREJUDICIAL FOR

22   THE COURT TO LAY THEM OUT TWICE, AND PARTICULARLY IN

23   CONJUNCTION WITH THE JURY CHARGES.  IF PLAINTIFFS' COUNSEL

24   WANTS TO RECITE ALL OF THE UNDISPUTED FACTS OR WHICHEVER ONES

25   ARE THEIR FAVORITES IN THEIR CLOSING ARGUMENT THEY'RE WELCOME

1   TO DO SO.  BUT HAVING THE COURT READ AGREED UPON FACTS AGAIN

2   IMMEDIATELY BEFORE OR AFTER THE JURY CHARGES GIVES IT AN UNDUE

3   WEIGHT AND WE FEEL IT'S PREJUDICIAL.

4          **MR. MOST:**  YOUR HONOR, THEY'RE BY DEFINITION NOT

5   PREJUDICIAL BECAUSE THEY WERE AGREED TO BY THE PARTIES.

6          **THE COURT:**  I'M NOT FOLLOWING HOW IT'S PREJUDICIAL

7   IF IT'S UNDISPUTED.  MR. SCHILLAGE, YOU WANT TO TAKE A SHOT AT

8   THAT?

9          **MR. SCHILLAGE:**  I WOULD LOVE TO, YOUR HONOR.  I

10  THINK THE BOTTOM LINE HERE THAT WE'RE LOOKING AT IS A

11  TWO-TO-THREE WEEK TRIAL WITH A LIST OF THINGS THAT, I'M GOING

12  TO GO AHEAD AND GUESS, IS NOT ONLY DONE IN CLOSING, BUT DONE

13  IN OPENING TOO BY THE PLAINTIFF.  I UNDERSTAND IF IT'S GOING

14  TO BE READ ONCE BY THE JUDGE.  I UNDERSTAND THAT TOO.  WE'RE

15  TALKING ABOUT THREE TIMES RIGHT THEN ALONE TO HAVE THE SAME

16  THING READ AGAIN IN A CASE THAT'S ALREADY GOING TO BE BROUGHT

17  OUT FOR TWO TO THREE BUSINESS WEEKS.

18          IN AN INTEREST OF TIME IF THERE ARE LOCATIONS WHERE

19  THE PLAINTIFF WANTS TO USE IT IN ITS OPENING AND CLOSING, I

20  UNDERSTAND THAT.  I DON'T THINK THAT'S BEEN A POINT OF

21  CONTENTION AS FAR AS WHETHER IT'S READ OUT BY THE COURT TO THE

22  JURY.  I THINK ONCE ACCOMPLISHES WHAT THEY'RE SEEKING TO

23  ACHIEVE, AND IF THEY WANT TO DO IT ANYMORE THEY HAVE ALL THE

24  TIME IN TWO DIFFERENT WAYS IN THIS CASE TO DO IT.  I THINK AT

25  THAT POINT THE SENTIMENT IS THAT WE'RE GOING TO RUN OUT OF

1   TIME AT SOME POINT DOING THE SAME THING OVER AND OVER.

2           **THE COURT:**  WELL, WHAT I'M GOING TO DO THEN IS JUST

3   TAKE UNDER ADVISEMENT WHETHER TO DO IT TWICE.  AND IF IT LOOKS

4   LIKE WE'RE RUNNING UP AGAINST TIME THEN I WON'T DO IT.  ONE

5   THING YOU MIGHT CONSIDER IS TO INTRODUCE IT AS A DOCUMENT INTO

6   EVIDENCE, THEN THE JURY CAN LOOK AT IT IN THE JURY ROOM AND

7   YOU CAN POINT TO THAT FACT IN YOUR CLOSINGS AND SAY, LOOK, IF

8   THERE'S ANY CONCERN ABOUT THESE FACTS THESE ARE DISPUTED AND

9   AGREED TO BY THE PARTIES IT'S EXHIBIT X, AND IT SEEMS TO ME

10  THAT TAKES A LOT OF THE --

11          **MR. MOST:**  YES, YOUR HONOR.  IT HAS BEEN ENTERED AS

12  JOINT EXHIBIT 20.  AND PLAINTIFFS HAVE NO OBJECTION TO HAVING

13  THEM READ BEFORE OPENINGS AND THEN WAITING AND SEEING HOW MUCH

14  TIME WE'VE GOT.

15          **THE COURT:**  YEAH, THAT'S WHAT WE'LL DO.  IF WE'RE

16  RUNNING UP AGAINST TIME PROBLEMS, LIKE MR. SCHILLAGE SAYS,

17  WELL THERE'S NO NEED TO DO IT.  WE'VE DONE IT ONCE, AND THEY

18  HAVE IT IN THE JURY ROOM.

19          **MR. SCHILLAGE:**  JUDGE, I APOLOGIZE.  I DIDN'T KNOW

20  IT WAS ALREADY COMPILED WITHIN THE JOINT EXHIBITS.  I KNOW

21  I'VE DONE THIS WITH YOU BEFORE IN OTHER CASES WHERE THAT'S

22  JUST IT AND WE LEAVE IT THERE AND THEN EVERY PARTY CAN USE IT

23  FOR CLOSING OR OPENING AS THEY SEE FIT.  I DIDN'T REALIZE

24  THAT'S -- NOW IT'S EVEN MORE DUPLICATIVE, BUT I'M GOING TO

25  LEAVE IT ALONE.

1    **THE COURT:**  OKAY.  ALL RIGHT.  LET'S GET OUR JURY IN

2    AND WE'LL PROCEED.

3    *(WHEREUPON, THE JURY VOIR NOIR RETURNED TO THE COURTROOM)*

4    **THE COURT:**  YOU MAY BE SEATED.  OKAY, FOLKS.  THANK

5    YOU FOR YOUR PATIENCE.  WE HAVE A JURY AND I'M GOING TO CALL

6    OUT THE NAMES OF THOSE WHO HAVE BEEN SELECTED TO SERVE AS

7    MEMBERS OF THIS JURY.  IF YOUR NAME IS SELECTED, PLEASE,

8    REMAIN SEATED.  IF YOUR NAME IS NOT MENTIONED YOU'RE FREE TO

9    GO, BUT YOU'RE NOT FREE TO GO UNTIL I TELL YOU AGAIN HOW MUCH

10   THE COURT APPRECIATES AND THE PARTIES APPRECIATE YOUR

11   WILLINGNESS TO BE HERE AND SERVE ON THE JURY.

12   JUROR NUMBER 1 IS SUSAN MARIE MCGLONE; JUROR NUMBER

13   2 IS DONNIE RAY TORRES; JUROR NUMBER 3 IS ODA M. ESTELL; JUROR

14   NUMBER 4 IS GAYLE M. LEE; JUROR NUMBER 5 IS TERRY PAUL LAICHE,

15   JR.; JURY NUMBER 6 IS ALLISON SCHUBERT PRICE; JUROR NUMBER 7

16   IS TODD JAMES DAIGLE; JUROR NUMBER 8 IS RICKY JOHNEL WOODS;

17   JUROR NUMBER 9 IS TROY LAVIGNE; JUROR NUMBER 10 IS CODY

18   ANTHONY ORGERON; JUROR NUMBER 11 IS MYRA D. HOLLAND AND JUROR

19   NUMBER 12 IS JOHN R. ZEIGLER, JR.

20   IF YOUR NAME WAS CALLED, PLEASE, REMAIN SEATED FOR A

21   SECOND AND WE'LL RESITUATE YOU AS YOU'LL BE DURING THE COURSE

22   OF THE TRIAL.  IF YOUR NAME WAS NOT MENTIONED, AGAIN, FOLKS,

23   THANK YOU VERY, VERY MUCH FOR YOUR WILLINGNESS TO SERVE AND

24   YOU MAY LEAVE AT THIS TIME.

25   **THE COURT:**  MRS. CAUSEY, IF YOU WOULD SWEAR THEM IN.

1   FOLKS, IF YOU WOULD, PLEASE STAND AND RAISE YOUR RIGHT HAND

2   MRS. CAUSEY WILL SWEAR YOU IN AS JURORS IN THIS CASE.

3               *(WHEREUPON, THE JURORS, WERE DULY SWORN)*

4         **THE COURT:** ALL RIGHT.  YOU MAY BE SEATED.

5         FOLKS, WHAT I'M GOING TO DO NOW IS TO GIVE YOU SOME

6   PRELIMINARY INSTRUCTIONS.  AT THE END OF THE CASE WE'RE GOING

7   TO GIVE YOU SOME VERY DETAILED INSTRUCTIONS, BUT THESE

8   PRELIMINARY INSTRUCTIONS WILL KIND OF GIVE YOU A GUIDEPOST OF

9   WHERE THINGS ARE GOING TO GO DURING THE COURSE OF THE TRIAL.

10         LADIES AND GENTLEMEN, THE LAWYERS HAVE COMPLETED THE

11   SELECTION OF THE JURY.  I WILL NOW ASK MRS. CAUSEY -- IN FACT,

12   WE HAVE INDEED READ THOSE NAMES.

13         MEMBERS OF THE JURY, YOU ARE NOW THE JURY IN THIS

14   CASE.  I WANT TO TAKE A FEW MINUTES TO TELL YOU SOMETHING

15   ABOUT THIS CASE AND GIVE YOU SOME INSTRUCTIONS.  AT THE END OF

16   THE TRIAL I WILL GIVE YOU MORE DETAILED INSTRUCTIONS.  YOU

17   MUST FOLLOW ALL OF MY INSTRUCTIONS IN DOING YOUR JOB AS

18   JURORS.

19         SOON, COUNSEL FOR PLAINTIFFS AND COUNSEL FOR

20   DEFENDANTS WILL MAKE WHAT IS CALLED AN OPENING STATEMENT.

21   OPENING STATEMENTS ARE INTENDED TO ASSIST YOU IN UNDERSTANDING

22   THE EVIDENCE.  WHAT THE LAWYERS SAY IN OPENING ARGUMENTS IS

23   NOT EVIDENCE.

24         AFTER THE OPENING STATEMENTS, THE PLAINTIFFS WILL

25   CALL WITNESSES AND PRESENT EVIDENCE.  THEN THE DEFENDANTS HAVE

1   AN OPPORTUNITY TO CALL WITNESSES AND PRESENT EVIDENCE.  AFTER

2   THE PARTIES MAIN CASES ARE COMPLETED, THE PLAINTIFFS MAY BE

3   PERMITTED TO PRESENT REBUTTAL EVIDENCE.  AFTER ALL OF THE

4   EVIDENCE IS COMPLETED, COUNSEL FOR PLAINTIFFS AND COUNSEL FOR

5   DEFENDANTS WILL AGAIN ADDRESS YOU IN MAKING FINAL ARGUMENTS.

6   THEN I WILL INSTRUCT YOU ON THE APPLICABLE LAW.  YOU WILL THEN

7   RETIRE TO DELIBERATE ON A VERDICT.

8           YOUR PURPOSE AS JURORS IS TO FIND AND DETERMINE THE

9   FACTS.  UNDER OUR SYSTEM OF CIVIL PROCEDURE YOU ARE THE SOLE

10  JUDGES OF THE FACTS.  IF AT ANY TIME I SHOULD MAKE A COMMENT

11  REGARDING THE FACTS, YOU ARE AT LIBERTY TO DISREGARD IT.  IT

12  IS ESPECIALLY IMPORTANT THAT YOU PERFORM YOUR DUTY OF

13  DETERMINING THE FACTS DILIGENTLY AND CONSCIENTIOUSLY.

14          AND I'LL SAY THAT -- I SAID THAT YOU'RE JUDGES OF

15  THE FACTS.  YOU ARE JUDGES.  YOU ARE JUDGES JUST LIKE I AM.

16  THE ONLY DIFFERENCE BETWEEN YOU AND ME IS THAT I'M WEARING A

17  ROBE AND YOU'RE NOT.  SECONDLY, I'M THE JUDGE OF THE LAW, BUT

18  YOU ARE THE ONLY JUDGES OF THE FACTS.  SO THAT IF YOU'RE

19  LOOKING AT ME AND I'M LOOKING SOMEWAY OR HAVE SOME LOOK ON MY

20  FACE OR I MAKE SOME GESTURE OR I ASK SOME QUESTION DURING THE

21  COURSE OF THE TRIAL, YOU SHOULDN'T THINK THAT I HAVE AN

22  OPINION ABOUT THE CASE.  I DON'T HAVE AN OPINION ABOUT THIS

23  CASE AND IF I HAD AN OPINION IT WOULD BE WORTH THIS MUCH.

24  BECAUSE YOU, AGAIN, ARE THE SOLE JUDGES OF THE FACTS.  Y'ALL

25  ARE GOING TO DECIDE THE FACTS IN THIS CASE.

1    NOW, ON THE OTHER HAND AND WITH EQUAL EMPHASIS, I
2    INSTRUCT YOU THAT THE LAW, AS I GIVE IT TO YOU, CONSTITUTES
3    THE ONLY LAW FOR YOUR GUIDANCE AND IT IS YOUR DUTY TO ACCEPT
4    AND FOLLOW IT.

5    IT IS YOUR DUTY TO FOLLOW THE LAW AS I GIVE IT TO
6    YOU, EVEN THOUGH YOU MAY DISAGREE WITH IT.  YOU ARE TO
7    DETERMINE THE FACTS IN THIS CASE SOLELY FROM THE EVIDENCE IN
8    THIS CASE.  THE ONLY EVIDENCE YOU ARE TO CONSIDER, CONSISTS OF
9    THE TESTIMONY OF WITNESSES AND THE EXHIBITS RECEIVED IN
10   EVIDENCE IN THIS TRIAL.  QUESTIONS ASKED BY THE LAWYERS ARE
11   NOT EVIDENCE.  EVIDENCE CONSIST OF THE WITNESS' ANSWERS TO
12   QUESTIONS AND THE DOCUMENTS ALLOWED INTO EVIDENCE.

13   NOW, THIS IS A REALLY IMPORTANT ONE.  KEEP AN OPEN
14   MIND DURING THE TRIAL.  DON'T START TO FORM OPINIONS JUST WHEN
15   YOU HEAR ONE WITNESS OR YOU HEAR SEVERAL WITNESSES.  KEEP AN
16   OPEN MIND UNTIL THE VERY END.  YOU WANT TO HEAR ALL OF THE
17   EVIDENCE BEFORE YOU FORM AN OPINION.  DO NOT DECIDE ANY FACT
18   UNTIL YOU'VE HEARD ALL OF THE EVIDENCE, THE CLOSING ARGUMENTS
19   AND MY INSTRUCTIONS.  PAY CLOSE ATTENTION TO THE TESTIMONY AND
20   EVIDENCE.

21   NOW, IF YOU WANT TO TAKE NOTES DURING THE COURSE OF
22   THIS TRIAL YOU MAY DO SO.  MRS. CAUSEY MAY HAVE ALREADY GIVEN
23   YOU, BUT IF NOT, YOU WILL BE GIVEN SHORTLY SOME NOTEPADS SO
24   THAT IF YOU WANT TO TAKE NOTES YOU'RE FREE TO DO THAT.  IF YOU
25   DON'T WANT TO TAKE NOTES, YOU DON'T HAVE TO DO THAT.  IF YOU

1   DO TAKE NOTES MAKE SURE THAT YOU PAY ATTENTION TO THE EVIDENCE

2   BECAUSE SOMETIMES IT'S DIFFICULT TO TAKE NOTES AND LISTEN TO

3   THE EVIDENCE AT THE SAME TIME.  BE SURE THAT YOUR NOTETAKING

4   DOES NOT INTERFERE WITH YOUR LISTENING AND CONSIDERING ALL OF

5   THE EVIDENCE.  ALSO, IF YOU DO TAKE NOTES, DO NOT DISCUSS

6   THOSE NOTES WITH ANYONE BEFORE YOU BEGIN YOUR DELIBERATIONS AT

7   THE END OF THE TRIAL.  DO NOT TAKE YOUR NOTES WITH YOU AT END

8   OF THE DAY.  BE SURE TO LEAVE THEM IN THE JURY ROOM.  THEY'RE

9   GOING TO BE SECURE THERE.  NOBODY IS GOING TO LOOK AT THEM.

10  NOBODY HAS ACCESS TO THEM.  SO YOU JUST LEAVE THEM IN THE JURY

11  ROOM.  THEY'LL BE WAITING FOR YOU THE NEXT DAY.

12          THE COURT SECURITY OFFICER WILL KEEP THEM AT THE END

13  OF THE DAY.  AND IF YOU DO OR DO NOT CHOOSE TO TAKE NOTES,

14  REMEMBER THAT IT IS YOUR OWN INDIVIDUAL RESPONSIBILITY TO

15  LISTEN CAREFULLY TO THE EVIDENCE.  YOU CANNOT GIVE THIS

16  RESPONSIBILITY TO SOMEONE WHO IS TAKING NOTES.  WE DEPEND ON

17  THE JUDGMENT OF ALL MEMBERS OF THE JURY.  YOU MUST REMEMBER

18  THE EVIDENCE IN THIS CASE.

19          DO NOT MAKE ANY INDEPENDENT INVESTIGATION OF ANY

20  FACT OR MATTER IN THIS CASE.  YOU ARE TO BE GUIDED SOLELY BY

21  WHAT YOU SEE AND HEAR IN THIS COURTROOM.  AGAIN, I'VE SAID IT

22  FIVE TIMES, I'LL TELL YOU TEN TIMES MORE, BUT DO NOT LEARN

23  ANYTHING ABOUT THIS CASE FROM ANY OTHER SOURCE.  SPECIFICALLY,

24  YOU ARE DIRECTED NOT TO USE DICTIONARIES, REFERENCE MATERIALS,

25  SEARCH THE INTERNET, WEBSITES, BLOGS OR ANY OTHER ELECTRONIC

1    MEANS.  IT IS IMPORTANT THAT YOU DECIDE THIS CASE BASED SOLELY

2    ON THE EVIDENCE PRESENTED IN THE COURTROOM.  PLEASE DO NOT TRY

3    TO FIND OUT ANY INFORMATION FROM ANY OTHER SOURCE.

4            I KNOW THAT WE ALL USE CELL PHONES, BLACKBERRIES,

5    INTERNET AND OTHER TOOLS OF TODAY'S TECHNOLOGY, BUT YOU MUST

6    NOT USE THOSE TOOLS TO COMMUNICATE ELECTRONICALLY WITH ANYONE

7    ABOUT THIS CASE, AND THAT INCLUDES FAMILY AND FRIENDS.

8            YOU MAY NOT COMMUNICATE WITH ANYONE ABOUT THIS CASE

9    ON YOUR CELL PHONE, EMAIL, BLACKBERRY, IPHONE, TEXT MESSAGING,

10   TWITTER OR ANY OTHER BLOG OR WEBSITE, OR THROUGH ANY INTERNET

11   CHAT ROOM OR BY WAY OF ANY OTHER SOCIAL NETWORKING WEBSITES

12   INCLUDING, FACEBOOK, SNAPCAT, INSTAGRAM, LINKEDIN AND YOUTUBE

13   OR WHATEVER, YOU KNOW, OTHER ONES YOU MAY HAVE THAT I HAVE NOT

14   MENTIONED.  AND I EXPECT YOU TO INFORM ME OF AS SOON AS YOU

15   BECOME AWARE OF ANOTHER JUROR'S VIOLATION OF THESE

16   INSTRUCTIONS, AND I'LL EXPLAIN TO YOU WHY THAT'S SO IMPORTANT.

17           A JUROR THAT VIOLATES THESE RESTRICTIONS JEOPARDIZES

18   THE FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT,

19   WHICH WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

20           NOW, THE PARTIES MAY SOMETIMES MAKE AN OBJECTION TO

21   SOME OF THE TESTIMONY OR OTHER EVIDENCE.  IT'S THE DUTY OF A

22   LAWYER TO OBJECT TO EVIDENCE WHICH HE OR SHE BELIEVES MAY NOT

23   PROPERLY BE OFFERED AND YOU SHOULD NOT BE PREJUDICED IN ANY

24   WAY AGAINST A LAWYER WHO MAKES AN OBJECTION OR AGAINST THE

25   PARTY HE OR SHE REPRESENTS.  AT TIMES I MAY AGREE WITH THE

1  OBJECTION AND DIRECT THAT YOU DISREGARD CERTAIN TESTIMONY OR

2  EXHIBITS.  YOU MUST NOT CONSIDER ANY EVIDENCE OR TESTIMONY

3  WHICH I'VE INSTRUCTED YOU TO DISREGARD.

4       DURING THE COURSE OF THE TRIAL I MAY ASK A QUESTION

5  OF THE WITNESS.  IF I DO, AND I ALMOST NEVER DO, BUT IF I

6  SHOULD, THAT DOESN'T INDICATE THAT I HAVE ANY OPINION ABOUT

7  THE FACTS OF THIS CASE.  NOTHING I SAY OR DO SHOULD LEAD YOU

8  TO BELIEVE THAT I HAVE AN OPINION ABOUT THE FACTS, NOR SHOULD

9  IT BE TAKEN AS INDICATING WHAT YOUR VERDICT SHOULD BE.

10      DURING THE TRIAL IT MAY BE NECESSARY FOR ME TO

11  CONFER WITH THE ATTORNEYS FROM TIME TO TIME OUT OF YOUR

12  HEARING CONCERNING QUESTIONS OF LAW OR PROCEDURE THAT REQUIRE

13  CONSIDERATION BY ME ALONE.  ON THOSE OCCASIONS I MAY USE THE

14  HEADSETS, AND YOU'VE SEEN US DO IT ALREADY.  ON OTHER

15  OCCASIONS, I MAY ACTUALLY EXCUSE YOU FROM THE COURTROOM SO

16  THAT WE CAN DISCUSS THE MATTERS WITHOUT THE HEADSETS.

17      WE'RE GOING TO TRY TO LIMIT THOSE INTERRUPTIONS AS

18  MUCH AS POSSIBLE, BUT THEY DO HAPPEN FROM TIME TO TIME SO

19  PLEASE BE PATIENT WITH US.  BELIEVE ME, I'M GOING TO TRY TO

20  MAKE SURE THAT WE MOVE THIS CASE ALONG AS EFFICIENTLY AS

21  POSSIBLE.  WE ARE VERY COGNIZANT OF THE SACRIFICE YOU'RE

22  MAKING AND YOUR TIME.  BUT JUST TRY TO BE PATIENT WITH US WHEN

23  WE HAVE TO GO TO THE HEADSETS OR ASK YOU TO GO TO THE JURY

24  ROOM SO WE CAN TAKE UP A MATTER OUTSIDE YOUR PRESENCE.

25      NOW, YOU'RE GOING TO BE LISTENING TO THE TESTIMONY

1  OF A NUMBER OF WITNESSES.  YOU ARE THE SOLE JUDGE OF THE

2  CREDIBILITY OR BELIEVABILITY OF EACH WITNESS AND THE WEIGHT TO

3  BE GIVEN TO HIS OR HER TESTIMONY.  IN CONSIDERING THE WEIGHT

4  AND VALUE OF THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE INTO

5  CONSIDERATION DEMEANOR, ATTITUDE, BEHAVIOR OF THE WITNESS, THE

6  INTEREST OF THE WITNESS IN THE OUTCOME OF THE CASE, IF ANY,

7  THE RELATION OF THE WITNESS TO ANY PARTY IN THE SUIT, THE

8  INCLINATION OF THE WITNESS TO SPEAK TRUTHFULLY OR NOT, THE

9  PROBABILITY OR IMPROBABILITY OF THE WITNESS' STATEMENTS, AND

10  ALL OF THE FACTS AND CIRCUMSTANCES IN EVIDENCE.  THUS, YOU MAY

11  GIVE THE WITNESS SUCH WEIGHT AND VALUE AS YOU BELIEVE THE

12  TESTIMONY OF THE WITNESS IS ENTITLED TO RECEIVE.

13      NOW, BECAUSE YOU ARE JUDGES OF THE FACTS, YOU'RE

14  ASKED TO WEAR YOUR JUROR IDENTIFICATION TAG AT ALL TIMES WHEN

15  YOU'RE IN THIS BUILDING.  AND THAT TAG IDENTIFIES YOU AS A

16  JUROR AND IT WARNS PEOPLE THAT THEY SHOULD NOT TALK TO YOU.

17  THIS IS DONE BECAUSE, NOT ONLY DO WE WANT TO AVOID

18  IMPROPRIETY, WE WANT TO AVOID EVEN THE APPEARANCE OF

19  IMPROPRIETY.  SO IF YOU SHOULD, ON YOUR WAY OUT TO THE CAR,

20  SEE ONE OF THE LAWYERS OR SEE ONE OF THE PARTIES, I'VE TOLD

21  THEM THEY'RE NOT TO TALK TO YOU.  THEY'RE NOT TO ASK FOR THE

22  TIME OF DAY.  THEY'RE NOT TO SAY ISN'T IT NICE WEATHER.

23  THEY'RE NOT TO SAY ANYTHING TO YOU.  LAWYERS ARE PARTIES.  AND

24  IT'S NOT BECAUSE THEY'RE UNFRIENDLY PEOPLE.  THEY'RE NICE

25  PEOPLE, BUT I'VE TOLD THEM THIS IS NOT PROPER.  SO WE WANT TO

1  AVOID EVEN ANY APPEARANCE OF IMPROPRIETY.  SO IF THEY DO THAT,

2  THEY'RE NOT BEING RUDE.  THEY'RE JUST FOLLOWING MY

3  INSTRUCTIONS.

4          DURING THE LUNCH BREAK YOU MAY EAT LUNCH WHEREVER

5  YOU WANT TO.  WE WILL TAKE BREAKS PERIODICALLY DURING THE DAY

6  AND IF YOU NEED A BREAK MORE FREQUENTLY FOR THE RESTROOM OR TO

7  STRETCH, JUST LET ME KNOW BY RAISING YOUR HAND.  AT THE END OF

8  THE DAY IF WE HAVE NOT FINISHED THE TRIAL YOU WILL BE ALLOWED

9  TO GO HOME.  THIS IS NOT A SEQUESTERED JURY.  BUT IT IS

10 IMPORTANT THAT YOU OBEY THE FOLLOWING INSTRUCTIONS DURING

11 THESE PROCEEDINGS.

12         FIRST, DO NOT DISCUSS THE CASE AMONG YOURSELVES OR

13 WITH ANYONE ELSE.  SO DURING THE COURSE OF THE TRIAL THERE'LL

14 BE BREAKS.  Y'ALL WILL GO BACK INTO THE JURY ROOM.  Y'ALL WILL

15 GET TO KNOW EACH OTHER.  BEFORE THE END OF THE TRIAL, I

16 PROMISE YOU, Y'ALL ARE GOING TO ALL BE FAST FRIENDS, OKAY?

17 AGAIN, WHEN YOU'RE IN THE JURY ROOM YOU CAN TALK ABOUT THE

18 SAINTS, THE JAGS, THE TIGERS, WHOEVER OR WHATEVER YOU WANT TO

19 TALK TO, EXCEPT WHAT'S GOING ON IN THIS COURTROOM.  THAT'S A

20 VERY, VERY IMPORTANT RULE.  PLEASE, PLEASE ABIDE BY IT.

21         WHEN YOU GO HOME, AS I MENTIONED, THE FIRST THING

22 YOUR SIGNIFICANT OTHER OR FAMILY OR FRIEND IS GOING TO ASK

23 YOU, OH, YOU GOT ON THE JURY.  WHAT'S THE CASE ABOUT?  PLEASE

24 TELL THEM, I CAN'T TALK TO YOU ABOUT THIS UNTIL THE END OF THE

25 CASE.  AT THE END OF THE CASE YOU CAN SHARE WITH THEM WHATEVER

1 | YOU'D LIKE ABOUT YOUR EXPERIENCE, BUT NOT UNTIL YOU'VE REACHED
2 | A VERDICT IN THIS CASE, AND THAT INCLUDES FAMILY MEMBERS
3 | FRIENDS AND EVERYBODY ELSE.

4 | AFTER ALL OF THE EVIDENCE IS IN, AND YOU'VE HEARD
5 | THE ATTORNEYS' CLOSINGS ARGUMENTS AND MY INSTRUCTIONS TO YOU
6 | ON THE LAW, YOU WILL RETIRE AND CONSIDER THE VERDICT.  DURING
7 | THE TRIAL YOU SHOULD KEEP AN OPEN MIND AND REACH A CONCLUSION
8 | ONLY DURING YOUR FINAL DELIBERATIONS, AND THIS IS WHY YOU
9 | SHOULD NOT DISCUSS THE CASE EVEN AMONG YOURSELVES UNTIL YOU
10 | RETIRE FOR FINAL DELIBERATIONS.

11 | SECOND, DO NOT PERMIT ANY OTHER PERSON TO DISCUSS
12 | THE CASE IN YOUR PRESENCE.  IF ANYONE DOES THIS, PLEASE, BRING
13 | IT TO THE COURT SECURITY OFFICER'S ATTENTION.  HE WILL BRING
14 | IT TO MY ATTENTION AND I WILL MAKE SURE WE GET TO THE BOTTOM
15 | OF IT, OKAY?

16 | THIRD, ALTHOUGH IT IS NORMALLY HUMAN TENDENCY TO
17 | SPEAK WITH PEOPLE WHO YOU COME INTO CONTACT WITH, AS I
18 | MENTIONED EARLIER, DO NOT, DURING THE TIME THAT YOU SERVE ON
19 | THIS JURY, WHETHER IT'S IN OR OUT OF THE COURTROOM, SPEAK WITH
20 | ANY OF THE PARTIES OR THEIR ATTORNEYS OR ANY WITNESSES.  BY
21 | THIS I MEAN NOT ONLY TO TALK ABOUT THE CASE, BUT DO NOT TALK
22 | TO THEM AT ALL, EVEN TO PASS THE TIME OF DAY.  IF YOU PASS THE
23 | PARTIES OR ATTORNEYS IN THE HALL, OR EVEN OUTSIDE THE
24 | COURTHOUSE, THEY ARE INSTRUCTED NOT TO TALK TO YOU.  AND, AS I
25 | MENTIONED, THAT'S NOT BECAUSE THEY'RE UNFRIENDLY.  THEY'RE

1    FOLLOWING MY INSTRUCTIONS.

2          FOURTH, THIS CASE MAY BE THE SUBJECT OF NEWS

3    COVERAGE.  YOU ARE INSTRUCTED THAT YOU ARE NOT TO READ, WATCH

4    OR LISTEN TO SUCH COVERAGE.  SO, WHEN YOU'RE AT HOME AT NIGHT

5    AND YOU WATCH -- A NUMBER OF PEOPLE SAID THAT THEY LIKE TO

6    WATCH THE LOCAL NEWS.  I GET IT.  YOU'RE WATCHING THE LOCAL

7    NEWS, SOMETHING ABOUT THIS CASE COMES UP.  TURN IT OFF.  TURN

8    TO ANOTHER CHANNEL.  AGAIN, THE REASON IS YOU WANT THIS

9    DECISION TO BE BASED ON THE EVIDENCE, NOT ON SOME NEWS GUY'S

10   COMMENTS, NOT ON SOMEBODY THAT'S BEING INTERVIEWED ON THE

11   EVIDENCE.  IF IT'S IN THE PAPER IN THE MORNING, DON'T READ IT,

12   PUT IT ASIDE.  ANY KIND OF NEWS COVERAGE OF ANY KIND, PLEASE,

13   DO NOT DO THAT.

14         DURING THE COURSE OF THIS TRIAL YOU WILL TAKE A

15   BREAK AT LEAST ONCE IN THE MORNING AND ONCE IN THE AFTERNOON.

16   AGAIN, IF YOU NEED A BREAK MORE FREQUENTLY LET ME KNOW AND

17   WE'LL DO THAT.

18         NOW, A LITTLE BIT ABOUT THE LAW.  THIS IS A CIVIL

19   CASE AS I MENTIONED TO YOU EARLIER.  THE PLAINTIFFS HAVE THE

20   BURDEN OF PROVING THEIR CASE BY WHAT IS CALLED THE

21   PREPONDERANCE OF THE EVIDENCE.  THIS MEANS THAT THE PLAINTIFFS

22   HAVE TO PRODUCE EVIDENCE WHICH, CONSIDERED IN LIGHT OF ALL OF

23   THE FACTS, CAUSES YOU TO BELIEVE THAT WHAT THE PLAINTIFFS

24   CLAIM IS MORE LIKELY TRUE THAN NOT TRUE.  TO PUT IT

25   DIFFERENTLY, IF YOU WERE TO PUT THE PLAINTIFFS' AND THE

1  DEFENDANTS' EVIDENCE ON OPPOSITE SIDES OF THE SCALES, THE

2  PLAINTIFFS WOULD HAVE TO MAKE THE SCALES TIP SOMEWHAT ON HIS

3  SIDE OR THEIR SIDE.  IF THE PLAINTIFFS DO THIS, YOU MUST FIND

4  FOR THE PLAINTIFFS.  IF, ON THE OTHER HAND, THE PLAINTIFFS

5  FAIL TO MEET THIS BURDEN, THE VERDICT MUST BE FOR THE

6  DEFENDANTS.

7            YOU'VE HEARD, AS I'VE MENTIONED EARLIER, THE PHRASE

8  PROOF BEYOND A REASONABLE DOUBT.  THAT'S CRIMINAL CASES.  IT

9  HAS NOTHING TO DO WITH THIS CASE.  THIS IS A CIVIL CASE, SO,

10 PLEASE, PUT THAT OUT OF YOUR MIND.

11           NOW, AT THIS POINT IT IS 3:20.  I'M TOLD THAT THE

12 OPENING STATEMENTS MAY LAST AS LONG AS AN HOUR OR AN HOUR AND

13 A HALF.  I KNOW IT'S BEEN A LONG DAY FOR YOU FOLKS AND I WANT

14 YOU TO BE FRESH WHEN YOU HEAR THE OPENING STATEMENTS, SO WHAT

15 WE'RE GOING TO DO IS BREAK FOR THE DAY.  I'M GOING TO ASK YOU

16 TO BE BACK AT 9:00 SHARP.  AND WHEN I SAY 9:00 I MEAN 9:00 IN

17 THE JURY ROOM SO THAT WE CAN COME ON IN HERE.  YOU'LL HEAR THE

18 LAWYERS GIVE THEIR OPENING STATEMENTS AND THEN WE'LL BEGIN THE

19 TRIAL.

20           SO WITH THAT, FOLKS, I'M GOING TO LET OUR COURT

21 SECURITY OFFICER TAKE YOU TO THE JURY ROOM.  HE'LL SHOW YOU

22 THE INS AND THE OUTS OF HOW TO GET IN AND OUT AND WE'LL SEE

23 YOU TOMORROW MORNING AT 9:00 A.M.

24           ALL RISE FOR THE JURY.

25            *(WHEREUPON THE JURY WAS DISMISSED)*

1    **THE COURT:**  YOU MAY BE SEATED.  LET ME ASK FOR THE

2    RECORD, I SHOULD HAVE DONE THIS EARLIER, ANY OBJECTIONS TO MY

3    VOIR DIRE QUESTIONS, EITHER THE ONES I GAVE OR THE ONES I

4    FAILED TO GIVE?  FROM THE PLAINTIFF?

5          **MR. MOST:**  NO, YOUR HONOR.

6          **THE COURT:**  FROM THE DEFENDANT?

7          **MR. SCOTT:**  NO OBJECTION OVER HERE, YOUR HONOR.  IT

8    SOUNDED LIKE THE VOIR DIRE THAT WAS DISCUSSED PRIOR TO TRIAL.

9          **THE COURT:**  OKAY.  ALL RIGHT.  GOOD.  WE HAVE ONE

10   SERIOUSLY UNHAPPY YOUNG MAN ON THE FRONT ROW, I DON'T KNOW

11   WHETHER YOU NOTICED THAT.

12         **MR. MOST:**  WE NOTICED.

13         **THE COURT:**  IT'S KIND OF HARD TO MISS, OKAY.  SO I'M

14   NOT QUITE SURE WHAT TO DO ABOUT THAT.  ONE THING IS, I MEAN,

15   HE CLEARLY WAS NOT LISTENING TO ME.  HE HAD HIS HEAD -- IF HE

16   WAS LISTENING TO ME HE WAS CURSING ME AT THE SAME TIME, I

17   THINK.  BUT, ANY RATE, I'M CONSIDERING OPTIONS AND I'M OPEN TO

18   SUGGESTIONS.  THE ONE OPTION I'M THINKING ABOUT IS JUST

19   TALKING TO HIM OUTSIDE OF EVERYBODY -- WELL, NOT OUTSIDE OF

20   YOUR PRESENCE, BUT OUTSIDE OF THE OTHER JURORS' PRESENCE AND

21   REMIND HIM OF WHAT HIS OBLIGATIONS ARE ON THE JURY.  I'M NOT

22   SURE WHAT TO DO ABOUT THAT, BUT I'M OPEN TO SUGGESTIONS FROM

23   EITHER SIDE.

24         **MR. MOST:**  YOUR HONOR, FOR PLAINTIFFS I THINK IT

25   MIGHT MAKE SENSE TO INTERVIEW HIM.  IT COULD BE, HE'S A YOUNG

1    GUY, HE MAY NOT BE ABLE TO AFFORD BEING OUT OF WORK FOR A

2    COUPLE OF WEEKS.  I DON'T KNOW WHAT THE ISSUE IS, BUT IT MIGHT

3    BE WORTH ASKING HIM.

4             **THE COURT:**  YEAH, THAT COULD EASILY BE -- I'VE

5    FORGOTTEN NOW -- I DON'T HAVE MY NOTES IN FRONT OF ME WHAT HE

6    DID, BUT --

7             **MR. SCOTT:**  OPERATOR.

8             **THE COURT:**  HE'S AN OPERATOR, SO THAT MAY BE MONEY

9    OUT OF HIS POCKET.

10            IN ANY EVENT, MR. LEFEVE, WHAT'S YOUR THOUGHT?

11            **MR. LEFEVE:**  HE'S A YOUNG KID.  I THINK IF HE STICKS

12   AROUND FOR A WHILE HE MAY CHANGE HIS MIND.  WE'LL SEE HOW IT

13   DEVELOPS.  HE MAY END UP BEING THE FOREMAN.

14            **THE COURT:**  WHO KNOWS.  I WILL SAY THAT -- I'M GOING

15   TO THINK ABOUT IT OVERNIGHT AND PROPOSE A SOLUTION TOMORROW

16   MORNING, AND MAYBE NOTHING.  SO LET'S WAIT AND SEE WHAT

17   HAPPENS.  MAYBE IT'LL SOLVE ITSELF.  BUT THERE'S ALWAYS -- I

18   MEAN IF HE CONTINUES TO NOT LISTEN, SORT OF INTENTIONALLY NOT

19   LISTEN, THEN THAT'S WHY WE HAVE THE FLEXIBILITY TO RELIEVE

20   JURORS OF THEIR DUTIES.  BUT I WOULD NOT DO THAT BEFORE I AT

21   LEAST TALK TO HIM AND TRY TO GET TO THE BOTTOM OF THE ISSUE.

22            BUT, ANY RATE, ANY OTHER COMMENTS THAT ANYBODY WANTS

23   TO PUT ON THE RECORD THIS AFTERNOON?

24            **MR. MOST:**  NOT FROM PLAINTIFFS, YOUR HONOR.

25            **MS. SCHILLING:**  FOR TOMORROW WHENEVER THE JURY COMES

1   IN I THINK THERE'S GOING TO BE A DIFFERENT POPULATION HERE AT

2   BOTH COUNSEL'S TABLES.  WOULD THEN BE A GOOD TIME TO LET THEM

3   KNOW, LIKE, DON'T HOLD EITHER PARTY OR THEIR LAWYERS

4   ACCOUNTABLE FOR THE ABSENCE OF CHAIRS OR MORE CHAIRS, YOU KNOW

5   WHAT I'M SAYING, JUDGE?

6           **THE COURT:**  ABSOLUTELY.  ABSOLUTELY.  AND I'LL SAY

7   WHAT I THINK YOU WANT ME TO SAY FROM BOTH SIDES, BUT IF I

8   DON'T DO ENOUGH OR I DON'T DO IT ARTICULATELY ENOUGH OR

9   WHATEVER, I'LL GO TO THE HEADPHONES AND YOU CAN LET ME

10  SUPPLEMENT IT IN SOMEWAY.

11          **MR. MOST:**  YOUR HONOR, WHEN WOULD YOU LIKE US TO

12  SUGGEST MOVING FOR JOINT EXHIBITS?

13          **THE COURT:**  LET'S DO THAT FIRST THING IN THE

14  MORNING.  HOW LONG WILL THAT TAKE?

15          **MR. MOST:**  I THINK WE CAN JUST SAY WE MOVE TO ENTER

16  JOINT EXHIBITS 1 THROUGH 20 INTO THE RECORD AND --

17          **THE COURT:**  I WOULD SAY LET'S GET THE JURY AND TAKE

18  THAT UP FIRST ORDER OF BUSINESS AND I'LL EXPLAIN TO THEM ABOUT

19  EXHIBITS, THOSE WHICH ARE IN EVIDENCE AND THOSE WHICH AREN'T

20  IN EVIDENCE AND THAT WILL BE A GOOD OPPORTUNITY FOR ME TO

21  EXPLAIN THAT TO THE JURY.

22          **MR. MOST:**  THANK YOU.

23          **MR. SCOTT:**  JUDGE, JUST TO -- ARE WE GOING TO MOVE

24  THE PODIUM BACK OVER TO THE CORNER OVER HERE?

25          **THE COURT:**  IT WAS THERE ONLY BECAUSE OF COVID SO

1   THIS IS ITS NORMAL RESTING SPOT.  IF ANYBODY HAS AN ISSUE WITH

2   THAT OR IT CAUSES SOME PROBLEM LET ME KNOW.  OH, NO, YOU CAN

3   SWITCH IT.  YOU'RE GOING TO BE ABLE TO FACE THE JURY.  BEFORE

4   YOU START YOUR OPENING STATEMENTS Y'ALL COME A LITTLE BIT

5   EARLY.  MRS. CAUSEY WILL BE HERE.  SHE CAN HELP OR SHE CAN GET

6   SOMEBODY TO HELP MOVE THE PODIUM SO EVERYBODY IS FACING THE

7   JURY FOR OPENING STATEMENTS.

8          **MR. SCOTT:**  THANK YOU, SIR.  THE LAST TIME I MOVED A

9   PODIUM I BROKE SOMETHING SO...

10          **THE COURT:**  OH, WE'LL HAVE TO GET SOMEBODY ELSE TO

11   DO IT THEN.

12          WITH THAT, NOTHING ELSE, WE'LL SEE YOU TOMORROW AT

13   NINE.

14   *(WHEREUPON THE PROCEEDINGS WERE RECESSED UNTIL FEBRUARY 1ST,*

15              *2023 AT 9:00 A.M.)*

16              C E R T I F I C A T E

17          I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

18   FROM THE RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

19   NUMBERED MATTER.

20   **/S/GINA DELATTE-RICHARD**

21   GINA DELATTE-RICHARD, CCR

22   OFFICIAL COURT REPORTER

23

24

25